# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| **STATE OF NORTH CAROLINA**<br>    ex rel. Roy Cooper, Attorney General,<br>**Plaintiff**<br>v<br>**TENNESSEE VALLEY AUTHORITY,**<br>**Defendant** | CIVIL NO. 1:06cv20 |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Michael D. Goodstein, of the law firm of Resolution Law Group, P.C., to appear as counsel for the plaintiff in this matter filed on 3 February 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Michael D. Goodstein is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: February 6, 2006

_____
Dennis L. Howell
United States Magistrate Judge