IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| STATE OF NORTH CAROLINA<br>    ex rel. Roy Cooper, Attorney General,<br><br>    Plaintiff,<br><br>v.<br><br>TENNESSEE VALLEY AUTHORITY,<br><br>    Defendant. | Civil Action No.: 1:06CV20 |

## **ORDER**

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Richard E. Ayres, of the Ayres Law Group, to appear as counsel for the plaintiff in the matter filed 13 February 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Richard E. Ayres is hereby granted special admissions to the bar of this court, after payment of the admission fee to the Clerk of this court.

Signed: February 15, 2006

Dennis L. Howell
United States Magistrate Judge