# IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | | |
|---|---|---|
| **STATE OF NORTH CAROLINA**<br>   **ex rel. Roy Cooper, Attorney General,** | ) ) ) | |
| **Plaintiff** | ) ) | **CIVIL NO. 1:06cv20** |
| **v** | ) ) | |
| **TENNESSEE VALLEY AUTHORITY,** | ) ) | |
| **Defendant** | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Christopher T. Nidel, of the law firm of Resolution Law Group, P.C., to appear as counsel for the plaintiff in this matter filed on 10 March 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Christopher T. Nadel is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: March 10, 2006

Dennis L. Howell
United States Magistrate Judge