# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV20

| | |
|---|---|
| **STATE OF NORTH CAROLINA,** *ex rel.*, Roy Cooper, Attorney General, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | **O R D E R** |
| **TENNESSEE VALLEY AUTHORITY,** ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for admission *pro hac vice* of Stacey H. Myers, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion is **ALLOWED**, and Stacey H. Myers is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

2

Signed: September 11, 2006

Lacy H. Thornburg
United States District Judge