[ FILE COPY ]

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
October 24, 2006

No. 06-503
1:06-cv-00020

STATE OF NORTH CAROLINA, ex rel. Roy Cooper, Attorney General

    Respondent

v.

TENNESSEE VALLEY AUTHORITY

    Petitioner

---

O R D E R

---

Petitioner has filed a petition for permission to appeal an interlocutory order pursuant to 28 U.S.C. 1292(b).

The Court grants the petition for permission to appeal.

The case shall proceed under case number 06-2131.

For the Court,

/s/ Patricia S. Connor

CLERK