# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV20

| | |
|---|---|
| STATE OF NORTH CAROLINA *ex rel.* ROY COOPER, Attorney General, <br><br>  Plaintiff, <br><br> Vs. <br><br> TENNESSEE VALLEY AUTHORITY, <br><br>  Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's motions for admission *pro hac vice* of Paul G. Summers, Michael K. Stagg, Robert J. Martineau, and William K. Koska, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motions are **ALLOWED**, and Paul G. Summers, Michael K. Stagg, Robert J. Martineau, and William K. Koska, are hereby granted special admission to the bar of this Court, payment of the required admission fees having been paid to the Clerk of this Court.

2

Signed: November 8, 2006

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge