# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV20

| | |
|---|---|
| STATE OF NORTH CAROLINA, )<br>*ex rel.* Roy Cooper, Attorney General, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>TENNESSEE VALLEY AUTHORITY, )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion for admission *pro hac vice* of Robert L. Gonser, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion is **ALLOWED**, and Robert L. Gonser, is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: March 6, 2007

Lacy H. Thornburg
United States District Judge