# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV20

| | |
|---|---|
| STATE OF NORTH CAROLINA, *ex rel.* ROY COOPER, Attorney General, **Plaintiff,** Vs. TENNESSEE VALLEY AUTHORITY, **Defendant.** | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion for admission *pro hac vice* of Janine Castorina, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion is **ALLOWED**, and Janine Castorina is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

2

Signed: June 26, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge