# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV20

| | |
|---|---|
| STATE OF NORTH CAROLINA, *ex rel.* ) <br> ROY COOPER, Attorney General, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> TENNESSEE VALLEY AUTHORITY, ) <br> ) <br> Defendant. ) <br> ) | **O R D E R** |

**THIS MATTER** came on for hearing before the Court for a status conference requested by the parties herein.

During the hearing, the Court was advised that the Plaintiff planned to call 27 witnesses, 13 of whom were expert witnesses; Defendant advised that in addition to fact witnesses, 12 expert witnesses would be called to testify. The parties are advised that pursuant to the Pretrial Order and Case Management Plan, each side is limited to 10 expert witnesses without further order of the Court. **See Pretrial Order and Case Management Plan, filed July 21, 2006, at 3.** No party has moved to amend the pretrial order in this regard.

Additionally, counsel are requested to provide the Court with a courtesy copy of any pleading exceeding 100 pages and provide opposing counsel with notice of such.

**IT IS, THEREFORE, ORDERED** that this matter is peremptorily set for trial to begin on **MONDAY, JULY 14, 2008, at 9:00 AM, at the U.S. Courthouse in Asheville, North Carolina.**

**IT IS FURTHER ORDERED** that, pursuant to the parties' request, the Pretrial Order and Case Management Plan filed July 21, 2006, is hereby amended to provide that the parties may submit proposed findings of fact and conclusions of law after the trial herein on a date to be determined by the Court after said trial.

Signed: February 29, 2008

_____
Lacy H. Thornburg
United States District Judge