**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL NO. 1:06CV20**

| | |
|---|---|
| STATE OF NORTH CAROLINA, *ex rel.* ) <br> ROY COOPER, Attorney General, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> TENNESSEE VALLEY AUTHORITY, ) <br> ) <br> Defendant. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to amend its order of February 29, 2008, to reflect that the parties have been granted leave to call up to 13 expert witnesses each at trial. *See* **Order, filed December 21, 2007, ¶ 2.**

**IT IS SO ORDERED.**

Signed: March 3, 2008

Lacy H. Thornburg
United States District Judge