UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

STATE OF NORTH CAROLINA          )
ex rel. Roy Cooper,              )
Attorney General,                )
                                 )
          Plaintiff,             )    No. 1:06-CV-20
                                 )
     vs.                         )    VOLUME 4B
                                 )    (Pages 893-1018)
TENNESSEE VALLEY AUTHORITY,      )
                                 )
                                 )
          Defendant.             )
_____ )


TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE
JULY 17th, 2008

<u>APPEARANCES</u>:

On Behalf of the Plaintiff:

     JAMES C. GULICK, Senior Deputy Attorney General
     MARC BERNSTEIN, Special Deputy Attorney General
     North Carolina Department of Justice
     114 West Edenton Street
     Raleigh, North Carolina

     MICHAEL D. GOODSTEIN, Esquire
     ANNE E. LYNCH, Esquire
     Resolution Law Group, P.C.
     5335 Wisconsin Avenue NW, Suite 360
     Washington, DC

On Behalf of the Defendant:

     FRANK H. LANCASTER, Senior Attorney
     HARRIET A. COOPER, Assistant General Counsel
     THOMAS F. FINE, Assistant General Counsel
     MARIA V. GILLEN, Assistant General Counsel
     Tennessee Valley Authority
     400 West Summit Hill Drive
     Knoxville, Tennessee


      Cheryl A. Nuccio, RMR-CRR, Official Court Reporter

1                         I N D E X

2                                                    PAGE

3  PLAINTIFF'S WITNESSES

4  DAVID PEDEN
        Direct Examination by Mr. Gulick..............    895
5       Cross Examination by Mr. Lancaster...........     939
        Redirect Examination by Mr. Gulick...........     948
6       Recross Examination by Mr. Lancaster.........     949

7  DONALD RUSSELL
        Direct Examination by Mr. Gulick..............    950
8
   JONATHAN LEVY
9       Direct Examination by Mr. Goodstein..........     987

10

11             I N D E X   O F   E X H I B I T S

12                                      OFFERED  RECEIVED

13 PLAINTIFF'S EXHIBITS

14 No. 45...................................    980      980
   No. 194..................................    938      938
15 No. 213..................................    938      938
   No. 214..................................    980      980
16 No. 428..................................    908      908
   No. 441..................................    980      980
17 No. 467..................................    908      908
   No. 468..................................    908      908
18

19

20

21

22

23

24

25

                 Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  THURSDAY AFTERNOON, JULY 17, 2008

2          THE COURT:  Mr. Gulick.

3          MR. GULICK:  Thank you, Your Honor.  First I'd like

4  to approach the clerk and deliver the certified copy of the CD

5  of that little film clip that you saw for Your Honor's

6  notebook.

7          THE COURT:  All right.  Call your next witness.

8          MR. GULICK:  Your Honor, we call to the witness

9  stand next Dr. David Peden.

10                      DAVID B. PEDEN,

11  being first duly sworn, was examined and testified as follows:

12                  DIRECT EXAMINATION

13  BY MR. GULICK:

14  Q.   Would you please state your full name for the record.

15  A.   David Blaine Peden.

16  Q.   And Dr. Peden, where do you live?

17  A.   I live in Chapel Hill, North Carolina.

18  Q.   And where are you currently employed?

19  A.   The University of North Carolina, Chapel Hill.

20  Q.   And what is your current position at the University of

21  North Carolina at Chapel Hill?

22  A.   I have three administrative positions.  The first is I'm

23  Associate Chair for Research for the Department of Pediatrics.

24  The second is I'm the Chief of the Division of Allergy,

25  Immunology, Rheumatology and Infectious Diseases.  The third

                Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1  is I direct the research center that the university has, the

2  Center for Environmental Medicine, Asthma and Lung Biology.

3  Q.   And if you could tell us a little bit about your higher

4  educational background, Dr. Peden.  First, I guess, starting

5  with your undergraduate courses and degrees.

6  A.   I have an under -- a Bachelor of Arts Degree in Biology

7  that I received at West Virginia University.  I stayed there

8  and received a Master's Degree in Pharmacology and Toxicology

9  while I was in medical school where I received my MD.  I did

10  my pediatrics residency at West Virginia University.

11  Following that I was an allergy immunology fellow at the

12  National Institute of Health in Bethesda, Maryland.

13  Q.   And following -- following that, following your -- was

14  that your residency?

15  A.   Well, my residency was in pediatrics in West Virginia and

16  then my fellowship from 1987 to 92 was at Bethesda at the NIH.

17  Q.   And if you could, could you please describe your -- the

18  teaching positions that you hold at the University of North

19  Carolina School of Medicine.

20  A.   Well, my -- I'm a professor of pediatrics medicine,

21  microbiology, immunology and toxicology.

22  Q.   And do you hold any adjunct professorships?

23  A.   I hold an adjunct position in epidemiology in the School

24  of Public Health at UNC.

25  Q.   Are you a practicing physician?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1    A.    I am a practicing physician.  I direct the allergy and
2    immunology program for my department at UNC.
3    Q.    Do you hold any professional certifications and licenses?
4    A.    I'm licensed in the State of North Carolina.  I am
5    certified in pediatrics in allergy and clinical immunology and
6    I'm certified in diagnostic laboratory immunology.
7    Q.    Are you involved in any professional societies?
8    A.    I am involved in several professional societies,
9    including the American Academy of Allergy, Asthma and
10   Immunology, the American Thoracic Society.  I'm also past
11   chair and current member of the American Board of Allergy and
12   Immunology which is the agency that writes the examinations to
13   certify allergists and immunologists as board certified.  I am
14   also a member of the American Pediatrics -- or the Society for
15   Pediatric Research.  And I have others listed in my CV.
16   Q.    Are you a member of the Society of Toxicology or did you
17   say that?
18   A.    I did not say that.  I have been a member of the society
19   of toxicology.
20   Q.    Are you involved in any medical or medically related
21   journals?
22   A.    I'm associate editor for the Journal of Allergy and
23   Clinical Immunology.  I also review for a number of journals,
24   including the Annals for the American College of Allergy and
25   Immunology.  I also review for the American Journal for

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   Respiratory and Critical Care Medicine, Allergy.  I was
2   recently approved as a reviewer for the New England Journal of
3   Medicine.  I have also reviewed for a number of toxicology
4   journals in about, I think, 15 that are listed in my CV.
5   Q.   I'd like to go back to your -- you said you were the
6   Director of the Center of -- for Environmental Medicine,
7   Asthma and Lung Biology.  Did I get the title right?
8   A.   That's correct.
9   Q.   How long have you been involved in that center?
10  A.   I was recruited to UNC to play a role in that center in
11  1992.  I became the director of that center in 2002.
12  Q.   Could you describe the work for that center for the
13  court.
14  A.   That center was developed at roughly the same time as the
15  Environmental Protection Agency developed a human studies
16  facility on the campus of the University of North Carolina,
17  and we are the university's partner with them in examining the
18  health effects of human volunteers.
19       And specifically what we do, in essence, is human
20  toxicology.  We do human challenge studies so that we can
21  better identify the physiology and the inflammatory effects,
22  the systemic effects of air pollutants in a variety of
23  individuals, although we usually focus on normal, healthy
24  volunteers.  We focus on asthmatics.  We have studied people
25  with COPD.  And we study people across a wide variety of age

Case 1:06-cv-00020-LHT   Document 198   Filed 06/15/09   Page 6 of 126

DAVID PEDEN - DIRECT

1    ranges.

2    Q.    And when you're doing these, I think you called them

3    human challenge studies?

4    A.    Uh-huh.

5    Q.    Could you describe what's involved in the human challenge

6    study.

7    A.    Well, a human challenge study, first of all, we -- we

8    have to decide what the question is that we wish to address.

9    The chambers that we have access to allows us to study gas

10   phase pollutants, the most common of which we study are ozone.

11   We also have a particle exposure chambers which basically

12   concentrate outdoor particles and vent them into an exposure

13   chamber so that we can do very controlled exposures with

14   particulate.  And actually, we can fractionate those on the

15   basis of particle size, including fine mode particles and

16   coarse mode particles.

17   Q.    Would fine mode particles be the same thing as what's

18   been called fine particulates or $PM_{2.5}$?

19   A.    That's correct.

20   Q.    And then how do you go about conducting those chambers

21   studies?

22   A.    Well, again, first of all, we decide what the question

23   is, which population we wish to study.  We then -- you know,

24   we being, you know, either myself or others that work with me

25   and usually this is a team approach.  We identify which

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1    endpoints we wish to study.  Endpoints being of a given
2    pollutant, whether we wish to look at cardiovascular effects,
3    whether we look at pulmonary function effects, whether we want
4    to determine if a pollutant enhances or increases one's
5    response to something they're allergic to.  We define what the
6    question is.
7         Then as a team we develop the experimental protocol.
8    Usually there is one person on the protocol who is the
9    principal investigator.  That person is the -- is the overall
10   person in charge of that particular protocol and then there
11   are a number of coinvestigators that either have, you know,
12   nearly coprincipal investigator status or are assigned to the
13   protocol for very specific reasons.
14        So for instance, if we were going to do a study on the
15   effect of fine mode particles in healthy adults, we would
16   likely have a principal investigator who would be in charge of
17   devising the overall study, developing the study design,
18   developing the statistical approach to the question, which
19   fortunately for us is usually very straightforward.
20        We also do -- we will also have other members of the team
21   which may include a cardiologist, a pulmonologist if we need
22   to do bronchoalveolar lavage.  We will also have other members
23   of the team that monitor the volunteer while they're in the
24   exposure chamber for a defined period of time.  We have
25   biostatisticians that work with us.  We have an entire

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  complement of nursing and technical staff, all of whom are

2  engaged in the conduct of a particular study.

3  Q.   Now, are you, as the director, are you involved in design

4  studies?

5  A.   I'm the principal investigator of a large fraction of the

6  studies that our center and our collaboration with the EPA

7  conduct.   In addition, as center director, I, with my

8  counterpart in the EPA facility, meet on a monthly basis to

9  review which studies we need to do to make decisions as to

10 what questions or what concerns we need to address, what data

11 we need to generate.   And then we will prioritize which

12 studies we do, and then I am either directly involved in

13 planning a particular study or I'm involved in identifying the

14 team that will oversee that study.

15 Q.   As part -- now, you mentioned EPA.   What kind of

16 involvement do you have with the Environmental Protection

17 Agency?

18 A.   Well, the -- the EPA -- you know, our facility and our

19 relationship with the EPA has gone back for roughly 30 years.

20 The EPA located its human studies facility on the UNC campus

21 so that they would be able to have a study facility that was

22 on a medical campus.   The university helped EPA -- you know,

23 built a building actually for the EPA that's secured on the

24 basis of a long-term EPA lease.   My laboratory is within the

25 building.   That particular building is actually operated as a

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1  federal facility.  And so in a sense I'm UNC's ambassador to
2  the EPA with regards to these kinds of studies, and our job is
3  to really complement what the EPA does.  We provide the
4  majority of the medical expertise.
5  Q.    Remember to keep it slow.  A little slower.
6  A.    So we, you know, so that's the base -- our long-term
7  relationship with EPA is formulated on the basis of both an
8  institutional memoranda of understanding and we also have a
9  series of cooperative agreements.  The cooperative agreement
10  is a funding vehicle that codifies the relationship we have
11  with EPA.  I'm the principal investigator or the person in
12  charge of that cooperative agreement.
13  Q.    So you indicated that you're -- are you involved in --
14  are you involved right now as principal investigator in any
15  studies?
16  A.    I'm the principal investigator of approximately ten
17  studies going on at the present time.  I'm a coinvestigator in
18  an additional ten.
19  Q.    And what kinds of -- what kinds of things are you
20  studying at this time?
21  A.    We are currently engaged in a variety of studies.  One of
22  our studies is to examine the effect of -- actually, to
23  compare the effect of ozone in the same individual with the
24  effect to endotoxin which is a component of particulate air
25  pollutants.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1    We're also challenging a number of people to ozone.  And
2  once we get enough people, we're actually looking for, you
3  know, for genetic causes to see if there is genetic reasons
4  why some people are more susceptible to the effect of ozone
5  than others.
6    We are also engaged in studies using our particle
7  concentrators to examine the effect of both concentrated air
8  particulates in diesel exhaust particles or diesel exhaust,
9  actually, in asthmatics and in normal volunteers.  We're also
10  examining these effects based on both fine and large mode
11  particles.
12  Q.   And what kinds of endpoints are you evaluating them for?
13  A.   In the majority of our studies we -- in airway chamber
14  study we measure lung function, both because it's of
15  scientific interest and it's also a safety measurement
16  parameter.  If we need to make sure that nobody -- you know,
17  if people are beginning to have an immediately bad effect as a
18  result of our study, we can terminate that particular study
19  for that person.
20    We frequently, not in every study, but we frequently
21  either have them produce sputum so we can get a sense of
22  airway inflammation or they undergo a bronchoalveolar lavage
23  so we can recover airway fluids and study those for both
24  inflammatory cells and inflammatory mediators.
25    We also on the large majority of our studies now have

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1    Holter monitoring which we use to recover and measure heart

2    rate variability.

3        And we also collect peripheral blood samples at various

4    time points after and during the study so we can get a sense

5    of what changes have happened immunologically and on an

6    inflammatory basis.

7    Q.   And sort of in layman's terms, what are you looking for?

8    A.   Well, we are looking for the effects of air pollutants

9    both on lung inflammation and lung health that derives in

10   large part from our interest in asthma.  And in the normal

11   volunteers and asthmatics, we're also interested in how air

12   pollutants impact cardiovascular endpoints, including heart

13   rhythm or heart rate variability endpoints, systemic

14   inflammatory endpoints.  And in some of our studies -- many of

15   these are still underway so we don't have results -- we're

16   looking at vascular reactivity.

17       MR. GULICK:  Your Honor, at this time I would like

18   to tender Dr. David Peden, MD, as an expert in environmental

19   medicine, asthma, toxicology and the biological effects of air

20   pollution on human health, including mechanisms of adverse

21   cardiovascular and respiratory outcomes.

22       MR. LANCASTER:  And Your Honor, we, as I indicated

23   to Mr. Gulick, I believe yesterday, the defendant will

24   stipulate to most of that.  That is an awful lot of ground to

25   cover.  The portion that we do not stipulate as to which

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   Dr. Peden should be allowed to give expert testimony is

2   adverse cardiovascular endpoints.

3           Dr. Peden is obviously a very well qualified doctor

4   in a lot of fields.  Just listening to the list of them makes

5   me tired.  He is a toxicologist, a pharmacologist, a

6   pediatrician, an asthma and lung doctor, an allergy and

7   immunology specialist, and he is certainly -- we don't

8   stipulate -- object to his qualifications in those fields.  He

9   is not a heart doctor.  He does work on teams that investigate

10  heart endpoints with other doctors, but he did not disclose

11  any specific training, residency program or anything like that

12  that would give him expertise in that area.  He is not a

13  cardio -- he's not a cardiologist.

14          I know this isn't a binding decision on this court,

15  but it's a sensible one by Judge Voorhees we've cited in some

16  of our briefs called *Smith versus Wyeth-Ayerst*, A-y-e-r-s-t,

17  *Labs*, 278 F.Supp.2d 684, that holds that any expert, including

18  physicians, must have the specialized knowledge or skill in

19  the specific area in which the testimony is proffered.  And

20  our position is that asking Dr. Peden to reach out to

21  cardiovascular endpoints as well as the respiratory one

22  extends too far, and so we object only to that portion of his

23  qualifications, cardiovascular.

24          MR. GULICK:  Your Honor, Dr. Peden has just

25  described in considerable detail that he is the director of a

Case 1:06-cv-00020-LHT   Document 198   Filed 06/15/09   Page 13 of 126

DAVID PEDEN - DIRECT

1  center that works closely with the EPA to study the -- to do

2  research in the very field studying the human health effects

3  of exposure to air pollution, including both fine particles

4  and ozone.  And that they -- that they do this to study both

5  the pulmonary effects and the cardiovascular effects, and

6  you've heard that testimony here.  I believe --

7           THE COURT:  I don't think he has to be a

8  cardiologist to understand the effects of pollution on the

9  heart --

10          MR. GULICK:  We agree, Your Honor.

11          THE COURT:  -- and related systems.  So I will

12  accept the doctor as an expert in the fields as stated and

13  give the defendant the exception as to the field of

14  cardiology.

15          MR. LANCASTER:  Thank you, Your Honor.

16          THE COURT:  Thank you, gentlemen.

17          MR. GULICK:  Thank you, Your Honor.

18  BY MR. GULICK:

19  Q.   Dr. Peden, when did you first become involved in this

20  case?

21  A.   I first -- it seems like a while ago, but my recollection

22  is in 2006 when your office approached me about my opinions as

23  to the facts and the issues involved in this case with regards

24  to air pollutant effects on human health.

25  Q.   And did you have occasion to generate any expert reports

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1    in this case?

2    A.   I have generated an initial expert report and then a

3    supplemental report subsequent to that, yes.

4    Q.   And one thing I forgot to do, Dr. Peden.  I'd like to

5    draw your attention to -- I'm sorry, about this -- your CV

6    which is doc -- which is Exhibit 428.  I'd just like to draw

7    that to your attention.  It's now before you on the screen and

8    ask you if you can identify that.

9    A.   That is my CV.

10   Q.   And that's Plaintiff's Exhibit 428.

11           MR. GULICK:  Your Honor, I'd like to approach the

12   witness and show him his two reports and ask him to identify

13   them.

14           THE COURT:  All right, sir.

15   Q.   Dr. Peden, I'm showing you what's been marked as

16   Plaintiff's Exhibit 467 and ask you if you can identify that.

17   A.   This is my expert opinion report of October 25th, 2006.

18   Q.   And Plaintiff's Exhibit 468?

19   A.   That's my supplemental report of April 19th, 2007.

20   Q.   Thank you.

21           MR. GULICK:  Madam Clerk, these are for His Honor.

22           Your Honor, I'd like to move the admission of

23   Dr. Peden's CV, which is Plaintiff's Exhibit 428.

24           And without belaboring the previous discussions

25   we've had with regard to expert reports, we would also tender

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   his expert reports, 468 and 467.

2           MR. LANCASTER:  And I have no objection other than

3   the one that has already been noted.

4           THE COURT:  All right, sir.  Let those exhibits be

5   admitted.

6           (Plaintiff's Exhibits Numbers 428, 467 and 468 were

7   received into evidence.)

8   BY MR. GULICK:

9   Q.   Dr. Peden, do you recall in general what opinions we

10  asked you if you had with regard to the effects of ozone

11  exposure and fine particulate exposure on human health?

12  A.   Well, you asked me to render an opinion as to, indeed,

13  whether ozone and particulate air pollutants have impacts on

14  human health with specific -- you know, we specifically looked

15  at the effects in normal volunteers.  We've also looked at

16  the -- we also comment on the effects in asthmatics and on

17  cardiovascular disease.

