UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| ex rel. Roy Cooper, | ) | |
| Attorney General, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-CV-20 |
| | ) | |
| vs. | ) | VOLUME 8B |
| | ) | (Pages 1954-2084) |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE
JULY 23, 2008

APPEARANCES:

On Behalf of the Plaintiff:

    JAMES C. GULICK, Senior Deputy Attorney General
    MARC BERNSTEIN, Special Deputy Attorney General
    North Carolina Department of Justice
    114 West Edenton Street
    Raleigh, North Carolina

    MICHAEL D. GOODSTEIN, Esquire
    ANNE E. LYNCH, Esquire
    Resolution Law Group, P.C.
    5335 Wisconsin Avenue NW, Suite 360
    Washington, DC

On Behalf of the Defendant:

    FRANK H. LANCASTER, Senior Attorney
    HARRIET A. COOPER, Assistant General Counsel
    THOMAS F. FINE, Assistant General Counsel
    MARIA V. GILLEN, Assistant General Counsel
    Tennessee Valley Authority
    400 West Summit Hill Drive
    Knoxville, Tennessee

    Cheryl A. Nuccio, RMR-CRR, Official Court Reporter

1          I N D E X

2                                                    PAGE

3    DEFENDANT'S WITNESSES

4    GORDON PARK
          Cross Examination by Mr. Bernstein............    1957
5         Redirect Examination by Ms. Gillen............    1989
          Recross Examination by Mr. Bernstein..........    1992
6
     RONALD NASH
7         Direct Examination by Mr. Lancaster..........    1994
          Cross Examination by Mr. Goodstein...........    2021
8
     MICHAEL SCOTT
9         Direct Examination by Mr. Lancaster..........    2031
          Cross Examination by Mr. Goodstein...........    2073

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

              Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  　I N D E X　 O F 　E X H I B I T S

2                                                    OFFERED  RECEIVED

3  PLAINTIFF'S EXHIBITS

4  No. 363................................    1985     1985
   No. 509................................    1985     1985
5


6  DEFENDANT'S EXHIBITS
7
   No. 199................................    2044     2044
8  No. 200................................    2070     2070
   No. 201................................    2066     2066
9  No. 202................................    2066     2066
   No. 203................................    2068     2068
10 No. 204................................    2068     2068
   No. 205................................    2072     2072
11 No. 206................................    2072     2072

12

13

14

15

16

17

18

19

20

21

22

23

24

25


               Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   WEDNESDAY AFTERNOON, JULY 23, 2008

2            THE COURT:  All right.  Let's have our witness come

3   back around.

4            (Witness resumed the witness stand.)

5            THE COURT:  All right.  I believe we're in cross

6   examination now.

7            Mr. Bernstein.

8                        GORDON PARK

9                      CROSS EXAMINATION

10  BY MR. BERNSTEIN:

11  Q.   Good afternoon, Mr. Park.

12  A.   Good afternoon.

13  Q.   I'd like to start by talking about the Cumberland permit,

14  Exhibit Number 187.  That permit, you indicated there was a

15  recent addendum to that permit?

16  A.   That's correct.

17  Q.   And that addendum was promulgated under the Regional Haze

18  Rule.

19  A.   That's correct.

20  Q.   And that addendum brings the permit limit for sulfur

21  dioxide to 0.5 pounds per million BTU?

22  A.   For a 30-day average to meet the BART requirement.

23  Q.   I'd like you to take a look at Plaintiff's Exhibit 276

24  which will come up on your monitor.  And I direct your

25  attention to Page 14 of that exhibit which is also on your

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   monitor.

2       There was previous testimony in this case regarding

3   Mammoth Cave National Park.  Is that nearby the Cumberland

4   facility?

5   A.   I believe it's the closest Class I area to Cumberland.

6   Q.   And is it your understanding that the Cumberland BART

7   permit was issued because of Cumberland's impacts on Mammoth

8   Cave?

9   A.   The Cumberland permit was issued to avoid impacts on the

10  Mammoth Cave National Park, that's correct.

11  Q.   And this page that we're seeing here indicates 2001 to

12  2003 Mean Extinction on the 20 Percent Haziest Days at

13  Selected IMPROVE Locations.  Do you see that across the top?

14  A.   Yes, I do.

15  Q.   And this exhibit indicates that Mammoth Cave has the most

16  mean extinction of any of these Class I areas listed on this

17  chart, does it not?

18  A.   That is what this chart indicates, yes, sir.

19  Q.   The BART permit that was issued for Cumberland, again,

20  has a .5 times per million BTU limit, but the facility is

21  currently emitting at .2 pounds per million BTU; is that

22  correct?

23  A.   That is correct.

24  Q.   So the permit that was issued under the Regional Haze

25  Rule which is designed to improve hazy conditions will not

1  affect any reductions at the Cumberland facility, will it?

2  A.   I'm not certain.  I do not know what emission rate was

3  used to establish -- to develop this data that's shown in this

4  exhibit.

5  Q.   I'm simply asking about the emissions rate at the

6  Cumberland facility.  Will the new permit addendum of

7  .5 pounds per million BTU cause any reduction in the current

8  rate at Cumberland which you testified was .2 pounds per

9  million BTU?

10  A.   We are currently below that rate.

11  Q.   Thank you.  Now, the Regional Haze Rule, I believe you

12  testified, is designed to reach its goal by the year 2064.

13  A.   That is correct.

14  Q.   And the Clean Air Interstate Rule, the first milestone in

15  the Clean Air Interstate Rule was 2009 for ozone and 2010 for

16  sulfur dioxide; is that correct?

17  A.   That is correct.

18  Q.   And the second phases under CAIR were 2015 for both NOx

19  and PM, correct?

20  A.   That is correct.

21  Q.   So the Clean Air Interstate reaches its goal, if my math

22  is correct, 49 years before the haze rule; is that correct?

23  A.   That is correct.

24  Q.   And is it still your testimony that the haze rule is a

25  sufficient driver of reductions in the absence of the Clean

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  Air Interstate Rule when it comes to visibility issues?

2  A.   Yes, I feel like with the combination of the Regional

3  Haze Rule, the ambient standard for ozone and the ambient

4  standard for fine particulate, that essentially the same

5  reductions will be achieved.  And of course, in TVA's case, as

6  Mr. Myers indicated in his testimony, the vacatur of the CAIR

7  rule, we have not had any changes in our plans.

8  Q.   I want to talk some more about some language in your

9  permits.  Let's go, actually, to the Bull Run permit which I

10  believe is Exhibit 185.  And I'd like to go to the second page

11  of that exhibit.

12  A.   Okay.  185, Page 2?

13  Q.   Second page, yes.

14  A.   Okay.

15  Q.   And there's language at the bottom of that page under --

16  well, I'll --

17       MR. BERNSTEIN:  Is the court on the same page?

18  Q.   At the bottom of that page, sir, beneath the signature of

19  the technical secretary, there appears to be some language --

20  let me start that over.

21       This is the first page of the permit, is it not?

22  A.   That's correct, yes.

23  Q.   Okay.  Now, there's some language, and you'll see it

24  highlighted on your screen.  Would you mind reading that

25  language for us.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   A.    "No authority is granted by this permit to operate,
2   construct, or maintain any installation in violation of any
3   law, statute, code, ordinance, rule, or regulation of the
4   State of Tennessee or any of its political subdivisions."
5   Q.    And what this language means is that even if you are in
6   compliance with the permit, you may not be in compliance with
7   all the laws of the State of Tennessee; is that correct?
8   A.    The basic purpose of the Title V permit is to incorporate
9   all of the air pollution control requirements.  So certainly,
10  operation in accordance with the Title V permit would be
11  operation in terms of air pollution control requirements.
12  What I would interpret this to mean is that if there's some
13  other law, that we would also have to meet that law, too.
14  Q.    It sounds to me like what you're referring to is the
15  permit shield; is that correct?
16  A.    That is correct.
17  Q.    And under the permit shield, correct me if I'm wrong, but
18  if -- how it works is for any requirement that's listed in the
19  permit, if you're in compliance with the permit, you're deemed
20  in compliance with the underlying law; is that correct?
21  A.    My understanding of the permit shield is that the permit
22  incorporates all of the applicable requirements.  So
23  therefore, compliance with the permit does equate to
24  compliance.
25  Q.    Let's take a look at a permit shield.  Let's go to the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    John Sevier permit which is 190.  And I apologize for skipping

2    around a little bit, but these are pages I want to look at.

3    This is TVA's Exhibit Number 190.

4    A.    Okay.

5    Q.    If you go to the ninth page of that exhibit, I believe

6    you'll find the permit shield.  And it will be on your screen

7    as well on the bottom of the page.

8    A.    Okay.

9    Q.    Now, this permit shield appears to have two prerequisites

10   to activate the shield.  The first one appears to be that

11   "such applicable provisions are included and are specifically

12   identified in this permit;" is that correct?

13   A.    That's correct.

14   Q.    And the second prerequisite is that the "technical

15   secretary has, in acting on this original permit application

16   as of August 22, 1997, and any revision thereto, determined

17   that certain requirements specifically identified and listed

18   in Attachment 6 are not applicable to the source;" is that

19   correct?

20   A.    That's correct.

21   Q.    So what this says, correct me if I'm wrong, that if a

22   condition is listed in this permit, and you comply with that

23   permit, you're deemed to comply with the underlying law.  Or

24   if there's a determination made within the permit that a

25   condition is not applicable, then that's something you don't

1    have to worry about.

2    A.    That is correct.

3    Q.    Does the common law of nuisance appear anywhere in this

4    permit?

5    A.    I'm not aware that it does.

6    Q.    You're not -- excuse me, you're not aware that it does?

7    A.    That is correct.

8    Q.    So a permit shield is not applicable to the common law of

9    nuisance; is that correct?

10   A.    The requirements in the permit, to the best of my

11   knowledge, are all restricted to air pollution requirements.

12   So yes, it would not address common law of nuisance.

13   Q.    Let's go back to the Colbert permit.  And again, I

14   apologize for jumping around, but I'd like to go to the

15   Colbert permit which is Defendant's Exhibit 186 and I'd like

16   to direct your attention to Page 6.

17        And I'm going to be referring to just a small piece of

18   this permit so it might not be necessary to go rooting through

19   the books because Gary can highlight it on the screen.

20        Now, here we find language with regard to the halt or

21   reduced condition; is that correct?

22        I believe it's the language right at the bottom of that

23   page.

24   A.    Okay.  Yes, I see that.

25   Q.    And what does that language say?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  A.    It says, "The permittee shall not use as a defense in an

2  enforcement action that maintaining compliance with conditions

3  of this permit would have required halting or reducing the

4  permitted activity."

5  Q.    And is a similar condition included in all of your

6  permits?

7  A.    I believe something similar to that would be included,

8  yes.

9  Q.    And in each one of your permits, do you also have

10  language that's equivalent to something like this permit does

11  not convey any property rights of any sort or any inclusive

12  privilege?

13  A.    That is common permit language, yes.

14  Q.    Okay.  Thank you.  Now, TVA has known at least since 2002

15  that its emissions cross into North Carolina; is that correct?

16  A.    That was -- that was certainly one of the conclusions of

17  the SAMI report in which TVA participated in that study.

18  Q.    And TVA did participate in SAMI, correct?

19  A.    Correct.

20  Q.    Okay.  And is it your understanding that EPA's program,

21  such as the NOx SIP call and the Clean Air Interstate Rule,

22  would have effective -- according to you, would have

23  effectively implemented the recommendations of SAMI?

24  A.    Yes, I think I previously said the SIP call and CAIR

25  would have done that.  Now, without CAIR, then, certainly

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  other requirements such as regional haze, fine particulate and

2  ozone will accomplish the same thing.

3  Q.   I want to talk a bit about your -- about TVA's compliance

4  history.  In 1976 TVA had a dispute with the State of Kentucky

5  regarding permit requirements; is that right?

6  A.   That is correct.

7  Q.   And TVA's position in that dispute was that it did not

8  need to get permit -- to get a permit from the State of

9  Kentucky under the Clean Air Act Amendment and Kentucky SIP.

10  A.   TVA's position, like all other federal agencies at that

11  time, was that the Clean Air Interstate Rule did not require

12  federal agencies to obtain state permits.  So although as a

13  federal agency we were not required to obtain the permits, we

14  certainly cooperated with our regulators.  We submitted the

15  permit applications so that they would have all the

16  information.

17  Q.   Now, TVA took that case to the U.S. Supreme Court and won

18  a judgment from the U.S. Supreme Court in that case, right?

19  A.   Yes.

20  Q.   And within months Congress passed new legislation

21  reversing that case so you would have to get permits.

22  A.   That's true.  Subsequently the Clean Air Act was amended

23  to require all federal agencies to obtain state permits.

24  Q.   And your testimony was just that despite the fact that

25  you didn't need to get a permit, you would cooperate and

1  comply with state laws regardless of whether you had a permit

2  or not.

3  A.   That's correct.

4  Q.   Now, in the late '70s, TVA admitted to being in violation

5  of numerous SIP limits at its various facilities and signed

6  two consent decrees to that effect, correct?

7  A.   In the late '70s there were disagreements between TVA and

8  the states in terms of what ultimately was required to be met.

9  Q.   Now, the SIPs included certain limits for emissions for

10  different pollutants, correct?

11  A.   That is correct.

12  Q.   And TVA was not in compliance with those limits, right?

13  A.   TVA did not meet -- at that time did not meet those

14  emission limitations and the purpose of the consent decree was

15  to put TVA on an enforcement schedule to meet those limits.

16  Q.   And TVA was not -- there was -- excuse me, there was a

17  consent decree with regard to the Alabama facilities, and in

18  that consent decree TVA admitted to noncompliance with $SO_2$

19  limits at the Colbert and Widows Creek facilities.

20  A.   It was similar to the Kentucky decree.

21  Q.   And in the Kentucky consent decree, TVA conceded to

22  violations of $SO_2$ limits at its Allen, Cumberland, Gallatin,

23  Kingston, John Sevier, Paradise -- excuse me, Johnsonville,

24  Paradise, and Shawnee plants, correct?

25  A.   Actually, that was -- of course, most of those plants are

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  in Tennessee.  Actually, that was for both Kentucky and

2  Tennessee were combined together.

3  Q.  But there were court cases in Kentucky and Tennessee and

4  there was a combined consent decree.

5  A.  That's correct.

6  Q.  And as a result of that consent decree, TVA scrubbed

7  units at Paradise and Widows Creek.

8  A.  We already had a scrubber in one of our units at Widows

9  Creek.  We installed an additional scrubber on unit 7 at

10  Widows Creek and units 1 and 2 at Paradise.  In addition -- in

11  addition to that, we made fuel switches to lower $SO_2$ emissions

12  at other plants.

13  Q.  And the fuel switches were made in order to comply with

14  those consent decrees.

15  A.  That is correct.

16  Q.  And the Alabama consent decree required a scrubber on the

17  unit -- on units 7 and 8.

18  A.  That is correct.

19  Q.  And TVA was required to start construction on that

20  scrubber on November 1st, 1978.

21  A.  I don't personally remember that exact date, but that

22  does sound like approximately the correct time.

23  Q.  And TVA was required to complete that construction on

24  March 1st of 1981.

25  A.  Again, I can't recall the exact date, but that does sound

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  like a reasonable time.

2  Q.   So in the late 1970s, pursuant to a consent decree, which

3  is a court order, EPA was required to construct a scrubber on

4  unit 7 within a span of about two and a half years.

5       Excuse me, I believe I said EPA.  I meant TVA.

6  A.   Yes.

7  Q.   So TVA was required to construct a scrubber in the span

8  of two and a half years back in the late 1970s.

9  A.   I don't recall at that time how much work had already

10 been started.  I'm not sure -- we really were starting from

11 scratch so I really do not know how long it actually took to

12 construct that scrubber.

13 Q.   I'm not talking about how long it actually took.  I'm

14 talking about the requirements that the court issued.

15 A.   I guess -- what I'm saying is in terms of design and

16 planning, I don't know if any of that had actually started

17 before the consent decree.  I suspect some of it had.  So I

18 don't know that you could use those two dates to say that you

19 could start from ground zero, no work, and build a scrubber in

20 two and a half years.

21 Q.   Now, the rates that were involved in that consent decree

22 for various plants were included in your permits.  The $SO_2$

23 emissions were included in your permits for TVA?

24 A.   That's correct.

25 Q.   And in large measure, the emissions rates for $SO_2$ have

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  not changed since that time; isn't that correct?

2  A.    In most cases, yes, that would be correct.

3  Q.    So the permit limits in TVA's permits are essentially the

4  permit limits for most cases that were permit limits from the

5  1970s.

6  A.    The permit limits in the consent decree, and then, of

7  course, ultimately the permits, were those limits that through

8  modeling were determined to be necessary to protect the

9  ambient standards which had been designed to protect public

10  health with an adequate margin of safety.  Those ambient $SO_2$

11  standards have not changed since that time.  So therefore, the

12  emission standards that were established to meet those ambient

13  standards, there would be no reason to change those.

14  Q.    But we don't use standards now for PM, correct?

15  A.    The emissions standards in the permits were set up to

16  meet the $SO_2$ standards, the ambient $SO_2$ standards.

17  Q.    So are you saying that you have no emissions limits set

18  up in your permits to meet PM ambient standards?

19  A.    That is correct.  That's really something that is -- will

20  be subject to -- now that we don't have CAIR, that will be

21  subject to future SIP revisions and potentially ultimately

22  changes in permits.

23  Q.    And that SIP process really hasn't gotten underway yet,

24  has it?

25  A.    The final regulatory process has not been completed.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  Q.   And that consent -- those consent decrees were required

2  to be fully implemented by 1983, right?

3  A.   Again, I can't remember the exact date, but that does

4  sound -- 1983 does sound probably correct.

5  Q.   Okay.  All right.  We're going to move forward two years

6  and I'm going to skip over the EPA New Source Review case.  I

7  think we covered that adequately yesterday.

8       There is, however, a citizen suit pending with regard --

9  or was a citizens suit pending with regard to the Colbert

10  facility with regard to NSR violations; is that right?

11  A.   I'm sorry, what kind of violations?

12  Q.   New Source Review at the Colbert facility.

13  A.   There is no current pending lawsuit regarding NSR at

14  Colbert.

15  Q.   There was a case filed, though, was there not?

16  A.   There was a case, yes.  That has been -- that has been

17  resolved in TVA's favor.

18  Q.   And it was dismissed on statute of limitations and

19  jurisdictional grounds, right?

20  A.   I believe that's correct.

21  Q.   So there was no determination whether TVA was in

22  compliance or not.

23  A.   I believe that is correct.

24  Q.   And it was dismissed in January -- it was dismissed by

25  the district court in January of 2006.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    A.    Again, I don't remember the exact date, but that sounds

2    approximately correct.

3    Q.    And it was after that time that TVA changed its plans for

4    the Colbert scrubber and moved that scrubber back on its

5    plans; is that correct?

6    A.    At that time, of course, saying TVA moved the Colbert

7    schedule back really tells half the story.  The other half is

8    TVA moved its scrubber at John Sevier up.  Essentially those

9    two scrubbers were swapped in the schedule.