18  Q.   What I would like to do -- we're going to go into some

19  detail, but what I want to do is to ask you first whether you

20  had and gave us any opinions with regard to the impact of fine

21  particulate matter on cardiovascular endpoints.

22  A.   I think it's very clear that particulate air pollutants

23  have a very deleterious effect on cardiovascular endpoints.

24  They're associated with premature death.  They're associated

25  with myocardial infarction, and other cardiovascular, you

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1  know, vascular disease.  They're also associated with
2  physiologic changes that are consistent with those, including
3  changes in heart rate variability and changes in systemic
4  vascular inflammation.
5  Q.  We'll go back over those.
6      And I want to also ask you whether you rendered any
7  opinion with regard to the health effects of exposure to fine
8  particulates on respiratory health.
9  A.  I did.  Fine particulate air pollutants have an effect on
10 respiratory health.  They are involved in both chronic lung
11 disease and development of chronic lung impact.  Acutely
12 they're also implicated and cause asthma exacerbations and
13 exacerbations of other respiratory diseases, including
14 respiratory tract infection and occurrences of acute
15 exacerbations of chronic bronchitis.
16 Q.  And do they have a causal connection with chronic
17 bronchitis?
18 A.  Chronic exposure to increased levels of particulate air
19 pollutants is associated and does have a causal effect with
20 development of chronic bronchitis.
21 Q.  And with respect to exposure to ozone, do you -- did you
22 provide us an opinion with regard to the health effects of
23 exposure to ozone?
24 A.  I have.  Ozone is associated with -- ozone actually has
25 two principal effects in humans.  One of those is to, I think,

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1    induce an immediate sense of pain, immediate difficulty in

2    taking a deep breath.  We've demonstrated that repeatedly in

3    ozone challenge studies.  It's also involved with increased

4    airway inflammation.  Those are linked in terms of specific

5    diseases.  Ozone is associated with decreased respiratory

6    function in otherwise normal, healthy volunteers, and it's

7    most specifically cited to be the cause of increases in asthma

8    exacerbation.

9    Q.    Dr. Peden, I'd like now to go back to the issue of the

10   impact of fine particulates on cardiovascular health.  And I'd

11   like to show you for -- marked for identification Plaintiff's

12   Exhibit 194 which should appear on your screen, and ask you if

13   you're familiar with this particular exhibit.

14   A.    I'm familiar with this.  This is an overview slide of a

15   presentation actually generated by my colleague, Dr. Devlin,

16   and one that we've used as well in many of our presentations.

17   Q.    And would this particular schematic assist in explaining

18   cardiovascular responses to ambient particulate matter?

19   A.    It will, yes.

20   Q.    So Dr. Peden, would you explain to the court what the

21   mechanisms of cardiovascular responses are to ambient

22   particulate matter.

23   A.    I will.  I'll start with just starting at the top, see if

24   I can use this board.  Starting out with particulate air

25   pollutants, there are then two ways that PM can have an impact

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  on cardiovascular disease.  One of those is to induce reflexes

2  in the respiratory tract which can translate to increased and

3  modifications of reflex in autonomic nervous systems function.

4  The autonomic nervous system is kind of the rheostat of heart

5  rate and it's actually one of the ways in which the body

6  controls heart rhythm and the speed of heart rhythm.

7  Q.  Bear with us a moment.  I think the judge is looking for

8  this particular exhibit.

9        MR. GULICK:  I'm sorry, Your Honor.  It's Exhibit

10  194 and it should be in Notebook Number 3.  I apologize.

11        THE COURT:  Notebook 2.

12        MR. GULICK:  Did I say 2 or 3?  I meant 3.

13        Did you find it?

14        THE COURT:  I do have it now.

15        MR. GULICK:  I apologize.

16        THE COURT:  That's all right.  I didn't have it

17  before.

18        All right.  We have it now so go right ahead.

19        MR. GULICK:  My apologies.

20        I think we might back up because I think Your Honor

21  was -- I apologize, Your Honor.  I'm still a little bit --

22  I've never used this electronic myself.

23  Q.  Dr. Peden, could you start again with your explanation

24  with regard to this particular table.

25  A.  Certainly.  After exposure to particulate air pollutants,

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1   there is a -- you know, there can be one of two pathways that

2   are activated after exposure in the respiratory tract.  The

3   first I will talk about is activation of both pulmonary

4   reflexes which then act -- which induce activation of the

5   autonomic nervous system.  That's the sympathetic nervous

6   system which is the kind of the fight or flight reflex.

7   That's what -- you know, that's the epinephrin-based reflex

8   system.  And the one that controls that and down regulates

9   that is the parasympathetic nervous system, and those two

10  things in balance represent the major function of the

11  autonomic nervous system and those things help keep the heart

12  rate in appropriate balance.

13       When the autonomic nervous system is modified, there's a

14  change in conduction and repolarization of the heart.  What I

15  mean by that is that heart rhythm, the electrical activity of

16  a heart which basically coordinates how a heartbeat occurs,

17  involves the SA node activating and transmitting signals to

18  the AV node  That then goes through basically the Purkinje

19  Fibers which is the wiring of the heart, and then with that is

20  a coordinated depolarization, an electrical switch of every

21  cell -- of every heart cell that then allows that cell to

22  contract.  If the heart contracts in a coordinated fashion,

23  you get good blood flow throughout the body.  If the heart

24  cells are contracting de-synchronously, that's ventricular

25  fibrillation and left, you know, unchecked for more than a

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1  couple of minutes, that leads to death.  And there are

2  variations of heart arythmias in between that that occur.

3       By affecting the autonomic nervous system, one can affect

4  heart rate and cardiac rhythm and with that you'll have this,

5  you know, malignant arythmia, and that's basically what I just

6  spoke to.

7       You've heard me refer a couple times to this notion of

8  heart rate variability.  That is a measure that is used and

9  that literally is that.  If one looks at the -- at the heart

10 rate or the R to R interval, that's the -- if you looked at

11 EKG's, the big spike on the EKG, the really big spike that

12 goes up, that's the R wave and the R to R interval.  That's

13 also in heart rate variability parlance known as the end to

14 end space.

15 Q.   Just keep your pace down.

16 A.   That -- in general, and particularly in people who have

17 had previous cardiovascular injury, they either have had a

18 myocardial infarction or they've had congestive heart failure.

19 What can happen if there's a difficulty in the heart to

20 respond to these autonomic nervous system signals, the heart

21 is unable to respond to environmental stress and that is a

22 risk factor for sudden death.  And that's -- actually,

23 inability to have or decreased heart rate variability or the

24 decreased ability of the heart to either change or increase or

25 lower its rate in response to environmental stress is

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   associated with increased risk for sudden death or arythmia.

2       The reason I point that out is that the vast majority of,

3   particularly panel studies -- and I'll get into what an

4   epidemiological study is, what a panel study is and then my

5   expertise which is what a chambers study is.  But in panel

6   studies, and to a certain extent in chambers studies, what

7   have been found, particularly in elderly populations,

8   increased exposure to $PM_{2.5}$ is associated with decreased heart

9   rate variability.  So this PM signal and its effect on the

10  autonomic nervous system reactivity is associated with a

11  change that previously, you know, before this phenomenon was

12  really being studied in the context of air pollution had been

13  associated with increased risk for cardiac death.

14  Q.   Thank you.

15  A.   So moving from there, I'll point out that the autonomic

16  nervous system is also involved in blood pressure control.

17  And blood pressure, particularly transient increases in blood

18  pressure -- increased blood pressure can actually be a problem

19  because the heart has to work harder, particularly if your

20  diastolic or your resting blood pressure is increased, the

21  heart has to work harder to get blood into the tissues and

22  that's one reason why blood pressure control has been such an

23  important issue.  Without the ability to keep your blood

24  pressure normal, that puts strain on the heart.  And for a

25  person who's at risk for heart disease, either because they

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  have preexisting coronary artery disease or had previous heart
2  injury, that stress will be quite significant.
3       The blood -- you know, the -- working against the
4  pressure head will be significant.  And in fact, PM has been
5  associated particularly in elderly populations with at least
6  modest, and also in a controlled exposure study, PM has been
7  shown to be modest -- modestly increase diastolic blood
8  pressure.
9       Moving away from the reflex side of this, I would go more
10 towards the pulmonary inflammatory system.  And this is
11 where -- this is where actually my specialty does bleed in,
12 pardon the pun a little bit, into cardiology because these
13 effects are actually systemic inflammatory effects which are
14 very much the parlance of what I'm clinically trained to deal
15 with which is systemic inflammation.
16      And what happens when systemic inflammation impacts the
17 cardiovascular system, there are a couple of things that
18 happen.  One is that there's endothelial cell and vascular
19 dysfunction.  The endothelial cells are the cells that line
20 arterioles and arteries, but in there there are molecules,
21 particularly nitric oxide, that's involved in being able to
22 dynamically respond to environmental stress.  And vascular
23 reactivitiy may be affected and there are studies that
24 demonstrate that with air pollutant exposure, vascular
25 contractility is such that there is less blood flow.  And so

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1    that can happen as a result of particulate air pollutant

2    exposure.

3        Lastly, to be -- try to be to the point with this, the

4    systemic inflammation can also affect platelet function and it

5    can also activate clotting factors such as von Willebrand

6    Factors

7    Q.    You might need to spell that.

8    A.    Thank you.  V-o-n -- it's a name, small letter V,

9    W-i-l-l-e-b-r-a-n-d.  Named after a German physiologist.

10       And this clotting factor -- and there are other systemic

11   inflammatory factors that have been associated, including

12   C-reactor protein which is a very nondescript -- you know,

13   when I say nondescript, it's a very general sense of increased

14   inflammation generated, in fact, by the liver, but it has

15   become a very cardinal mark for systemic inflammation and

16   increases in C-reactive protein are now used by both family

17   practice docs who follow people with cardiovascular disease as

18   well as cardiologists to get a sense of what the risks for

19   vascular aspects of this would be.

20       And so there's an increase in C-reactor protein

21   associated with PM exposure.  There are changes in fibrenogen

22   which is also part of the clotting factor and modifications of

23   the --

24       THE COURT REPORTER:  I'm sorry, I didn't understand that.

25   Fibrenogen which is also part of the clotting factor and

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  modifications...

2        THE WITNESS:  Fibrenogen is one of the -- is another

3  one of the clotting factors involved in forming a clot.  So if

4  you have a sudden clotting event, that would cause a

5  myocardial infarction or stroke.

6        When these inflammatory effects occur and if someone

7  has preexisting atherosclerotic plaque, it's thought that

8  there could be plaque rupture that would lead to thrombosis

9  and ultimately either stroke if it happens in your brain or

10 heart attack if it happens in the heart.

11       The things that have been really well documented in

12 humans -- I mean, we've never done a study and to my knowledge

13 we've not done studies where we've observed -- we don't

14 intentionally put people in PM chambers to give them strokes.

15 But what we do do is take relatively, you know, at safe

16 exposures and safe paradigms, we study this and we actually

17 study the effect on clotting factors.  We study the effect on

18 heart rate variability and we've been able to see effects on

19 systemic and pulmonary inflammation.  And all those things

20 have been seen both in panel studies and also in chamber

21 studies associated with PM.

22 Q.   And that forms the basis of your opinion.

23 A.   This paradigm and the observations that lead to this

24 paradigm contribute to the basis for my opinion that PM is

25 causative for cardiovascular disease.

              Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1  Q.   And that -- and the range of these cardiovascular

2  diseases include what?

3  A.   One can have subacute, subclinical vascular inflammation

4  that increases risk for causes of death due to other

5  coincident causes all the way to sudden death, and occurrences

6  of acute tachy or abnormal heart rhythms.

7  Q.   So could this also lead to lesser cardiovascular events

8  such as hospitalizations?

9  A.   Yes.  I'm sorry, I misunderstood.  One -- it's associated

10 with death, admission to hospital.  Subsequent to admission to

11 hospital, you know, there's lost work time.  And depending

12 upon the degree of injury, there's chronic -- there can be

13 chronic disease.  So a person who's had a myocardial

14 infarction can then go on and have chronic congestive heart

15 failure which impacts their activities of daily living.

16 Q.   Do you have any further things that you would like to say

17 at this stage about the impacts of fine particulate on

18 cardiovascular disease?

19 A.   I mean, I think that we've covered the one -- that fine

20 particulates are associated with acute exacerbations of

21 disease.  They're aassociated with all the events we've just

22 spoken to.  And the majority of the data are associated with

23 those.  There are certain risk groups and people in certain

24 risk groups that are at higher risk for that.  In addition to

25 those who have had previous cardiovascular disease, there are

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    studies implicating diabetics having increased risk to any

2    cardiovascular event, including those that are associated with

3    particulate air pollutants.

4         People with a metabolic syndrome, which is kind of a

5    prediabetic state usually associated with certain degrees of

6    low grade systemic inflammation, vascular inflammation and

7    overweight, those folks may likely be -- there's evidence that

8    they're also at increased risk for cardiovascular disease

9    associated with PM.

10   Q.   Does this mean that if somebody were to have a sudden

11   cardiac death as a result of this, that they were about to die

12   anyway?

13   A.   Well, certainly if they were about to die anyway, it can;

14   but most of the data don't support that.  Most of the data do

15   not support that you have basically early reaping of people

16   who are otherwise, you know, clinging to the fringe of life.

17   These are people who otherwise would have been perfectly well

18   and could have had an undefined life-span, but they die as a

19   result of the air pollutant event.

20   Q.   Doctor, could you describe for us in a bit more detail

21   what the impacts of ozone exposure are on human beings.

22   A.   Well, on an epidemiological scale on a population

23   basis -- I'll speak first to the diseases that are associated

24   with it and then I'll speak to what the human exposure

25   challenge studies do that document how we understand, you

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  know, to the extent that we understand how ozone injures or

2  affects individuals.

3      Increased ozone exposure even at levels below the current

4  NAAQS standard has been associated with -- the disease that's

5  been probably the most strongly associated with is asthma.

6  There's very little debate, frankly, or there's no substantial

7  debate that increases in ozone exposure are associated with

8  increases in asthma exacerbations.  Typically, the pattern for

9  that is that it's usually 24 to 48 hours after the increased

10 ozone, there will be a subsequent increase in hospitalizations

11 due to that effect.

12 Q.  Why is that?

13 A.  Why is that?  Well, that gets -- we believe why that is

14 is that there -- and what we know from our challenge studies

15 is that acute exposure to ozone will increase acute

16 inflammation, inflammatory cells present in the airway.  And

17 inflammation is a cardinal feature of asthma, including

18 neutrophils which are the immediate inflammatory cell.  And

19 neutrophils are actually increased in the acute phase of an

20 asthma event as well.

21     There is also increases in the kinds of cells called

22 monocytes and macrophages, and those cells are engaged in --

23 can be engaged in control of inflammation.

24     All of those things are increased, and we believe that

25 what happens is that the increase of those cells increase the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  responsiveness in an allergic asthmatic to something that

2  they're already allergic to.  What we have definitively shown

3  in our studies and others -- and there's probably ten such

4  studies if not more across a variety of ozone exposures that

5  demonstrate that exposure to ozone will increase one's

6  responsiveness to allergens.

7       So the way we've done these studies is we do a placebo

8  control, so we expose somebody to clean filtered air in a

9  randomized blinded fashion, you know, so they get placebo,

10  they get clean filtered air, they get exposed to ozone.  After

11  the ozone exposure and after the placebo control, we have them

12  undergo a graded inhalation challenge with different doses of

13  allergen until they have a very small but noticeable drop in

14  lung function.  That's the typical endpoint.  That allergen

15  mimics an asthma attack.

16       And the vast majority of those studies have demonstrated

17  that there is increased reactivity to allergen after ozone

18  response.  And I and I believe most of my allergy/immunology

19  colleagues who study this are confident that one of the ways

20  that ozone affects asthma is to increase one's response to

21  something that they're allergic to.  There are a lot of data

22  that support that.

23       In addition to that particular effect.  There's a

24  completely separate effect of ozone that's not engaged with

25  asthma, that's not an asthma effect, although this could

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1    affect asthmatics.  And this was defined in the mid '80s
2    through the mid '90s across an entire dose response of ozone.
3    And it turns out that people acutely, not a day later, but
4    acutely will have a pain response that's mediated by C-fibers
5    and mediated by pain receptors in the lung and that response
6    can go on at the same time as the inflammation goes on, but
7    the two are really not the same.  So you can have lots of pain
8    response with not a lot of inflammation or vice versa.
9         But what we know is that humans will have an immediate
10   acute phase response to ozone which is a pain response.
11   Experimentally, if we give them anti-inflammatory drugs -- or
12   let me rephrase that.  When we give them drugs like Ibuprofen,
13   you know, that you would use for a headache, you know, we can
14   give it to prevent lung ache as well.  In other words, if you
15   give that prior to the ozone challenge, one will mitigate that
16   effect.  And if you give narcotic analgesics experimentally
17   during that -- you know, during the course of that, you will
18   completely reverse the restrictive lung effect.  And what I
19   mean by restrictive lung effect is that -- you know, this pain
20   response means you can't take a really big deep breath.  That
21   therefore limits the amount of air that you can get in, and as
22   that continues the dyspnea or the feeling of shortness of
23   breath and the feeling of lung discomfort really exacerbates.
24   That will go on for probably anywhere from one to three hours
25   in most individuals after stopping the ozone challenge.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1       The dose of ozone that causes this effect has been

2   studied and really the total dose of ozone is a function of

3   how fast you're breathing.  So in other words, minute

4   ventilation, the duration of exposure and the level of ozone

5   present, all three of those factors go into calculating the

6   total dose.

7       So for instance, a person exposed to a very high level of

8   ozone but who's at rest and is not breathing very rapidly and

9   therefore -- and is exposed for a relatively brief period of

10  time, even though they're in a high ozone level for that

11  moment in time, their total ozone dose is going to be very

12  abbreviated.  Conversely, if a person who might be exposed to

13  a fairly modest level of ozone compared to the previous one

14  but they were undergoing exercise and at the same time were

15  exposed for anywhere from two to four hours -- and in our

16  experiments we have done experiments looking for as little as

17  one hour and as long as 6.6 hours.  That's how you fit in an

18  eight hour work day with a couple of breaks for the staff.

19  You know, looking at those kinds of exposures, that, you know,

20  we find, you know, that some people will have a response, a

21  lung function response.

22      We're currently engaged -- there's been a re-analysis of

23  a study by Adams looking at .06 part per million ozone.  That

24  re-analysis by EPA has led to actually a new study being done

25  that we're in the midst of to confirm that that level of ozone

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   will cause immediate phase lung responses.  So even at levels

2   below the current standard, there's concern that that

3   immediate phase response will happen.