10   Q.    There was also a case brought with regard to the Colbert

11   facility that had to do with opacity; is that right?

12   A.    That is correct.

13   Q.    And that case was decided less than a year ago.

14   A.    There is not yet a final resolution of that case.

15   Q.    There is not a final resolution?

16   A.    No, there is not.

17   Q.    Is it not true that the federal district court found that

18   TVA committed 3,389 violations of the opacity standard?

19   A.    In the district court TVA was determined to be in

20   compliance based on their long-standing interpretation of the

21   Alabama regulations, and that was supported by the State of

22   Alabama.

23         The case was appealed to the circuit court and the

24   circuit court ruled that because -- Alabama had adopted

25   regulations to modify their standard to be consistent with

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1 their long-standing interpretation; however, it had not yet

2 been approved by EPA.  So because it was not an EPA-approved

3 regulation, the circuit court basically sent the case back to

4 the district court to determine appropriate actions to be

5 taken.  And that has not yet happened.

6 Q.    And are you aware that there was an order entered by the

7 district court on August 27, 2007?

8 A.    Probably so.  Can you refresh my memory on that?

9 Q.    I will be happy to. I'd like to show you what's been

10 marked as Plaintiff's Exhibit 363.  It will come up on your

11 screen.

12        And the third line -- does this appear to be an order in

13 the case regarding the Sierra Club and Alabama Environmental

14 Council, Incorporated versus the Tennessee Valley Authority?

15 A.    That is correct.

16 Q.    Now, starting on the third line after the word "granted,"

17 does it or does it not read, "Judgment will be entered in

18 favor of Sierra Club against TVA for the following violations

19 of the Clean Air Act."

20 A.    That is correct.

21 Q.    And those violations are listed slightly after that where

22 it says, "Colbert 1 through 4, 2,351 separate six minute

23 violations; 784 greater than 20 percent and less than

24 25 percent; 1,567 greater than 25 percent opacity."  Is that

25 what it says?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   A.   That is correct.

2   Q.   And it says, "For Colbert 5, 1,038 separate six minute

3   violations; 541 greater than 20 percent and less than

4   25 percent; 497 greater than 25 percent."  Is that what it

5   says?

6   A.   That is correct.

7   Q.   So I'll ask you again, is it true that the Tennessee

8   Valley Authority has been found to be in violation of the

9   Clean Air Act in excess of 3,000 occasions at the Colbert

10  facility?

11  A.   That is what this order says.  I was referring to the

12  fact that this case has not been totally resolved.  I was

13  really talking about the next part that goes on and says that

14  TVA prepares and files with the court a plan for reducing

15  emission -- for reducing opacity, and that has been submitted

16  but the court has not yet acted on it.

17  Q.   So TVA was required to submit a plan to come into -- to

18  show that it can comply with opacity regulations at the

19  Colbert plant.  Is that what you're referring to?

20  A.   That's correct.

21  Q.   But that doesn't affect in any way the fact that the

22  court was found -- found TVA to be in violation on 3,000

23  separate occasions.

24  A.   That is correct.

25  Q.   And the span in which those violations occurred is also

1  indicated in the order where it says in the fifth line that

2  the violations occurred between January 3, 2000, and

3  September 30th, 2002; is that correct?

4  A.   That is correct.

5  Q.   So 3,389 violations occurred in a span of less than three

6  years it seems like.

7  A.   That is correct.  And certainly, since that time, and

8  really, even before that time, TVA had begun taking actions to

9  improve our compliance record.  For example, last quarter for

10  three months during -- of course, during the quarter we had no

11  exceedances on Colbert unit 5 and we had only five exceedances

12  on Colbert units 1 through 4.  So we have certainly made

13  considerable progress in terms of improving the operations at

14  Colbert.

15  Q.   But during this period from January 3rd, 2000, to

16  September 30th, 2002, TVA averaged over a thousand violations

17  a year at the Colbert facility.

18  A.   That's correct.  Based on the past order we're averaging

19  approximately 20.

20  Q.   Now, you indicated that you have Title V permits that

21  require you to periodically certify that you're in compliance,

22  correct?

23  A.   That is correct.

24  Q.   And one of those provisions of the permit is the opacity

25  limits, right?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    A.    That is correct.

2    Q.    And essentially, what you have been doing in a lot of the

3    cases is submitting your opacity data to the Tennessee

4    Department of Environmental Conservation and they write you a

5    letter back that says they believe that you're operating the

6    plant well; and then on that basis you certify that you're in

7    compliance with the opacity standards; is that right?

8    A.    Not exactly.    In Tennessee, for six of our seven plants,

9    the official compliance method is Method 9, visual readings.

10   And opacity monitors COMs and are only used as an indicator of

11   good operation and maintenance.

12        So in those plants in Tennessee, at our annual

13   certifications we certify that we have met the opacity

14   standard based on the designated method, which is Method 9.

15   And that based on COMs, we have used that to show that we

16   demonstrate good operation and maintenance.

17   Q.    Mr. Park, can you describe what you mean by both Method 9

18   and COMs?

19   A.    COMs is a continuous monitor that's installed in the

20   stack to read the opacity in the stack.    Method 9 is a method

21   used where a certified observer looks at the plume and

22   determines the opacity.

23   Q.    And Method 9 compliance tests, how frequently are those

24   performed?

25   A.    As required by the Tennessee permits, they're done twice

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   a year.

2   Q.    And continuous opacity monitors monitor, well,

3   continuously, correct?

4   A.    That's correct.  And they're also -- that's why Tennessee

5   includes that provision, that they will be used as an

6   indicator to determine proper operation and maintenance.  So

7   essentially, we have the COMs data that shows on an ongoing

8   basis we're properly operating and maintaining our plants.

9   And then twice a year we get the official data which

10  demonstrates that we are in compliance.

11  Q.    Violations that were found at Colbert were found based on

12  COMs, not Method 9.

13  A.    That is correct.

14  Q.    Several of your permits in Tennessee also require the use

15  of COMs, but they've been recently changed to specify only

16  Method 9, right?

17  A.    That's correct.

18  Q.    But you still have one -- at least one permit that

19  requires COMs certification?

20  A.    We have one -- only one permit, the permit for our Bull

21  Run fossil plant, that currently requires COMs.  It has not

22  yet been changed.

23  Q.    And you're trying -- you're actively trying to get that

24  one changed back to Method 9, right?

25  A.    That is correct.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  Q.    And Method 9 is easier to comply with than COMs, isn't

2  it?

3  A.    Method 9 is a more appropriate method.  The initial

4  method was Method 9.  And then when our permits were changed

5  to specify COMs which, of course, is a continuous method, it's

6  made the standard much more stringent.  There have been court

7  cases that have agreed with that.  And because of that

8  Tennessee is in the process of changing their rule to specify

9  that if COMs is used as the compliance method, that there

10 needs to be a minimus so that a certain -- you can have a

11 certain small number of exceedances for that standard.

12 Q.    Yet, there is still one permit in Tennessee that uses

13 COMs for certification.

14 A.    That is currently correct.

15 Q.    And that's the Bull Run permit.

16 A.    That is correct.

17 Q.    And with regard to that permit, you're still under the

18 practice of submitting a letter -- or submitting your data to

19 TDAQ and they write a letter back to you, and then you certify

20 it based on that letter from TDAQ, correct?

21 A.    Based on the letter from TDAQ, based on the fact that our

22 COMs data shows good operation and maintenance when we look at

23 the entire program, we do use that to certify compliance, that

24 is correct.

25 Q.    And you're also aware that the Environmental Protection

1    Agency disagrees with you that that's a proper method for
2    certification, right?
3    A.    EPA has had various opinions on that.  It's certainly
4    clear that their position is that compliance determinations
5    cannot be made essentially automatically in advance, but they
6    also have said very clearly that the state has the ability to
7    review the data.  If there are exceedances, look at the
8    circumstances, and based on that review of the data, determine
9    whether a source is in compliance or not.
10   Q.    There's an NSR case pending against your Bull Run
11   facility, isn't there?
12   A.    That is correct.
13   Q.    And that complaint was filed in February of 2001?
14   A.    Again, I cannot remember that as an exact date, but that
15   does sound approximately correct.
16   Q.    Okay.  And TVA announced its plan to scrub the Bull Run
17   plant in 2002, right?
18   A.    That does sound correct.
19   Q.    And that case has gone to the Sixth Circuit United States
20   Court of Appeals wherein TVA lost.
21   A.    I believe that is correct.
22   Q.    That case is currently scheduled for trial before Judge
23   Varlan in Knoxville, Tennessee, beginning September 2nd at
24   9:00 a.m.; is that correct?
25   A.    That is correct, it is, yes.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  Q.   Mr. Park, are you aware of a recent report from the

2  Office of the Inspector General dated March 4, 2008, with

3  regard to an investigation at the Widows Creek facility?

4  A.   Yes, I am.

5  Q.   And in that report, isn't it true that the inspector

6  general found that TVA failed to report several leaks at the

7  Widows Creek facility?

8  A.   That is what the report states, yes.

9  Q.   That's -- and that's a fact, isn't it:  TVA failed to

10 report several leaks?

11 A.   That is correct.  To put the case in -- the facts in

12 perspective, there were some leaks.  This is an area that's --

13 historically it's not clear how it is regulated.  We felt like

14 at the time that we were in compliance.  We did not feel like

15 there were any reporting requirements.

16      With respect to reporting emissions, there are hundreds

17 of pages of very detailed regulations that specify exactly how

18 emissions are monitored and reported.  We were -- we followed

19 all of those requirements.  And as I said, we were not aware

20 that we had a reporting obligation.

21      Since then we understand the current interpretation of

22 the regulations and realize that if we have a situation like

23 that in the future, it should be reported.  And we have

24 changed our procedures so that we monitor those types of

25 potential events much more closely.  And in the future we

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    would certainly report those to the regulators.

2    Q.    That investigation was not done only by the Office of the

3    Inspector General of TVA, it was a joint investigation with

4    the Criminal Investigative Division of the Environmental

5    Protection Agency, was it not?

6    A.    That is correct.

7    Q.    And in that report, isn't it true that the TVA and Office

8    of the Inspector General referenced two previous duct leaks

9    that were investigated, one at the Cumberland fossil plant and

10   one at the Paradise plant, both of which were not reported?

11   A.    That's correct.

12   Q.    And the inspector general identified a lack of

13   transparent environmental reporting in that report.

14   A.    That's the words that they used.  As I said, really, this

15   is a -- was a kind of a new interpretation of regulatory

16   requirements.  We were not aware that we had any need to

17   report.  We have learned from that and we have changed our

18   procedures, and we're working very hard to be sure we do not

19   have any events like this that we'll have to report; but if we

20   do, we will certainly report them.

21            MR. BERNSTEIN:  Your Honor, I'd like to show the

22   witness what's marked as Plaintiff's Exhibit 509.

23            THE COURT:  All right.

24   Q.    Mr. Park, Page 2 of this report at the top indicates that

25   comments from -- by employees at the Widows Creek facility

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  interviewed showed that the leaks became progressively worse

2  and were "extensive," does it not?

3  A.    That is correct.  And really, that's kind of a follow-up

4  of what's on Page 1 and it really talks about the

5  circumstances.  As part of installing SCRs, one of the

6  associated things that goes along with that is more of the

7  sulfur dioxide and the flue gas gets converted to $SO_3$ which

8  is -- can be very corrosive to the ductwork.  Because of that,

9  any potential leaks would deteriorate much more rapidly.

10      TVA, unfortunately, was in a position where we had

11  installed controls earlier -- we were kind of leading the

12  industry in installing controls and we learned an awful lot.

13  We learned how quickly this deterioration could occur as a

14  result of the -- installing the pollution control equipment.

15      So really, we kind of got caught by surprise.  We didn't

16  realize it would occur that quickly.  It caught up with us.

17  The rest of the industry has learned from that.  They, along

18  with what TVA is doing now as part of SCRs and scrubbers, are

19  putting mitigative controls in with the projects to be sure we

20  don't get behind on these type of things.

21  Q.    The Alabama Division of Environmental Management issued a

22  Notice of Violation with regard to these incidents.

23  A.    Yes, they did.

24  Q.    And EPA issued a Notice of Violation as well, correct?

25  A.    That is correct.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   Q.   And ultimately, TVA paid a $100,000 civil penalty to the

2   Alabama Division of Environmental Management; right?

3   A.   That is correct.

4   Q.   And the EPA NOV is not yet resolved, right?

5   A.   That is correct.

6   Q.   And the inspector general found -- TVA's inspector

7   general found that TVA did not exhibit a standard of care

8   commensurate with applicable regulatory requirements; isn't

9   that correct?  And that's on Page 4, Mr. Park, on the third

10  bullet point.

11  A.   That is what the report says.  And I think -- this is a

12  case where hindsight is a lot better than foresight.  At the

13  time, as I said, this was an evolving regulatory requirement.

14  It's very easy to look back right now and say what we did was

15  not the best thing at the time.  Certainly we weren't

16  considering that as a reporting requirement and therefore we

17  did what we did.  We have learned from the regulators that in

18  the future, as I said, if we ever get in this situation, we

19  will treat it differently.

20  Q.   In that same bullet point, sir, the Office of the

21  Inspector General found that TVA was not operating and

22  maintaining control equipment in a manner so as to minimize

23  emissions; isn't that right?

24  A.   That is correct.

25  Q.   On the next page, sir, under Observations, on the second

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  bullet point, the TVA Inspector General found that the

2  emphasis was on efforts to contain the leaks while keeping the

3  plant operating until the next major outage.  Isn't that

4  correct?

5  A.   That is what the report says.  Certainly we had made

6  plans to do extensive repairs to this unit.  Several days

7  after the regulatory inspection, a unit did come down for that

8  scheduled outage and the repairs were made.

9  Q.   And TVA has a permit with regard to this facility and it

10 has a provision to the effect that we saw before, that halting

11 or reducing -- the need to halt or reduce operations is not a

12 defense to a violation; is that correct?

13 A.   That is correct.

14 Q.   And would the fact that the emphasis was on efforts to

15 contain the leaks while keeping the plant operating, that's

16 not consistent with that provision, is it?

17 A.   Again, at the time this occurred, we were looking at this

18 more as a maintenance issue as opposed to a compliance issue

19 as this report also points out and that's why we continued to

20 operate.  Clearly today if something like that happened, we

21 would -- first of all, I don't think it will happen again; but

22 if it did, we would clearly be in a position that we

23 understand the regulatory requirements such that we would have

24 to take the unit off to fix the problem.

25 Q.   But the State of Alabama took a different view and they

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  fined you $100,000

2  A.    They fined us $100,000, that is correct.

3  Q.    And in fact, what this report indicates that in spite of

4  the continuous nature and extent of the leaks, it appears that

5  little, if any, consideration was given to reporting the leaks

6  to the Alabama Division of Environmental Management.

7  A.    As I said, we really did not feel like we had a

8  requirement to report this, and once the NOV was issued, we

9  looked at it in great detail, coordinated with our attorneys.

10  As I said before, the -- they're very detailed regulatory

11  requirements that specify how emissions are supposed to be

12  monitored and reported.  These regulations are hundreds of

13  pages long.  We looked through those hundreds of pages long

14  regulations and we concluded that we followed every

15  requirement and we did not feel like we had a reporting

16  requirement.  As I've also said, going forward, if something

17  like this ever occurred again, we would report it.

18  Q.    I want to ask you just one more question about this.

19  Under Observations under the third bullet point which you'll

20  see on your screen, correct me if I'm wrong, but it seems like

21  these duct leaks were reported on May 27, 2004, but the

22  ductwork was not ordered until June 2005, over a year later.

23  A.    This was a -- really a problem of -- we would do an

24  inspection.  We would find some problems.  We corrected those

25  problems.  Later on we would do another inspection.  We would

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  find additional problems.  And then finally, we got to the

2  point where we ordered equipment to make an extensive

3  rehabilitation of that ductwork.  But certainly, during this

4  entire period there was extensive work going on as these leaks

5  would occur.  The equipment was in such condition because of

6  the rapid deterioration caused by the control equipment that

7  had been installed that we would fix one area and then once it

8  got fixed, then we'd have problems with another area.  So it

9  was a continual problem of fixing these leaks.

10        MR. BERNSTEIN:  Your Honor, we'd like to offer into

11  evidence Plaintiff's Exhibit 509 and 363.

12        THE COURT:  All right.  Let those be admitted.

13        (Plaintiff's Exhibits Numbers 363 and 509 were

14  received into evidence.)

15  Q.  Mr. Park, I'd like to talk to you a little bit about the

16  emissions history for TVA.  Actually, the control history of

17  TVA.

18        Following installation of controls on TVA facilities

19  subject to the consent decrees in the late '70s and early

20  '80s, TVA did not expend any significant amount of capital

21  costs with regard to controls until the mid '90s; is that

22  correct?

23  A.  With the consent decree, TVA came fully in compliance

24  with all regulatory requirements.  There was a gap of a number

25  of years, then, before additional requirements became

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  effective.  So yes, during that time period there were no

2  extensive additions of control equipment because none were

3  required.

4  Q.   And in the early '90s TVA put low NOx burners on several

5  facilities because that was the technology that was needed to

6  comply with Title IV.

7  A.   That is correct.

8  Q.   And TVA put scrubbers on Cumberland because that was

9  needed to comply with Title IV.

10  A.   That is correct.

11  Q.   And TVA changed to lower sulfur coals at some facilities

12  because that was needed to comply with Title IV.

13  A.   That is correct.

14  Q.   Mr. Park, do you know what TVA's Title IV annual

15  allocation was for the years 2000 through 2006?

16  A.   I believe it's right -- over 400,000 tons.  Probably

17  closer to 440,000 tons, best of my recollection.

18  Q.   Mr. Park, I'd like to show you what's marked as

19  Plaintiff's Exhibit 444.  And these are Defendant Tennessee

20  Valley Authority Responses to Plaintiff's First Set of

21  Interrogatories to Defendant.  I'd like to refer you to Page

22  29.

23      Mr. Park, does this refresh your recollection as to the

24  annual Title IV SO$_2$ allocation for TVA for the years 2000

25  through 2006?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   A.   Yes.  It says 430,133.  So that's close to what I said.

2   Q.   And were you here before when Mr. Myers testified that

3   for each of the years between 2000 and 2006, TVA's emissions

4   exceeded 430,000 per year?

5   A.   Yes, I was.  Of course, also, one of the things, of

6   course, that was discussed in his testimony that in terms of

7   emission reductions, earlier reductions are better.  One of

8   the reasons that during this time period between 2000 and 2006

9   TVA was emitting more than 400,000 -- 430,000 tons is because

10  we reduced emissions early.  We installed our scrubbers at

11  Cumberland early.  That allowed us to build up a large bank of

12  $SO_2$.  And that has helped us so that we don't have to reduce

13  quite as much now.  Of course, as I said, that's --

14  environmentally, it's a lot better to reduce earlier.  So I

15  look at that as a very positive thing for the environment.

16  Q.   Mr. Park, are you familiar with the Memorandum of

17  Undertaking that Mr. Myers referenced before you with regard

18  to NOx reductions?

19  A.   Yes.

20  Q.   And do you recall the -- and those were -- Mr. Myers

21  indicated that those were early reductions.