4       It's also very clear that there's person-to-person and

5   very likely genetic variability within that nonasthma acute

6   phase response to ozone.  Some people are exquisitely

7   sensitive.  Some people will do an ozone challenge and very

8   shortly after the exposure begins -- we're planning a two to

9   four hour exposure, after, you know, 30 to 60 minutes we have

10  to abort the exposure because their lung function has dropped,

11  you know, by 40 percent and they're feeling very uncomfortable

12  and we have to stop the exposure.  Some people are much more

13  tolerant of the ozone effect.  And that's one of the reasons

14  we're doing studies now is that we're trying to determine

15  genetic markers.

16      But these are people who are not asthmatic; who, by every

17  physical parameter we've looked at when we screen them for

18  study, are not identified as being different.  They don't have

19  a disease.  They're usually between the ages of 18 and 30.

20  And within those populations you see this sort of variability.

21  But there's a fraction, you know, a significant fraction of

22  people that are remarkably sensitive to the effect of ozone.

23  Q.   Dr. Peden, were you present during the testimony of

24  Mr. Will Harlan?

25  A.   I was.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1  Q.   And you heard all of his testimony.

2  A.   I did.

3  Q.   Do you have any opinion with respect to what was

4  occurring in his situation?

5       MR. LANCASTER:  Your Honor, I would simply interpose

6  an objection that this opinion was not included in the expert

7  disclosures that Dr. Peden made.

8       MR. GULICK:  Your Honor, I don't think Dr. Peden had

9  heard the circumstances until he heard this testimony.

10      THE COURT:  All right.  I'll let him answer.

11 Overruled.

12 A.   The description that we heard is extremely consistent

13 with the description and the observations we make with

14 volunteers that undergo an ozone challenge in our studies, and

15 we've probably literally -- over ten years we've probably

16 challenged four or five hundred people at least in the variety

17 of studies we've done.  And his description is absolutely

18 typical of what people describe.  They describe an inability

19 to take a deep breath and a tight pain in the chest and a

20 substernal discomfort.  And left alone when they come out of

21 the chamber, because we're not in the habit of giving narcotic

22 analgesics routinely unless we have a very defined experiment

23 to do that.  Within a couple of hours that usually subsides

24 and by the next morning they're usually -- you know, we've had

25 one or two exceptions, but typically people -- you know, that

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1    effect goes away fairly quickly.

2    Q.    Was there any significance to the fact that he was

3    exercising?

4    A.    Well, as I just said, the dose -- the effective dose for

5    an individual with an ozone exposure is a function of minute

6    ventilation, how fast you're breathing and how deeply you're

7    breathing.  In most of our ozone challenges, we try to effect

8    a minute ventilation of around 30 -- 25 to 30 liters a minute

9    which is -- represents a typically fit -- we can argue what

10   typically fit means, but a typically fit individual walking at

11   about three and a half miles an hour, intermittent exercise

12   and rest so that on average there's a 25 liter per minute

13   respiratory rate.  Most normal adult humans will breathe

14   somewhere between 8 to 10 liters a minute at rest.  A trained

15   athlete will be -- I can't guess what his minute ventilation

16   was other than to make a rough guess that it was significantly

17   above 25 liters per minute.  We've seen that when we have

18   athletes really push themselves.  So his minute ventilation

19   was higher -- I suspect higher and he was running all day.

20   So, you know, assuming that the ozone levels were -- you know,

21   you have that evidence.  He had increased exposure -- duration

22   of exposure and he had increased minute ventilation.

23   Q.    Thank you.  Doctor, are there other effects from exposure

24   to asthma that you -- I'm sorry, pardon me -- exposure to

25   ozone that you have described to us in your opinion?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  A.   I have.  most -- many of these derive from

2  epidemiological studies and professional colleagues of mine --

3  you know, again, our forte has been, what we do in our

4  facility are panel studies, you know, studying a small number

5  of people intensely with natural exposures and the chambers

6  studies.  But there's a robust body of evidence that

7  demonstrates that exposure to ozone may be associated with

8  causation of asthma.  This was a study done, and I believe

9  this is cited in my expert opinion as one of the references.

10  A study done in southern California looking at high level

11  ozone areas and low level ozone areas examining children as

12  they entered -- I've forgotten off the top of my head the age,

13  but I think -- I want to say at fifth grade and then again at

14  eighth grade.  And they looked at the children who were not

15  identified as having asthma and then those that subsequently

16  were newly identified as having asthma and they looked at the

17  relative risk of factors associated with that.  And the risk

18  factors that were very clear indicators of risk were living in

19  a chronically high ozone area within southern California.

20  Believe it or not, southern California is not ubiquitously

21  highly polluted.  There are pockets of relatively clean air

22  and pockets of very, very highly polluted air.  And those that

23  live in the highly polluted areas that practiced outdoor

24  aerobic sports were -- that was the marker for minute

25  ventilation.  They were the ones that were about 3.3 fold

DAVID PEDEN - DIRECT

1   higher likely than those who didn't develop disease to have

2   disease.  That is an example of ozone being associated with

3   causation of disease.

4        There's also data that demonstrate that people who live,

5   you know, during their childhood in a high ozone area, many of

6   these derived from the University of California system looking

7   at freshmen.  Those who live in a highly polluted area will

8   have lower lung function, not drastically lower, but lower

9   lung function than those who live in chronically less polluted

10  areas.

11  Q.   What does lower lung function mean?

12  A.   Well, lower lung function, what I mean by that is the

13  forced vital capacity which is a measure -- the amount of

14  air -- you know, if you go to an allergen or pulmonary

15  specialist, they will have you, to look at lung function, blow

16  into a device and they'll coach you -- they'll actually scream

17  at you and yell at you, but they'll try to get you to blow out

18  as much air as you possibly can.  That total amount of air

19  that you can voluntarily get out is called forced vital

20  capacity.  The amount of that air that you can get out in one

21  second is called the forced expiratory volume at one second.

22       The forced vital capacity is the principal point and that

23  is lower, statistically significantly lower in people who live

24  in higher pollution areas.  The same effects on lung growth

25  have also been shown with NOx or oxides of nitrogen.  It's the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

Case 1:06-cv-00020-LHT   Document 198   Filed 06/15/09   Page 36 of 126

1   Gauderman Study in the New England Journal, 2004.  I think

2   it's in the 2004 New England Journal.

3   Q.   Dr. Peden, I think I skipped over the effects of fine

4   particulate on respiratory disease -- of exposure to fine

5   particulate on respiratory disease.  Could you discuss that.

6   A.   Well, again, epidemiological studies have demonstrated

7   that there is a clear link between increases in $PM_{10}$ -- or

8   I'm, sorry $PM_{2.5}$ and occurrences of asthma exacerbation and

9   the timing is just relatively similar to the effect -- to the

10  effect on -- of ozone, and we believe that represents a $PM_{10}$

11  induced inflammation that then renders you more susceptible to

12  things that one's sensitive to with regards to asthma.

13        We have specifically studied components of $PM_{2.5}$.  The

14  components my laboratory studied is endotoxin which is found

15  in both coarse and fine mode particles.  And like ozone we

16  find that those materials enhance response to something that

17  one is allergic to.

18        We also know from PM from -- CAPS particle exposures when

19  we do bronchoscopy -- this is -- most of these have been done

20  by my EPA colleagues.  But when CAPS or Concentrated Air

21  Particulate studies have been done followed with bronchoscopy

22  to get airway samples, there's an increase in inflammation in

23  normal -- you know, most of these have been done in normal

24  healthy people, but there's an inflammatory effect with those

25  as well.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1  Q.    And how does that relate to -- what respiratory diseases
2  does that relate to?
3  A.    Well, chronically that can be associated with chronic
4  bronchitis.  There's an association with acute changes -- PM
5  exposure in increase respiratory tract infections.  Perhaps
6  the best epidemiological study that comes immediately to my
7  mind is the Utah Valley study in which there was a kind of,
8  you know, in the late '80s where there was kind of an economic
9  experiment.  There was a steel mill and there was a steel mill
10 strike.  And in the years flanking the strike, there was both
11 a spike in PM exposure and associated with that were marked
12 increases -- or -- and this happened typically in January --
13 increases in admission to hospital for a variety of
14 respiratory diagnoses, specifically bronchitis, asthma and
15 some pneumonia type diagnoses.  The year of the strike when
16 nothing else hypothetically had really changed in the Utah
17 Valley, there was a notable decrease in the wintertime
18 particulates and coincident with that there was a marked
19 decrease in the incidents of all those diseases.  When the
20 strike was resolved and the plant resumed operation, all of
21 those events came -- you know, were recovered.
22       Those kinds of events and the association of PM with
23 those sorts of exacerbations have been shown in literally
24 almost too numerous to count studies.
25 Q.    Dr. Peden, have you read the expert reports of

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  Drs. Moolgavkar and Anderson that were submitted on behalf of
2  the defendants in this case?
3  A.  I have read those reports.
4  Q.  Is there anything in their expert reports that have
5  caused you to change any of the opinions that you have
6  rendered?
7  A.  There is nothing in those reports that cause me to change
8  my opinions.  I think Dr. Moolgavkar's opinions are --
9  represent a minority view in -- with regards to the majority
10  of the air pollution scientists community.  And I understand
11  the points that he makes, but the preponderance of the
12  evidence with regards to particulate air pollutant effects on
13  either mortality or other disease exacerbations, in my view,
14  clearly demonstrates a relationship and a causative effect of
15  PM on a variety of health outcomes.
16  Q.  Does that include premature death?
17  A.  It does.
18  Q.  Drs. Moolgavkar and Anderson have suggested that we've
19  not demonstrated biological plausibility of those effects.  Do
20  you agree with that?
21  A.  I do not agree with that.  In my view, biological --
22  biological plausibility implies both the epidemiological
23  studies -- which, again, I don't agree with those.  I'm not a
24  epidemiologist and you'll have other testimony for that.  But
25  also in animal systems and in human challenge systems we very

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1    clearly demonstrate that exposure to -- experimental exposure
2    to particulate air pollutants, experimental exposure to ozone
3    clearly cauesd a biological --
4            COURT REPORTER:  I'm sorry, you lost me.
5            THE WITNESS:  With regards to experimental evidence,
6    you know, in addition to epidemiological evidence, animal
7    data, human challenge data, clearly demonstrate the capability
8    of particulate air pollutants, ozone, to exert effects in
9    biological systems, including intact human beings.  They cause
10   inflammation.  They cause systemic inflammation.  Can cause
11   changes in heart rate variability.
12           And so the idea that air pollutants cannot have an
13   effect on human health systems is -- you know, I don't hold
14   that view.  I disagree with Moolgavkar on that point.
15   Q.   Do you think that their view is shared by the majority of
16   knowledgeable scientists in this field?
17   A.   I do not believe that.  I believe that their view is not
18   shared by the majority of the scientific community that
19   studies this.
20   Q.   Dr. Anderson has suggested that there should not be any
21   harms to exposure to human -- to human beings by either fine
22   particulates or ozone below the current national ambient
23   standard.  Do you agree with that?
24   A.   I do not.
25   Q.   And why not?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

933

DAVID PEDEN - DIRECTDAVID PEDEN - DIRECT

1  A.    I do not because there are -- you know, there are a

2  number of epidemiological studies that demonstrate just in the

3  area that -- with regards to asthma exacerbation, again,

4  clearly published that levels as low as .05 and .06 can be

5  associated with exacerbation of asthma and with regards to

6  ozone.

7       There are -- and there are studies that demonstrate that

8  low level exposures to PM -- most of the studies associate

9  this with a 10 microgram per cubic meter increase and those

10 studies demonstrate increases in cardiovascular effects.

11      So in essence, my opinion is that there -- that even

12 levels of pollutants, and certainly of ozone and PM, below the

13 current NAAQS still exert deleterious effects and cause

14 exacerbations of disease.

15           MR. LANCASTER:  Your Honor, I rise only to note an

16 objection to Dr. Peden relying on studies without identifying

17 them.

18           MR. GULICK:  Your Honor, I think they'll have an

19 opportunity to cross examine him.

20           THE COURT:  Just a minute.

21           You'll have an opportunity on cross to seek that

22 information.

23           MR. LANCASTER:  Thank you, Your Honor.

24 Q.   Dr. Peden, are there biological reasons why you would --

25 that would support your view that there would not be a

Cheryl A. Nuccio, RMR-CRR (704)350-7494

Case 1:06-cv-00020-LHT   Document 198   Filed 06/15/09   Page 41 of 126Case 1:06-cv-00020-LHT   Document 198   Filed 06/15/09   Page 41 of 126

DAVID PEDEN - DIRECT

1  threshold at the NAAQS?

2  A.   Well, we've -- there is -- in all the -- in human

3  exposure studies, and including the low level studies, there

4  are always -- there have frequently been a handful of people

5  that will respond to -- just acutely respond to ozone even at

6  levels below the NAAQS.  Because of the number of people that

7  one can study in a human chamber study, it's difficult to

8  demonstrate statistical significance because you have to

9  enrich those studies with a large number of studies that look

10  at these people.  But there's always -- there is always a

11  handful of people that will respond to levels below the NAAQS

12  level, and indeed, to get at with regards to ozone.

13  Specifically, the re-analysis of the data of the .06 level and

14  in our current study -- you know, that current study is

15  current so we don't have results yet -- is designed to get at

16  specifically that point.

17  Q.   Does that opinion also apply to exposure to fine

18  particulates?

19  A.   It does.

20  Q.   Dr. Peden, in one of your -- you attached an article to

21  one of your -- to your second -- to your supplemental report

22  authored by two gentlemen named Pope and Dockery.

23  A.   That's correct.

24  Q.   And do you recall -- if you'll bear with me a moment.

25       Do you have that there?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    A.    Yes, I do have the article.

2    Q.    The bottom -- this is -- if you would go to page 732 of

3    that article which is attached to your appendix as Appendix 1

4    to your supplemental opinion dated April 29 -- April 19, 2007.

5          The journal article is page 732 in the bottom left-hand

6    corner.

7    A.    Okay.

8    Q.    And there is a sentence that begins about -- if you have

9    a hard copy, about an inch and a half up that begins --

10   following a quotation, it says, "A comprehensive evaluation of

11   the literature."  Do you see where I'm talking about?

12   A.    I do.

13   Q.    Could you -- could you read that sentence aloud and then

14   tell us whether or not you agree with it.

15   A.    Okay.

16         MR. LANCASTER:  Your Honor, I would like to note an

17   objection to this.  Dr. Pope and Dr. Dockery who wrote this

18   article are not expert witnesses in this case and we object to

19   nonwitnesses in the case being attempted to be introduced

20   through other witnesses and would request that Dr. Peden state

21   his own opinions.

22         MR. GULICK:  I'm going to ask him if he agrees with

23   what's stated there, Your Honor.  That's all.

24         THE COURT:  All right.  You may proceed.

25         THE WITNESS:  Okay.  "A comprehensive evaluation of

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1    the literature provides compelling evidence that continued

2    reductions in exposure to combustion-related fine particulate

3    air pollution as indicated by $PM_{2.5}$ will result in

4    improvements in cardiopulmonary health."

5    Q.    Do you agree with that statement?

6    A.    I do agree with that statement.

7    Q.    In your opinion, does that -- does that represent the

8    majority view of knowledgeable scientists in your field?

9    A.    It does.

10   Q.    In summary, Dr. Peden, is it your opinion that there is a

11   causal relationship to an exposure of human beings to ozone in

12   the ambient area and respiratory hospitalizations?

13   A.    There is.

14   Q.    Do you have the same -- is it your opinion that there's a

15   causal relationship between exposure of humans to ozone in the

16   ambient area and asthma exacerbations?

17   A.    There is a causal effect.

18   Q.    Is there a causal relationship between exposure of humans

19   to ozone in the ambient area and asthma emergency room visits?

20   A.    There is.

21   Q.    Is there a causal relationship between exposure of humans

22   to ozone in the ambient area and lost school days?

23   A.    There is.

24   Q.    In your opinion, is there a causal relationship between

25   exposure of humans to fine particles in the ambient air and

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1  premature death?

2  A.   There is.

3  Q.   Is it your opinion -- in your opinion, is there a causal

4  relationship -- let me start again.

5       In your opinion, is there a causal relationship between

6  exposure of humans to fine particles in the ambient air and

7  cardiac hospitalizations?

8  A.   There is a relationship.

9  Q.   In your opinion, is there a causal relationship between

10 exposure of humans to fine particles in the ambient air and

11 respiratory hospitalizations?

12 A.   Yes.

13 Q.   In your opinion, is there a causal relationship between

14 exposure of humans to fine particles in the ambient air and

15 asthma emergency room visits?

16 A.   Yes, there is.

17      MR. LANCASTER:  Your Honor, I just note an objection

18 to the leading of Mr. Gulick's own witness.

19      MR. GULICK:  Your Honor, I'm just summarizing his

20 previous testimony.

21      MR. LANCASTER:  In that case it's cumulative, Your

22 Honor.

23      THE COURT:  Objection is overruled.

24      MR. GULICK:  I'm close to the end, Your Honor.

25 Q.   In your opinion, doctor, is there a causal relationship

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - DIRECT

1  between exposure of humans to fine particles in the ambient

2  air and asthma exacerbation?

3  A.   Yes.

4  Q.   In your opinion, is there a causal relationship between

5  exposure of humans to fine particles in the ambient air and

6  chronic bronchitis?

7  A.   There is.

8  Q.   In your opinion, is there a causal relationship between

9  exposure of humans to fine particles in the ambient air and

10 lost school days?

11 A.   There is.

12 Q.   And finally, in your opinion, is there a causal

13 relationship to exposure of humans to fine particles in the

14 air and minor restricted activity days?

15 A.   There is.

16        MR. GULICK:  I have no further questions, Your

17 Honor.

18        Your Honor, I did have another exhibit which was

19 Exhibit 194 which I'd like to -- which was that diagram which

20 I'd like to offer for illustrative purposes.

21        MR. LANCASTER:  No objection only for illustrative

22 purposes, but objection for substantive purposes.  The witness

23 has testified that someone else prepared it.

24        THE COURT:  It's admitted for illustrative purposes.

25        (Plaintiff's Exhibit Number 194 was received into

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - CROSS

1   evidence.)

2           All right.  Who proposes to cross examine Dr. Peden?

3           MR. LANCASTER:  I'll have that pleasure, Your Honor.

4           THE COURT:  All right.

5                   CROSS EXAMINATION

6   BY MR. LANCASTER:

7   Q.   Dr. Peden.

8   A.   Yes, sir.

9   Q.   For North Carolina's adults, isn't it true that asthma

10  prevalence has remained below the national median for the last

11  six years?

12  A.   That's likely true.

13  Q.   In fact, North Carolina has consistently had a lower

14  current and lifetime asthma prevalence than the national

15  median; isn't that correct?

16  A.   That's correct.

17  Q.   Less than about 7 percent of North Carolina's adults

18  currently have asthma; isn't that correct?

19  A.   That's correct.

20  Q.   Isn't it true that North Carolina has had a significant

21  decrease in mortality rates due to asthma since the mid 1990s?