22  A.   As far as the SIP call, basically, we did -- we've done

23  several things.  First of all, unlike most utilities that

24  would install controls, only run them -- obviously, we had a

25  deadline.  We had to have all our controls installed by the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  beginning of the Ozone Season 2004.  In order to meet that
2  deadline, we had to space those controls out over about a
3  three-year period.  Most utilities took the approach of
4  building controls.  They would test them to be sure they
5  operated and then discontinued operation because of the
6  expense of operating.
7      TVA, once our controls were built, we put them in
8  operation and continued to operate them even before the
9  regulatory requirements of the ozone season.  Also, we have
10 operated the last several years at the request of the State of
11 Tennessee and other groups, we have operated early, a month or
12 so early before the ozone season because of concerns over the
13 emissions.
14 Q.  With regard to the Memorandum of Undertaking, the years
15 that that memorandum covered were 2002 to 2004.  Is that your
16 recollection?
17 A.  I believe that is correct, yes.
18 Q.  And the bulk of the early emissions reductions cited in
19 that document occurred in 2004.
20 A.  I really do not recall on a year-by-year basis when --
21 what reductions we had.
22 Q.  That would seem logical, though, wouldn't it?
23 A.  Well, certainly over time we installed more controls so
24 every year we would have had more and more reductions.
25 Q.  Isn't it true that the NOx SIP call required controls in

1    the year 2004?  So those reductions weren't early at all.

2    A.    The -- in 2004, as I recall, the SIP call did not come

3    into effect.  It was really only for four months.  So we had

4    the month of May was really not part of the SIP call

5    requirements.  So we were operating at least that one month

6    early in 2004 because it was not required by the SIP call.

7            MR. BERNSTEIN:  No further questions.

8            MS. GILLEN:  Your Honor, I just have a few short

9    questions.

10           THE COURT:  All right.

11                    REDIRECT EXAMINATION

12   BY MS. GILLEN:

13   Q.    Mr. Park, I'd like to talk about the duct leaks that

14   Mr. Bernstein talked about at Widows Creek.  Would that be an

15   example of the process you described in your direct

16   examination that the way that TVA responds to notices of

17   violation, working with the state, addressing the issue and

18   remedying the problem?

19   A.    Yes, that's a very good example.  As I indicated,

20   certainly we have periodic failures, either a failure of our

21   equipment or somebody makes a mistake.  In this case it was

22   really a combination of a failure of equipment and really not

23   a clear understanding of how the regulators viewed this.  We

24   thought what we were doing was okay.  We subsequently learned

25   it was not.  So we did two things.  We increased our efforts

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  to better maintain our equipment.  We also changed our

2  procedures in terms of how frequently we inspect this

3  equipment.  Some of our plants inspect the equipment for these

4  type of problems as much as twice a day so we're sure that we

5  don't have these problems because they can come up fairly

6  quickly.  If they -- we do have any minor leaks, we promptly

7  repair them.

8       So yes, that's a very good example of how we have changed

9  our program to be sure we adequately address these issues.

10 Q.   And turning briefly to the New Source Review citizens

11 suit that involves the Bull Run fossil plant that

12 Mr. Bernstein addressed.

13 A.   Yes.

14 Q.   You are aware that the Sixth Circuit reversed the

15 dismissal by the district court of the case on statute of

16 limitations ground, but did not reach or address the issue of

17 whether the New Source Review rules had been violated, are you

18 not?

19 A.   That is correct.

20 Q.   And finally to the issue of opacity.  Mr. Park, is there

21 a relationship between sulfur dioxide emissions from plants

22 and opacity?

23 A.   No.  Sulfur dioxide is a -- it's a colorless gas so it

24 is -- the opacity monitor will not see $SO_2$.  They're totally

25 two different things.  Matter of fact, opacity is not even

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  considered a pollutant.

2  Q.   And isn't it true that a federal district court judge in

3  the Northern District of Alabama is overseeing the citizens

4  suit concerning -- concerning the opacity issues that

5  Mr. Bernstein addressed?

6  A.   That is correct.

7  Q.   And what is the base opacity standard in the three states

8  in which TVA operates?

9  A.   It is 20 percent opacity.  Opacity ranges from a low of

10  zero to a hundred percent.  Essentially, if it's zero opacity,

11  that would be like the air in this room.  Totally clear.  A

12  hundred percent is if you just have smoke, you cannot see

13  through it at all.  So our -- for all of our plants, our

14  opacity is 20 percent.

15  Q.   And where does that standard -- how does that standard

16  compare to standards in the southeast?

17  A.   For existing sources it's as low or lower than any of

18  them.  Many of the existing sources in the southeast have

19  opacity standards of 40 percent.

20  Q.   Do you know what the opacity limit is in North Carolina?

21  A.   For existing sources it's 40 percent, plus there's also a

22  provision that the standard can be exceeded up to eight-tenths

23  of a percent of the time during a quarter.

24  Q.   Is a 20 percent opacity standard which governs the TVA

25  plants more stringent than a 40 percent opacity standard that

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   governs the plants in North Carolina?

2   A.   Much, much more stringent.  As it turns out, most opacity

3   exceedances that we have are barely above 20 percent.  So if

4   we had a 40 percent standard, we'd have essentially no

5   exceedances.

6              MS. GILLEN:  Thank you, Mr. Park.

7              MR. BERNSTEIN:  One question.

8              THE COURT:  All right.

9                     RECROSS EXAMINATION

10  BY MR. BERNSTEIN:

11  Q.   Mr. Park, is there a relationship between opacity and

12  emissions of particulate matter?

13  A.   There is not a direct correlation between opacity and

14  particulate.  Certainly as particulate increases, opacity

15  would increase.  But you cannot draw a direct correlation

16  between the two.

17             MR. BERNSTEIN:  Thank you.

18             Nothing further, Your Honor.

19             MS. GILLEN:  Nothing further, Your Honor.

20             THE COURT:  All right.  Thank you, sir.  That will

21  complete your testimony and you may be excused.

22             THE WITNESS:  Thank you.

23             (Witness stepped down.)

24             THE COURT:  All right.  Call your next witness,

25  Mr. Lancaster.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1          MR. LANCASTER:  TVA calls as its next witness

2    Mr. Ron Nash.

3          THE COURT:  All right.

4          MR. GOODSTEIN:  Your Honor, North Carolina had a

5    motion in limine that we filed with regard to Mr. Nash's

6    testimony, but I'm told by counsel that he's going to be

7    presented as a fact witness.  So I think we can just proceed

8    along those lines if that's -- if my understanding is correct.

9          MR. LANCASTER:  That's quite correct, Your Honor.

10          As we indicated in our response to the motion, most

11    of Mr. Nash's testimony is factual.  He is the TVA official

12    who was responsible for overseeing the construction of the

13    SCRs on 21 of TVA's units and is currently overseeing the

14    construction of the scrubbers at the Bull Run and Kingston

15    plants in eastern Tennessee.  Most of his testimony will

16    describe his experiences and will describe the construction

17    process for an SCR and a scrubber.

18          However, Mr. Nash will also address the issue of his

19    concerns over building the large number of scrubbers that

20    Dr. Staudt specified in approximately four years.  We believe

21    that that is testimony that he will be fully qualified to give

22    as an expert based on his years of construction and experience

23    in managing construction of pollution controls.  And he

24    satisfied all requirements for expert testimony.  He filed a

25    report -- excuse me, he provided a report.  He was disclosed

Case 1:06-cv-00020-LHT   Document 203   Filed 06/15/09   Page 40 of 131

1  as an expert.  He has been disclosed as an expert in the

2  pretrial filings.  That is only a very small portion of his

3  testimony, and we believe it will not actually cross the line

4  into expert testimony; but if it did, we believe he's

5  qualified to address that.

6          And furthermore, we would note that the plaintiff

7  has opened the door to this testimony because Dr. Staudt

8  referred extensively to Mr. Nash's reports and has already

9  provided his response to them.

10          THE COURT:  All right.  I'll rule on the objections

11  as they're made.

12          MR. LANCASTER:  Thank you, Your Honor.

13          MR. GOODSTEIN:  Thank you, Your Honor.

14          THE COURT:  All right.  Come around and be sworn.

15                      RONALD DAVID NASH,

16  being first duly sworn, was examined and testified as follows:

17                      DIRECT EXAMINATION

18  BY MR. LANCASTER:

19  Q.  Would you please state your full name for the record.

20  A.  Ronald David Nash.

21  Q.  Where do you live, Mr. Nash?

22  A.  Chattanooga, Tennessee.  Signal Mountain.

23  Q.  And where are you employed?

24  A.  Tennessee Valley Authority in Chattanooga.

25  Q.  What is your position at TVA?

1  A.    I'm a Senior Manager in the Fossil Power Group

2  responsible for the implementation of TVA's scrubber program.

3  Q.    And do you have any education in the construction

4  management field?

5  A.    Yes.  I graduated from the Ohio State University in 1971

6  with a construction management major.  I also attended the

7  Executive Construction Program for Texas A&M in 1987.

8  Q.    And do you have any years of experience in the

9  construction management field?

10  A.    I've worked in the construction field my entire career.

11  Q.    And how many years would that be?

12  A.    Be 37 since I graduated.

13  Q.    And you came to TVA in about 1993; is that correct?

14  A.    That's correct.

15  Q.    And before that, did you work at another organization in

16  construction management?

17  A.    Worked for several, but for almost 20 years with a

18  construction company, the Blount Brothers Construction Company

19  that later was absorbed into a corporate Blount, Incorporated.

20  Q.    And when you were at Blount Brothers, did you have any

21  experience building power plants?

22  A.    Yes.  The first project that I worked on for Blount was

23  for the construction management of two 400-megawatt coal-fired

24  power plants that included scrubbers for the Columbus and

25  Southern Ohio Electric Company in Conesville, Ohio.

RONALD NASH - DIRECT

1    Q.    And at TVA how long have you been involved in pollution

2    control construction?

3    A.    Well, actually, since I started with TVA in '93 as the

4    Manager for the Modifications and Maintenance Partnerships.

5    We were responsible for installing the low NOx burners that

6    several of the -- of my cohorts have testified about

7    previously.  And since then was responsible for installing all

8    21 selective catalytic reduction projects.  And I'm currently

9    responsible for TVA's scrubber program.

10   Q.    And based on your experience overseeing the construction

11   of SCRs at 21 of TVA's units, could you describe for the court

12   what is involved in retrofitting a power plant with an SCR.

13   That's for NOx control, correct?

14   A.    That's correct.  No two of the projects are alike.  It's

15   not simply a cookie cutter.  I think Mr. Myers testified the

16   plants were not constructed with these projects in mind to

17   come in later on.

18       In order for the process to work effectively, you have to

19   maintain temperatures above 600 degrees which requires you to

20   close-couple these vessels to the boiler.  So you -- there's

21   quite a bit of demolition and movement and modification

22   required to install the foundations, support steel, the large

23   absorber vessel that will hold the catalyst and then the

24   ductwork to get the flue gas from the economizer outlet

25   through the SCR and then back into the flue gas train ahead of

Cheryl A. Nuccio, RMR-CRR (704)350-7494

RONALD NASH - DIRECT

1  the air preheaters.

2  Q.   And what types of workers are involved in building an

3  SCR?

4  A.   Well, all the basic construction trades, but

5  predominantly boilermakers.  Boilermakers, iron workers,

6  electricians, and then a smattering of most of the other major

7  trades, also.

8  Q.   And what is a boilermaker?

9  A.   A boilermaker is a craftsman that's skilled in all

10  aspects of the metal trades, in cutting, welding, rigging,

11  heavy rigging.  Anything required in the construction or

12  modification of a power plant.

13  Q.   In your experience, what kind of time period is involved

14  in the design and construction of an SCR?

15  A.   Well, again, none of them are very typical.  We spent as

16  much as four and a half years, I think, on the Bull Run

17  project.  But typically, I think we've averaged probably three

18  years as an average for all 21 SCRs.

19  Q.   And currently you are overseeing the construction of the

20  scrubbers at TVA's Bull Run and Kingston plant at all ten

21  units of those plants in eastern Tennessee for sulfur dioxide

22  removal, correct?

23  A.   That's correct.

24  Q.   And is building a scrubber a pretty significant

25  undertaking?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   A.   Maybe more complicated than the SCRs.  I thought that was

2   complicated and these are proving to be just as -- just as

3   challenging.

4   Q.   There's been description by some witnesses that it's

5   basically like building a chemical plant next to the power

6   plant; is that correct?

7   A.   That's precisely what it is.  We're building a large -- a

8   large facility that's going to create chemical reaction to

9   remove the $SO_2$.

10  Q.   And I'm going to put on the monitor what's been marked as

11  Defendant's Exhibit 220.

12  Q.   And is that a schematic that describes the components

13  that are involved when a scrubber is built?

14  A.   Yes, it does.  Everything to the right of the existing

15  stack encompasses all the components of a new scrubber.

16  Q.   And what components are those?

17  A.   Well, typically starts with a booster fan.  We're adding

18  quite a pressure drop to the system, and we have to overcome

19  that with additional fan capacity.

20       Very large absorber vessel where the reaction is going to

21  take place where we introduce the flue gas to the limestone

22  slurry.

23       We've got -- obviously need processed water, that you see

24  these treated water storage tanks and treated water pumps.

25       Oxidation air blowers are required to help support the

1  reaction.  You have to have an excess amount of oxygen present
2  for the reaction to work.
3      Obviously, we have a very wet plume when we come out of
4  the scrubber and so it requires a new wet stack.
5      Over to the right you can see the limestone system.  This
6  particular description shows receiving limestone rock.  Comes
7  through a surge bin, through a ball mill where it's crushed to
8  a very fine powder, mixed in a slurry tank and then fed into
9  the absorber vessel.
10      And then obviously, the effluent then comes out of the
11  absorber vessel through the absorber bleed pumps and out to
12  the effluent storage ponds.
13  Q.  And so a scrubber is not simply one building, is it?
14  A.  No, it's quite a complex amount of equipment, buildings,
15  storage ponds, stacks.
16  Q.  And what sorts of workers are involved in the building of
17  a scrubber?
18  A.  Well, very similar to the SCR.  It's maybe not quite as
19  boilermaker intensive, but we're using alloy vessels and those
20  are erected by the boilermakers.  Requires all the other
21  typical trades to install the concrete, carpenters.  Requires
22  quite a bit of support from pipefitters and electricians.
23  Q.  And what sorts of materials and equipment are involved in
24  building a scrubber?
25  A.  Well, most of the equipment is depicted here on the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  schematic.  The recycle pumps are some of the largest pumps
2  required.  Fans are also a very major component.  The absorber
3  vessels themselves are probably the single -- besides the
4  stack, the single biggest feature of the project.  Our process
5  requires them to be made out of alloy steels, high grade
6  stainless steels.  And then the effluent ponds themselves are
7  just major earth work projects where we have to provide a
8  storage facility for upwards of 30 years of storage of
9  byproduct.
10  Q.   Is it typical to have to bring a special crane on site?
11  A.   It depends.  In most cases, you know, we've had an
12  occasion to use larger cranes even on the SCRs.  Both the
13  Allen plant and Cumberland plant required a thousand ton crane
14  just to erect those particular projects.
15      The scrubber projects, not quite as long a crane but more
16  of them.  We've got three 500-ton cranes in operation over at
17  the Kingston plant as we speak.
18  Q.   And in your experience, what sort of time does it take to
19  do the design and construction of a scrubber?
20  A.   Typically we -- the three projects that I've been
21  involved with are all averaging right around five years.
22  Pretty typical to see a three-year construction period.
23  That's preceded by a year of detailed design.  And that's
24  typically preceded by a year of conceptual engineering.  So
25  all in total, five years.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    Q.    Are there any special permitting requirements that you

2    have experience with?

3    A.    Well, absolutely.  Mr. Parks' group facilitates us in

4    getting a whole myriad of permits.  We're required to submit

5    to -- through the NEPA process in order to get permits to

6    build the facility.  And the one that has turned out to be the

7    most problematic is getting the solid waste disposal permits

8    for what's depicted here as the effluent pond for the

9    long-term storage.  That's typically taken up to three years

10   on average to secure those permits.

11   Q.    And so these pollution controls, they can be as large or

12   larger than the power plant unit itself; is that correct?

13   A.    Oh, very definitely.  When you take them in combination

14   with the SCRs and precipitators, they dwarf the original

15   boiler turbine generator footprints.

16         MR. LANCASTER:  Ms. Shea, if you would put 212 on

17   the monitor and zoom in on the picture.

18   Q.    I'm showing you what's been marked as Defendant's Exhibit

19   212 and ask if you can describe for the judge what that is.

20   A.    That's a side view of Paradise unit 3.  Several of my

21   predecessors have talked about that project.  It's an 1150

22   nameplate megawatt sized unit.  The SCR is the -- the existing

23   unit is shown over here on the right.  In the middle is the

24   SCR.  Over on the left -- this picture is actually cut off and

25   you're only seeing a portion of the FGD here.  What you're

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  seeing is ductwork and the new booster fans.  It doesn't even
2  go far enough to the left to pick up the new absorber
3  building.
4  Q.   And so this -- at Paradise fossil plant, as an example,
5  at unit 3, the scrubber and the SCR are actually bigger than
6  the original power generating unit, correct?
7  A.   Quite a bit.
8  Q.   And in your work overseeing TVA's pollution control
9  construction programs, are you currently facing any challenges
10 in building scrubbers?
11 A.   Just about every day.  It starts with, you know, getting
12 the amount of engineering support, the qualified engineering
13 support that we need.  We've got a contract that's a joint
14 venture partnership between URS, which is the largest -- one
15 of the largest or the largest engineering company in the
16 United States, and Mitsubishi Heavy Industries which has the
17 process for the particular scrubber process that we're
18 installing, and we're still finding challenges getting
19 qualified senior lead engineers to lead our design effort.
20 It's easier to get the younger engineers to support that
21 effort but finding the qualified lead engineers that have
22 scrubber design experience is becoming more and more
23 difficult.
24     We have difficulty getting the number of qualified
25 construction firms to bid our work.  We're working on the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  third scrubber right now and in many cases we only get two

2  qualified bids to evaluate.  So we're seeing the marketplace

3  just tighten up tremendously.  Lead times are extending on

4  large motors, on switch gear.  You know, those lead times are

5  well over a year once you complete the design and place the

6  order.

7       Obviously, we've got the challenge of just getting the

8  qualified craftsmen.  We're building two major construction

9  projects within 35 miles of each other and we have problems

10 trying to man those projects and then man our maintenance

11 outages during spring and fall seasons that we have every year

12 to keep our plants operating.

13 Q.   You mentioned the maintenance outage.  Would you describe

14 for the court what that is.

15 A.   Well, at various intervals, and typically we're going to

16 longer cycles, but every two or three years they typically

17 will take a unit, which is a boiler-turbine generator

18 combination, off-line to perform necessary routine repairs

19 that are required to keep it in operation.  That typically

20 takes several hundred craftsmen and the predominant craft

21 required are boilermakers.

22 Q.   So the boilermakers that are working on the construction

23 of scrubbers are also needed for regular plant maintenance

24 work at plants owned by TVA and others; is that correct?