22  A.   That's true.

23  Q.   And asthma is a treatable disease, is it not?

24  A.   Generally, yes.

25  Q.   And it can be controlled by treatment.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - CROSS

1    A.    Yes.

2    Q.    Would you agree that hospitalizations due to asthma are

3    often preventable and result from uncontrolled asthma which

4    could be avoided with good asthma management techniques?

5    A.    I would agree with that.

6    Q.    Likewise, emergency room visits for asthma are often

7    preventable.

8    A.    They are.

9    Q.    In terms of hospitalizations for asthma, isn't it true

10   that asthma hospitalization rates in North Carolina are

11   generally higher in the eastern part of the state than in the

12   western part of the state?

13   A.    That may be.  I don't know directly to answer that

14   question.

15   Q.    Are you familiar with a document published by the North

16   Carolina Department of Public Health called the Burden of

17   Asthma in North Carolina 2006?

18   A.    I am -- I haven't -- I haven't -- I don't have an

19   encyclopedia.  I'm aware of the document, yes.

20   Q.    And if you would take Book 16 from the shelf behind you,

21   please.  The cart I should say.

22   A.    Book 16.  Okay.

23   Q.    We may have reference to that in a moment.  I want to ask

24   you this.  Is mortality due to a primary cause of asthma, is

25   that a relatively rare event?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - CROSS

1  A.   It is a rare event.

2  Q.   And like emergency room visits and hospitalization,

3  deaths due to asthma commonly represent a breakdown in

4  successful disease management.

5  A.   That is true.

6  Q.   Isn't it true that indoor allergens and irritants often

7  play a significant role in the triggering of asthma episodes

8  and attacks?

9  A.   That can be true, yes.

10  Q.   And secondhand smoke is one example of an indoor asthma

11  trigger, isn't it?

12  A.   It is.

13  Q.   Secondhand smoke can trigger asthma episodes and increase

14  the severity of attacks.

15  A.   Yes.

16  Q.   And isn't it true that more than 40 percent of North

17  Carolina's middle schoolers and high schoolers live in homes

18  with smokers?

19  A.   That's probably true.

20  Q.   Isn't it true that more than a fourth of North Carolina's

21  high school students are themselves smokers?

22  A.   I don't know.  I'll -- I was going to use the word

23  stipulate, but that's one of your terms.

24  Q.   Cardiovascular disease death rates have also been

25  declining in North Carolina; isn't that correct?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   A.   That's correct.

2   Q.   In North Carolina, higher cardiovascular disease death

3   rates are clustered primarily in eastern North Carolina,

4   correct?

5   A.   That's likely true.

6   Q.   And likewise, cardiovascular disease hospitalization

7   rates are clustered primarily in eastern North Carolina; is

8   that correct?

9   A.   Yes.

10  Q.   And the highest heart disease death rates are clustered

11  in eastern North Carolina; is that correct?

12  A.   That's correct.

13  Q.   And the highest stroke death rates and hospitalization

14  rates are clustered primarily in the coastal plain region in

15  eastern North Carolina, correct?

16  A.   That's correct.

17  Q.   If you would turn to Exhibit 408 in the book that you

18  retrieved from the cart.

19  A.   Okay.

20  Q.   And what is Exhibit 408?

21  A.   The Burden of Asthma in North Carolina 2006.

22  Q.   And is it a publication of the North Carolina Division of

23  Public Health of the North Carolina Department of Health and

24  Human Services?

25  A.   It is.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   Q.   If you would turn, please, to Page 69.

2       And does Page 69 give an indication of asthma

3   hospitalization rates in North Carolina from 2002 to 2004?

4   A.   It does.

5   Q.   And does it appear to indicate that the highest

6   hospitalization rates are occurring in the eastern part of

7   North Carolina?

8   A.   Generally, yes.

9   Q.   And so does that refresh your recollection that in fact

10  the highest asthma hospitalization rates occur in eastern

11  North Carolina?

12  A.   Yes.

13  Q.   Now, in your testimony you've mentioned epidemiological

14  studies showing association between exposure to pollution and

15  health endpoints; is that correct?

16  A.   That's correct.

17  Q.   Epidemiology is a science that's used to examine the

18  pattern of disease in human populations; is that correct?

19  A.   Correct.

20  Q.   Epidemiology is largely an observational discipline,

21  isn't it?

22  A.   That is generally true, yes.

23  Q.   That is, epidemiological studies are not based on

24  clinical trials or experimental studies where subjects are

25  randomly assigned to groups in which one is exposed to a

1 pollutant of concern and the other group is not, correct?

2 A.   Oftentimes that's true.   There are exceptions to that.

3 There are -- for instance, there's a genre of epidemiological

4 research known as panel studies where you don't change the

5 experimental exposure to the pollutant, but you can certainly

6 randomize people to treatments or the things that might

7 mitigate the effect of pollutants or not.

8 Q.   Are you familiar with an epidemiological study known as

9 the American Cancer Society study?

10 A.   Yes.

11 Q.   Is it true that the American Cancer Society study shows a

12 negative statistically significant association between fine

13 particle levels and death caused by diseases of the

14 respiratory system?

15 A.   As I recall, that's true.

16 Q.   And what that means is that the American Cancer Society

17 study is showing that when fine particulate -- excuse me, what

18 the American Cancer Society study is showing is that when fine

19 particulate matter levels go up, deaths are going down; is

20 that correct?

21 A.   In that study, deaths to the respiratory tract reasons

22 were going down.

23 Q.   Right, I'm sorry, yes, for respiratory deaths.

24       And the American Cancer Society study is likewise showing

25 that when fine particulate matter levels go down, respiratory

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  deaths go up; is that correct?

2  A.   In that steady that relationship was seen, yes.

3  Q.   Now, when an epidemiological study does find a positive

4  association between an exposure and an outcome such as death,

5  that is not by itself equivalent to causation, is it?

6  A.   Generally not.  I mean, the cause -- you know, the

7  relationship is demonstrated and then there are both animal

8  and human studies that will look at, you know, try to develop

9  or go after specific biological mechanisms.  The preponderance

10  of epidemiological studies shows a very strong relationship

11  between particulate air pollutant increases and respiratory

12  and cardiovascular death.

13  Q.   Would you agree that no matter how strong the association

14  between exposure and disease as shown by an epidemiological

15  study, it is difficult to accept the association as causal

16  when no mechanism can be identified by which the exposure

17  leads to the putative effect?

18  A.   When there is no evidence for a mechanism, it's more

19  difficult, I will agree with that.

20  Q.   And you yourself acknowledge, don't you, sir, that the

21  underlying mechanisms for the effects of pollutants are

22  incompletely understood?

23  A.   I do accept that.

24  Q.   And you read some lines from the Pope and Dockery 2006

25  article; is that correct?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  A.   That's correct.

2  Q.   And in your expert report, you indicated that you had

3  attached the Pope and Dockery article and stated, "Their

4  overall assessment, which is consistent with my own, is that

5  'despite important gaps in scientific knowledge and continued

6  reasons for some scepticism, a comprehensive evaluation of the

7  research findings provides persuasive evidence that exposure

8  to fine particulate air pollution has adverse effects on

9  cardiopulmonary health.'"  Is that correct?

10 A.   That's correct.

11 Q.   So you acknowledge that there are continued reasons for

12 some scepticism.

13 A.   I acknowledge that there are -- there are stated reasons

14 for some scepticism.

15 Q.   And you acknowledge that there are important gaps in

16 scientific knowledge.

17 A.   There are important gaps in scientific knowledge.

18 Q.   Drs. Pope and Dockery in that 2006 article also stated,

19 "There remains a need for a healthy scepticism regarding what

20 we may think we know about the health effects of particulate

21 matter exposure."  Do you agree with that statement in the

22 article?

23 A.   I'll agree with that statement.

24 Q.   Now, you indicated a reference to numerous studies.  Can

25 you identify any studies that associate or relate in any way

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - CROSS

1    to determining whether exposure to nitrate particles in

2    amounts no greater than 0.3 micrograms per cubic meter causes

3    mortality?

4    A.    I can't immediately recollect that off the top of my

5    head, no.

6    Q.    Can you identify any studies in which exposure to sulfate

7    particles at levels no greater than 0.3 micrograms per cubic

8    meter cause mortality?

9    A.    I can't specifically remember the number.  I can't

10   remember -- there are articles that I've read since these

11   reports were made that relate sulfate to morbidity.  But

12   specifically answering your question, I cannot off the top of

13   my head, no.

14   Q.    Are any of the articles that you -- or studies or

15   research or experience upon which you have relied for support

16   for your conclusions, do any of those address the question of

17   whether exposure to fine particulate matter at levels no

18   greater than 0.3 micrograms per cubic meter could cause

19   mortality?

20   A.    Not in my recollection, no.

21            MR. LANCASTER:  I have no further questions, Your

22   Honor.

23            THE COURT:  Redirect.

24                      REDIRECT EXAMINATION

25   BY MR. GULICK:

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DAVID PEDEN - REDIRECT

1  Q.    Dr. Peden, does the list of statistics about North
2  Carolina that was being recited change any of the opinions
3  that you've rendered in this case?
4  A.    They do not.  There are multiple reasons why the burden
5  of disease in eastern North Carolina can be greater than in
6  other areas, you know, not simply -- not only the
7  environmental issues.  So the short answer is no, it doesn't
8  change my opinion.  There are clearly data that demonstrate
9  that even in relatively healthy populations where there's less
10  of a disease burden, but within those populations when there
11  are increases in pollutant exposures, exacerbations of disease
12  occur in those regions.
13  Q.    Doctor, are you aware of any reason why exposure to the
14  sulfate particle component of fine particulates should be
15  exonerated from the rest of the fraction of fine particulates?
16  A.    Well, I mean, I -- no.  There are data that suggest, you
17  know, in one of our studies that I believe is actually in our
18  expert report, we looked at fractions of particles that
19  included, you know, iron, sulfate and selenium, and in those
20  fractions, those particles that were -- they were in highest
21  concentration, it was the most significant increase in
22  inflammation in the normal, healthy bronchial study as an
23  example.  But I'm not aware of studies that exonerate sulfate
24  as an important contributor.
25  Q.    Just to go back to that particular study that you were

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  mentioning.  Could you restate what that study showed in that

2  particular case?

3  A.    Well, this was the CAP study in which -- this is the CAP

4  study in which concentrated air particulates were -- people

5  were exposed to that and because the concentrated CAPS

6  particles, you know, when they're collected, the amount of

7  different components of those were analyzed using mass

8  spectrometry, and sulfates were -- you know, and in the batch

9  that contained the highest amount of clustered materials,

10  including iron, sulfate and selenium, that's where -- it's in

11  that fraction where one also sees the greatest amount of -- in

12  that (cortile quartile), actually, was where one sees the

13  greatest amount of inflammatory response to the CAPS.

14  Q.    Are you aware of any -- doctor, of any basis for finding

15  a threshold below which there is no effect on human health

16  from exposure to either ozone or fine particulate matter?

17  A.    I'm not aware of any clear data that demonstrate a no

18  effect threshold.

19            MR. GULICK:  No further questions.

20            MR. LANCASTER:  May I ask two further questions,

21  Your Honor?

22            THE COURT:  Yes.

23                   RECROSS EXAMINATION

24  BY MR. LANCASTER:

25  Q.    Dr. Peden, you just mentioned a study, and if you said

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    the name of it, I apologize, I didn't catch it.  What was

2    that -- what study was that?

3    A.    I believe the study is the study by Huang, and it's in my

4    supplemental report.

5    Q.    I guess this will be three questions.  Could you spell

6    that name for me.

7    A.    H-a -- H-u-a-n-g.

8    Q.    And what was the concentration exposure level of the

9    subjects in that study?

10    A.    It varied, but it could be up to 200 micrograms per cubic

11    meter.

12              MR. LANCASTER:  Thank you.  No further questions,

13    Your Honor.

14              THE COURT:  All right.  That will conclude your

15    testimony, then, Dr. Peden.  Thank you very much and you may

16    be excused.

17              THE WITNESS:  Thank you.

18              MR. GULICK:  Thank you, Your Honor.

19              (Witness stepped down.)

20              MR. GULICK:  Your Honor, our next witness is

21    Dr. Donald Russell.

22                   DONALD W. RUSSELL,

23    being first duly sworn, was examined and testified as follows:

24                   DIRECT EXAMINATION

25    BY MR. GULICK:

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1    Q.    Dr. Russell, could you state your full name, please.

2    A.    Donald W. Russell, MD.

3    Q.    Where do you live, Dr. Russell?

4    A.    South Asheville, North Carolina.

5    Q.    How long have you lived in Asheville?

6    A.    Eighteen years.

7    Q.    You're a medical doctor?

8    A.    I am.

9    Q.    Where do you work in Asheville?

10   A.    I work at what used to be called Mountain Allergy until

11   just recently we changed our name to Allergy Partners because

12   of growth in our group.  Mountain Allergy and Asthma

13   Associates, PA, now Allergy Partners.  That clinic is in

14   Asheville, but I have several satellite clinics that we travel

15   to one or two days a week.

16   Q.    I'd like to show you on the monitor Plaintiff's Exhibit

17   441.  It should appear before you in a minute.

18         Do you see that?

19   A.    I do.

20   Q.    And I want to ask you if that is your curriculum vitae?

21   A.    It is.

22   Q.    Dr. Russell, where did you go to medical school?

23   A.    Emory University School of Medicine.

24   Q.    And when did you graduate?

25   A.    1984.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1  Q.   Where did you do your residency?

2  A.   At the University of South Florida School of Medicine.

3  Q.   And what was the subject of your residency?

4  A.   I did that in internal medicine, in which I'm board

5  certified.  Then I did an additional nearly three years in

6  allergy, asthma, immunology subspecialty at the same

7  institution, the University of South Florida, affiliated

8  hospitals which included the large VA hospital in Tampa, Tampa

9  General Hospital, and also All Children's Hospital and

10  Immunology Center in St. Petersburg.

11      And I'm board certified in allergy, asthma and

12  immunology, just to complete the record.

13  Q.   Thank you.  And Dr. -- Dr. Russell, how long have you

14  worked at what was Mountain Allergy and Asthma?

15  A.   Since I came here in 1990.

16  Q.   And your specialty is in allergy and asthma?

17  A.   Allergy, asthma and clinical immunology.

18  Q.   What is clinical immunology?

19  A.   We -- it's an interesting overlap with rheumatology, but

20  mostly in looking at children and adults that have antibody

21  deficiencies, recurrent infections because of immunologic

22  disorders, identification of infants with inherent defects in

23  their immune system, dysfunctional bone marrow, and so on.

24  Often we're the ones responsible for giving kids the old --

25  what used to be called the old gamma globulin injections.  Now

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    it's usually an infusion, a slow infusion of gamma globulin to

2    replace missing antibodies with folks that identify the

3    specific defects that would lead them not only to a diagnosis

4    of humoral or antibody deficiency, but the treatment for that.

5    In fact, we're the only specialty that does that.

6    Q.    You're a practicing physician?

7    A.    I am indeed.

8    Q.    And do you regularly see patients?

9    A.    I do.

10   Q.    Is that here in your various offices here in Asheville

11   and in satellite towns?

12   A.    Right, in satellite towns:  Waynesville and Franklin.

13   Q.    And what kinds of diseases do you primarily treat?

14   A.    Allergic diseases of the respiratory tract is my main

15   focus in the volume of patients.  And that includes --

16   Q.    Does that include asthma?

17   A.    It includes asthma to a large percentage.

18         MR. GULICK:  Dr. Russell, if it's necessary -- Your

19   Honor, if it's necessary to do so, Dr. Russell was not

20   specially retained for any purposes, but he has both factual

21   and other knowledge, but clearly he is qualified by training

22   and experience to talk about his treatment of his asthma

23   patients.  If it's necessary to do so, I would ask that he be

24   qualified as an expert in allergy and asthma.

25         MR. LANCASTER:  And Your Honor, the defendant has no

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    objections to Dr. Russell's qualifications and would not

2    question those.

3            We do have an objection to Dr. Russell providing

4    expert opinion testimony and that objection is solely that no

5    report was provided of Dr. Russell's opinions.  In this

6    lawsuit there are about 20 expert witnesses who among them

7    have provided about 50 expert reports, including those we

8    discussed this morning that were provided late.  And we

9    believe that the expert testimony in this case should be

10   limited to the experts who actually provided expert reports.

11           We've cited a couple of cases in our trial brief on

12   this issue.  One from the Eleventh Circuit and one from Judge

13   Anderson down in South Carolina involving an airplane crash

14   case, both of which support the propriety of ruling that

15   experts who don't provide reports ought to be excluded even if

16   they are testifying free of charge.

17           MR. GULICK:  Your Honor, Dr. Russell has been

18   identified on our witness list since sometime in 2006.  Has

19   been a medical doctor.  We provided his curriculum vitae.  He

20   was not specially retained by us.  We provided a brief on this

21   particular subject, that he would be available to testify

22   about the effects of air pollution on his asthma patients.

23   And the defendants have had notice of that fact since the very

24   beginning, since our very first -- the very first list of

25   potential witnesses that we provided.  And they have had

Case 1:06-cv-00020-LHT   Document 198   Filed 06/15/09   Page 62 of 126

1  plenty of opportunity to take his deposition.

2          Indeed, he also since then supplied, in response to

3  a motion for summary judgment, supplied a declaration which

4  was included in our response to the motion for -- their motion

5  for summary judgment.

6          So the defendants have had adequate notice of Dr.

7  Russell and the potential for his testimony.  And we believe

8  that since he was not specially retained, that that notice was

9  sufficient and within the keeping of the rules.

10         MR. LANCASTER:  Your Honor, my memory may not be

11  correct.  There may have been more than 50 witnesses -- more

12  than 50 witnesses, potential witnesses on plaintiff's list and

13  we didn't want to have to depose every one to find out what

14  they would say.  We believe it was plaintiff's obligation to

15  provide a report of expert opinions if they would be given

16  just as they did for Dr. Peden from whom we just heard,

17  although Dr. Peden was not specially retained either.

18         MR. GULICK:  Your Honor, I simply want to point out

19  that the Federal Rule of Civil Procedure specifically

20  distinguishes between those who are specially retained and

21  others who may have knowledge arising -- and the rule makes

22  clear, I'm referring here to Federal Rule of Civil Procedure

23  26(a)(2)(B).  It says that -- and I'm referring here to the

24  cite of a case from our brief, *Carr versus Dietz*.  This is in

25  our brief at Page 2.  That the rule imposes additional

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   requirements if expert witnesses -- if the expert witness is

2   retained or specially employed to provide expert testimony.

3   So there's a different requirement for those experts who

4   aren't specially retained.