25       MR. GOODSTEIN:  Objection, form, Your Honor.

Case 1:06-cv-00020-LHT   Document 203   Filed 06/15/09   Page 50 of 131

1          THE COURT:  Let me hear the question.  Go ahead.

2          MR. LANCASTER:  I asked -- I'm sorry, Your Honor,

3    did you ask me to repeat the question?

4          THE COURT:  Yes.

5    Q.   My question was are the boilermakers who are -- who work

6    on building scrubbers the same craft -- the same types of

7    workers are also needed and used in regular plant maintenance

8    work at TVA's plants and at other utilities' power plants; is

9    that correct?

10   A.   That's correct.

11         MR. GOODSTEIN:  Objection to form.

12         THE COURT:  Overruled.

13   A.   That's correct.  Absolutely the same people.  They come

14   out of the same local employment halls.  One season they may

15   be working on our maintenance work.  If they happen to be the

16   next on the out-of-work list, they could get sent to one of

17   the scrubber projects.

18   Q.   What have you done to address these challenges and in

19   getting the controls built despite the challenges?

20   A.   Well, we've done quite a few things that we think --

21   we've tried to minimize it.  I would hesitate to say we've

22   overcome the problem, but we've tried to minimize it.

23         The first way that we did that was trying to sequence the

24   construction of the SCRs and scrubbers where we were never

25   trying to execute a scrubber and SCR project on a particular

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  site at the same time.  Just the amount of the logistics of

2  trying to get the number of folks on one site at one time we

3  thought would make things just impractical to get both

4  projects done on time.

5      We've resequenced our outages for our normal maintenance

6  so that we try to lower the peak of boilermakers required.

7  It's pushed outages out into our shoulder months on

8  generation.  We typically like to take those units off-line

9  during the mild weather during the spring and fall.  That's

10  the most opportune time, and that's when every other utility

11  is taking their units off-line and just drives the peak of

12  boilermakers to something that they have a very difficult time

13  supporting.

14      So what we do is take the smaller units and try to work

15  them in on the shoulder months.  Not quite as economical for

16  us, but it's one of the few ways we've found to try to

17  minimize that peak.

18      The other way, just trying to work with long-term

19  partnerships like Advatech where we're using the same folks,

20  using the same design from plant to plant to where we have

21  consistency, where we can -- we also have the ability by using

22  them, if we need to, we can -- we can shift those resources to

23  our maintenance work.

24  Q.   I'm going to ask you to look at something that is in

25  evidence as Plaintiff's Exhibit 54.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1      Plaintiff's Exhibit 54 is a chart prepared by Dr. Staudt

2  outlining a program of building of pollution controls for TVA

3  that he indicated could and should be completed by January 1st

4  of 2013.  Are you familiar with this?

5  A.    Yes, I am.

6  Q.    And what -- what quantity of scrubbers, what number of

7  units does Dr. Staudt suggest should have scrubbers built on

8  them before 2013?

9  A.    Basically, every unit at TVA, obviously with the

10  exception of Shawnee unit 10 that's been talked about several

11  times previously.  Obviously, we've got seven operating

12  scrubbers and under construction we've got ten more, so math

13  would leave 41 additional scrubber -- units to be scrubbed.

14  Q.    How many units that do not all have SCR or SNCR for NOx

15  control does Dr. Staudt suggest should have such controls

16  built before 2013?

17  A.    I believe the number was -- Dr. Staudt thought we needed

18  24 more SCRs and I think 14 SNCRs, if I'm not mistaken.

19  Q.    All right.  Now, do you have any concerns as the person

20  at TVA responsible for building pollution controls about

21  whether you would be able to actually complete the

22  construction of scrubbers on 41 units and SCRs and SNCRs on an

23  additional 30-plus units, all the design, procurement,

24  construction, testing and high end to be completed by

25  January 1st, 2013?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  A.    Well, there's several.  As I said earlier, you know, our

2  experience has been -- and that's been validated with several

3  meetings with my counterpart with Southern Company and others,

4  our typical 60-month, five-year overall project duration for

5  scrubbers is very typical of the industry.  Obviously, we

6  don't have five years left before January 1st, 2013.

7      I think the bigger problem would be forcing us into

8  trying to execute the construction of both the SCRs and the

9  scrubbers on single sites at the same time.  When we looked at

10 overlapping those two projects, just on the Colbert site alone

11 was going to require peak construction labor force of over a

12 thousand people.  That site just is not -- would not

13 support -- the infrastructure there cannot support that level

14 of activity.  Something has got to give and something is not

15 going to get done on time.  That would be repeated at the four

16 other sites, at Allen, Gallatin, Shawnee.  So I have some very

17 grave concerns about trying to complete it in that period of

18 time.

19 Q.    Do you have concerns about finding qualified labor?

20 A.    Well, we've been struggling trying to meet our

21 boilermaker needs for the last several years and that's at a

22 time period that everybody has predicted is well before the

23 peak which they say is being predicted to be around 2010.

24 We're having -- have had trouble, an increasing amount of

25 trouble in trying to just meet our current needs.  Trying to

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    double and triple the amount of construction work on top of
2    that just seems very impractical to me.
3    Q.   I'd like to move now from the list of pollution controls
4    that the plaintiff has identified as a proposed remedy and ask
5    you about some of the TVA retrofit projects that are actually
6    underway right now.  And the court has heard some testimony
7    about these already.
8         What is your role in the construction project for the
9    Bull Run plant in Knoxville, Tennessee?
10   A.   Well, as I said, I'm the program manager responsible for
11   the scrubber program and as such I'm responsible for the
12   overall design, construction, startup and implementation of
13   that project.
14   Q.   How many people have been involved in the construction of
15   that project?
16   A.   I'll talk about that in two ways.  As a peak work force,
17   we probably peaked around 250 craftsmen sometime last fall.
18   Currently we're down around 150 craftsmen as we speak.  We've
19   spent over a million and a half man hours to date on that
20   project, including all the engineering hours that have been
21   expended.
22   Q.   And what's the current status of the Bull Run scrubber
23   project?
24   A.   We're pretty far along.  The overall project is currently
25   94 percent.  Construction itself is about 90 percent complete.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  Go into a little more detail about that.  That's broken down.

2  We're essentially complete with the main absorber island and

3  all the associated equipment that you saw on the previous

4  schematic that we reviewed.  We've started up and tested

5  almost all the equipment associated with the main scrubber

6  itself, process water pumps, the oxidation air blowers, the

7  instrument air compressors, the recycle pumps, the rotating --

8  air rotating spargers, effluent pumps, detention pond pumps.

9  All that has been started up and commissioned.

10       What we're focusing on right now is the preground

11  limestone system.  If you recall, the schematic showed a ball

12  mill system where we actually crush limestone rock on site.

13  We've chosen to do a preground system on site where we have

14  that crushed off site, delivered by trucks, stored in silos

15  and we blow that into the absorber vessel to dry.  So all the

16  equipment and facilities for that, that's the remaining piece

17  of the project that's left to be completed.  That portion of

18  the project is approximately 90 percent complete.  We're

19  commissioning -- we're starting up and bumping those first

20  motors on those blowers this week.  All that is to support the

21  delivery -- first delivery of preground limestone on August

22  the 4th.

23  Q.   And if you would look at Plaintiff's Exhibit -- excuse

24  me, Defendant's Exhibit 218 which is already in evidence, put

25  into evidence by the plaintiff.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1      What is that?

2   A.   This is an aerial view, probably taken from higher

3   elevation on the SCR, of the scrubber installation itself.

4   Over on the far right are the preground lime storage bins that

5   I just talked about.  The buildings that you see, the largest

6   building houses the recycle pumps.  It's right adjacent to the

7   absorber vessel itself.

8      The smaller lean-to structure off of that absorber

9   building is the forced oxidation air blower building where

10  those blowers are sitting along with the instrument air

11  compressors.

12     You see the ductwork here.  You see both the inlet and

13  outlet duct and the new stack.  The inlet duct to the scrubber

14  is shown coming in from the left-hand side.  You can see some

15  of the insulation and lagging is still being installed.  The

16  outlet duct itself coming out of the absorber is coming from

17  the other direction, from the right.  It's an uninsulated

18  stainless steel ductwork.

19  Q.   And does this photograph illustrate the construction of

20  the Bull Run scrubber is essentially complete?

21  A.   Yeah, it's probably a few weeks old so progress is even a

22  little farther along than this.  We've started the final

23  grading and roads at this point and so probably looks a lot

24  less cluttered than this right now.

25  Q.   Okay.  And what is the projected total cost of the Bull

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   Run scrubber project?

2   A.   Our current forecast is $277 million.

3   Q.   And how much of that has already been spent?

4   A.   We're going at a pretty fast rate, but I think the report

5   through June showed that we had expended 225 million.

6   Q.   And what is the plan for the date that the scrubber

7   should be operational?

8   A.   We'll be operational when we come out of the outage.  As

9   I discussed, we'll be completely done with everything that we

10  can do prior to the outage by the end of August.  The unit

11  comes off-line for a maintenance outage on September the 20th.

12  It's a rather extended outage that will go through December

13  the 10th.  We've got several work items that we have to

14  accomplish during that outage.  And when the unit comes back

15  online after that outage is complete, they will be flowing

16  flue gas through the scruber.

17  Q.   All right.  And so the scrubber will be tied in to the

18  power generating unit this fall.

19  A.   That's correct.

20  Q.   And is expecting to be operational before the end of the

21  year.

22  A.   December the 10th, or sooner if they get their

23  maintenance work done sooner.

24  Q.   As the TVA official responsible for the construction, are

25  you aware of any reason why the Bull Run scrubber will not be

Cheryl A. Nuccio, RMR-CRR (704)350-7494

RONALD NASH - DIRECT

1   operational by the end of this year?

2   A.   None at all.

3   Q.   I'd like to talk about the Kingston scrubbers that are

4   being constructed now.  Kingston is fairly near the Bull Run

5   plant, correct?

6   A.   32 miles by the drive.  I make it quite often.

7   Q.   All right.  Can you describe the Kingston project.

8   A.   It's essentially two scrubber projects in one.  I think

9   Mr. Myers described the size of the units, 1750-megawatt

10  nameplate.  There are nine units there.  We essentially split

11  the gas flow in half.  There are two size boilers on that

12  project -- on that site.  The first four are 175-megawatt

13  nameplate each and the remaining five are 200-megawatt

14  nameplate each.

15       We essentially dedicate one of the absorbers to four of

16  those 200-megawatt units and then the other five, essentially

17  splits the gas flow and half will go to the other absorber.

18  So that project is essentially twice the size of what you just

19  looked at at Bull Run.

20  Q.   All right.  And how many -- how many people are working

21  on that project?

22  A.   Well, again, I'll describe it in amount of hours expended

23  to date and number of folks.  We're over 400 craftsmen on site

24  as we speak.  We've expended somewhere over 1.4 million man

25  hours to date.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    Q.    And if you would look at Defendant's Exhibit 219.  It's a

2    series of photographs taken of the Bull Run scrubber project

3    in the last month or month and a half.  And starting with the

4    first one, I'll ask you to describe to the court what those

5    photographs show.

6    A.    This is, again, somewhat of an elevated shot looking down

7    on the -- looking towards the two absorbers and the pump

8    building in between.

9    Q.    Let me stop you for a moment.  I've been told by several

10   people that I called this Bull Run.  I apologize.  This is the

11   Kingston plant, isn't it?

12   A.    Yes, it is.

13   Q.    All right.  Go right ahead, sir.

14   A.    Okay.  You can see the new stack that is coming -- that's

15   on the far side of the building that we're looking through.

16   On the right-hand side, you see a -- my colors aren't really

17   good on the monitor that I've got, but you can see the

18   absorber vessel.  That's the A vessel.  Over on the right --

19   or on the left you can see a -- some kind of a mirror image to

20   that vessel which would be the B vessel.  That will be the

21   first one that we start up.

22   Q.    If you'd turn to the next picture, and what does this

23   photograph show?

24   A.    This is showing the two existing stacks that's combining

25   the flue gas for all nine units there.  And the ductwork that

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  is running in between there is the new inlet duct that you can

2  see the drops that are uninsulated so far on the left-hand

3  side.  There will be two more on the right just like that that

4  will drop down to the axial booster fans.  Then it will go

5  through a common duct and split off into the two absorbers

6  that we just looked at.

7        MR. LANCASTER:  And if you'll put the next

8  photograph up, Ms. Shea.

9  Q.  What is it a picture of?

10 A.  This is a little later photograph at a little different

11 angle than what we just looked at.  It's looking at the same

12 side of the A absorber on the right.  You can see the siding

13 going up on the pump building in between the two absorber

14 buildings.  And it's showing some of the inlet duct that's

15 coming around to the A absorber that's been erected.

16        MR. LANCASTER:  If you would turn to the next

17 photograph.

18 Q.  What does this show, Mr. Nash?

19 A.  This is an interior shot of the absorber pumps.  I

20 believe the orientation here, you're looking at the A absorber

21 vessel.  There's a very similar line up, mirror image just on

22 the opposite side just under where the photographer would have

23 been.

24 Q.  And the absorber section is where the reaction actually

25 takes place?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   A.   That's correct.

2        MR. LANCASTER:  And is there another photograph?

3   Q.   What does this photograph show?

4   A.   Well, this is a little later version of the inlet duct

5   that we looked at in one of the earlier photos there.  They're

6   showing a crane actually erecting one of the isolation dampers

7   to -- for the axial booster fans.

8   Q.   And then the final photograph, what does it show?

9   A.   This is a picture that's looking directly down the path

10  of the inlet duct that we saw on an earlier slide that's going

11  to be erected going into the A absorber.

12       On the right-hand side you see the electrical building.

13  That building is complete.  All the switch gears have been

14  delivered.  It's being set right now.

15       You can see just on the left-hand side of the photo is

16  the outlet hood, stainless outlet hood for the B absorber

17  vessel.  You can see that the inlet hood for the B absorber

18  vessel has been erected.  This will go right on the other side

19  of that.  Very similar to the Bull Run, opposite directions.

20  Q.   So these photographs illustrate that construction work

21  has been engaged in to a substantial extent.  What is the --

22  how far along is the project?

23  A.   We're saying that construction right now is approximately

24  60 percent complete.  Engineering may be 80 -- 88 percent

25  complete.  Overall project is nearing 70 percent complete.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

RONALD NASH - DIRECT

1  Q.   Okay.  So the construction work is approximately

2  60 percent complete and yet the engineering and design work is

3  not complete yet?

4  A.   That's correct.

5  Q.   How can that be?

6  A.   It's the typical fast track designer approach.  If you

7  waited until the engineering was complete, the projects would

8  be much longer.

9  Q.   So on your projects, you begin constructing the facility

10  even before completing the design work?

11  A.   Always.

12  Q.   What is the planned timetable for bringing the Kingston

13  scrubbers online?

14  A.   We have two absorber vessels as I've talked about.  The

15  first one, which will tie in units 6 through 9, four units,

16  about half the gas flow again, will be in the fall, next fall.

17  I think the outage dates have been set for -- it's a 21-day

18  outage in the October time frame.  I think they're still

19  trying to optimize the exact start dates, again, based on our

20  boilermaker needs.

21  Q.   So units 6 through 9, are you scheduled to be tied in in

22  October 2009?

23  A.   That's correct.

24  Q.   How about units 1 through 5?

25  A.   They'll follow in the following spring.  I believe that

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1 outage is being set right now for April, the April time frame.

2 Q. April 2010?

3 A. That's correct.

4 Q. And what is the projected total cost of the Kingston

5 scrubber project?

6 A. Current forecasts are about $475 million.

7 Q. And how much of that has already been spent?

8 A. Again, I think the June cost reports totaled somewhere

9 about 250 million.

10 Q. And are you familiar with the contracts in place for the

11 Kingston scrubber project?

12 A. Yes, I am.

13 Q. And if TVA decided to stop building scrubbers at

14 Kingston, would there be any consequences under the contracts?

15 A. Over 90 percent of the contracts are a fixed price lump

16 sum contract, and under those contracts we'd be responsible

17 for any material that the contractor had committed to, may not

18 have received or paid for yet, but we'd be responsible for

19 that. We'd be responsible for lost profits.

20 Q. All right.

21 A. Pretty significant sum.

22 Q. As the TVA official responsible for the construction of

23 the Kingston scrubbers, are you aware of any reason why the

24 Kingston scrubbers will not be fully operational at all nine

25 units at the plant by 2010 as planned?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   A.    No.   I actually feel a little better about Kingston than

2   I did about Bull Run a few months ago.   Using the lesson

3   learned that we've been able to use for both -- from both

4   Paradise and Bull Run, we're actually farther ahead on

5   Kingston at this time, it being a year behind Bull Run, than

6   Bull Run was a year ago.   So I feel much better about it.

7   Q.    All right.   I'd like to talk last about the scrubber

8   project at the John Sevier plant in northeastern Tennessee.

9   Could you describe to the court what the pollution controls

10  scheduled to be constructed there are.

11  A.    The schedule there are to install the scrubbers first.   I

12  think that's been testified to previously.   We'll have the

13  first two units scrubbed by January 1st of 2012 and the second

14  two units by June 1st of 2012.   Then they'll follow on.   Once

15  we have the scrubber, I'll describe the details of that here

16  in a minute, but that will allow us to install the SCRs

17  following that.

18  Q.    Is there a reason why the SCR cannot be installed at the

19  same time?

20  A.    Well, as I talked about, in order to support the

21  reaction, you need to be able to be in the flue gas change in

22  the 600-degree temperature range.   That occurs right between

23  the economizer and air heater.   There's been a retrofit

24  precipitator installed on each of the four units at John

25  Sevier that basically fills up every cubic foot of space

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  between the back boiler wall and the existing stacks and there

2  is not enough room to even sink piling and put piers up to try

3  to build it on top.  So we have to replace the existing

4  precipitators, then demolish them in order to have a space to

5  install the SCRs.

6  Q.    And the precipitator you described, that's a pollution

7  control device for particulate matter?

8  A.    Yes, sir.

9  Q.    And is there a different kind of scrubber going in at

10 John Sevier?

11 A.    Yes.  We've been working on the conceptual design for

12 John Sevier for over a year and have concluded that due to the

13 space constraints, the fact that the precipitators are near

14 the end of their useful life, that it's a much better process

15 fit to install a dry scrubber at John Sevier, and that's the

16 way we're proceeding now.

17 Q.    And where does that project stand?

18 A.    Well, we've had to go out for bid in order to get another

19 contractor to erect that.  Advatech only supports the wet

20 scrubber process, that is, the MHI technology.  So in order to

21 do this and being a federal agency, we've had to go back out

22 on the street in order to get bids.  We've been through that

23 process.  We've reviewed them.  We've selected the preferred

24 vendor.  Been negotiating with them now for the last three

25 months.  We've got all the commercial terms resolved and the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   attorneys are dotting the I's and crossing the T's and

2   expecting to have a signed contract just any time.

3   Q.   And who is this vendor?

4   A.   It's the Washington Division of URS.

5   Q.   Do they have any experience constructing dry scrubbers?

6   A.   That was the prime reason we selected them.  They offered

7   a team that had just finished a dry scrubber on a Syncrude

8   project in Canada.  And so they've offered that entire team to

9   support our project.