5           THE COURT:  All right.  I'm going to let him

6   testify.  Defendant had full knowledge that he was available

7   to testify -- for testifying and you were already on notice by

8   what the state has furnished in a previous part of preparation

9   for this trial that Dr. Russell could or might be called,

10  though I agree that traditionally you should be notified.  And

11  I would expect in the future for either side to be more

12  careful as they prepare for the trial to give opposing counsel

13  notice if they -- of their witness list to give them ample

14  opportunity to do depositions if they choose.  There was

15  enough notice there, it seems to me, for defendant to at least

16  make inquiry as to whether this witness would be called.  And

17  certainly you have, I'm sure, defense witnesses who are going

18  to be testifying in this same field.  And after your cross

19  examination, your witnesses, I take it some of whom are in the

20  courtroom, will have the opportunity to contradict Dr. Russell

21  if they disagree with what he has to say.

22          So I'll let him testify and give you an exception to

23  that, Mr. Lancaster.

24          MR. LANCASTER:  Thank you, Your Honor.

25          MR. GULICK:  Thank you, Your Honor.

                Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   BY MR. GULICK:

2   Q.   Dr. Russell, as Dr. Peden has already testified, can you

3   briefly describe what asthma is for purposes of your

4   testimony.

5   A.   Asthma is a rather -- it's a nuisance disease.  In common

6   vernacular in medicine, it's a twitchy airway.  What that

7   means is the bronchial tubes, at least as far as the symptoms

8   go of sudden reversible tightening in the airway, those smooth

9   muscles that wrap around or go through the bronchial wall are

10  twitchy.  They tighten to a number of factors or stimulants

11  ranging anywhere from cold air, rapid drying of airway, the

12  release of histamine from allergy cells, chemicals from

13  allergy cells also now known as leukotrienes, some of this

14  stimulated by irritants, pollutants, allergens, and several

15  other factors that you heard testimony to today.

16      But the real underlying disease process is not just this

17  twitchy airway.  That's just the phenomenon.  That's the tip

18  of the iceberg that we see.  That which lies below the water

19  of the lower part of the iceberg, if you will, is

20  inflammation, and it's a very profound inflammation in some

21  cases.  What we call our moderate or severe asthmatics have an

22  influx, a residence, if you will, a taking up of a residence

23  of white blood cells infiltrating the bronchial wall that can

24  stay there and be very difficult to remove, and that in turn

25  leads to hypersensitivity of the smooth muscles that I was

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1    talking about that wrap these bronchial tubes, millions of
2    them together in the lung.  And any slight decrease in the
3    radius of the bronchial tube increases the resistance to
4    breathing and it increases the effort of breathing, the
5    required effort by the power of four.  And that's just by
6    changing the radius.
7         There's also in many asthmatics --
8    Q.   Doctor, if I might, I'd like to show you what's been
9    marked for -- as Plaintiff's Exhibit 213 which should appear
10   on your screen.
11        This is Plaintiff's Exhibit 213.  And let's wait for His
12   Honor to...
13             THE COURT:  All right.  Now I have it.
14   Q.   Dr. Russell, can you tell us -- this is a -- appears to
15   be a model.  Can you tell us what it shows.
16   A.   This is a cross-section of the human bronchial tube which
17   appears to be fairly normal in its diameter, the caliber of
18   the opening.  Looking at the shadowed area of the tube are
19   conduits through which air travels.  There's the gray items in
20   the wall of the bronchial tube that are on cut end are mucous
21   glands.  You can see one of them with a conduit for mucous
22   traveling into the bronchial tube.  And then the redder
23   snakelike or wormlike projections are smooth muscle cut on end
24   or on foss.  And then underneath those or medial to those
25   going toward the opening of the tube are blood vessels.  The

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  little red dots are blood vessels cut on end.  And this is a

2  fairly normal, uninflamed bronchial wall, although it could be

3  a mild asthmatic's bronchial tube as well.  You may not see

4  much difference on biopsy.

5  Q.   I'd now like to show you what's been marked as

6  Plaintiff's Exhibit 214 and ask you if you can identify what

7  this is or tell us what this is or what it shows.

8  A.   What you see here -- what you see here is the same type

9  of cross-sectional cut of bronchial tube that is showing a

10  significant tightening of the smooth muscles.  As you can see,

11  now they're more arcuate.  They're also thicker, which is one

12  of the things that increases the reduced diameter, or reduces

13  the flow of air is that in asthmatics, the more times their

14  airways are twitchy, it's like lifting weights or pumping

15  iron, they become thicker.  That also increases the thickness

16  of the bronchial wall and thus reduces the amount of conduit

17  for air, and thus increases the resistance to air flow by the

18  power of four.

19      Then there's also the production of the light colored,

20  yellowish gray mucous which some asthmatics produce.  It

21  produces an even greater and very significant reduction in air

22  flow if they are mucous producers.  They tend to be our more

23  difficult asthmatics.  They tend to follow along with high

24  levels of eosinophils.  Some of the cells that Dr. Peden

25  alluded to, monocytes, macrophages, neutrophils, lymphocytes

DONALD RUSSELL - DIRECT

1    and eosinophils.  And in the -- many of our asthmatics, the

2    majority would have a lot of eosinophils, which are allergy

3    cells, taking up shop or residence in the wall of the

4    bronchial tube in an asthmatic leading to increased

5    inflammation.

6         And in the mucous glands, notice there are more mucous

7    glands in this cross-sectional biopsy, the gray rings.  Those

8    are goblet cells or mucous glands producing excess mucous in

9    this patient which leads to increased expectoration of a white

10   or gray sputum when they're having a flare and sometimes when

11   they're not having a flare.  Sometimes ambiently and daily.

12   Q.   When you say a flare, is there another name for that?

13   A.   An asthma attack.  Asthma exacerbation.

14   Q.   Doctor, you had described increased resistance when

15   breathing.  Is there something that you can -- if -- when

16   there's this constriction, is there a way that you can liken

17   that to something that would describe for those who don't have

18   asthma what it's like?

19   A.   More articulate asthmatics will often say the attack was

20   sudden in onset and it was like breathing -- trying to breathe

21   through a straw.  And if it was a severe attack, they would

22   even say -- more articulate, more worldly would say it was

23   like breathing through a martini straw.

24   Q.   And the result of that is -- what does that do for the

25   person who's trying to do that --

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1  A.   Well, first of all --

2  Q.   -- breathe like that?

3  A.   -- for very many patients it's frightening.  They feel

4  like they may suffocate.  Smothering is the most common word I

5  hear from patients here in the mountains.  Doc, I'm

6  smothering.  And you often know that's an aggravation of their

7  COPD, their chronic lung disease or their asthma or chronic

8  bronchitis or viral or walking pneumonia, perhaps.  And

9  sometimes that intense emotional response, the fright or fear,

10 sometimes backfires.  You think adrenaline would

11 bronchodilate, but it doesn't always.  Sometimes it acts

12 through the parasympathetic system to broncho-constrict.

13      These people have very twitchy airways and just going

14 down the wrong aisle in the grocery store or going out on a

15 bad air day will often produce increased symptoms and require

16 them to take more medication or alter their activities of

17 daily living.

18 Q.   Doctor, you've heard the testimony of Dr. Peden.  But in

19 your experience as a practicing physician in this area, is

20 there effect of high particulate days or ozone days on your

21 patients?

22 A.   It didn't take long, maybe my first year or so in

23 practice, to know that there was a subset of patients who were

24 inordinately sensitive to high -- high levels of haze in the

25 environment.  When you couldn't count the trees on the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1   mountains, they couldn't go out and do their gardening.  They
2   couldn't run or jog.  They couldn't ride their bikes.  And
3   some couldn't go to work.  Just going outside for the brief
4   period of time to get to their car or walk from the parking
5   lot to their place of business or employment, they would have
6   a flare-up of asthma.  And it often occurred, which was an
7   interesting observation, at times when the pollen counts,
8   which is another major trigger for asthma in our mountain
9   areas at certain times of the year, occurred during the lull
10  periods for pollen, where we've about run out of grass pollen,
11  the trees are essentially all done and all we have are heat
12  and perhaps bad air quality to aggravate or prevent activity,
13  outdoor activity and impair the quality of life of our
14  patients.
15  Q.   You were describing these restrictions on what they could
16  do.  Is that what's known as a minor restricted activity
17  day --
18  A.   Well --
19  Q.   -- for those patients?
20  A.   I guess it depends on the individual.  You heard
21  Mr. Harlan's testimony.  That's a major interruption of his
22  activities.  You know, this is part of his life, his running.
23       But for some, you know, the patients may not complain as
24  much.  They're retired.  They have other things they can do
25  indoors.  If they can afford air conditioning and stay

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  indoors, that tends to help them.  Or they avoid the highest
2  level of irritant time of day, for example, midmorning through
3  later in the afternoon or early evening when the pollutants
4  and the irritants can be seemingly the highest, particularly
5  noted for ozone, the research that we heard testimony on
6  today.
7  Q.   How do you advise your patients how to deal with this,
8  with bad air days?
9  A.   Well, the advice is to stay in on really bad days if you
10 can help it.  If you can't, there may be some things that you
11 can do.  Our medications, though -- I'll very respectfully
12 disagree with the conclusion by other counsel or Dr. Peden.
13 There are some patients for whom control of their asthma is
14 inadequate no matter what we do, and those are our failures.
15 Those are the folks who end up making their way to the
16 emergency room either because of a virus, high pollen counts,
17 air pollution or exertion or what have you.  And those
18 patients, no matter what we do, will have an exacerbation that
19 results in either hospitalization or acute treatment in our
20 office, or emergency room visits most likely.  And those ER
21 visits are expensive.  They begin at 13 to 15 hundred dollars.
22 And if they come to our office, it's less expensive.  We don't
23 charge a hospital fee.  But if they get admitted to the
24 hospital, it's a minimum of $5,000 on average.  I just saw
25 those figures for our hospital locally.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1    So there's a subset of patients that are very difficult,
2  but for the vast majority I do agree that our medications do a
3  good job; notwithstanding the fact, though, that they're
4  extremely expensive.
5  Q.   Doctor, I'd like to draw your attention -- could you
6  explain to us what kind of medications are required for the
7  treatment of asthma.
8  A.   We have two treatments for -- historically and for many
9  decades we had the short-acting bronchodilators which relaxed
10  bronchial smooth muscle, and that was when we only saw the tip
11  of the iceberg.  But it was, of course, the bottom of the
12  iceberg that sunk the Titanic.  And we finally stumbled on,
13  about 25 years ago, the incredible inflammatory part of the
14  disease common with the disease that we were missing.  In
15  fact, I remember being a freshman medical student -- or a
16  third-year medical student, actually, on the wards at Grady
17  hearing, well, don't let the asthmatic die without a trial of
18  steroids.  Now we use steroids every day and frequently and
19  liberally especially in the inhaled form.
20    So those inhaled steroids are the other component.
21  Immediate bronchodilators:  Albuterol or levalbuterol,
22  immediate, short-acting bronchodilators.  And of course, now
23  there are new generation of long-acting bronchodilators that
24  last up to 12 hours.
25    But the other component, component two is the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1  anti-inflammatory treatment and this gets -- this is where a
2  lot of the expense comes.  These anti-inflammatories are
3  inhaled.  They're topically deposited in the lungs.  And
4  because they require special technology or dry power
5  technology and special delivery units, there is a lot of
6  research that went into that.  There's high cost of
7  production, and unfortunately, high margins of profits
8  required of the patient to pay dearly as well as the payors,
9  Medicaid and private insurance, costing up to 150 to 200
10 dollars for a one-month unit for the average moderate
11 asthmatic.
12 Q.   On bad air days, when you detected them as being bad air
13 days --
14 A.   I do.
15 Q.   Do you --
16 A.   Excuse me, I thought you were finished with your
17 question.
18 Q.   No.  When they occur, do you see -- do you see an influx
19 of more patients after that?
20 A.   We'll often have -- usually a day or so later into it
21 because patients don't always call the minute they start to
22 feel badly.  Or it's also thought to be a delay in the onset
23 of inflammation or at least the manifestation of inflammation
24 in the asthmatic patient, at least, from exposure to peak
25 symptoms.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    But we'll often get the day -- the afternoon of or the

2  following day or two days later or for that whole period of

3  time an increase in the number of phone calls for refills on

4  inhalers that have long expired by months, six months, nine

5  months.  And they'll also ask for their anti-inflammatory

6  medication, especially if they're a well-educated,

7  well-trained asthmatic knowing that they need to follow their

8  asthma action plan whenever their peak flow meter readings

9  drop by 12 to 15 percent or when their symptoms peak, the two

10  criteria we use for gauging when to apply higher doses of the

11  anti-inflammatory and regular doses of the bronchodilator

12  therapy, the fast-acting treatments.

13    So those are the only -- those are the two major

14  components.  There's another anti-inflammatory medication out

15  there called Singulair.  There's actually two, Singulair and

16  Zilutin, monoleukast is the generic name, and zileutin, now

17  known as far as proprietor names as Singulair and Zyflo CR.

18  And those, also very expensive medicines, are frequently added

19  in as an anti-inflammatory.  Not particularly potent except

20  for a small subset of patients.  But often patients do

21  recognize some extra or added protection or relief when those

22  extra -- those other -- that other category of medicines

23  called the anti-leukotriene or leukotriene blockers are added.

24  Another expense.

25    So between the -- if they're allergic, and many of our

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1  asthma patients are allergic.  50 to 70 percent of our

2  asthmatic patients started out with allergic rhinitis.

3  Another target disease process that appears to be aggravated

4  by air pollution, sinus problems, as well as the allergies in

5  our area.  And if you have a person who is allergic and

6  asthmatic, they can be on as many as five or six different

7  medications.

8  Q.    How much does that cost a month?

9  A.    Five hundred to 800 dollars.  The range would be 200 to

10 800 dollars for maybe asthma controlled by a single medicine

11 which is that category of patients who are mild intermittent.

12 But our moderate, persistent and more severe asthmatics will

13 require three to five medications in most cases.

14 Q.    Do you have -- do you treat Medicaid patients?

15 A.    I do.

16 Q.    And approximately what percentage of your patients are

17 Medicaid patients?

18 A.    Approximately 25 percent.

19 Q.    And do they have to deal with the same expense of

20 medication?

21 A.    Not as much as the person with private insurance.  But

22 they still have to make small co-pays for either their allergy

23 treatment and sometimes their medication, and they -- but the

24 burden to Medicaid, as well as a few of the Medicare part D

25 programs, is rather -- rather high and extensive when you

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    think of what the insurance companies are having to pay for

2    these medications.

3    Q.    Doctor, I'd like to show you a document which is

4    Plaintiff's Exhibit 45.

5            MR. GULICK:  And Your Honor, this is an affidavit --

6    Your Honor, this is an affidavit which is -- we have it from

7    George Carr who is a -- which has been provided to defense

8    quite some time ago.  He's a Decision Support -- George Carr

9    is a Decision Support Manager in the Division of Medical

10   Assistance.  This is a document in which he authenticates

11   information that he had gathered that he was the custodian

12   of -- it was electronic information about expenditures by the

13   Medicaid program of the State of North Carolina.

14           I have the original affidavit in my hands and I'm

15   about to hand it up.  However, I would like for Dr. -- for

16   Dr. Russell, who is clearly acquainted with the medications

17   and treats Medicaid patients, to identify some of the drugs

18   that are listed by name in this document.

19           MR. LANCASTER:  Your Honor, we have a hearsay

20   objection to this document.  It's an affidavit and not --

21   there's no hearsay exception to admit Mr. Carr's testimony by

22   affidavit with no cross examination in this case.  Mr. Carr is

23   clearly under the control of the plaintiff as he is an

24   employee of the State of North Carolina.

25           MR. GULICK:  Your Honor, this affidavit is an

1    authentication of records of the State of North Carolina and

2    we believe it meets the tests under Rule 803 as a hearsay

3    exception.  Specifically, records, reports, statements or data

4    compilations in any form of a public office, agency, setting

5    forth the activities of the office or agency, which his

6    affidavit does, matters which there is a duty to report.  And

7    in here it's specifically reporting records of the State of

8    North Carolina and we believe it meets the hearsay exception

9    for such records.

10            MR. LANCASTER:  I believe 803(a) requires that it be

11    prepared in the ordinary course of business and this document

12    was prepared apparently for this litigation.  And our position

13    is that it's a hearsay document and that Mr. Carr himself

14    ought to testify as opposed to trying to appear by affidavit.

15            MR. GULICK:  Your Honor, I think he's referring to

16    the regularly conducted activities.  What this -- what these

17    are are public records of the expenditures of the Medicaid

18    program.

19            THE COURT:  Let me see the record and the affidavit.

20            MR. GULICK:  The record files and the affidavit,

21    Your Honor.

22            (The documents were tendered to the court.)

23            THE COURT:  All right.  Overruled.

24            MR. GULICK:  Thank you.

25            THE COURT:  We'll -- it's 4 o'clock so I think we'll

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1  take our midafternoon 15 minute break, doctor.

2        (Brief recess at 4:07 p.m.)

3        THE COURT:  All right, Mr. Gulick.

4        MR. GULICK:  Thank you, Your Honor.

5                    DONALD RUSSELL

6        DIRECT EXAMINATION (Cont'd.)

7  BY MR. GULICK:

8  Q.  Dr. Russell, we have in front of you a page which you

9  can't see --

10       MR. GULICK:  Can you blow that up a little bit at

11 the top.  Can you expand it at the top.

12       That's good.  Thank you.

13 Q.  Dr. Russell, this is the document the judge has just

14 examined.  And what I want you to do is to -- you see under it

15 it has a column that says "Asthma Medication Expenditures."

16 A.  Yes, I see it.

17 Q.  And below that it identifies -- appears to identify the

18 names of what may be drugs.  I was wondering if you could

19 identify for us if these are drugs with which you are

20 familiar.