10  Q.   And are they prepared to commit to the schedule that

11  would have this scrubber fully installed by June 1st, 2012?

12  A.   Part of the contract has a significant bonus penalty

13  clause around the dates that I referred to as operational

14  dates and they're very confident and willing to sign up for

15  those provisions.  They're confident they're going to get

16  their bonus and we hope they do.

17  Q.   And what's your confidence level on having the John

18  Sevier scrubber installed on schedule in 2012?

19  A.   Well, having an entire team that just finished one of

20  those designs and them willing to commit to the amount of risk

21  that we've got associated with those dates, I'm very

22  confident.

23  Q.   All right.  And so, sir, is it your expectation that the

24  scrubbers at the Bull Run plant, all nine units at the

25  Kingston plant, and all four units of the John Sevier plant in

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  eastern Tennessee will all be construction -- constructed and
2  operational before 2013?
3  A.   Yes, sir.
4       MR. LANCASTER:  No further questions, Your Honor.
5       MR. GOODSTEIN:  Thank you, Your Honor.
6                    CROSS EXAMINATION
7  BY MR. GOODSTEIN:
8  Q.   Good afternoon, Mr. Nash.
9  A.   Good afternoon.
10  Q.   Your supplemental report, Mr. Nash, that you provided to
11  us earlier in this case, it states that to follow Dr. Staudt's
12  proposed time frame, TVA would be required to build
13  approximately eight FGD's on 21 units at four plants.  Do you
14  recall that language?  And the plants are Colbert, Shawnee,
15  Gallatin and Allen.  Does that sound correct?
16  A.   That's correct.
17  Q.   I was a little confused about your earlier testimony
18  referring to Plaintiff's Exhibit 54.  That was Mr. Staudt's
19  table.  But I think perhaps the confusion was that some of the
20  technology listed on that table has already been installed; is
21  that right?  For example, the SCRs and the scrubbers at the
22  Cumberland plant, they were listed on there.  And you can see
23  it in front of you.  Those are already installed, right?
24  A.   That's correct.
25  Q.   And the same thing with Paradise.

1  A.   That's correct.

2  Q.   Okay.  So this figure contains both already installed

3  projected technology and then technology that needs to be

4  installed.

5  A.   But I think Mr. Staudt also shows in this particular

6  table that all units at TVA will be scrubbed.  And so I think

7  the numbers that we talked about earlier, the 41 remaining are

8  still correct.

9  Q.   But I think we're having -- we're talking past each

10  other, I think, a little bit because with a FGD, you don't

11  have to build an FGD for each unit; isn't that correct?

12  A.   That's correct.  We do something very similar to what

13  we're doing at Kingston where we're putting nine units through

14  two FGD absorber vessels.

15  Q.   Okay.  So your -- your report, your supplemental report

16  that you submitted in this case, you have no reason to think

17  that that's not correct, right?  There you said approximately

18  eight FGDs would be required to follow Dr. Staudt's proposed

19  time frame; is that correct?

20  A.   For those four sites, that's correct.

21  Q.   And up until -- this is new information for us that we

22  just received about the John Sevier scrubber not being an

23  Advatech designed scrubber.  Prior to this negotiation with

24  the Washington Division of URS, TVA was using a single source

25  scrubber contract, correct?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  A.   That's correct.

2  Q.   With Advatech.

3  A.   That's correct.

4  Q.   And as you've testified, Advatech is a joint venture

5  between Mitsubishi and URS and URS is one of the largest

6  global engineering design firms in the world; is that correct?

7  A.   I think I said the U.S., but...

8  Q.   I must have taken this language out of one of your

9  reports, but you wouldn't disagree with that, right?

10  A.   I do not.

11  Q.   So they have a lot of engineering capacity at Advatech?

12  A.   At URS they do.

13  Q.   Okay.  And Advatech is a joint venture of URS and

14  Mitsubishi, correct?

15  A.   That's correct.

16  Q.   And TVA uses more than one general contractor for their

17  outage maintenance projects; isn't that true?  You have one on

18  one region and one on the other region?

19  A.   Basically, two do most of the work, that's correct.

20  Q.   And there are a number of organizations out there in the

21  marketplace in addition to Advatech and the Washington

22  division that provide scrubber technology; isn't that true?

23  A.   That's true.

24  Q.   Alstom is one of them, for example?

25  A.   Yes.

Case 1:06-cv-00020-LHT   Document 203   Filed 06/15/09   Page 70 of 131

RONALD NASH - CROSS

1  Q.  Marselux is another one; isn't that true?

2  A.  Yes.

3  Q.  And Black and Veatch is another one; isn't that true?

4  A.  They're basically a design contractor and I think they

5  offer a specific technology, the Chyoda Technology, but that's

6  correct.

7  Q.  And Sargent and Lundy is another one; isn't that true?

8  A.  That's correct.

9  Q.  And there are also a number of companies out there in the

10  marketplace that provide SCR technology; isn't that true?

11  A.  Yes.

12  Q.  Like Babcock and Wilcox, Babcock Power, and Alstom, also;

13  isn't that true?

14  A.  That's true.

15  Q.  And isn't it also true, Mr. Nash, that TVA used labor

16  from outside of the Tennessee Valley for the NOx SIP call?

17  A.  We traditionally get labor from outside the valley during

18  our outage seasons, that's correct.

19  Q.  You've had a preference on the Advatech scrubber project

20  for 70 percent of the subcontracts to go to Tennessee Valley

21  firms; isn't that true?

22  A.  We put a provision in the contract that encourages them

23  to use valley firms, that's correct.

24  Q.  But as necessary, you have historically gone to labor

25  pools outside of the Tennessee Valley.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  A.    Yes, we have.

2  Q.    And in your description of your concerns today that the

3  basis for those concerns are not an analysis of labor markets,

4  national labor markets for craft labor like boilermakers;

5  isn't that true?  I mean, you didn't look at the national

6  labor data.  You're just testifying about your experience with

7  the TVA program; isn't that true?

8  A.    I'm testifying of my experience of building 21 SCRs and

9  the current two scrubbers.  And for the past seven years or

10  longer, we've been experiencing shortages of boilermakers, and

11  we're far -- several years away from what several folks

12  anticipate the peak to be.

13  Q.    You took over the scrubber program in what year?

14  A.    2006.

15  Q.    2006.  Prior to that time, you didn't have experience

16  with scrubber technology from your work at TVA; isn't that

17  true?

18  A.    Not from my work at TVA, but I built scrubbers in

19  Florida, in Ohio.  So I had previous experience.

20  Q.    But with the TVA program, you basically inherited the

21  structure that the TVA scrubber program had at that time with

22  a single source contract with Advatech; is that correct?

23  A.    That's true.

24  Q.    And you've said previously to me in your deposition that

25  it was your view that TVA should have completed conceptual

1  designs on these future scrubber projects at the time they
2  looked at them in the late 1990s; isn't that true?  Isn't that
3  your view, Mr. Nash, that these conceptual designs --
4  A.    I don't believe I said in the late '90s.  I think what
5  I -- I think if I recall our discussion during our deposition,
6  that I agreed with the Bechtel Report that suggested that TVA
7  go out and complete their conceptual designs on the upcoming
8  scrubber projects to have a better handle on the requirements
9  for those projects.
10 Q.    Okay.  And that -- I appreciate that.  And that might
11 have identified the decision on the technology to be used at
12 the John Sevier scrubber project sooner than it was recently
13 selected; isn't that true?
14 A.    Well, I don't know that that's totally true.  The real
15 decision -- the real factor that changed that decision was the
16 recognition that the existing precipitators were at the end of
17 their useful life.  That changed our look at that entire
18 project.  At one time early on we were looking at low dust
19 SCRs that would physically take up the footprint just beyond
20 the existing ID fans, and that particular piece of information
21 or that recognition of needing to replace that then drove the
22 economics in favor of a dry scrubber.  They're more expensive
23 to operate than a wet scrubber.  So unless there's some
24 compelling reason or unless you're going to be burning a real
25 low sulfur coal, it's economically more advantageous to

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1 install a wet scrubber.  So I don't know that I question TVA's

2 decision on wet scrubbers.

3 Q.   But at the time we spoke at your deposition, it was the

4 plan to install a wet scrubber at John Sevier, wasn't it?

5 A.   That's correct.  That was well over a year ago.

6 Q.   Okay.  And in fact, at that time, although the

7 announcement had been issued for the John Sevier scrubber

8 project, the land had not been obtained for the landfill

9 necessary for the gypsum that would come off the scrubber;

10 isn't that true?

11 A.   We were still in the process of acquiring that property,

12 that's correct.

13 Q.   So in fact, the announcement went out before the

14 conceptual design was done on that; isn't that true?

15 A.   Well, that's true.

16 Q.   That made it more difficult to negotiate with adjacent

17 property owners for the land necessary; isn't that true?

18 A.   No, I think I -- I think he understood the value of his

19 property and I don't know that the announcement had really any

20 effect.

21 Q.   And you haven't requested any bids from contractors for

22 the accelerated scrubber program sought by North Carolina in

23 this case; isn't that true?

24 A.   That's true.

25 Q.   And you haven't requested any bids for the accelerated

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  SCR program sought by North Carolina in this case; isn't that

2  true?

3  A.   We have not requested bids, but we've had some additional

4  conceptual designs done.

5  Q.   Well, I asked you in your deposition if TVA asked anyone

6  to ask suppliers of equipment for SCRs to see if they would be

7  available for completion of these projects by 2013, and you

8  said at that time that you're not responsible for the SCR

9  program and so you don't know.  Do you have some more

10  information now?

11  A.   Yes, I do.  That was -- that was June of 2007, I believe.

12  Q.   And you thought at that time that some acceleration of

13  TVA's program could be accomplished; isn't that true?

14  A.   That's true.

15       MR. GOODSTEIN:  Can we put up Plaintiff's Exhibit

16  112, please.

17  Q.   We asked during your deposition, Mr. Nash, whether you

18  had some documentation from benchmarking sessions that you

19  attended.  Do you recall that question?

20  A.   Yes, I do.

21  Q.   And do you recall producing a slide that's in front of

22  you, Plaintiff's Exhibit 112, from the Southern Company?

23  A.   I recall the slide and I'm sure we discussed it, yes.

24  Q.   And this is an accurate summary of Southern Company's

25  environmental projects, isn't it?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  A.   It would have been at the time it was created.  I don't
2  know how they have actually executed these contracts and
3  whether -- whether they're still on target for all those.
4  Q.   Okay.  But counting absorber towers now, you count eight
5  scrubber projects going on simultaneously between 2005 and
6  2010; isn't that true, Mr. Nash?
7  A.   That's correct.
8  Q.   In addition to additional scrubber projects and
9  additional SCR projects; isn't that true?
10  A.   I see the line for additional scrubbers, but with all the
11  interface we've had with Southern, in knowing the projects
12  that they've announced, I'm not sure which units those would
13  include.
14  Q.   But this is the slide that you produced to us in
15  discovery in this case from your benchmarking sessions, isn't
16  it?
17  A.   This is a slide that was created by Southern Company on
18  what their plan was at the time we had met, which I think was
19  early 2006.
20       MR. GOODSTEIN:  Can we put up Plaintiff's Exhibit
21  119, please.
22  Q.   And you did a projection, Mr. Nash, of the actual FTE --
23  I think this exhibit was received without the title so I'm
24  going to take the title off.  It's a little confusing.
25       I think this is total FTE's; isn't that true, Mr. Nash?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1  A.   I believe that's what it shows on the left-hand scale,

2  yes.

3  Q.   And isn't it true that this projection that you prepared

4  actually peaks in January of 2012?  Isn't that true that the

5  top peak is in 2012?

6  A.   Yes.  This would be the manpower requirement to execute

7  the plan that was presented in Mr. Staudt's report.

8          MR. GOODSTEIN:  Thank you very much.

9          We have no further questions, Your Honor.

10         MR. LANCASTER:  We have no redirect.

11         THE COURT:  All right.  Thank you, Mr. Nash.  That

12  will complete your testimony and you're excused.

13         We'll take a 15 minute midafternoon recess.

14         (Brief recess at 4:12 p.m.)

15         THE COURT:  All right.  Mr. Lancaster, call your

16  next witness.

17         MR. LANCASTER:  Defendant TVA calls Mike Scott.

18              MICHAEL THOMAS SCOTT,

19  being first duly sworn, was examined and testified as follows:

20         MR. LANCASTER:  I would ask Mr. Scott to get Book 12

21  off of the -- off of the shelf of books.

22         And would ask if the court would like to have the

23  exhibits handy, they should all be in Book 12.

24         THE COURT:  Very good.  Thank you.

25                   DIRECT EXAMINATION

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1  BY MR. LANCASTER:

2  Q.   Would you please state your full name for the record.

3  A.   Michael Thomas Scott.

4  Q.   And where do you live, Mr. Scott?

5  A.   Chatanooga, Tennessee.

6  Q.   Where do you work?

7  A.   In the Fossil Power Group for TVA.

8  Q.   And what is your position with the Tennessee Valley

9  Authority?

10 A.   I'm the Senior Strategic Program Manager for Fossil Power

11 Group.

12 Q.   And what are your duties in your current job?

13 A.   My primary duties are to be the Fossil Power Group's

14 representative for fossil power supply planning which is the

15 planning of all of the fossil assets out through the 20-year

16 planning horizon.

17 Q.   And when you say fossil, what do you mean by that?

18 A.   It is our coal and gas plants.

19 Q.   And you've had a fairly recent job change.

20 A.   Yes.  Recently I moved from a previous position where I

21 did TVA's clean air strategy to the Fossil Power Group, power

22 supply planning strategy.

23 Q.   And how long were you in the position involving clean air

24 strategy?

25 A.   My clean air strategy position began in 1997 and extended

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1  through 2006.

2  Q.   So about ten years.

3  A.   About ten years.

4  Q.   I'd like to take you a little further back than that.

5  Could you tell us about your education.

6  A.   Yes.  I'm a graduate of the University of Florida with a

7  Bachelor of Science Degree in Civil Engineering.  I have a

8  Master's Degree in Civil Engineering through the University of

9  Tennessee at Knoxville.

10  Q.   And are you a licensed professional engineer?

11  A.   Yes, I am a licensed professional engineer in the state

12  of Tennessee.

13  Q.   And how long have you been employed with the TVA?

14  A.   Since 1976 when I graduated from the University of

15  Florida.

16  Q.   And so that was your first job out of school?

17  A.   That was my first job out of school, yes, sir.

18  Q.   If you could briefly take us through your career at TVA

19  before you took over the clean air planning duties in 1997.

20  A.   My early years I was a design engineer working on TVA's

21  generating facilities.  When I hired into TVA, the primary

22  design functions were in the areas of nuclear power plant

23  design, and I worked in that organization in that function for

24  the first four or five years of my career.

25       A little later in my career, I then moved over into

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1  another design organization within TVA and this was a design
2  organization that worked on TVA's existing coal-fired power
3  plants, and we would do modifications and design work for
4  those particular power plants.
5  Q.   And in 1997 you became the manager of Title IV programs?
6  A.   That is correct.
7  Q.   And what does that mean?
8  A.   In that regard I had two primary responsibilities.  The
9  first one was that I was the manager over the development of
10 TVA's clean air strategy and the second part of that role was
11 that I also had the stack monitoring program under my
12 responsibility.
13 Q.   And so you were in charge of -- if you could explain to
14 the court what stack monitoring is.
15 A.   As part of the 1990 Clean Air Act Amendments, there was a
16 requirement to measure emissions of $SO_2$ and NOx on all of the
17 coal-fired facilities in the country.  TVA's facilities met
18 that requirement and I had the progamatic responsibilities for
19 managing those emissions from that.  While the sites conducted
20 the day-to-day operations, we had progamatic responsibilities
21 for TVA's stack monitors.
22 Q.   And at the time you took over the clean air planning
23 responsibilities in 1997, approximately what were TVA's
24 emissions of sulfur dioxide and nitrogen oxides?
25 A.   The sulfur dioxide were roughly 880,000 tons of $SO_2$, and

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1  it was around -- help me here.  It was about 400 -- no excuse,

2  me 505,000 tons of NOx on an annual basis.

3  Q.  And what were TVA's annual emissions of those, of sulfur

4  dioxide and nitrogen oxides, in 2007 when you handed your

5  responsibilities on to your successor?

6  A.  We made significant reductions over that course of time.

7  We were in the $SO_2$ arena down in the low 400,000-ton range and

8  in the NOx -- annual NOx we were around 190 to 200,000 tons.

9  Q.  And these emission reductions of approximately

10  500,000 tons of sulfur dioxide and 300,000 tons of nitrogen

11  oxides per year that occurred under your watch, what sort of

12  programs was TVA complying with during that time?

13  A.  The regulatory programs that were in place at that time

14  were primarily cap-and-trade programs.  Those would be the

15  programs where there is a cap on the country, but there is not

16  a cap per se on any one plant or company.

17  Q.  And did you help design TVA's strategy for how to operate

18  in this cap-and-trade world?

19  A.  Yes, sir, I did.

20  Q.  And what was that strategy?

21  A.  That strategy was, as my coworkers have mentioned before,

22  we had a self-compliant strategy goal; and to meet that end,

23  what we did is we evaluated all the various technology, fuel

24  options that were available to us, and then we would put

25  together for the 59 coal units the program that would meet

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1  that reduction goal in the most cost-effective manner,

2  realizing that the TVA rate payers ultimately have to pay the

3  bill for what this would cost.  So we were very mindful of the

4  cost component and we would therefore tailor our design of a

5  strategy to protect not just emission reductions that were

6  established as far as the self-compliance, but also from

7  the -- to meet the rate payers' requirement for low cost

8  reductions.

9  Q.    There has been some testimony in this trial about the

10  purchase of emission allowances.  Under your watch, did TVA

11  choose instead to reduce emissions instead of purchasing

12  allowances?

13  A.    Yes.  Over that time period, as the numbers we just

14  previously discussed mentioned, TVA made significant strides

15  towards reducing its $SO_2$ emissions and also NOx emissions.

16  Q.    Please explain to the court how TVA's clean air planning

17  process works.

18  A.    First off, TVA's clean air planning process is a part of

19  a bigger process that we use at our company, and indeed,

20  probably at most companies in the country.  Power supply

21  planning is the greater goal of the company.  In other words,

22  we have electricity requirements to meet our customers' needs;

23  and in order to do so, there is significant planning

24  activities that take place in the power supply planning arena.