21 A.  Very familiar.

22 Q.  What are these drugs?

23 A.  These drugs are the drugs in my armamentarium of

24 treatments for asthmatics and allergic patients and especially

25 those who overlap with both nasal and sinus allergies as well

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1    as asthma.  And asthma is very often an allergic disease of
2    the lung and inflammation that I described having come from --
3    often from allergy or other proinflammatory processes.
4    Q.    This is a long list.  I was wondering if you could
5    identify a few of these as ones that you regularly prescribe
6    and tell us what the cost is.
7    A.    Singulair, $110 a month both for the adult and the
8    pediatric dose which you see both there in that order
9    respectively.
10        Advair, 140 to 250/50 dose is $145 for only 60 updrafts
11   which would be a one month supply.
12        The Pulmicort is about $110 per month in the respul form.
13   This is the type you open up, you put it in the bronchial
14   nebulizer, and it's a little plastic tube, you drop the single
15   dose in.  Often you take it once to three times a day.  That's
16   the pediatric -- or the intermediate pediatric dose.  There's
17   a higher dose for adults.
18   Q.    Are any of these rescue medications?
19   A.    What we call -- refer to as the quick-acting or rescue
20   medications.  You come down to Xopenex which is --
21   Q.    Does that start with the X?
22   A.    Yeah, it's pronounced Z even though it's an X.
23   X-o-p-e-n-e-x.
24        Xopenex is a fast-acting medication that's now available
25   in an inhaler form in what we call the HFA preparation,

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1    hydrofluoroalkane preparation.  And that replaces the
2    freonated fast-acting or quick-acting medicines which we knew
3    of as simply generic albuterol.  And now there's albuterol in
4    the HFA form, nongeneric, which has increased the cost.
5    Albuterol was available as a freonated device.  It's being
6    phased out by December.  It's my understanding that it will no
7    longer be legal to prescribe or refer a patient to buy
8    albuterol with freon in it because of the protection
9    requirements for the ozone layer.
10   Q.    So is albuterol a rescue inhaler?
11   A.    It is.  Xopenex and albuterol are basically identical
12   drugs.  One is a more purified mixture of the single
13   effective -- most effective isomer of albuterol.  The
14   levalbuterol is Xopenex.  It's more expensive, as you can see.
15   Q.    What are these rescue drugs used for?
16   A.    The sudden tightening of the bronchial tubes, and they
17   relax -- they only relax the smooth muscle tightening which I
18   said is the twitchy airway, if you will, that narrows the
19   bronchial tube due to tightening of the smooth muscle coils
20   that embed or surround the bronchial wall.
21   Q.    And when would a patient -- when would you instruct a
22   patient to use such a thing?
23   A.    When they're having a flare-up of their asthma symptoms.
24   When they feel tight.  When they're coughing, and some
25   patients all they do is cough.  And for others it's when

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1   they're wheezing.  For a vast majority of our patients it's

2   when they're wheezing.

3   Q.   And what is wheezing?

4   A.   Wheezing is that musical, dissonant sound that comes out

5   of the lung when many different diameter bronchial tubes are

6   tightening and it causes a sibilant resonance that sounds like

7   dissonant music.  Many bagpipes and flutes playing all at

8   once.  I can demonstrate if you want to hear.  I have asthma.

9   Q.   And is that a common symptom of asthma?

10  A.   Very much so.  Probably more so than the cough, though

11  that's debatable.  There are a lot of cough variant

12  asthmatics.  I can't give you an exact split.

13  Q.   You testified a while ago that after a bad air day, that

14  you would get a call for refills.

15  A.   Yes.

16  Q.   Is that often -- was that for this kind of rescue

17  medication or was it for some other type?

18  A.   It is.  In so many of the patients, unless they're a

19  well-trained asthmatic, will call for simply the rescue

20  medicine, the quick-acting bronchial dilatator, forgetting

21  that they also need to stop the inflammation produced by the

22  bad air days.  And that's a subset or overlap of subset of

23  patients who have both allergy and a sensitivity to hazy air

24  days.

25  Q.   Doctor, do you know a percentage of your patients who are

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1  affected by bad air days?

2  A.   Within my degree of medical certainty and my clinical

3  experience, it's somewhere around three out of five.  It's the

4  majority of patients.  It's not small by any means.  It will

5  often have them have to take their bronchodilator quick-acting

6  medicine before they even go outside to go to work, to do

7  their outdoor activities, work in the garden, walk the dog.

8  Q.   Doctor, do you know whether or not there's a significant

9  frequency in the population of people with undiagnosed asthma?

10  A.   I can't give you the exact figure, but I did hear a

11  figure from my academy, the American Academy of Allerery,

12  Asthma and Immunology, the AAAAI, that allergists see only 2

13  to 3 percent of all the patients that should be seen.  That

14  they need a specialist.  People who frequently report to the

15  emergency room or have uncontrolled symptoms or who have been

16  on a ventilator, who have almost died from asthma, who can't

17  sleep at night because of their asthma, those patients aren't

18  getting to us mostly probably because of underinsured status.

19  They're not insured or they don't have enough insurance to pay

20  for their care or they're not eligible for the government

21  programs.

22  Q.   Doctor, do you have experience with patients who have

23  uncontrolled or poorly controlled asthma?

24  A.   I do.  And there's a significant number of them.  It's

25  not the vast majority.  It is a subset.  I can't give you my

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   exact figure, but it's approximately 1 in 10 to 1 in 20 of my

2   asthma patients, and I can see as many as 40 a week in my

3   practice, asthmatics.

4   Q.   And what can be the consequences of uncontrolled or

5   poorly controlled asthma?

6   A.   The worst consequence, our greatest fear, after

7   hospitalization because then we get a black mark from the

8   insurance company if our patient gets admitted to the

9   hospital.  We cost them too much money.  But the worst fear is

10  the development of a process called remodeling of the lung.

11  It's a scarring down of the parenchymal part of the lung or

12  the subendothelial tissues in both the bronchus intermedius as

13  well as the smaller bronchials.  And that process, if the

14  asthmatic is caught too late, if he started on

15  anti-inflammatory treatment anywhere from two or three years

16  into his asthmatic process, if his primary doctor doesn't

17  start him on an anti-inflammatory or if he's a specialist who

18  probably would too late, that patient can develop scarring of

19  the lung and lose 10, 15, up to 50 or 60 percent of their lung

20  function and never recover any of it.

21       That was a big study done in the Netherlands, and I can

22  give you the name of that with a little -- this afternoon if

23  you need it tomorrow.  But that was a beautiful study.  You're

24  looking at Budesonide and they divided the patients according

25  to how long they had symptoms before they were start on

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1    anti-inflammatory treatment.

2         And so many patients, because of underinsurance, if

3    you'll allow me that expression, won't access the subspecialty

4    care or good primary care soon enough before they lose lung

5    function.  And sometimes -- there is a definite subset of

6    patients, and this has been described in the Journal of

7    Allergy and Clinical Immunology over and over again.  There's

8    a subset of patients no matter what you do, they do not

9    improve and they continue in some cases to go downhill and

10   lose their lung function and they are what we call pulmonary

11   cripples by the time they are middle age or older.  On oxygen

12   sometimes.

13   Q.    Doctor, can asthma be fatal?

14   A.    Absolutely.

15   Q.    Have you ever observed a fatal asthma attack?

16   A.    I did.  Fortunately, none of my immediate patients.  But

17   when I was a fourth-year medical student at Grady Hospital in

18   Atlanta, a little two-year-old boy whose parents would not

19   stop smoking around him.  He lived in the inner city, and

20   there were many factors.  And he came in dead on arrival,

21   two-year-old boy, that had just been there just a week earlier

22   and whose parents were warned not to smoke around him.  He was

23   put on Prednisone and he died anyway.  They fished out -- you

24   saw the mucous in the diagram, the second exhibit with the

25   cross-section of the bronchial tube.  That mucous formed,

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1  looked like an oak tree without leaves in the wintertime here

2  in the mountains.  They fished two of those out of each

3  lung -- one out of each lung and that -- he had -- he didn't

4  have a prayer to oxygenate.

5  Q.  What happened -- so what happens in that event?

6  A.  Well, you hope that you could keep this child alive.  He,

7  of course, died.

8  Q.  What's the cause of death?

9  A.  Asthma.

10  Q.  I mean, but what's the -- why --

11  A.  Oh, respiratory failure.  Immediate cause of death

12  respiratory failure, secondary asthma.

13  Q.  Doctor, are you concerned as a result of your experience

14  with your patients, are you concerned about air pollution?

15  A.  I am indeed.

16  Q.  In addition to the treatment of your patients, have you

17  done anything as a result of that to deal with air pollution?

18  A.  Well, I did some militating, if you will, for the

19  Smokestacks Clean Air Act here in North Carolina.  I called

20  several of my local representatives.  I was in on a -- invited

21  to join and became a member of a planning committee to have an

22  impact on our legislators to try to get scrubbers on our power

23  plants here in western North Carolina and made phone calls and

24  wrote letters.

25  Q.  So you lobbied for the Clean Smokestacks Act?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  A.   I did.  That's the word I was groping for, lobby.  I did

2  lobby for that.

3  Q.   Doctor, do you have any -- have you had any other

4  personal, outside from your medical experience, have you had

5  personal experience with -- of a separate nature involving air

6  pollution?

7  A.   Well, for one thing I have asthma.  Some of you may have

8  heard me cough a little bit.  The walk around town here got me

9  going.  And the other is that I'm a pilot.  And I'm a pilot of

10 about maybe 11 years' duration now.  And I remember taking my

11 check ride some years ago and again more recently, within the

12 last three or four years, having to use instruments to find

13 the airport in daylight hours.  It was summer and it was 4:30

14 to 5:00 p.m.  And I remember having the tower told me that I

15 was a mile and a half off course for the inbound line to the

16 runway.  And I said, well -- I thought I was looking at the

17 runway; I was looking at I-26.  And so they asked me if I

18 needed the rabbit lights to come on, and that's a pilot term.

19 And with air traffic control, rabbit lights are the huge

20 flashing arrow that's about maybe 1200 yards long that directs

21 you to the runway.  And I had to have them turn it up to the

22 second level of frequency before I could see it.  And I had

23 20/20 vision at the time.

24 Q.   And why was that?

25 A.   Because the air was so dirty or so hazy and there had

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   been a brown cloud that morning and it was extremely hazy that

2   evening.  The sun hadn't gone down yet, but you could look

3   right at the sun and it wouldn't bother your eyes because it

4   was being filtered by bad air.

5   Q.   Not clouds?

6   A.   No, it wasn't clouds.  No, I wasn't legal to fly in

7   clouds then.  I now have my instrument rating so that I can

8   land at Asheville on a clear, noncloudy day.

9   Q.   Have you ever had to land with instruments?

10  A.   Many times.

11  Q.   During a bad air day?

12  A.   Yes.  Both here and San Diego.

13          MR. GULICK:  I have no further questions, Your

14  Honor.

15          MR. LANCASTER:  We'll have no cross examination for

16  this witness.

17          THE COURT:  All right.  That will complete your

18  testimony and you may be excused.

19          (Witness stepped down.)

20          MR. GULICK:  I do apologize, Your Honor, I do want

21  to offer into evidence Dr. Russell's curriculum vitae which is

22  Exhibit Number 41 -- excuse me, 441.

23          THE COURT:  All right.

24          MR. GULICK:  And for illustrative purposes only,

25  Exhibits 213 and 214 which were the models of the bronchial

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    tubes.

2            And I'd also like to offer into evidence, Your

3    Honor, the original -- this public record, the affidavit by

4    George Carr of the Division of Medical Assistance with public

5    records of expenditures by the Medicaid program for treatment

6    of various diseases that are related to this case.

7            THE COURT:  And that's Exhibit 45?

8            MR. GULICK:  45.

9            THE COURT:  All right.  Let those be admitted.

10           MR. GULICK:  May I approach the clerk to hand her

11   the original copy of this affidavit?

12           THE COURT:  Yes.

13           (Plaintiff's Exhibits Numbers 45, 213, 214 and 441

14   were received into evidence.)

15           THE COURT:  All right, gentlemen.

16           MR. GOODSTEIN:  Your Honor, we're going to call as

17   our next witness Dr. John Levy.

18           MR. LANCASTER:  Your Honor, I have a preliminary

19   matter I would like to raise about Dr. Levy.

20           THE COURT:  All right.

21           MR. LANCASTER:  We have filed two motions in limine

22   that relate to Dr. Levy's testimony raising three separate

23   grounds for exclusion of that testimony, and I think I can

24   summarize it in about five minutes if I can be heard on it at

25   this point.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1          THE COURT:  Okay.

2          MR. GOODSTEIN:  Your Honor, it was my understanding

3    from the court that you were going to take these motions in

4    limine in context during the trial, and we're prepared to lay

5    a foundation with Dr. Levy with regard to his qualifications

6    and his methodology.  My suggestion is that we just go forward

7    with the testimony; and at the appropriate time, if counsel

8    wants to lodge an objection in context with the presentation

9    of the evidence, then you can entertain it at that time.  That

10   would be our suggestion for how to proceed.

11         THE COURT:  Okay.  What is the witness's name?

12         MR. GOODSTEIN:  Dr. John Levy, L-e-v-y.

13         THE COURT:  All right.  Now, what is the basis for

14   your objection?  Does it go to his qualifications as an

15   expert?

16         MR. LANCASTER:  No, sir.  We have three separate

17   bases for the objection.

18         One does go to the scientific reliability of his

19   testimony, and the parties have favored the court with

20   probably 50 or more pages of briefing on that issue.  I could

21   summarize it briefly, though.

22         THE COURT:  Go ahead and let me hear you on that.

23   Scientific basis --

24         MR. LANCASTER:  Yes, sir.

25         THE COURT:  -- for his testimony.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1          MR. LANCASTER:  The scientific reliability issue,
2     Your Honor, boils down to the fact that he has prepared a risk
3     assessment which purports to calculate the exact number of
4     mortalities that occur from small exposure changes in fine
5     particulate matter air pollution.  That kind of risk
6     assessment has been presented to the United States
7     Environmental Protection Agency in a standard setting context
8     and the EPA has ruled it to be unreliable for purposes of
9     setting an air quality standard, and so we question its
10    scientific reliability.
11         Separately, Dr. Levy testified in his deposition
12    that if he were to try to publish that kind of analysis in a
13    peer reviewed journal, there are substantial uncertainties in
14    the analysis and he would have to conduct an uncertainty
15    analysis.  He did not do that here and that is one of the
16    hallmarks under the *Daubert* case from the Supreme Court that a
17    witness should employ the same level of intellectual rigor in
18    the courtroom that he does in his regular scientific practice.
19         Those are the two primary grounds of the
20    unreliability point.
21         A second point, which is completely independent of
22    that, is much simpler.  What happened is, as the court has
23    learned from the first several witnesses, Dr. Staudt specified
24    an emissions projection for TVA for the year 2013 of sulfur
25    dioxide at 450,000 tons per year.  As he has acknowledged, he

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1    has overstated that projection at least to the tune of

2    80,000 tons:  The tons that will not be emitted from the Bull

3    Run plant and the Kingston plant near North Carolina as a

4    result of the scrubbers he indicated would be going on.  And

5    he handed that information to Drs. Chinkin -- or

6    Messrs. Chinkin and Wheeler who explained how they ran it

7    through their computer models.  And they handed their output

8    to Dr. Levy and he used that to calculate the mortalities.

9            So he has used as the basis for his testimony

10   information -- numerical information about emissions and

11   impacts that is contrary to the evidence in the record based

12   on Dr. Staudt's testimony.  And under the Fourth Circuit's

13   *Tiger Construction* case holding that expert opinion evidence

14   based on assumptions not supported by the record should be

15   excluded, we seek exclusion on that basis.

16           The third ground is much narrower and would not

17   result in the complete exclusion of Dr. Levy's testimony, but

18   rather, merely the narrowing of it.

19           Dr. Levy has calculated state by state the number of

20   people he believes are killed by what the plaintiffs call

21   TVA's excessive emissions each year and has calculated, for

22   instance, 49 deaths in New York, 60 in Florida, 62 in Indiana,

23   74 in Illinois, 110 in Ohio, as far as Minnesota,

24   Massachusetts, Texas, Kansas.  And consistent with the court's

25   ruling this morning and consistent with the court's ruling on

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1    one of TVA's motions about the preclusive effect of Alabama's

2    statutory preemption, this case should be about air pollution

3    in North Carolina.

4           And so if Dr. Staudt -- excuse me, if Dr. Levy does

5    testify, we would ask the court to limit his testimony to his

6    opinion about deaths caused in North Carolina and not in far

7    away places like Ohio and Michigan and New York.

8           Those are the three grounds that we have laid out

9    for objecting to Dr. Levy's testimony.

10          MR. GOODSTEIN:  Your Honor, TVA is going to have an

11   opportunity to present their case.  This is North Carolina's

12   opportunity to present its case.  We have a qualified expert

13   who's going to present relevant and reliable testimony.

14   That's the standard under Rule 702, as you're well aware, Your

15   Honor.  We have responded to this motion in limine at length.

16   The papers are in.  Our motion in limine response is trial

17   Exhibit 459.  It's an extensive response, Your Honor.  It

18   shows that there's a very sufficient and reliable scientific

19   basis.

20          This is just part of the response.  And these are a

21   select number of peer-reviewed journal articles in 459,

22   Exhibit 2 attached to Dr. Levy's declaration, that show that

23   the Health Impact Assessment Methodology that he's employed

24   with Dr. Spengler supporting their opinions in reaching their

25   conclusions in this case has been extensively published in the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1  peer-reviewed literature.  It's been used by EPA.  It's been

2  used by a number of states.  It's been tested.  It's been

3  subject to peer review.  It was used by the U.S. Environmental

4  Protection Agency in support of their Clean Air Interstate

5  Rule.  It's been subject to extensive publication.  There are

6  a number of peer-reviewed journal articles that document it in

7  our response.  It has a known error rate, and that's discussed

8  in Dr. Levy and Dr. Spengler's report.  It has standards to

9  control it, which Dr. Levy and Dr. Spengler have documented in

10 their report.  And it's been generally accepted, as I've said,

11 by EPA, governmental agencies and scientists in the field of

12 epidemiology and public health.  And this is merely a

13 presentation of the expert testimony that TVA is going to

14 present in its case.  And really, the sole basis for this

15 motion in limine are several affidavits from their witnesses.

16 So this is really just a presentation of their case by -- in

17 view of a motion in limine.  There's really no question about

18 the scientific basis of this testimony.  And nobody can really

19 say, after hearing the foundation that we're prepared to lay

20 for this, that there's no scientific basis for the testimony.

21         THE COURT:  All right.  Let me have a few minutes

22 here to review some notes on this.

23         MR. GOODSTEIN:  Thank you, Your Honor.

24         (Pause.)

25         THE COURT:  All right.  We will proceed with the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

DONALD RUSSELL - DIRECT

1  testimony and if you will enter your objections as we get to
2  the objectionable part, then I will rule on it.  I want to see
3  what sort of foundation the state proposes to lay before it
4  tenders the various exhibits into evidence and I'll rule on
5  them one by one and note your objections.
6        MR. GOODSTEIN:  Thank you, Your Honor.
7        MR. LANCASTER:  Mr. Goodstein addressed the
8  scientific reliability issue that the court appeared to
9  review.  The separate issue was the scope of the opinions, and
10  our motion is consistent with what I understood the court to
11  say earlier today; that Dr. Levy is going to attempt to
12  calculate numbers of deaths caused by what plaintiff calls
13  TVA's excessive pollution.  These deaths occurring in
14  Pennsylvania, Ohio, Indiana, Illinois, Michigan and far away
15  states --
16        THE COURT:  And I won't accept that evidence, as I
17  indicated.  I'm interested in these three states primarily and
18  I'll allow the gentleman to state his opinion, but we're not
19  going into details, as I indicated, on these other matters.
20        MR. LANCASTER:  Thank you, Your Honor.
21        THE COURT:  That's not relevant here.
22        MR. GOODSTEIN:  Your Honor, since day one in this
23  lawsuit, North Carolina has alleged that not only are there
24  these types of impacts occurring in North Carolina, but that
25  they're occurring throughout the region.  And this is, as

Cheryl A. Nuccio, RMR-CRR (704)350-7494

JONATHAN LEVY - DIRECT

1  stated in our complaint, North Carolina pled this case as

2  having to do with regional air pollution impacts and this is a

3  very important issue for this case, obviously.