25          That being said, clean air and clean air strategy is a

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1  significant piece of power supply planning; and as a result,
2  it is fully integrated into TVA's planning processes.
3  Q.   And power supply planning, is that the planning that is
4  done to assure that TVA will be able to generate the
5  electricity it expects its customers to need in the future?
6  A.   Yes.  It is a -- it is an elaborate process that has
7  multiple goals.  Obviously, the first one when the customer
8  goes and turns the light switch on, the expectation is,
9  whether it's today, tomorrow, five years or ten years from
10  now, that light switch is going to work.  And consequently,
11  that is the first and foremost goal that we need to consider
12  is to keep the lights on, so to speak.
13       Within that, then, there are requirements to do that in
14  the course of all regulatory requirements, be it environmental
15  or otherwise.
16  Q.   And how far out does this power supply planning go?
17  A.   At TVA the typical time horizon that we plan to is a
18  20-year look ahead for power supply and also clean air plan.
19  Q.   And how does the clean air planning and the power supply
20  planning inter -- what is the interaction?
21  A.   Well, there's multiple interactions between the two.
22       First off, in power supply planning, that begins where
23  you have to understand what the future demand for your
24  product, electricity, is.  Once you understand that demand for
25  your product, then within the context of the fossil

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1  organization, the coal plants, they supply typically around

2  60 percent of the electricity today.  In the past it's been a

3  different amount.  In the future it may be a different amount.

4      So consequently, what we have to do to start with is what

5  are the generation expectations that the company has for the

6  fossil coal plants.  Once we have that particular starting

7  point, we then devise a strategy for clean air compliance to

8  meet the goals of emission reductions and also the goals of

9  generation production for power plants.

10     The power supply plan in turn takes those clean air

11  strategy decisions, and those decisions are very specific in

12  terms of what we do, when we do it and exactly what the

13  outcome will be, and they embed those particular facets into

14  the power supply plan.

15     One example of that would be my -- Mr. Nash indicated

16  that he is going to be tying in the Bull Run scrubber this

17  coming outage.  He will be tying in the Kingston scrubbers in

18  two subsequent outages.  At Kingston, when they tie in the

19  first scrubber, it will take four units on outage and take

20  their power generation off of the system in order for that

21  scrubber tie in to occur.  If you don't plan for that, then

22  it's going to be very difficult to say with certainty that I'm

23  going to turn the light switch on and the lights will come on.

24     So that is a short-term integration of how clean air and

25  power supply planning works.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1      On the broader horizon, you also have to look and see
2  that if you have a generation that is higher or lower, then it
3  will affect what controls, where you put them and also the
4  timing of when those controls will come in.
5  Q.   There's been a lot of talk in the last week and a half
6  about the DC Circuit's decision vacating CAIR, the Clean Air
7  Interstate Rule.  Are there uncertainties going forward about
8  what the rules are going to be with clean air compliance?
9  A.   When you look at power supply planning, when you look at
10  clean air planning, there are -- there's one certainty and
11  that is that there will be uncertainty.  There will clearly be
12  changes.  I wish I could say that in my career I had a crystal
13  ball that was accurate enough to know what the future held for
14  us, but unfortunately, life doesn't treat us quite that
15  kindly.
16      So the aspects of CAIR being vacated clearly was, you
17  know, an event that wasn't necessarily planned for; however,
18  part of our clean air strategy process builds on what we call
19  Regulatory Outlook Document, which is a product that
20  Mr. Myers, the first witness this morning, develops for us.
21  And he produces that in such a fashion that it allows, what we
22  typically call, you to peel back the layers of the onion.  In
23  this particular example, CAIR was a top layer of the onion and
24  it has now been peeled back.  And underlying that in this
25  Regulatory Outlook Document they produce, we now see all the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  other clean air drivers and emission drivers.

2      And what we have done in our power planning requirements

3  is that we are cognizant of not just the primary driver, which

4  in this case was CAIR, but also the secondary drivers.  And

5  part of our strategy development is to ensure that we have at

6  least considered those aspects.

7  Q.   And so looking a number of years down the road, do you

8  have to plan for rules and statutes and regulations that may

9  not even exist yet?

10  A.   Typically that is the planning horizon that most often

11  you are dealt with.  If we go back to the NOx SIP call, our

12  efforts in terms of strategy clearly predated when that rule

13  was put in place.  The same thing with the CAIR.  If you go

14  back to our clean air plans, we typically precede any rule

15  making by several years.

16  Q.   Do you employ any strategies in your planning -- and feel

17  free to get a drink of water.

18      Do you employ any strategies in your plannings to help

19  you deal with the uncertainties?

20  A.   Some common approaches that we use is to look at more

21  than single outcomes.  One example we already talked about was

22  the peeling of the onion.

23      The second approach would be to look at what we also go

24  back to that Regulatory Outlook Document.  We have what we

25  call our base case projection.  But we also have a high and a

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  low case which is what things could look like in a low

2  probability world or high probability world.  And we look at

3  the decisions that we're going to bring forward and say if the

4  high case world was to occur, how does that strategy fare in

5  that world?  If the low case strategy was to occur, how

6  would -- or low case world would occur, how would that

7  strategy fare?

8       And what we do is we don't necessarily make a change to a

9  strategy because of that.  However, what we do is we see

10 whether or not there are some real bumps in the road.  One of

11 the things that we have learned painfully so is that

12 flexibility has great value.  That once you commit to a

13 course, it is very difficult to unbuild a power plant control

14 device.  And if you are a rate payer of the Tennessee Valley

15 region, we clearly have an obligation, we feel, that we want

16 to make the investment with prudency and certainty to the

17 extent practical and possible.

18 Q.   And the -- this planning process results in something

19 called a power supply plan; is that correct?

20 A.   That is correct.

21 Q.   And is that a document?

22 A.   It is a document that is produced.  It has financial as

23 well as generation projections for the TVA system included in

24 it.

25 Q.   And the clean air strategy planning process, it results

MICHAEL SCOTT - DIRECT

1  in a document as well?

2  A.   Yes, it does.

3  Q.   And what is that?

4  A.   It is a -- typically what most people see is a

5  multiple-page kind of a high level overview presentation

6  that -- and what it does, it will tell you what type of

7  controls we're going to put on for NOx.  What type of controls

8  we're going to put on for $SO_2$.  What kind of controls are

9  required, if any, for particulate.  Where we're going to put

10  them.  Where we're going to put them.  And the type of

11  technology that we employ to get to those strategy decisions.

12  Q.   And the power supply plan and the clean air planning

13  document, are they produced in the ordinary course of

14  business?

15  A.   TVA, as a large power producer, clearly has annual, if

16  not more frequent, power supply plans that are produced.

17       As part of producing a power supply plan, we also produce

18  regularly, at least annually, a clean air strategy update.

19  Q.   And are the power supply -- pardon me.  Are the power

20  supply plan and the clean air plan, are they relied upon by

21  TVA to make any decisions?

22  A.   It is -- both of those are used for decision making from

23  near term decisions such as budgeting, budget setting for the

24  next year, to long range planning decisions such as a control

25  at John Sevier that is five years out, and subsequently other

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  decisions that will be taking place.

2      The power supply plan, on a little different note, our

3  Watts Bar 2 nuclear plant that is being restarted with an

4  online time in the 2012 time period, was a product of this

5  process.  So it's used by the company, the point there, not

6  just in clean air, but for all of the aspects that go into

7  running a business such as TVA's.

8  Q.   Okay.  If you would look at Defendant's Trial Exhibit 199

9  which is in Book 12.

10  A.   Yes, sir.

11  Q.   What is Defendant's Exhibit 199?

12  A.   It is a copy of TVA's Clean Air Strategy Process.  This

13  is a document that is used today.  Has been used since its

14  inception back in 2002.  It defines how we conduct our annual,

15  semi-annual, and at that time we were even doing quarterly

16  updates to the clean air strategy process to align also with

17  our power supply planning process.

18  Q.   So Defendant's Exhibit 199 is the actual TVA procedure

19  that describes the process you've just been describing to the

20  court.

21  A.   Yes, sir, it does.

22  Q.   And you mentioned a moment ago something about revising

23  the clean air plan.  Does it change?

24  A.   Yes.

25  Q.   Why does it change?

MICHAEL SCOTT - DIRECT

1  A.   Obviously, we talked about uncertainties and
2  uncertainties can come in a lot of forms and fashions.  One
3  uncertainty is what the load is going to be.  If a regulatory
4  change occurs, if a regulation of some other type should
5  occur, if TVA chooses to meet its generation needs in some
6  other fashion.  All of those could produce a change in the TVA
7  clean air plan.
8  Q.   Do the changes ever incorporate lessons learned from past
9  control activities?
10 A.   Yes.  Clearly it's a building block process that -- one
11 of the positive notes about going in and doing frequent
12 updates to a process in clean air strategy is that you get
13 hopefully a little smarter if you have to build more than one
14 of these things.  And I think Ron Nash has indicated that
15 we've learned from Paradise and Bull Run how to do things a
16 little bit quicker, better in that the Kingston scrubber one
17 year following Bull Run is further along than its predecessor
18 was at that time.  So that's one example of how we would use
19 this.
20      Others would be that we learn about technology
21 improvements.  For instance, we have a technology that we're
22 using at John Sevier, the spray dryer technology.  That is a
23 process.  This process has us go back and relook at the
24 founding principles of performance and cost on the control
25 equipment, and that was in part why we ended up with that

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  change at John Sevier.

2  Q.   So sometimes the plan changes if you figure out a better

3  way to do something?

4  A.   Yes, sir.

5  Q.   How about is there any difference in terms of the

6  solidity of the plan between the near term and the long term?

7  A.   Clearly the near term is much more, if you will, cast in

8  stone than out years.  I think that as you go further out in

9  time, TVA has routinely commented to the effect that while

10  certain specific applications and details such as dates

11  certain and plants certain might have changes for various

12  reasons, the overall trend that we have put our company on

13  since the mid 1990s remains unabated.  Our long-range goal

14  which was emission reductions, verified once again by the

15  board of directors, you know, we continue on that path.

16      So while the out-year plans may change as we optimize

17  those and find better ways of doing the same thing, the

18  objective long term remains unchanged.

19      MR. LANCASTER:  Your Honor, I move the admission of

20  Defendant's Exhibit Number 199.

21      THE COURT:  Let it be admitted.

22      (Defendant's Exhibit Number 199 was received into

23  evidence.)

24  Q.   I'd like to talk with you now, Mr. Scott, about the

25  projections that plaintiff's witness Dr. Staudt prepared for

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    TVA's 2013 emissions.  You're familiar with those, aren't you?

2    A.   Yes, I am.

3    Q.   And you've examined those projections based on your

4    knowledge and experience from ten years of service as the TVA

5    official responsible for clean air planning?

6    A.   Yes, I did.

7    Q.   And have you used your knowledge of TVA's power supply

8    planning and clean air planning assumptions in order to

9    address Dr. Staudt's projections?

10   A.   Yes, we evaluated his projections.

11   Q.   And you're aware that Dr. Staudt has testified or has

12   prepared projections that TVA's coal-fired system would have

13   about 450,000 tons of sulfur dioxide in the year 2013.  Are

14   you aware of that?

15   A.   Yes, I am.

16   Q.   And do you believe those projections are realistic?

17   A.   No, I think that those are quite overstated emissions for

18   several reasons.

19        One, last year we emitted 374,000 tons of $SO_2$ and that

20   was without the scrubbers at Bull Run, the scrubbers at

21   Kingston, without the switch -- fuel switches that we plan to

22   make at Johnsonville.  So to say that we would go backward

23   from where we are would not make any sense to me.

24   Q.   And I'd like to look at some of the specifics, a few of

25   them, of Dr. Staudt's projections and have you look at what

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1    I've marked as TVA Exhibit 265 in Book 12.

2    A.    Okay.

3    Q.    Defendant's Exhibit 265 is a page from Dr. Staudt's

4    report where he summarized his projections for what he called

5    his base case for TVA for the year 2013.  And you are familiar

6    with this table, aren't you?

7    A.    Yes, I am.

8    Q.    And I'd like to look at a few of these particulars,

9    starting with the entry on the Paradise unit 3.

10   A.    Yes.

11   Q.    You're familiar with the Paradise plant, aren't you?

12   A.    Yes, I am.

13   Q.    Have you worked there?

14   A.    I spent several years working as the program and project

15   manager supporting capital projects at that particular plant

16   in the early '90s.  So yes, it's my home away from

17   Chattanooga.

18   Q.    And how many units are at Paradise?

19   A.    Paradise has three units.  Two -- units 1 and 2 are

20   roughly 700-megawatt units and unit 3 is around an

21   1100-megawatt unit.

22   Q.    And all three units have scrubbers?

23   A.    All three have scrubbers.

24   Q.    And is there a difference between them or among them?

25   A.    Yes, quite different.  Units 1 and 2 scrubbers were

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1 technology that was built in the early 1980s. Unit 3 is TVA's
2 newest scrubber. It came online last year. And they both,
3 while being wet limestone scrubbers, have different designs
4 and certainly different efficiencies of removal between the
5 three units; 1 and 2 being nearly the same and 3 being much
6 better.

7 Q. What sulfur dioxide emission rate did Dr. Staudt assume
8 for the year 2013 for the Paradise unit 3 scrubber?

9 A. He used a .6 pounds per million BTU emission rate for
10 Paradise 3.

11 Q. And do you know why he did that?

12 A. He indicated that he had done that because it was similar
13 to the technology -- the emissions on the other scrubbers, is
14 the best I recollect.

15 Q. And those other scrubbers were built about 20 years ago.

16 A. Actually, they're around 25 years ago now.

17 Q. Can you think of any reason why the new scrubber would
18 have that removal at that emission rate?

19 A. No.

20 Q. And what was Paradise unit 3's actual sulfur dioxide
21 emission rate last year?

22 A. It was in about the .15 to .16 range, if I remember
23 correctly.

24 Q. And what difference would that make for the Paradise unit
25 3's 2013 sulfur dioxide emissions?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1   A.    It would mean that on those particular tons, that he

2   would be off by roughly, you know -- they would be reduced by

3   75 percent from what he projected.  And he had projected

4   around about a little over 18,000 tons.  So if you do the

5   math, it's around 14,000 tons.

6   Q.    So if the Paradise 3 scrubber is operating at a .15 rate

7   as it did last year, that causes Dr. Staudt's projections to

8   be overstated for that unit by about 14,000 tons.

9   A.    That's correct.

10  Q.    I'd like to ask you about the Bull Run plant now.  What

11  did Dr. Staudt assume as an emission rate for the Bull Run

12  plant?

13  A.    1.17 pounds per million BTU.

14  Q.    And is that a scrubbed emission rate?

15  A.    No, that is, as it was referred to earlier in the

16  testimony, a low sulfur coal, nonscrubbed rate.

17  Q.    What would a scrubbed emission rate be for the Bull Run

18  plant?

19  A.    It would be in the .15 to .2 pounds per million range.

20  Q.    And if, in fact, the Bull Run plant has scrubbed

21  emissions in 2013, what effect does that have on Dr. Staudt's

22  projections?

23  A.    He would have overstated by about a factor of 6 or 7

24  where he had projected 34,000 tons of emissions.  So you would

25  have roughly, I think, 25 or 28,000, somewhere in that range,

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  of extra -- higher emissions in his projection than what you

2  would have with that unit being scrubbed.

3  Q.   And what is your expectation for the scrubber at the Bull

4  Run plant in your planning for TVA?

5  A.   That scrubber, as Mr. Nash had indicated, is virtually

6  complete.  I have been to that facility and see no reason why

7  with that particular design that it won't be at a .15-pound

8  per million range.  That's clearly within the realm of what we

9  would expect from that particular plant.  And in fact, for

10  power supply planning activities, that is the rate that's

11  being used.

12  Q.   Are there any reasons that would favor TVA's operation of

13  that scrubber?

14  A.   At this point in time, virtually all the costs of

15  building that scrubber have been expended.  While there's

16  still some work to be done, at this point it will be finished.

17  In addition, it provides us with what I will call fuel

18  flexibility; whereas, we are burning a very expensive -- what

19  we call compliance low sulfur coal at that plant, it does

20  offer us the opportunity to change fuels depending on what the

21  fuel markets at any one time afford us.

22  Q.   Would there be a fuel cost savings associated with

23  operating the scrubber at Bull Run?

24  A.   At Bull Run -- at Bull Run, yes, there would.  In

25  addition, if we were to have built this scrubber -- I've

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1    already mentioned that we have a -- at TVA a commitment to our

2    rate payers.  It would be a very difficult, I believe,

3    decision to tell a rate payer that we've just spent all this

4    money and now we're not going to provide you with the air

5    quality improvements that it was designed to meet.

6    Q.    Now, speaking of fuel cost savings, I'd like to ask you

7    about something in Dr. Staudt's testimony.

8         MR. LANCASTER:  Your Honor, may I approach the flip

9    chart?

10        THE COURT:  Yes.

11   Q.    During Dr. Staudt's testimony, he prepared what appears

12   to be a hypothetical calculation regarding fuel cost savings.

13   It wasn't included in his expert reports, but have you had a

14   chance to examine what has been marked as Plaintiff's Exhibit

15   484?

16   A.    Yes, I did have an opportunity to look that chart over.

17   And if I understand the presumption of what that particular

18   exhibit showed, it was to say that the fuel cost savings that

19   TVA could achieve by building scrubbers according to his plan

20   would, for the most part, pay for the cost of building those

21   scrubbers.

22        And when I saw that, I went and did a couple things.

23   First off, I looked at some of the bases that he used for the

24   numbers, one of which was very key is he used a number, it's

25   called CRF, of 10 percent.  And the CRF is what is called

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  capital recovery factor.  And the way I would liken that to is
2  that's kind of how you amortize the capital costs of the
3  asset.  Scrubbers are large capital cost structures,
4  facilities.  And that basically, the capital cost recovery
5  factor is a way of converting that cost into an amortization
6  or house payment, so to speak.
7      He used a low number, 10 percent.  And if you go back
8  into the financial tables, what that equates to is an
9  8 percent cost of money at over a 20-year period.
10     TVA, as owner and operator of these facilities, uses a
11  quite different number for various reasons.  We use a capital
12  recovery factor of instead of 10 percent, or .1 is how it's
13  used.  You multiply the cost of the facility by a .1 and
14  that's your annual cost.  We use a .18 capital recovery
15  factor.  And two components that create that number are the
16  time period that we use, which is ten years, and also the cost
17  of money and risk, which we use 12 percent.  That was what was
18  done in our studies and in our depositions and in our expert
19  reports.
20     So that would produce a significant change where he used
21  a 4 billion capital cost -- and again, we had a difference in
22  our capital cost structure, but using the numbers he had, he
23  said that the capital recovery cost of the 4 billion in
24  capital would be $400 million a year.  He then added an
25  operating cost of 190 million and came up with a total cost,

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1    if you will, of 590 million.  And what he was saying was that

2    the savings from fuel costs would more than pay for that.  And

3    we clearly don't have that -- that particular number in terms

4    of our fuel savings.

5    Q.    What is your experience with the range of fuel cost

6    savings?

7    A.    It will vary quite dramatically from plant to plant.

8    When you look at some of our facilities, there's no -- little

9    or no fuel cost savings that we would anticipate.  At our

10   Paradise plant, Paradise unit 3, we are currently scrubbing a

11   large amount of PRB coal.

12   Q.    Is that Powder River Basin coal?

13   A.    Powder River Basin.  That was the fuel that we were

14   burning prior to the scrubbers.  So clearly we do not see much

15   of a fuel savings there because we are burning that current

16   fuel.  If fuel markets change, we might have an opportunity,

17   but today we are burning PRB at that particular facility.