4          THE COURT:  All right.  Go ahead with your evidence

5  and I'll hear you at the appropriate time.

6          MR. GOODSTEIN:  I appreciate it, Your Honor.  Thank

7  you very much.

8          THE COURT:  Call your witness.

9          THE COURT:  Dr. Levy.

10          JONATHAN IAN LEVY,

11  being first duly sworn, was examined and testified as follows:

12          MR. GOODSTEIN:  Your Honor, if I may approach.  We

13  have a set of exhibits for Dr. Levy.

14          THE COURT:  Yes.

15          DIRECT EXAMINATION

16  BY MR. GOODSTEIN:

17  Q.   Good afternoon, Dr. Levy.

18  A.   Good afternoon.

19  Q.   Can you state your full name for the record, please.

20  A.   Jonathan Ian Levy.

21  Q.   And how are you currently employed, Dr. Levy?

22  A.   I'm an associate professor of Environmental Health and

23  Risk Assessment at the Harvard School of Public Health.

24  Q.   You should have in front of you a book of exhibits.  And

25  the first one should be Plaintiff's Exhibit 429 for

                Cheryl A. Nuccio, RMR-CRR (704)350-7494

JONATHAN LEVY - DIRECT

1  identification.  Is that a copy of your CV?

2  A.  Yes, it is.

3  Q.  And can you tell us what your responsibilities are in

4  your current position.

5  A.  Well, I am on the faculty in the Department of

6  Environmental Health at Harvard School of Public Health, and

7  that's a position that involves a combination of research and

8  teaching.  So I'm involved in research on air pollution

9  exposures and health effects called Air Pollution Risk

10  Assessment.  And I also teach courses.  I teach the course,

11  the introductory course on risk assessment to master's and

12  doctoral students in our program.  I also teach courses on

13  research methods in general in environmental health, and I

14  teach a freshman seminar at Harvard College on urban

15  environmental health.

16  Q.  And do you have any updates to your CV, Plaintiff's

17  Exhibit 429?

18  A.  There certainly are some updates.  This CV was circa

19  October 2006.  There's a number of additional publications.

20  Many publications that are listed in the CV as submitted are

21  now published and there are additional publications that have

22  now been submitted.

23      I guess also, I'm listed in terms of my affiliations as a

24  member of the Society for Risk Analysis.  I remain a member,

25  but I'm now the president of the Society for Risk Analysis'

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  New England Chapter.  So that is an update.

2      And certainly updates to the number of students that I

3  have mentored and their status.  Some students, thankfully for

4  them, have graduated since October 2006.

5  Q.   And what departments are you associated with at the

6  Harvard School of Public Health?

7  A.   My primary appointment is in the Department of

8  Environmental Health and it's within a program called the

9  Exposure Epidemiology and Risk Program.  And this is a program

10  that involves multi-disciplinary and inner-disciplinary

11  research on exposures on epidemiology and on risk assessment

12  generally related to air pollution but including other

13  stressors as well.

14      And I also have a secondary appointment in the area of

15  health policy and management which generally involves a number

16  of things, but my affiliation is related to the application of

17  decision theory methods and other methods for policy analysis.

18  Q.   And can you describe each of these departments,

19  Department of Environmental Health and the Health Policy and

20  Management Department, please.

21  A.   The Department of Environmental Health is a large

22  department.  There are a number of faculty members who conduct

23  research in environmental epidemiology, in characterizing

24  human exposures to a variety of pollutants, conducting risk

25  assessment, as well as laboratory-based studies looking at

Cheryl A. Nuccio, RMR-CRR (704)350-7494

JONATHAN LEVY - DIRECT

1  human physiology, looking at exposures of animals to different

2  pollutants and understanding health effects.

3      And health policy and management is a large crosscutting

4  department that includes aspects of healthcare systems and

5  financing.  For example, my arm of research is more on policy

6  analysis methods, and there's a number of faculty there who

7  are involved in quantitative methods for policy analysis.

8  Q.  And what courses do you teach at the Harvard School of

9  Public Health?

10 A.  As mentioned, I teach a course on risk assessment.  This

11 is an introductory course for students in our program, for

12 master's students and doctoral students in which we go through

13 the elements of a risk assessment and then students conduct

14 risk assessments themselves as part of the case base structure

15 of the course.

16     The other class at the School of Public Health that I

17 alluded to, which is a research practicum class, involves

18 teaching second year master's students how to conduct a

19 research study, what is involved, how to develop hypotheses,

20 how to analyze data and write up papers.

21 Q.  And what other courses have you taught?

22 A.  I've been involved in instructing a number of different

23 courses.  I've contributed lectures, for example, in the

24 introductory course for master of public health students on

25 risk assessment methods.  So that has happened over a number

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    of years.

2         I've also lectured in our air pollution course on

3    exposure assessment methods and modeling.

4         And I have taught in a series of freshman seminars at the

5    college currently about urban environmental health, but in the

6    past related to issues of environmental equity or broadly

7    health and inequality.

8    Q.   And you're also a research adviser?

9    A.   Yes, that's correct.  I advise some master's students,

10   but I largely advise doctoral students.  I have had three of

11   my doctoral students who have graduated and gone forth into

12   the world and I currently advise another five doctoral

13   students, and I have served or am serving on the dissertation

14   committees for perhaps another dozen students.

15   Q.   And you do some consulting in environmental risk as well

16   as your research duties?

17   A.   I do a small amount of consulting.  I don't have anything

18   that would resemble a formal practice, but there have been

19   opportunities such as this one in which my academic research

20   can be extended and applied in other areas, and so I have

21   taken on a small number of projects over the years.

22   Q.   Can you tell us what a few of those projects have been

23   and are related to your testimony in this case.

24   A.   Sure.  I prepared a report for the City of Alexandria,

25   Virginia, about health impacts of some of the local power

Cheryl A. Nuccio, RMR-CRR (704)350-7494

JONATHAN LEVY - DIRECT

1  plants which was an expansion of a publication that is listed

2  in my curriculum vitae looking at five power plants in the

3  Washington, D.C. area.

4      I also prepared a report for the Maryland Nurses

5  Association, again, an extension of this Washington, D.C.

6  analysis, looking at a few other power plants in Maryland

7  specifically and trying to understand and quantify the health

8  impacts from those plants.

9      I also participated in an administrative hearing in

10  Wisconsin regarding a power plant there in which Dr. Spengler

11  and I and others prepared an expert report regarding the

12  health impacts of emissions from a power plant in Wisconsin

13  under alternative control scenarios.

14  Q.   And you testified as an expert in that proceeding?

15  A.   Yes, I did.

16  Q.   And what was the subject matter of your testimony there?

17  A.   It was related to the application of health impact

18  assessment methods for air pollution and the quantification of

19  health impacts from power plant emissions.

20  Q.   So it was a similar methodology to the methodology that

21  you've employed in this case?

22  A.   Very similar, yes.

23  Q.   And what were you asked to do in this case by the

24  attorney general of North Carolina?

25  A.   I was asked to prepare an air pollution health impact

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  assessment very similar to the sort that I've done over more

2  than a decade related to power plant emissions as well as

3  other source emissions in the peer-reviewed academic

4  literature and so asked to conduct a health impact assessment

5  focusing on what's been termed the excess emissions of the TVA

6  power plants and quantifying the effects of those emissions on

7  public health.

8  Q.    All right.  Can you summarize for us your educational

9  background, Dr. Levy.  And this is on Page 1 of Plaintiff's

10  Exhibit 429.

11  A.    Sure.  I have an undergraduate degree from Harvard

12  College in applied mathematics.  And then after working for a

13  few years, I went back to graduate school and I obtained my

14  Doctorate in Environmental Science and Risk Management which

15  is a joint degree program between environmental health and

16  health policy and management, the two departments with which

17  I'm currently affiliated.  And that involved, obviously,

18  course work and then a dissertation that was completed in 1999

19  building a health impact assessment model for power plants.

20  And so that -- you can see the title of the dissertation is

21  Environmental Health Effects of Energy Use:  A Damage Function

22  Approach.  And damage function is another term for health

23  impact assessment as I have described it.

24       I then had a year and a half of post-doctoral training

25  also at the Harvard School of Public Health.  I should have

Cheryl A. Nuccio, RMR-CRR (704)350-7494

JONATHAN LEVY - DIRECT

1    said my doctoral degree is from the Harvard School of Public

2    Health.  I did a year and a half of post-doctoral training

3    both in environmental health and in biostatistics working with

4    faculty in both departments.

5         And then I joined the faculty at the School of Public

6    Health in February of 2001.

7    Q.   You mentioned that your doctoral dissertation at Harvard

8    School of Public Heath dealt with health issues associated

9    with power production.  Can you give us a little more

10   background about that particular dissertation.

11   A.   Sure.  It involved trying to develop the tools and

12   techniques to quantify the health impacts from emissions from,

13   in this case, one selected power plant.  And so the work had a

14   number of different components, two of which ended up

15   published in the peer-reviewed literature.  One was a

16   meta-analysis or a statistical review of the particulate

17   matter mortality literature available at that time which we

18   used to develop what we call a concentration response function

19   looking at the relationship between particulate matter

20   exposure and the risk of mortality, and so that function was

21   developed as part of the dissertation work and published in

22   the year 2000.

23        And then I applied that function as well as functions for

24   a number of other health outcomes for particulate matter and

25   for ozone.  I also applied an atmospheric dispersion model and

Cheryl A. Nuccio, RMR-CRR (704)350-7494

JONATHAN LEVY - DIRECT

1  then combined the evidence using standard health impact

2  assessment methods to quantify the health impact associated

3  with emissions from one power plant in Massachusetts.

4  Q.   And how does that method that you developed in your

5  dissertation compare to the method that you used in this case

6  to develop your conclusions?

7  A.   It's a very similar methodology in general.  The

8  atmospheric dispersion model conducted by Sonoma is far more

9  advanced, I will admit, than what I conducted in the late '90s

10 since the computer modeling has gotten much better over time.

11 The epidemiologic evidence and other evidence about health

12 effects of particulate matter and ozone has grown

13 exponentially in the intervening years but the core

14 methodology has not changed.

15 Q.   And did that lead to some publications in the

16 peer-reviewed literature?

17 A.   The dissertation work specifically, yes, led to two

18 publications, one in 1999 in the Journal of Environmental

19 Science and Technology and another in 2000 in the Journal of

20 Environmental Health Perspectives.

21      With that foundation that we laid and that I developed in

22 my dissertation, I then did a series of follow-on

23 investigations in subsequent years starting as a post-doctoral

24 researcher and then extending into my faculty position in

25 which we applied health impact assessment methods in four

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  separate publications looking at two power plants in

2  Massachusetts, looking at, I believe it was nine power plants

3  in Illinois, five power plants in the Washington, D.C., area

4  and I believe seven power plants in Georgia.  And those led to

5  four separate publications all involving the application of

6  the health impact assessment methods.

7  Q.   Can you please, Dr. Levy, direct us to those publications

8  in your CV.

9  A.   Sure.  That would begin on page, what is labeled Page 9

10 of 14 on my CV, and which is where the bibliography begins.

11 And so the two publications that I mentioned that were tied to

12 my dissertation work, the first one is Number 6, Development

13 of a New Damage Function Model for Power Plants:  Methodology

14 and Applications.  Publication Number 8 is the other

15 publication that I --

16 Q.   Just give me one second.

17 A.   Yes.

18       MR. GOODSTEIN:  We're on Plaintiff's Exhibit 429,

19 Your Honor.  Should be the first one in the binder from

20 Dr. Levy.

21       THE COURT:  All right.

22 Q.   Can you show us where that is again.

23 A.   Sure.  As mentioned, the first of the publications from

24 the dissertation work is reference Number 6 on that page which

25 is now highlighted which is in the journal Environmental

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    Science and Technology in 1999.

2         The paper in which we developed the concentration

3    response function for particulate matter is reference Number 8

4    from the journal Environmental Health Perspectives.

5    Q.    And these are all published in peer-reviewed journals?

6    A.    That's correct.  These are all peer-reviewed journals on

7    this CV.

8         And then I alluded to the four additional power plant

9    applications that we'd had in the past.  The first one of

10   those begins on the following page on Page 10 at the top of

11   the page.  That's reference Number 13, Modeling the Benefits

12   of Power Plant Emission Controls in Massachusetts, a paper

13   that Dr. Spengler and I wrote.

14        The one immediately below it, reference Number 14, was

15   the study that I alluded to in Illinois quantifying the

16   impacts of nine power plants there.

17        Scan down.  Reference Number 20 is the third of the four

18   power plant health impact assessment case studies.  This was

19   looking at power plants near Washington, D.C., as the title

20   alludes to.

21        And the final publication is the last publication on that

22   same page, Reference 27, looking at power plants in Georgia.

23   The term intake fractions in the title refers to exposure to

24   the population from those emissions.  So this paper was

25   focusing on modeling the exposure of the population from those

JONATHAN LEVY - DIRECT

1    power plants.

2    Q.    All right.  How did the methodologies that were

3    documented in those peer review journal articles compare to

4    the methodology that you used in this case?

5    A.    It was very similar to what was applied in this case.

6    The details differ slightly depending on the timing of the

7    paper or the focus of the paper.  For example, the reference

8    number 20 of the paper focusing on Washington, D.C. power

9    plants was aimed at understanding which susceptible

10   subpopulations may be at greatest risk and how the risk was

11   distributed.  So that involved some different methods and

12   different assumptions than other applications.  But the broad

13   brush methodology in all of these peer-reviewed publications

14   is the same as what we conducted here.

15   Q.    Can you briefly describe for us your professional

16   background, Dr. Levy.

17   A.    Sure.  Other than my current position as a faculty member

18   of the School of Public Health, as mentioned, I did work in

19   the intervening years between undergraduate and graduate

20   school.  This was at an economic and management consulting

21   firm just outside of Boston in which I developed computer

22   simulation models for Fortune 500 companies doing things like

23   forecasting sales and trying to project the impact of

24   different advertising campaigns on sales of products.  So not

25   within the subject matter here, but certainly involving

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   development of computer simulation models.

2   Q.   And you did some post-doctoral training in statistical

3   analysis.

4   A.   That's correct.  As mentioned, this was -- my

5   post-doctoral training was jointly between environmental

6   health and biostatistics and so part of my post-doctoral time

7   involved these health impact assessment studies, but I also

8   worked with faculty in biostatistics on models to quantify

9   exposure heterogeneity in urban environments trying to develop

10  techniques to understand whether and why air pollution might

11  be different from one road to another depending on proximity

12  to a large bus terminal, for example.

13  Q.   You went back to the School of Public Health in 2001 and

14  what was your position at that time?

15  A.   I was hired as an assistant professor at that time and

16  served as an assistant professor until 2006 when I was

17  promoted to associate professor within the department.

18  Q.   And what did that promotion involve?

19  A.   Well, it broadly involves review of my curriculum vitae,

20  my publications, my teaching record.  I believe that some of

21  the criteria are having a national or international reputation

22  and work that has been, you know, well accepted within the

23  scientific community.  The senior faculty in the department

24  could probably speak more to the details of the promotion

25  process than I could.  But it involves a formalized review of

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  the academic productivity as well as the teaching record.

2  Q.   And what are your academic appointments in environmental

3  health?

4  A.   I'm not sure I understand the question.

5  Q.   What are your positions?  What are your academic

6  positions?

7  A.   In terms of my responsibilities?

8  Q.   Yes.

9  A.   As an associate professor in the department, I certainly

10  conduct research and that's -- you know, one of the primary

11  things that a faculty member at the School of Public Health

12  does is write grants, conduct primary research.  So I'm the

13  principal investigator of a number of grants, perhaps 15 or so

14  over the years that I've been on the faculty.  You know,

15  maybe, I guess, four grants currently that I serve as

16  principal investigator of.  So that is a primary line of

17  activity.  Conducting research and then supervising graduate

18  students on those research products.

19      I'm also involved in teaching and I serve on a number of

20  school committees as well, including committees on curriculum

21  development within the department.  I serve on the faculty

22  council of the school which is an elected position involving

23  some oversight or at least nominal oversight of school

24  activities.

25      And I'm also an appointed member on the committee on

1    concerns of women faculty which is related to gender balance
2    and gender inequity within the school and the university as a
3    whole.
4  Q.    And one of your research grants is listed on Page 1 of
5    your CV under Honors and Awards; is that right?
6  A.    That's correct.  This was the -- it's the first honor and
7    award listed.  The Health Effects Institute, Walter Rosenblith
8    New Investigator Award.  And this is an award/grant that is --
9    it's a competitive award process in which new faculty members,
10    new researchers apply and are evaluated by the Health Effects
11    Institute which is a nonprofit entity jointly funded by EPA
12    and by industry, largely the automotive industry.  As I said,
13    it's a competitive process and I was excited to receive that
14    award which provided both the honor of the award and then a
15    grant that I've been conducting over the past three years.
16  Q.    And can you tell us what that research involves, please.
17  A.    That project is focused on spatial patterns and spatial
18    and temporal patterns of air pollution exposures in the Boston
19    area looking at both indoor and outdoor environments, focused
20    largely on $PM_{2.5}$ or fine particulate matter, but also looking
21    at other air pollutants.  And this is part of an epidemiologic
22    study nested within an epidemiologic study looking at risk
23    factors for asthma in the urban environment.
24  Q.    And you are currently doing that research now?
25  A.    Yeah, that is an ongoing project.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

JONATHAN LEVY - DIRECT

1  Q.    Can you please describe for us some of your other primary

2  current research projects.

3  A.    Sure.  Two other major research projects I can

4  highlight -- there's always a large number of projects going

5  in and out at any point in time.

6         I am involved in a large scale collaborative funded by

7  the Federal Aviation Administration looking at exposures to

8  air pollution, health risks from air pollution associated with

9  the aviation industry.  This is a multi-university and

10 industry collaborative.  MIT is the head of this organization

11 and we work along with MIT and the University of North

12 Carolina on some of our projects which involve health impact

13 assessment methods as applied to the aviation industry using

14 CMAQ as an atmospheric dispersion model and then quantifying

15 the air toxic and critera pollutant health impacts.

16        And we've also done a series of monitoring studies around

17 airports to then quantify the contribution of emissions from

18 the airport to concentrations in the nearby neighborhoods.

19        Another ongoing study is related to air pollution within

20 New York City focusing on contributors to spatial gradients in

21 New York City trying to model patterns of air pollution,

22 understand the implications of being closer to or further from

23 major roads, street canyons, and the like, and then ultimately

24 involving the application of health risk assessment methods to

25 understand the benefits of traffic mitigation measures in New

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  York City.

2  Q.   And can you describe some of your previous research

3  projects that are directly pertinent to this matter.

4  A.   Sure.   Probably the most pertinent ones I alluded to

5  earlier, the sequence of four power plant health impact

6  assessment studies, and those were all funded within a single

7  grant so I won't belabor the details of those.