18        Other facilities, Bull Run will be on the other extreme.

19   Bull Run is one where we do expect to achieve fuel cost

20   savings because it's locked into high price coal markets.

21        As we go out to other parts of our system, we have

22   different opportunities to create fuel savings.  I think some

23   of them are already powered by low sulfur fuel and low cost

24   fuel and we may not choose to burn a different fuel after the

25   scrubbers are installed.  So it does vary.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    So to make a broad brush statement, that would be one

2    that would be kind of interesting to say that fuel savings pay

3    for a scrubber.

4    Q.   So do you believe that Dr. Staudt's hypothetical

5    calculation, if I recall, the chart is Plaintiff's Exhibit

6    484, do you believe that it's a valid or accurate

7    representation of the fuel cost savings TVA could expect by

8    implementing the program of controls Dr. Staudt outlined?

9    A.   No, I do not.  In addition, while I'm looking at this

10   chart here, he also based it on the amount of $SO_2$ reduced and

11   the value of that.  And again, his values started from his

12   higher number which we would dispute that we would not have

13   seen those kind of reductions because we would have been

14   significantly lower from the starting point.  So once again,

15   we don't expect to see what is on that exhibit.

16   Q.   In other words, the cost of tons removed would change

17   because there would be less tons to remove.

18   A.   Yes, sir.

19   Q.   Let's move on now with some of Dr. Staudt's assumptions

20   in Table -- Table 5 of his report which is TVA's Exhibit 265.

21   What emission rate has he assumed for the Kingston plant in

22   his 2013 base case?

23   A.   He assumed a 1 -- he assumed a 1.12-pound per million $SO_2$

24   rate.

25   Q.   Is that a scrubbed emission rate?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1   A.   No, that is a nonscrubbed, low sulfur coal emission rate.
2   Q.   And what effect would changing Kingston to a scrubbed
3   emission rate have on the projections for the 2013 emissions?
4   A.   Kingston would be very similar to the previous plant we
5   discussed, Bull Run.  Kingston is going to be a scrubbed
6   plant.  It should be in the .15 range.  So it would have --
7   his estimate would have overstated our emissions by about a
8   factor of perhaps 6 or 7 as well.
9   Q.   Let's look now at Dr. Staudt's assumption about TVA's
10  John Sevier plant, also in eastern Tennessee like the Bull Run
11  and Kingston plants.  What emission rate did he assume for
12  John Sevier for sulfur dioxide?
13  A.   1.25 pounds per million.
14  Q.   And I'm guessing that's not a scrubbed emission rate
15  either.
16  A.   No.
17  Q.   What a scrubbed emission rate would be.
18  A.   No, that's not.  It's a nonscrubber rate at 1.25.
19  Q.   And what would be the effect on the emissions projection
20  for the John Sevier plant if the emissions were at a scrubbed
21  rate rather than an unscrubbed rate?
22  A.   John Sevier will be in that .15 range as well.  It has a
23  different technology, but the rates are going to be very
24  comparable to Bull Run and Kingston.  So therefore, it also
25  overstates emissions by a factor of about 6 or 7 in my

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1  opinion.

2  Q.   Now, in addition to building new scrubbers, there's been

3  testimony that some of TVA's scrubbers are 25 or 30 years old.

4  Do they have removal efficiencies of a scrubber built in 2008?

5  A.   I missed -- I did not hear that last question.

6  Q.   I apologize.  TVA has -- where are TVA's scrubbers

7  located besides the one at the Cumberland plant?

8  A.   We have two units at Paradise, Paradise 1 and 2 are older

9  scrubbers, as well as Widows Creek 7 and 8 also have older

10  design scrubbers.

11  Q.   And the Widows Creek scrubber, I believe there has been

12  testimony, was built -- one unit was built in the late '70s

13  and the other in the early '80s; is that correct?

14  A.   That is correct.

15  Q.   And what sort of removal rates do those scrubbers have?

16  A.   We've made a modification to -- or previously in the last

17  couple of years to the unit 8 scrubber.  It is operating now

18  more along the lines of a current, modern day scrubber.  It is

19  in about the -- I believe it's about .28 pounds per million is

20  what we've been seeing and experiencing with that in its

21  operation.

22  Q.   So upgrades have been made to the Widows Creek 7 and 8

23  scrubbers?

24  A.   To unit 8.  Unit 7 is in progress with work being done

25  during this next planned outage, which I believe is either

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  next fall or spring.

2  Q.   I want to show you a photograph that Dr. Staudt took,

3  apparently, and sponsored in his testimony.  It's Plaintiff's

4  Exhibit 79, I believe.  And it was on a big blowup before, but

5  I don't see it in the courtroom anywhere.

6       MR. LANCASTER:  Ms. Shea, if you will keep zooming

7  out until you can see everything.

8       Thank you.

9  Q.   Dr. Staudt testified about this photograph and indicated

10  his belief that it showed a scrubber at the Widows Creek plant

11  being bypassed.  Could you comment on that, please.

12  A.   A couple of things in this picture.  Because of the

13  orientation of it, it is difficult to say whether one stack is

14  unit 7 and one stack is unit 8.  However, the facts at that

15  particular plant is unit 8 has never had a bypass and cannot

16  operate that unit without putting gas through the scrubber.

17       Unit 7 originally had a bypass.  It has since been welded

18  shut on both sides of the damper and therefore it is

19  inoperable and as such -- and that was done at least a decade

20  ago.  So we have no bypass provisions.

21       My understanding was that this was stated to be a bypass

22  condition with the stack that would be, in my photograph, on

23  the right.  The one that's a little grayer.  The one on the

24  left being the white water vapor plume.

25       What we also did is given this date, unit 8 at Widows

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   Creek tripped off-line at just after midnight on April 9th,

2   and returned to service sometime mid or end of April 10th

3   after fixing the problem that forced the unit off-line.  What

4   you're seeing here is clearly not bypass, but a plant more

5   than likely, not having a timestamp on this particular

6   photograph, that likely is going through a startup.

7   Q.   So the plant is either starting up or shutting down as

8   part of that outage, but is not operating; is that correct?

9   A.   That would be correct.

10  Q.   And I apologize for saying the plant.  I think you said

11  unit 8.

12  A.   Unit 8.

13  Q.   And when you use the word trip, what does that mean?

14  A.   The -- there are times when something happens at a plant

15  where you have to take that unit off-line because there's a

16  problem with that plant.  In this particular event, in

17  researching it, a boiler tube leaked.  The boilers have water

18  and water vapor in them and sometimes they spring leaks and

19  you have to take those units off-line, otherwise you would

20  burn up the boiler.

21       So that is the case for this particular time period on

22  April 9th and 10th at Widows Creek.  Had a boiler tube leak

23  that tripped it and forced it to come off the grid.  So it was

24  producing no power.

25  Q.   And your testimony is that the Widows Creek units 7 and 8

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1  scrubbers do not have the physical capability to be bypassed?

2  A.    No.  They have -- unit 8 did not have it ever.  Unit 7

3  did, although it was never operated to my knowledge.  And it

4  has also been welded shut for at least, the plant couldn't

5  remember exactly the date, but it was in excess of a decade

6  that it's been welded shut.

7  Q.    I want to talk about one more issues on Dr. Staudt's

8  projections.  A different way to reduce sulfur dioxide

9  emissions other than building a scrubber is to do a fuel

10  switch, correct?

11  A.    That is correct.

12  Q.    And what is that?  Could you describe that for the court.

13  A.    A fuel switch, one of the -- the differences between $SO_2$

14  and NOx is that NOx can vary depending on how you operate the

15  equipment.

16      $SO_2$ is somewhat of a different animal.  $SO_2$ emissions are

17  a function of what type of -- the sulfur that's in the coal

18  unless you do something to physically remove it by -- such as

19  a scrubber.  So if you want to lower emissions, you have a

20  choice of changing fuels to a lower sulfur fuel or scrubbing a

21  unit.  And that is -- and so a fuel switch is simply going in

22  and taking and burning a different fuel that changes the

23  characteristics of the fuel.

24      In this case, for clean air, the fuel switches that we

25  make are ones that are designed to produce lower $SO_2$

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1    emissions by burning a coal that has inherently got lower

2    sulfur levels in the coal itself.

3    Q.    Is anything particularly involved in making a fuel

4    switch?

5    A.    It is a -- quite an elaborate process.  It starts with

6    how you get the coal to the plant.  If you make a fuel

7    switch -- and an example that I can give you is we are burning

8    a blended fuel at our Kingston plant.  Half that fuel is coal

9    that comes from the central Appalachian region.  It's a coal

10   that I heard referred to earlier today as a central

11   Appalachian capped coal.  Half of the fuel burned at that

12   plant is a capped coal.  We recently made a fuel switch to

13   burn a PRB, a Powder River Basin western fuel that comes from

14   Montana and Wyoming.  One of the logistics of that is you have

15   to now transport that a long way across the country.  So in

16   TVA's case, we had to make asset decisions to invest in coal

17   cars.

18        Furthermore, that Powder River Basin coal is a very, I

19   believe what they call -- the term is fryable coal.  It has

20   the ability to spontaneously combust and ignite and it has

21   multiple safety concerns.  So you have to come back and

22   retrofit all the aspects of the plant that handle coal.  And

23   when we're talking a plant like Kingston, Kingston burns

24   around 4.2 million tons of coal a year.  A large volume of

25   coal.  Half of that now is going to be this PRB coal.  So

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   there's a lot of opportunity in 4 million tons of coal going
2   through that plant, if you've got something that can combust
3   or ignite, for it to do so.
4       So we put in safety systems, fire suppression systems,
5   dust suppression systems, institute operational changes on our
6   coal handling facilities and coal yards to enable us to handle
7   the coal safely.  And that's just the start of the process.
8   We now have the coal into the plant itself.
9       Now we have to get it ground because when you burn coal
10  in a power plant, it is a coal that's ground into -- it's
11  pretty much like baby powder fine and then it's blown by
12  blowers into the boiler.  And so now you have to take it, you
13  brought it into the plant, you have to condition and pulverize
14  it.  Again, all those systems have to be equipped with this
15  fire suppression and dust suppression for safety.  You also
16  have to change the way sometimes you do maintenance on these
17  pieces of equipment because of how they -- the different coals
18  operate.
19      And in the case of PRB, also have to change the way the
20  ignition source in the boiler works.  Once you get the coal in
21  the boiler, it does burn, but different coals burn differently
22  and one of the inherent advantages of PRB is it burns
23  differently which reduces NOx in addition to the $SO_2$, but it
24  requires changes to what we call our combustion process.  So
25  we make changes to that.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1      We may have to change some of the way -- the boiler

2    operations so that as the water circulates from the boiler, we

3    get the boiler water where it needs to be to match how the

4    coal is being combusted.

5      And then on the back end of the plant, you change what

6    comes out of that plant in terms of the emissions.  You have

7    different ash characteristics from the different coals and

8    therefore the particular control equipment that have been in

9    place may need to be modified.

10     And typically, what we have seen at TVA with the types of

11    fuel switches we've done, the primary expense tends to be on

12    our precipitators and baghouses to burn the lower sulfur coal.

13    We probably spend the most engineering and dollars as well to

14    do that.  However, we clearly spend a lot of money on the

15    front end getting the coal to the plant and getting it through

16    the plant in a safe manner.

17    Q.   And has TVA undertaken a number of these fuel switches to

18    reduce sulfur dioxide emissions?

19    A.   Since I started in the Title IV position in 1997, I would

20    say that virtually every plant with few exceptions have made a

21    fuel switch, at least one, in some cases we have continued to

22    make additional fuel switches to bring our emissions lower and

23    lower.

24    Q.   And is there a fuel switch underway at the Johnsonville

25    plant right now?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1  A.    There is.  We have a long range goal by 2011 to have

2  reduced our emissions to about the .85 to .9-pound per million

3  level at the Johnsonville facility.  Right now to date we are

4  at a 1.3-pound per million.  While we have, in our power

5  supply planning projects, have basically taken and went to

6  2011, said we're going to make a reduction, our plans to date

7  are actually kind of what we call gliding into this lower

8  rate.  We're checking it out as we go, so our projections are

9  going to be lower in terms of $SO_2$ emissions from that plant

10 than what we've internally planned for.

11 Q.    And do you recall what Dr. Staudt assumed as an emission

12 rate from the Johnsonville plant?

13 A.    He had a 1.81 pounds per million rate assumed in his 2013

14 emission projection.

15 Q.    And your expectation of the emissions after the

16 completion of the fuel switch is what?

17 A.    Is between .85 and .9.  It's a little different on some

18 of the units.  Not all the different units at that plant are

19 identical.

20 Q.    And what effect would that have on Dr. Staudt's

21 projections?

22 A.    It would be a significant change in emissions.  It would

23 be cutting our emissions from that plant roughly in half, and

24 that was a very large emitting source in his plan.  I believe

25 the number that we calculated was somewhere on the order of

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  60,000 tons.

2  Q.   And what actions have already been taken at Johnsonville

3  in pursuance of this fuel switch?

4  A.   We have begun installation of some of the precipitator

5  control technology on the -- to enable us to burn this lower

6  sulfur fuel.  As I indicated earlier, if you are going to

7  bring PRB into a plant, you have to make safety modifications.

8  Johnsonville currently burns some PRB.  And as a result, we

9  have made multi-million dollar investments in safety, in dust

10  suppression systems to enable that fuel to be brought in and

11  burned to lower the emissions.

12       In addition, on units 7 through 10, we burn a coal called

13  a Uinta, U-i-n-t-a, Uinta coal that is a bituminous coal

14  coming from the western part of the United States.  And just

15  because of the type of coal seam that that's in, it seems to

16  be inherent that it comes in with rocks in the middle of it.

17  And so we have had to upgrade our crushers at that particular

18  facility to enable us to screen out the rocks because as we

19  get into our powerhouse, the piece of equipment I refer to as

20  a pulverizer that crushes the coal, which is relatively soft,

21  when it hits those rocks, it just doesn't like it.  It causes

22  problems with that equipment.  So what we have had to have

23  done is to bring in a crusher to screen out this rock before

24  it gets into the plant itself.

25  Q.   And has there been any work done on the back end process

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  you described before, the pollution controls?

2  A.   Yes.  We've made changes to several precipitators that --

3  to bring in some new technology to enhance the existing

4  performance of the precipitators.  And that right now is

5  actually our critical path to achieving this fuel -- fuel

6  switch down to that .85 to .95 range.

7       Part of the reason we're at 1.3 is we are demonstrating a

8  unit or two at that plant to ensure before we put it all the

9  way across and spend the money that we have that performance

10  and we've worked out all of the issues that might be inherent

11  with a change such as that.

12  Q.   And what range of money has TVA already spent putting

13  this fuel switch in place?

14  A.   The safety suppression systems, the precipitator

15  enhancements, I don't have the exact number, but it's well

16  over 20 or 25 million dollars would be my estimation.

17  Q.   And is it your belief that TVA is committed to seeing

18  this fuel switch through at Johnsonville?

19  A.   I do.  And as I said, we have -- we've taken our

20  emissions down to about 1.3 pounds per million this year and

21  that's halfway or more than halfway to our goal from where we

22  had been when Dr. Staudt made his projection.

23  Q.   Did you also disagree -- we've been discussing sulfur

24  dioxide.  Dr. Staudt also made a projection of 2013 nitrogen

25  oxide emissions for TVA.  Did you believe that those were

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  overstated as well?

2  A.    I believe that the same analysis show that our internal

3  projections and our power supply and clean air projections

4  showed significant lower NOx emissions as well as the $SO_2$

5  emissions.

6  Q.    And have you prepared your own projection of TVA's

7  expected emissions for the year 2013?

8  A.    I have.

9  Q.    And how did you go about doing that?

10 A.    The process that we used is the process that's described

11 in the clean air strategy process that we alluded to earlier.

12 It also takes the power supply planning process that TVA uses.

13       And what we did is we went back through and we took our

14 clean air strategy, took our emission rates from that

15 strategy, which is what controls and what emission rate from

16 those controls, and applied it to the generation projections

17 that TVA's power supply plant has in 2013 for all 59 of TVA's

18 coal plants.

19 Q.    I would like you to look at Defendant's Exhibit 201 in

20 your book.

21       Is Defendant's Exhibit 201 a unit-by-unit -- on a

22 unit-by-unit basis your projections of TVA's expected 2013

23 emissions for sulfur dioxide, nitrogen oxides and mercury?

24 A.    They are.

25 Q.    And they were prepared using the process you just

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  described?

2  A.  Yes, that's correct.

3  Q.  And if you would, look at Exhibit 202.

4      And is Exhibit 202 the same projections with a little bit

5  more detail?

6  A.  Yes.  That shows the data that's required to project the

7  emissions on the previous page for the process that I

8  described.

9          MR. LANCASTER:  Your Honor, we move for the

10  admission of Defendant's Exhibits 201 and 202.

11          THE COURT:  Let those be admitted.

12          (Defendant's Exhibits Numbers 201 and 202 were

13  received into evidence.)

14  Q.  If you would look at Exhibit 203, please, Defendant's

15  Exhibit.

16      What is Exhibit 203?

17  A.  It is a table that I prepared to illustrate the

18  differences between Dr. Staudt's 2013 projections of emissions

19  for TVA from my projections using the process we just

20  described for TVA's $SO_2$, NOx and mercury emissions in 2013.

21  Q.  And what are those differences?

22  A.  $SO_2$, the difference was that -- was 79 percent lower, NOx

23  was 52 percent lower, and on mercury emissions it was

24  30 percent lower.

25  Q.  In other words, TVA's projected emissions based on its

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1 plans are that much lower than the 2013 base case projected by

2 Dr. Staudt.

3 A.    Yes.

4 Q.    I'd ask you to look at Exhibit 204 now.

5      Is Defendant's Exhibit 204 a summary of the key

6 differences regarding the sulfur dioxide projections made by

7 you on the one hand and Dr. Staudt on the other hand?

8 A.    Yes, they are.

9 Q.    And does it show that for the -- for the -- what does it

10 show about those key differences?

11 A.    The key differences are on the three things that -- or

12 the several things that we just discussed, the Bull Run and

13 Kingston scrubbers, and the Paradise 3 scrubbers is already

14 operating at the rate that I described.  And the Johnsonville

15 scrubber -- I mean, fuel switch that we are in the process of

16 making, that those are plans that are well underway if not

17 completed that -- and that's where a large part of the

18 difference lies.

19 Q.    And does the failure of Dr. Staudt to include scrubbed

20 emissions at Bull Run, scrubbed emissions at Kingston,

21 scrubbed emissions with a modern scrubber added at Paradise 3

22 and a fuel switch at Johnsonville, did those alone account for

23 almost $140,000 -- excuse me, 140,000 tons of extra emissions

24 than Dr. Staudt is projecting?

25 A.    That is correct.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1        MR. LANCASTER:  Your Honor, we move for admission of

2    Defendant's Exhibits 203 and 204.

3        THE COURT:  Let those be admitted.

4        (Defendant's Exhibits Numbers 203 and 204 were

5    received into evidence.)

6    Q.   I want you to look briefly at one more exhibit related to

7    emissions projections, and that's TVA Exhibit 200 in Book 12.