8       I was also funded by the U.S. Environmental Protection

9  Agency to conduct a meta-analysis of the ozone mortality

10  literature.   EPA was obviously interested in what the

11  relationship was between ozone and mortality and so they found

12  three different research groups that they asked to

13  independently look at the question, not talk to each other in

14  the process; and then upon completion of the analyses, we

15  published the three papers jointly.

16       And so I was one of the three groups involved in that.

17  There was another group from Yale and Johns Hopkins and a

18  third group from NYU that was involved in the study.

19       And so that culminated in a publication in which we

20  synthesized the literature, the epidemiologic literature on

21  ozone mortality and developed a concentration response

22  function.   That's the function that we ended up using within

23  this health impact assessment.

24  Q.   What is a concentration response function?

25  A.   That is a quantitative relationship between a level of

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  pollution in the ambient environment, we're talking about

2  concentrations, and the frequency of response.  And response

3  could be premature death.  It could be hospital admission.  It

4  could be asthma attack.  So it can be any of the health

5  outcomes that can be associated with pollution.  So it is

6  formally quantifying that relationship generally for later

7  application in a health impact assessment.

8  Q.   And how do you develop a concentration response function?

9  A.   What we generally do is pull together all the

10  publications that are relating the exposure and the outcome.

11  We read them critically and generally include a subset that

12  meet standards that we develop in advance, and then the

13  studies are pooled quantitatively taking account, for example,

14  of their statistical strength so that studies with more

15  uncertainty may get less weight and studies with less

16  uncertainty would get more weight.  And so we use quantitative

17  methods to pool those studies to come up with essentially the

18  collective quantitative wisdom from the body of evidence.

19  Q.   Have you published a number of papers in the

20  peer-reviewed journal -- in peer review journals deriving

21  concentration response functions?

22  A.   Yes.  There was the earlier paper I alluded to for

23  particulate matter mortality from the year 2000 that we

24  developed.  And then the publication in the year 2005 which I

25  can point out on the CV if that is helpful.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   Q.   Please do.  That's Plaintiff's Exhibit 429.

2   A.   Sure.  And this would be on page 11 of 14, and reference

3   number 31.  So this -- this is the paper that I alluded to

4   earlier, the study that was funded by USEPA to synthesize the

5   ozone mortality literature and develop a concentration

6   response function.

7        We then had a follow-on paper -- or I should say I did --

8   it didn't involve the same coauthors -- in which we used this

9   function and then developed other functions and applied them

10  to a health impact assessment in California.  That would be

11  the last publication on that same page on Page 11, reference

12  Number 41, the Health Benefits of Reduced Tropospheric Ozone

13  in California.  And so that study involved both the

14  quantification of health benefits, but also the development of

15  concentration response functions.

16  Q.   I'm sorry, what page was that on?

17  A.   That's on that same page.  On Page 11.  It's highlighted

18  now on the screen.

19  Q.   Okay.  So it's Peer Review Publication 41.

20  A.   Yes, that's correct.

21       And then I should say I was involved in an earlier study

22  examining the ozone literature on both mortality and morbidity

23  or nonfatal effects and that was -- we have to go back a few

24  pages for that.  That's on Page 9 of 14, the very last

25  reference on that page, reference Number 12, Assessing the

JONATHAN LEVY - DIRECT

1    Public Health Benefits of Reduced Ozone Concentrations.  And
2    so that was an earlier study.  And the first study -- or I
3    should say the first study following the 1999 publication in
4    which we synthesized the ozone literature and developed
5    concentration response functions.
6        And there's a significant amount of new literature in
7    this area that comes out each year.  It probably has literally
8    grown exponentially over the last ten years.  I think
9    subsequent to the $PM_{2.5}$ standard being promulgated and
10   subsequent to certainly potential changes and actually now
11   changes in the ozone National Ambient Air Quality Standards,
12   I've seen some indication that the number of publications just
13   on fine particulate matter cardiovascular effects is somewhere
14   in the order of two to three hundred publications in a year,
15   and that may be a conservative estimate.  So it's a massive
16   literature that is growing by leaps and bounds every year.
17   Q.   So the concentration response function that you've
18   developed, does that develop over time into literature?
19   A.   Oh, sure.  I mean, we would not want to use functions
20   developed in 1997 today.  The literature evolves.  It changes.
21   There's new publications.  There's new understandings.  So in
22   each of these health impact assessments and in each of these
23   applications we look at the literature anew.  We look for new
24   studies and we reintegrate and resynthesize the literature.
25   So the numeric values can change.  The health outcomes

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  included or excluded can change.  The general approach does
2  stay the same, though.
3  Q.    And Dr. Levy, do you serve on a number of advisory
4  boards, committees and commissions related to epidemiology and
5  exposure to air pollutants?
6  A.    That's correct.  Probably the two most significant ones
7  perhaps in this contest are two committees with the National
8  Academy of Science, the National Research Council branch or
9  the NRC.  They assemble a number of ad hoc expert committees
10  to look at specific subject areas and then to write reports
11  that provide recommendations to whoever had requested the
12  study, whether it be Congress or EPA or others.
13      So I served on one committee from 2004 to 2006 which was
14  focused on changes to the new source review program and trying
15  to understand the possible implications for air quality and
16  public health.
17      I'm currently serving on a National Research Council
18  committee involving examining the field of risk assessment as
19  a whole and trying to consider what areas may require changes
20  and what areas are working well.  The field of risk assessment
21  has been around for a while, but the seminal report that
22  really developed it was a 1983 report by the National Research
23  Council, and so this expert committee was assembled to prepare
24  a report in honor of the 25th anniversary of that original
25  report to basically see what's happened in the world and in

JONATHAN LEVY - DIRECT

1   the field in the last 25 years and what could happen or what

2   should happen over the next 25 years.  And that committee is

3   still ongoing.  We have not yet issued our report.

4   Q.   All right.  And you also mentioned your involvement in

5   the Society for Risk Analysis.

6   A.   That's correct.  I've been a member of the Society of

7   Risk Analysis since I was a graduate student.  Certainly

8   attend their annual meetings.  And I'm currently serving as

9   the president of the New England Chapter of the Society of

10  Risk Analysis.

11  Q.   And can you tell us what the field involves, the field of

12  environmental risk analysis.

13  A.   Well, risk analysis is a very broad area that includes

14  both the analytical and assessment phase and then a lot of

15  other pieces such as risk communication.  Risk assessment

16  involves, you know, as defined by the National Research

17  Council in 1983, a sort of codified to include four key steps,

18  really, known as the four steps established in this report

19  which is referred to in the field as the Red Book because the

20  title is long and the report has a red cover.  So that's the

21  shorthand and I may lapse into that shorthand from time to

22  time.  But the Red Book in 1983 really laid out the foundation

23  for the field.  And if it would be useful, I could try to sort

24  of sketch those steps out or I can speak to it in broader

25  brush terms at this point.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

JONATHAN LEVY - DIRECT

1  Q.    If we can, I want to try and complete your background and

2  experience in environmental risk analysis.

3  A.    Okay.  So I mean, I'll just say it broadly.  Risk

4  assessment involves the combination of exposure assessment and

5  dose response assessment, you know, which is similar to

6  concentration response, you know, looking at the relationship

7  between exposures and health outcomes and synthesizing that

8  evidence to yield quantitative estimates of health risks.

9  Q.    And you have a number of publications in that field

10  listed in your CV.  We've looked at some of them.  Can you

11  summarize your peer-reviewed publications in the field of

12  environmental risk analysis.

13  A.    Beyond those that were mentioned, I've been involved in

14  other applications looking at, for example, life cycle

15  analysis methods and how one can introduce risk assessment

16  concepts into the field of life cycle analysis which is

17  basically looking at product or processes from cradle to

18  grave, from manufacture to disposal.  So we've tried to

19  develop risk assessment methods applicable there.

20      A number of the studies that I've alluded to, a number of

21  ongoing studies focused on the impact of aviation or the

22  impact of traffic.  So I could walk through the bibliography,

23  but it is probably fair to say that a majority of the listed

24  publications in my CV are either direct risk assessment

25  applications, methodological risk assessment developments or

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   publications such as the ones that I mentioned on

2   concentration response functions that try to build up a

3   component of a risk assessment.

4   Q.   And do you currently have an article that's been accepted

5   for publication by the Risk Assessment Journal?

6   A.   I have two articles, actually, that are currently in

7   press in the Journal of Risk Analysis.

8   Q.   And is that the journal that Dr. Moolgavkar is a reviewer

9   for?

10  A.   He's actually, I believe, an area editor or an associate

11  editor of the journal.

12  Q.   And was he one of the primary reviewers of that article

13  that you submitted and what has been accepted for publication?

14  A.   He wasn't the primary reviewer, but he was the area

15  editor involved which means he, you know, was involved in some

16  potential triaging of articles.  Some articles don't get out

17  to the review process.  You know, this article did get out to

18  the review process and then, you know, he presumably was

19  involved in reading the reviews and coming to the decision for

20  the journal about whether the article was or was not

21  acceptable.

22  Q.   And have you written a number of book chapters in

23  environmental risk analysis?

24  A.   I have.  Probably the most pertinent ones are -- were in

25  case studies in China and in Mexico City, in each case trying

1 to both develop concentration response functions and to

2 quantify health impacts.

3      In China this was a book, I believe, out of MIT press in

4 collaboration with Mario Molina who has since left MIT, but

5 the noble laureate from Mexico who first identified the hole

6 in the ozone layer.  So we worked in collaboration with his

7 group to apply health impact assessment methods to Mexico

8 City, understand the health implications of different

9 pollutants, and that culminated in a book.

10      And in addition, within China to look at the health

11 impacts of air pollution across different sectors of the

12 Chinese economy.

13 Q.   And are you a peer reviewer on journals and other

14 organizations that publish reports in the area of

15 environmental health analysis?

16 A.   I serve as a reviewer for a large number of journals.

17 The full list is listed in my CV.  Maybe 20 some odd journals,

18 including the Journal of Risk Analysis itself as well as other

19 journals like Environmental Science and Technology or

20 Environmental Health Perspectives in which a lot of risk

21 assessment work is published.

22      I've also served as a peer reviewer to the National

23 Research Council on some of their expert reports, including

24 one, a 2002 expert report on health benefits analysis methods

25 which is yet another name for health impact assessment as

Cheryl A. Nuccio, RMR-CRR (704)350-7494

JONATHAN LEVY - DIRECT

1  applied to air pollution.

2      I also served on a -- as a peer reviewer of the recent

3  ozone mortality National Research Council report that came out

4  in 2008 that I believe was alluded to sometime this morning.

5      I've also served as a peer reviewer for a number of

6  granting agencies like the USEPA, the National Science

7  Foundation and others.

8      And served as both a peer reviewer and scientific adviser

9  to the California Air Resources Board as they have tried to

10  understand the health impacts of both ozone and fine

11  particulate matter within some of their regulatory impact

12  analyses or health impact assessments.

13  Q.    And these peer reviewer activities are listed on Page 3

14  of your CV; is that right?  Plaintiff's Exhibit 429.

15  A.    That's correct.  It's in the top area of Page 3 under the

16  heading Peer Reviewer.

17  Q.    And that's on your screen right now.

18  A.    That's correct.

19  Q.    Can you also summarize for us, Dr. Levy, your prior

20  testimony in environmental risk analysis.

21  A.    Sure.  I've been asked to present on either the health

22  impacts of fine particulate matter or specifically on the

23  impacts of power plant pollution on public health, looking at

24  the quantitative risk assessment side of things.  I've

25  testified on a couple of occasions before the U.S. Senate

Cheryl A. Nuccio, RMR-CRR (704)350-7494

JONATHAN LEVY - DIRECT

1  before their Environment and Public Works Committee.  And I've

2  also testified in a number of state agency hearings either

3  before legislative bodies or in other public hearings, that

4  included in Massachusetts, Connecticut, New Hampshire and

5  Illinois.

6          MR. GOODSTEIN:  Your Honor, at this time we tender

7  Dr. Levy as an expert in environmental risk analysis.

8          MR. LANCASTER:  And we have not had any objection to

9  his qualification in environmental risk analysis as he defined

10  it.  Our objection went to the scientific reliability under

11  *Daubert*.

12          I've been thinking about it as he's been testifying,

13  if I could be so bold as to make a suggestion.

14          The case law recognizes that in a bench trial,

15  rather than a jury trial, it's acceptable for the court to

16  receive the evidence subject to an objection under *Daubert*

17  *versus Merrell Dow Pharmaceuticals* and then rule on the

18  evidence's admissibility after hearing it.  There's not the

19  danger of exposing a jury inadvertently to inadmissible

20  testimony since it's not a jury trial.

21          My suggestion would be that the testimony be taken

22  in terms of the scientific reliability subject to the

23  objections that we explained in court documents 108, 108-2 and

24  127.  I realize they are lengthy briefings.  They are lengthy

25  explanations.  And although plaintiff's counsel indicated that

Cheryl A. Nuccio, RMR-CRR (704)350-7494

JONATHAN LEVY - DIRECT

1  nobody could question the scientific reliability, I must be

2  that nobody, and we've explained that thoroughly in our

3  briefing.

4         MR. GOODSTEIN:  Your Honor, this is the best

5  scientific evidence available and there's no reason why this

6  court needs to receive this evidence subject to any

7  reservations whatsoever.  And we've laid the foundation for

8  this in the reports that we've submitted on behalf of these

9  experts during discovery.  We've laid the foundation in their

10  depositions.  And we're prepared to lay the foundation here at

11  trial if the defendant persists in this, what we think is

12  really a just meritless argument that there is no scientific

13  basis for this testimony.

14         And we will now move on now that Dr. Levy has been

15  tendered and received as an expert, we'll move on to laying

16  the foundation for his methodology that he used in this case,

17  Your Honor, and it will be very clear from the record once we

18  lay this out that there is very substantial peer-reviewed

19  scientific bases for his testimony and his methodology.

20         So there's really no question about this.  We've

21  laid it out extensively in our response to their motion in

22  limine that's marked as trial Exhibit 459 in our books, Your

23  Honor.  We have an affidavit from Dr. Levy as part of those

24  materials.  This is the select amount of scientific evidence

25  that I have here in my hand that is attached to Dr. Levy's

Cheryl A. Nuccio, RMR-CRR (704)350-7494

 1  declaration.  These are all publications in peer-reviewed
 2  journals not only by Dr. Levy, but by a number of eminent
 3  scientists around the country that have used the health impact
 4  assessment methodology to evaluate health impacts from air
 5  pollution, from power plants and other similar studies.
 6          So there's really -- there won't be any question.
 7  We can do it any way the court would like.  We've done it in
 8  our papers, with declarations and legal memorandum.  We can do
 9  it here with Dr. Levy.  It's important testimony for you to
10  consider, Your Honor, because it also goes to the weight of
11  his conclusions.  And it's going to take a few more minutes,
12  but it's important to lay out the methodology so you can
13  consider his conclusions and give them the weight that is
14  appropriate given the vast amount of scientific evidence that
15  supports it.
16          THE COURT:  Well, I'm going to find that he is as
17  tendered an expert in this field of risk analysis and subject
18  matter on which he proposes to testify here, epidemiology.
19  And he obviously has published numerous articles for peer
20  review.  He's presently a peer reviewer, if I understood his
21  testimony.  He has conducted substantial research and his
22  methods have been adopted by other experts in the field.  He's
23  a leader in a large department, health department there at
24  Harvard.  Teaches in the field.  Advises doctoral students.
25  Consults on environmental risks, health impact.  Has had

Case 1:06-cv-00020-LHT   Document 198   Filed 06/15/09   Page 123 of 126

JONATHAN LEVY - DIRECT

1  substantial involvement with prior analyses of health impact

2  from power plant pollution emissions.  His testimony is

3  certainly relevant to the questions before the court.  He's

4  basing his opinions on scientific facts and data.  He's shown

5  a reliability of his methods.  Proposes to apply these

6  principles and methods to his analysis of the facts in this

7  case.  Proposes to testify to matters growing directly out of

8  research that he personally conducted.  His theories have been

9  tested and subject to peer review and publication.  He's

10 developed rates of -- potential rates in the area.  I think

11 he's going to testify about that.  If I'm understanding

12 correctly, he says his techniques have achieved general

13 acceptance in the relevant expert community.

14         It appears, at least at this stage, that he is

15 qualified to go ahead with his testimony.

16         Now, as to the other testimony before the court,

17 being a fact finder, in the unique position of being the fact

18 finder in this case, I'm going to review all of this and, as

19 with the other testimony, do an analysis of what is offered

20 and consider the reliability of the testimony.

21         So I think what I'm saying to you -- both of you is

22 that I'm agreeing in part with both of you and I'm going to

23 have the last opportunity to review it and to -- under the

24 *Daubert* and *Kumho Tire* and the electric company cases, come to

25 a final decision as to whether or not the testimony is

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1 admissible in part or in whole.  And of course, I'll set that

2 out in the final decision which I prepare in this case.

3           So we'll proceed at this point.  And Mr. Lancaster,

4 you go ahead and make your objections so they will be a

5 part -- make your -- is my machine not working again?

6           MR. GOODSTEIN:  We can hear you fine, Your Honor.

7           MR. LANCASTER:  I'm a little hard of hearing, I'm

8 sorry, Your Honor.

9           THE COURT:  Let me speak into this mic a little more

10 carefully, then.

11          You make your objections for the record so that when

12 it's being reviewed on appeal, as it most likely will be, then

13 if the court's -- well, not if, the court will need to review

14 what happens here and be aware that your objections were

15 timely made.  So don't feel uncomfortable about making them.

16          MR. LANCASTER:  Thank you, Your Honor.

17          MR. GOODSTEIN:  Thank you, Your Honor.

18          THE COURT:  All right.  Let's -- it's almost 6

19 o'clock.

20          MR. GOODSTEIN:  Yes, sir.

21          THE COURT:  Well, we might as well start him fresh

22 in the morning.

23          MR. GOODSTEIN:  Very well, Your Honor.  That's

24 always a good plan.

25          THE COURT:  Okay.  Take a recess until tomorrow

Cheryl A. Nuccio, RMR-CRR (704)350-7494

JONATHAN LEVY - DIRECT

1    morning at 9 o'clock.

2              (Evening recess at 5:53 p.m.)

3    UNITED STATES DISTRICT COURT

4    WESTERN DISTRICT OF NORTH CAROLINA

5    CERTIFICATE OF REPORTER

6

7

8              I certify that the foregoing transcript is a true

9    and correct transcript from the record of proceedings in the

10   above-entitled matter.

11

12             Dated this 17th day of July, 2008.

13

14

15                          s/Cheryl A. Nuccio
                            Cheryl A. Nuccio, RMR-CRR
16                          Official Court Reporter

17

18

19

20

21

22

23

24

25

                    Cheryl A. Nuccio, RMR-CRR (704)350-7494