8        What is TVA's Exhibit 200?

9    A.   Exhibit 200 is an historical and a projection, future

10   projection of our emissions on $SO_2$, NOx, ozone season NOx and

11   mercury.

12   Q.   And when did you make these projections?

13   A.   They were the projections that came out of the

14   October 2006 long-term power supply plan process.

15   Q.   And are the numbers through the year 2006 historical

16   numbers?

17   A.   They are.

18   Q.   And are the numbers starting in 2007 projections that you

19   made in early 2007?

20   A.   They are.

21   Q.   And I note that in early 2007, you projected TVA's sulfur

22   dioxide emissions for the calendar year 2007 to be

23   approximately 425,000 tons; is that correct?

24   A.   That's correct.

25   Q.   And we now know the actual emissions for 2007, don't we?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    A.    Yes.  They were 374,000 tons.

2    Q.    So why were they nearly 50,000 tons lower than you

3    projected?

4    A.    Part of that comes back into -- inherent to running the

5    business that we're in.  That, one, we don't want to go and

6    commit to the company that we're going to achieve something

7    and then not be able to deliver on that.  So there is probably

8    a little bit of conservatism in the rates that we use in our

9    planning process.  It's a little easier to plan something and

10   be a little underneath that on a rate basis and come in with

11   lower emissions, which is good, than to be overly optimistic

12   and fail to perform to that emission rate and have high

13   emissions, which is bad for two reasons.

14        Obviously, the higher emissions means you didn't achieve

15   your goal that you committed to the company.  And the second

16   piece is in a long-term trend of wanting to reduce our

17   emissions, it's difficult if you have a control strategy to

18   try to inject new controls in there if you have been overly

19   optimistic on your performance of those units.

20   Q.    So with one year of experience since you made your

21   projections which have been used in this case, so far the

22   actual emissions have been below the level that you projected

23   for sulfur dioxide; is that correct?

24   A.    That is correct.

25        MR. LANCASTER:  Your Honor, we move for the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  admission of Exhibit 200.

2          THE COURT:  Let it be admitted.

3          (Defendant's Exhibit Number 200 was received into

4  evidence.)

5  Q.   I want to turn now and address the issue of cost.  Are

6  you aware that Dr. Staudt outlined a set of pollution controls

7  that he believes TVA should install and placed a dollar figure

8  of $3 billion capital cost on that; is that correct?

9  A.   I am.

10 Q.   And have you examined that cost estimate that Dr. Staudt

11 made?

12 A.   I have.

13 Q.   And have you concluded anything about it?

14 A.   That those cost projections were significantly lower than

15 our internal cost for those controls.  Our internal cost for

16 those same controls would have been $5 billion as opposed to

17 Dr. Staudt's $3 billion.

18 Q.   Are there examples of Dr. Staudt's estimates where he

19 estimated the cost of a control that we know the actual cost

20 of?

21 A.   Yes, Paradise 3.  But also, we are very close to actual

22 cost on where we will finish at Bull Run.  Mr. Nash indicated

23 that it was a $274 million projection, I believe it was.

24 Q.   And what was Dr. Staudt's projection for the cost of the

25 Bull Run scrubber, do you recall?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - DIRECT

1  A.   No, I don't have that number off the top of my head.  Is

2  it anywhere in the documents?

3  Q.   If you'll turn in your book to Exhibit 241.  Does that

4  appear to be Dr. Staudt's expert report in this case?

5  A.   241?  In my book 241.

6       Yes, it is.  Okay.

7  Q.   And if you'll turn near the back of that report, around

8  Page 27 or 28 is a Table 8 that is Dr. Staudt's cost estimate,

9  and I would ask if that would refresh your recollection about

10 Dr. Staudt's estimate for the cost of a scrubber for the Bull

11 Run plant.

12 A.   Dr. Staudt's -- Dr. Staudt's projection in this expert

13 report was $172 million.

14 Q.   So his projection for the cost of a scrubber at Bull Run

15 was some $100 million below the actual cost TVA's

16 experiencing?

17 A.   Yes.

18 Q.   I would ask you to turn to Exhibit 205 in that same Book

19 12, Defendant's Exhibit 205.

20      Is Defendant's Exhibit 205 a table summarizing the cost

21 estimate that you prepared to construct the capital -- the

22 capital costs of constructing the pollution controls

23 identified by Dr. Staudt?

24 A.   It is.

25 Q.   And do they -- in summary what does it show?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    A.    It shows for the Bull Run scrubber that we're referring

2    to, a cost of, I believe -- is it 299 million?  Right at

3    300 million.  It's a little blurry on my copy here.  I believe

4    that's what it says, though.

5    Q.    But in terms of the total capital costs to build the --

6    to build the program of controls outlined by Dr. Staudt?

7    A.    To build that it is the $5 billion that I alluded to

8    earlier, yes.

9    Q.    And if you would turn to Defendant's Exhibit 206.

10         What is Defendant's Exhibit 206, Mr. Staudt?

11   A.    It is a table that summarizes Dr. Staudt's estimated cost

12   versus TVA's estimated capital cost broken down by NOx

13   controls, $SO_2$ controls, as well as the total controls.  It

14   shows the $3 billion total cost from Dr. Staudt and TVA's

15   5 billion.

16         It also shows that on the NOx controls, Dr. Staudt had

17   764 million; TVA's estimation was 951.

18         And the major difference was in the $SO_2$ controls arena

19   which he had estimated 2.2 billion and TVA's cost for $SO_2$

20   controls was $4 billion.

21         MR. LANCASTER:  Your Honor, I'd move Defendant's

22   Exhibits 205 and 206 into evidence.

23         THE COURT:  Let those be admitted.

24         (Defendant's Exhibits Numbers 205 and 206 were

25   received into evidence.)

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  Q.   Mr. Scott, in conclusion, based on your experience, your

2  understanding of TVA's plans both for generation and for its

3  clean air strategy, how confident are you in the projections

4  you've made for TVA's 2013 emissions for sulfur dioxide and

5  nitrogen oxides?

6  A.   I feel very comfortable that those emission projections

7  will be achieved.

8          MR. LANCASTER:  We have no further questions, Your

9  Honor.

10          THE COURT:  All right.

11          MR. GOODSTEIN:  Thank you, Your Honor.

12                    CROSS EXAMINATION

13  BY MR. GOODSTEIN:

14  Q.   Mr. Scott, were you here when Dr. Staudt testified?

15  A.   No, I was not.

16  Q.   So you didn't hear Dr. Staudt explain that his 2013 base

17  case is reflective of controls that are currently installed

18  and operational at TVA plants.  You didn't hear that

19  testimony.

20  A.   I did not hear his testimony, no.

21  Q.   Were you here when Lyle Chinkin testified?

22  A.   No, I was not.

23  Q.   So you didn't hear his testimony about why air quality

24  modelers selected 2013 as the base control modeling scenario.

25  You didn't hear that testimony, did you?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - CROSS

1    A.    No, I did not.

2    Q.    You didn't hear Mr. Chinkin explain that they do that so

3    they can compare the base case and the control case in one

4    year.  You didn't hear that testimony, did you?

5    A.    As I indicated, I was not here for their testimony.

6    Q.    And the emissions reduction projections that you

7    described in your direct testimony, for Johnsonville, that

8    projected fuel switch, that's not currently operational now,

9    is it?  It's not fully operational.

10   A.    Not fully, but it is more than halfway to there, yes.

11   Q.    But it's not currently fully operational; is that your

12   testimony?

13   A.    That's true.

14   Q.    And the John Sevier scrubber project, that's not

15   currently operational either, is it?

16   A.    No, sir.

17   Q.    In fact, that's not even under construction yet, is it?

18   A.    That's correct.

19   Q.    And the Bull Run scrubber, that's not operational yet

20   either, is it?

21   A.    No.

22   Q.    And the Kingston scrubber, while under construction,

23   that's not currently operational either, right?

24   A.    No, it is not.

25   Q.    But in your projection you included those emission

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - CROSS

1  reductions for all of those projects; isn't that true?

2  A.  Absolutely.

3  Q.  And you also included the costs for those plants in your

4  projection of Dr. Staudt's program; isn't that true?

5  A.  Yes.

6  Q.  So you didn't include the emissions from those plants,

7  but you included the costs of those projects; isn't that true?

8  A.  Did not -- yes, that's correct.

9  Q.  And you also assumed year round SCR operation.

10  A.  Yes, sir.

11  Q.  And that's not currently operational yet either, is it?

12  A.  No.

13  Q.  And you mentioned potential fuel cost savings for wet

14  scrubber units --

15  A.  That's correct.

16  Q.  -- in your direct testimony.

17     Was that factored into your $5 million cost number?

18  A.  Those were capital costs.

19  Q.  So fuel cost savings were not part of that --

20  A.  No.

21  Q.  -- analysis, correct?

22  A.  They were not.  That was capital costs.

23  Q.  But you testified that TVA may be able to enjoy

24  substantial fuel cost savings by scrubbing additional units;

25  isn't that true?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - CROSS

1  A.   At some particular units, yes, sir.

2  Q.   All right.

3  A.   It's highly varied from plant to plant.

4  Q.   Okay.  The photo of Widows Creek.

5  A.   Yes, sir.

6  Q.   If that plant was in startup mode, that would mean that

7  the scrubber was not operating, correct?

8  A.   No, sir.

9  Q.   But it means that the boiler is operating; is that true?

10  A.   That -- the flue gas must pass through the scrubber on

11  unit 8.

12  Q.   But wouldn't that stack look white and steamy if the

13  scrubber was fully operational?

14  A.   Not necessarily on startup, no.  I don't believe on

15  startup --

16  Q.   But that is particulate going out that stack in that

17  photo, isn't it?

18  A.   It appears to be that way, yes.

19  Q.   You mentioned a Regulatory Outlook Document in your

20  direct testimony.

21  A.   Yes, sir.

22  Q.   Do you know if that was ever produced to North Carolina

23  in this case?

24  A.   I can't speak to that one.

25  Q.   Do you know whether it's maintained confidential at TVA?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  A.   I would expect a document like that might very well be
2  confidential.
3  Q.   So it wouldn't surprise you if it was never produced in
4  discovery in this case?
5  A.   I can't speak to that.
6  Q.   And you testified on your direct that the clean air plan
7  is revised on a yearly basis; is that correct?
8  A.   At least on a yearly basis.
9  Q.   And your projections for TVA's emissions is based on the
10 control equipment outlined in TVA's clean air plan, right?
11 A.   That is correct.
12 Q.   And that's based on the CAIR and the CAMR rule, isn't it?
13 A.   That was the major planning assumption that went into
14 that, that's correct.
15 Q.   In fact, that's what you called your projection case,
16 isn't it?
17 A.   That's correct.
18 Q.   The CAIR/CAMR projection case.
19 A.   That is correct.
20 Q.   And as we know, both of those rules have been vacated; is
21 that true?
22 A.   That is true.
23 Q.   So you based your projections on the clean air plan which
24 is subject to change as you testified clearly previously.
25 A.   As I indicated, uncertainty is a factor, yes.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - CROSS

1  Q.   You said, in fact, it will change.

2  A.   Yes, sir.

3  Q.   That plan could change in a number of ways; isn't that

4  true?

5  A.   Yes.

6  Q.   And TVA's strategic plan provides for the use of

7  allowances, doesn't it?

8  A.   It does offer a limited use, yes.

9  Q.   And TVA has used allowances in the past; isn't that true?

10 A.   In what -- I need clarification.

11 Q.   To meet regulatory requirements since at least 1997.

12 A.   That we have used -- I'm not sure I would agree with that

13 statement.

14 Q.   Do you recall giving deposition testimony in this case?

15 A.   Yes, I do.

16 Q.   Page 122.

17      MR. GOODSTEIN:  Could you put that up, please.

18 Q.   Line 7.  And I believe I asked you this question,

19 Mr. Scott.  "So throughout this entire period that you've been

20 involved in the clean air planning process, there's been some

21 use of allowances?

22      "Answer:  Uh-huh."

23      Do you recall giving that answer?

24 A.   I'm not sure what, in this particular context, the entire

25 period refers to.  So I would have to back up and understand

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    that.

2            MR. GOODSTEIN:  Your Honor, if I could approach,

3    I'll give Mr. Scott a complete copy of his deposition.  That

4    might be helpful.

5            THE COURT:  You may.

6    Q.   We were talking about your testimony at Page 122.

7    A.   Right.

8    Q.   So feel free to look at the context.

9            So do you see my question:  "So throughout this entire

10   period that you've been involved in the clean air planning

11   process, there's been some use of allowances.

12           "Uh-huh.

13           "That's a yes.

14           "Some use of the -- we have bought and sold allowances."

15           MR. LANCASTER:  I would request that Mr. Goodstein

16   continue reading the remainder of that answer.  Under Rule 106

17   of the Federal Rules of Evidence, it ought in fairness be

18   considered with the portion of the answer he read.

19   Q.   "We have bought and sold allowances.  We have not used

20   allowances that we hadn't created ourselves."

21   A.   That is a more accurate statement.  Use of allowances

22   implies to me that we used it in a compliance fashion.  In

23   fact, if I recall, when I asked you, you said for compliance.

24   I don't believe we have used $SO_2$ allowances for compliance.

25   Q.   But you have bought and sold allowances; isn't that true?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - CROSS

1   A.   Yes, we have.

2   Q.   And some of the controls in the clean air plans that you

3   used for your projections could be changed or delayed by using

4   allowances; isn't that true?

5   A.   That is -- in a cap-and-trade world, that is part of the

6   provisions of that rule that flexibility is there, yes, sir.

7   Q.   Okay.  And the emissions that you estimated for TVA are a

8   snapshot of one year; isn't that true?

9   A.   That is correct.

10  Q.   So they might not be reflective of emissions in 2012 or

11  in 2014; just that one year.

12  A.   In a broad sense, yes, that would be correct.

13  Q.   And you included in there some outages for some units;

14  isn't that true?  Some long-term outages.

15  A.   Are you referring to what we at that time called our

16  extended outage plan?

17  Q.   Yes.  For Johnsonville you had one at Johnsonville 5 and

18  6, for example.

19  A.   Yes.

20  Q.   And those outages may change based on low demand, system

21  or plant conditions; isn't that true?

22  A.   That is correct.

23  Q.   And in fact, the clean air plan has changed.  At one time

24  there was a scrubber planned for Colbert unit 5 and that was

25  announced in 2002, correct?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - CROSS

1   A.   That is correct.

2   Q.   And then that was postponed until 2015; isn't that true?

3   A.   I believe that is the current time window.

4        I also indicate, as Mr. Nash did, that that's somewhat

5   half of the equation.  The other side of that is we now have a

6   John Sevier scrubber that we brought into our plan that had

7   not been part of that before.  So I agree totally Colbert 5

8   has been moved out.  We also now have a scrubber on four units

9   of 800 megawatts at John Sevier.

10  Q.   I want to ask you about the IPM.  We discussed this in

11  your deposition.  You're familiar with the EPA's Integrated

12  Planning Model, Mr. Scott?

13  A.   Yes, I am, in the broad sense.

14  Q.   And you know that EPA uses the IPM; is that true?

15  A.   Yes.

16  Q.   And TVA participated in VISTAS and VISTAS used the IPM;

17  is that true?

18  A.   I'm not particularly personally familiar with what VISTAS

19  is using, but it wouldn't surprise me if they use the IPM.

20  Q.   And TVA factors in growth when it -- as part of your

21  planning, you factor in growth of electricity demand; isn't

22  that true, Mr. Scott?

23  A.   Yes, sir.

24  Q.   And the growth rate estimates in the IPM could actually

25  be higher or lower than actual future growth rates.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - CROSS

1  A.   And granted, they will not be what everybody plans so

2  they will be one or the other.  Yes, I agree.

3  Q.   Mr. Scott, the announcement for the John Sevier scrubber

4  project, that was issued in 2007; isn't that true?

5  A.   I'm not -- I would say it was in the recent history.  I

6  am not sure when in 2007 or 8 exactly.  I don't have that off

7  the top of my head.

8  Q.   Recently.  After January '06.

9  A.   Yes, after January 06, uh-huh.

10      MR. GOODSTEIN:  We have no further questions of

11  Mr. Scott, Your Honor.

12      MR. LANCASTER:  I have no redirect, but I would note

13  that Mr. Goodstein did not, in fact, read Mr. Scott's full

14  answer and it will only take one minute to have him read his

15  full deposition testimony for the record, Page 122, Lines 7

16  through 22.

17      THE COURT:  All right.  You may proceed to do that.

18      THE WITNESS:  Let me get to that.  It was lines?

19      MR. LANCASTER:  Page 122, Lines 7 through 22.

20      THE WITNESS:  Line 7, "Question:  So throughout this

21  entire period that you've been involved in the clean air

22  planning process, there's been some use of allowances?"

23      My reply:  "Uh-huh.

24      "That's a yes?

25      "Answer:  Some use of the -- we have bought and sold

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  allowances, we have not used allowances that we hadn't created

2  ourselves."  That's through Line 14.

3          "In terms of -- so we haven't had to use them for

4  compliance, there's -- just to make sure that you understand

5  the difference, it's one thing to buy and sell an allowance

6  for a financial valuation gain, it's another one to have to go

7  buy an allowance for compliance reasons.  We have yet to --

8  need to do that, we have not bought an allowance in $SO_2$ for

9  compliance usage other than replenishing what we sold."

10          MR. LANCASTER:  Nothing further, Your Honor.

11          MR. GOODSTEIN:  Could we read the next few lines as

12  well, Your Honor?

13          THE COURT:  Two more lines?

14          MR. GOODSTEIN:  A few more, yes, three or four more

15  lines.

16          THE COURT:  All right.  Go ahead.

17          THE WITNESS:  Line 23, starting there?

18          MR. GOODSTEIN:  Yes.

19          THE WITNESS:  Okay.  "Question:  So you have used

20  banked allowances --

21          "Answer:  Yes, sir."

22          MR. GOODSTEIN:  And then the next question and

23  answer.

24          THE WITNESS:  "Question:   -- to meet requirements?

25          "Yes, sir."

Cheryl A. Nuccio, RMR-CRR (704)350-7494

MICHAEL SCOTT - CROSS

1          MR. GOODSTEIN:  And then the next question and

2    answer.

3          THE WITNESS:  "And that's still the policy at TVA?

4          "Yes, sir, we bank for self-compliance."

5          MR. GOODSTEIN:  Thank you, Your Honor.

6          MR. LANCASTER:  Nothing further, and I appreciate

7    the court's indulgence in the reading lesson.

8          THE COURT:  That's quite all right.

9          All right.  We will take our recess, marshal, until

10   tomorrow morning at 9 o'clock.

11         (Evening recess at 5:55 p.m.)

12   UNITED STATES DISTRICT COURT

13   WESTERN DISTRICT OF NORTH CAROLINA

14   CERTIFICATE OF REPORTER

15

16

17         I certify that the foregoing transcript is a true

18   and correct transcript from the record of proceedings in the

19   above-entitled matter.

20

21         Dated this 23rd day of July, 2008.

22

23

24                          s/Cheryl A. Nuccio
                           Cheryl A. Nuccio, RMR-CRR
25                          Official Court Reporter


Cheryl A. Nuccio, RMR-CRR (704)350-7494