UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| ex rel. Roy Cooper, | ) | |
| Attorney General, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-CV-20 |
| | ) | |
| vs. | ) | VOLUME 9B |
| | ) | (Pages 2159-2202) |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE
JULY 24, 2008

APPEARANCES:

On Behalf of the Plaintiff:

    JAMES C. GULICK, Senior Deputy Attorney General
    MARC BERNSTEIN, Special Deputy Attorney General
    North Carolina Department of Justice
    114 West Edenton Street
    Raleigh, North Carolina

    MICHAEL D. GOODSTEIN, Esquire
    ANNE E. LYNCH, Esquire
    Resolution Law Group, P.C.
    5335 Wisconsin Avenue NW, Suite 360
    Washington, DC

On Behalf of the Defendant:

    FRANK H. LANCASTER, Senior Attorney
    HARRIET A. COOPER, Assistant General Counsel
    THOMAS F. FINE, Assistant General Counsel
    MARIA V. GILLEN, Assistant General Counsel
    Tennessee Valley Authority
    400 West Summit Hill Drive
    Knoxville, Tennessee

    Cheryl A. Nuccio, RMR-CRR, Official Court Reporter

1                            I N D E X

2                                                      PAGE

3   DEFENDANT'S WITNESSES

4   THOMAS TESCHE
            Direct Examination by Mr. Fine................    2161

5

6

7              I N D E X   O F   E X H I B I T S

7                                        OFFERED  RECEIVED

8   DEFENDANT'S EXHIBITS

9
    No. 308.................................    2165     2165
10  No. 309.................................    2165     2165
    No. 310.................................    2165     2165
11  No. 311.................................    2173     2173
    No. 312.................................    2177     2177
12  No. 276.................................    2182     2182
    No. 277.................................    2185     2185
13  No. 278.................................    2188     2188
    No. 279.................................    2189     2189
14  No. 280.................................    2192     2192
    No. 281.................................    2194     2194
15  No. 282.................................    2196     2196
    No. 283.................................    2196     2196
16  No. 284.................................    2200     2200
    No. 285.................................    2202     2202
17

18

19

20

21

22

23

24

25

              Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  <u>THURSDAY MORNING, JULY 24, 2008</u>

2          THE COURT:  I believe we're ready to proceed,

3  Mr. Fine.

4                  <u>THOMAS W. TESCHE</u>

5              DIRECT EXAMINATION (Cont'd.)

6  BY MR. FINE:

7  Q.   Dr. Tesche, before we took our break, we were opening the

8  subject of some omissions that were made in the TVA emissions

9  from the inventory for, I believe, 2013.

10  A.   Yes, sir.

11  Q.   Could you just generally tell us what omissions we're

12  talking about.

13  A.   Well, in particular, our staff that was preparing the

14  emissions for the Tennessee power plants made an error in

15  transcribing the emission rates for two of the -- well, for

16  stacks from two of the facilities, Allen and Shawnee, and we

17  didn't catch that error.  As a result, that went through the

18  compilation of the emissions files and we used it in the

19  modeling and it was manifest in the output of our results.

20          And that error was brought to our attention through the

21  peer review that Chinkin and Wheeler provided in their

22  comments on our expert report.

23          And that error came about as a result of, essentially, a

24  manual transcription, taking numbers off a data sheet and

25  putting them into the -- electronically into the air quality

1  model.  The individual that made that mistake was the one who

2  had full responsibility for all of the VISTAS emissions

3  modeling, so she was a very skilled modeler, but these things

4  do occur.

5           MR. FINE:  Ms. Shea, if you would do me the kindness

6  of putting Defendant's Exhibit 308 on the viewer.

7  Q.   And Dr. Tesche, if you could turn to Defendant's Exhibit

8  308 for identification in your book in case the viewer -- the

9  view from the viewer is not clear.

10  A.   I have it.

11  Q.   And could you just briefly tell us what is this -- what

12  does this figure show?

13  A.   This figure shows the modeled and the reported emission

14  rates for annual $SO_2$ in the TVA modeling.  The reported

15  numbers are the ones for the TVA power plants that we used

16  from the Scott report.  The modeled numbers are what actually

17  got into the CAMX and the CMAQ model.

18       And as you can see here, there clearly is a difference in

19  the annual emission rates for $SO_2$ at the Allen and at the

20  Shawnee facilities.

21  Q.   And this, again, was for the 2013 emissions inventory?

22  A.   Yes, sir.

23  Q.   So this affected just the 2013 modeling output.

24  A.   Just the 2013 model.

25  Q.   And Defendant's Exhibit 308 is for sulfur dioxide?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    A.    Correct.

2    Q.    And if you'd just turn very quickly to look at

3    Defendant's Exhibit 309.

4    A.    This is the companion exhibit for nitrogen oxide

5    emissions.

6    Q.    And sir, if you know, how many units were omitted at

7    Allen?

8    A.    I think it was two.

9    Q.    Out of how many?

10   A.    Three.  I'm not certain on those numbers, to be honest

11   with you.  I know more about what the tonnage of the emission

12   totals were, but I don't -- I can't recall right now the

13   number of units.

14   Q.    Do you recall whether it was -- how many units were

15   involved at Shawnee?

16   A.    Gosh, I don't.  I think it was one, but I'd have to go

17   back and look at our expert report.  Those are facts that have

18   not retained -- been retained.

19   Q.    But they are reflected in your expert report.

20   A.    They are, indeed.

21   Q.    And you spoke of tonnage.

22         MR. FINE:  If I could ask you to turn to Defendant's

23   Exhibit 310.  310, Ms. Shea.

24         THE WITNESS:  Yes, I have it.

25         MR. FINE:  That's all right.  We'll do without the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  viewer version.

2  Q.  Could you tell us what Defendant's Exhibit 310 is.

3  A.  310 is a summary of the NOx and $SO_2$ emission rates

4  reported by Mike Scott and modeled by Alpine Geophysics and

5  TVA.  It gives the error that we made in the point source

6  modeling in tons and percent.

7  Q.  And if I'm reading this correctly, it indicates that

8  on -- for the sulfur dioxide, the amount that was omitted from

9  your modeling was consisted -- was about 7 percent of the

10  total for TVA.

11  A.  Yes, sir.

12  Q.  And for oxides of nitrogen, it was about 3 percent of the

13  TVA total.

14  A.  That's correct.

15  Q.  Dr. Tesche, where are the Allen and Shawnee power plants

16  in the Tennessee Valley Authority located?

17  A.  As shown on Exhibit 1 here on the board, the Allen plant

18  is in extreme southwestern Tennessee.  Very lower left-hand

19  portion of the state of Tennessee.  The Shawnee plant is in

20  western Kentucky right near the Ohio River.  Both of these are

21  located on the extreme left-hand or western portion of the TVA

22  service territory.

23  Q.  And how do they -- what sort of distance is between them

24  and North Carolina?

25  A.  Well, I don't -- I don't recall the exact distance in

1    miles or kilometers, but you can see clearly from this

2    exhibit, the map, that they are the most extreme western --

3    most -- power plants in the TVA system and are farther away

4    than any other TVA source from North Carolina.

5              MR. FINE:  Your Honor, I'd ask that Defendant's

6    Exhibits 308, 309 and 310 be admitted into the record.

7              THE COURT:  Let those be admitted.

8              (Defendant's Exhibits Numbers 308, 309 and 310 were

9    received into evidence.)

10   Q.   Dr. Tesche, once the -- Messrs. Chinkin and Wheeler

11   identified this omission, what steps did you and your team

12   take in response to the information?

13   A.   Our first step was to make sure that the reporting of our

14   error was correct, and we quickly ascertained that that was

15   true.

16        Obviously, the next question that we had to address was,

17   well, what does that mean for the reliability of the modeling

18   that we've done for the future year 2013 case?  And an easy

19   way to try and address that would have simply been to look at

20   the magnitude of the emission tons of the $SO_2$ and NOx and

21   declare that, well, they're very small, 3 percent, 7 percent,

22   and, gosh, they're on the far western side of the service

23   area.  So in the process of hand waving, we could declare that

24   it doesn't make any difference.

25        Alternatively, we could have taken -- corrected the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1 inventory for these two sources, rerun the full set of CAMX

2 and CMAQ models, reanalyzed everything that we did and

3 addressed that error directly.

4     The timing was such that we chose a different path that

5 we felt gave us technically very sound -- a technically very

6 sound basis for estimating what the effect was going to be,

7 and that --

8 Q.  If I can interrupt you very briefly, Dr. Tesche.  You

9 said the timing was such.  What do you mean by that?

10 A.  The timing -- the project timing, the amount of time that

11 we had available to address this error in the context of the

12 overall project, the timing of getting our technical analyses

13 in and updated and provided to TVA.

14 Q.  And to the court?

15 A.  Yes.

16 Q.  And I apologize for the interruption, but you were

17 describing the steps that you took to assess the impact of

18 this omission.

19 A.  Correct.  We were fortunate and we realized that we

20 probably didn't have to take that extreme step of rerunning

21 all the modeling, which was certainly not a problem for any

22 other consideration and schedule.  We had -- as I said, we had

23 run CAMX and CMAQ, both models, in 2002.  We had run CAMX with

24 the Ozone Source Apportionment Tool turned on.  We had run

25 CAMX with the PSAT tool turned on.  In those two tools, as the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

THOMAS TESCHE - DIRECT

1  result of their operation, had provided us with source

2  receptor information about the ozone increments associated

3  with TVA power plants in the base year 2002.  They also gave

4  us estimates of the fine particulate species associated with

5  TVA power plants in 19 -- or in 2002.

6       So we felt that with the knowledge of the error in the

7  emission rates coupled with the modeled source receptor

8  relationships from CAMX with PSAT and OSAT for the year 2002,

9  we could make a credible estimate of what the likely impact

10  would be if we were to rerun the models in 2013 with those two

11  corrections made.  And that's the approach that we did and

12  that's -- the results are summarized in our expert reports.

13  Q.   Dr. Tesche, I'd like you to turn to a document that's

14  been marked for identification as Defendant's Exhibit 311.

15  A.   Yes, I have it.

16  Q.   What does this figure reflect, Dr. Tesche?

17  A.   This figure has two panels.  The left panel is a computer

18  display that shows the incremental effect on annual average

19  $PM_{2.5}$ of the -- the result of the $SO_2$ emissions error from

20  Shawnee and Allen.  In other words, this is the net

21  difference -- excuse me, I'm sorry.  I need to back up just a

22  moment here.

23       This plot on the left is an output of the CAMX PSAT model

24  simulation for the year 2002 which provides a direct estimate

25  of the $PM_{2.5}$ in the region contributed by the Allen and

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  Shawnee power plants -- contributed by the emissions error

2  that we made.

3      So it's a quantification -- it's a quantification on the

4  annual average of the aerial extent of the $PM_{2.5}$ that would be

5  associated with these dropped emissions.

6  Q.  How did you use this information to assess the impact on

7  2013 impacts?

8  A.  The general approach was to take the concentrations that

9  PSAT has given us here for $PM_{2.5}$ and to scale to the future

10 year, and then examine what the scale concentrations would be

11 in North Carolina in 2019.

12 Q.  In 2000 and --

13 A.  I'm sorry, excuse me, 2009.  So I need to go a little

14 more slowly here.

15     We took the PSAT results for 2002 and scaled them to the

16 concentrations that would occur in our estimation in the year

17 2013 in North Carolina as the result of the PSAT calculations

18 of the impact in 2002.  That scaling is done simply as the

19 ratio of the emissions in 2013 relative to 2002.

20     And we -- as noted in our supplemental report, we

21 recognize that there are limits to how far one can go in

22 directly scaling fine particulate concentrations in the

23 atmosphere from one year to the next based just on emission

24 changes.

25     Sulfate is probably the most reliable species for that

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  kind of scaling.  Arguably, it's the most quasi-linear of the
2  PM species.  And so what we essentially did was to take the
3  sulfate estimates for 2002 from PSAT, scale them to the year
4  2013.  As a factor of conservatism, we doubled that
5  concentration to come up with a proxy estimate for the likely
6  $PM_2$ increment that would have been added to our modeling in
7  2013 had we not made the error in dropping emissions from
8  Shawnee and Allen.
9  Q.   And what did you conclude from this exercise, Dr. Tesche?
10 A.   This exercise that we did, notwithstanding the
11 conservatism in the approach, showed that the magnitude of the
12 incremental fine particulate associated with the emission
13 error at Shawnee and Allen was very, very small.  Well below a
14 significance level that might be defined on the basis of, say,
15 measurement capability of PM monitors or significance that EPA
16 would have -- or did declare in its CAIR rule making.
17 Q.   You mentioned the ability of monitors to measure $PM_{2.5}$.
18 What is the low end of that ability, if you know, sir?
19 A.   The present generation of regulatory $PM_{2.5}$ monitors that
20 is in use today, operational use, can take us down to about
21 .5 micrograms per cubic meter.
22      Now, certainly some research grade instruments can detect
23 with some reliability concentrations even below a half a
24 microgram.  Perhaps, and I'm not an experimentalist, but
25 perhaps as low as .2 micrograms under ideal laboratory

THOMAS TESCHE - DIRECT

1  conditions.

2      But the numbers that we use for the threshold monitoring

3  for $PM_{10}$ in our work is .5 micrograms per cubic meter.

4  Q.   You mentioned $PM_{10}$.  What about $PM_{2.5}$?

5  A.   I'm sorry.  I meant that to be for $PM_{2.5}$.

6  Q.   You mentioned an EPA significance threshold.

7  A.   I did.

8  Q.   Is that from the former Clean Air Interstate Rule?

9  A.   Yes.  In the technical support documents that attends the

10  CAIR work that EPA did, they had to make a decision as to

11  whether to declare individual states in the eastern U.S. in or

12  out of further consideration in developing the CAIR emissions

13  caps.  And they used a threshold of .2 micrograms per cubic

14  meter as the nominal significance threshold for $PM_{2.5}$.

15      So on the one hand, you have the CAIR for the EPA

16  significance threshold of .2, using the CAIR rule making.  You

17  have the monitoring threshold of about .5.  Those two numbers

18  provide sort of a suggestion as to the lower end of the $PM_{2.5}$

19  concentrations that are significant in the atmosphere or that

20  can be measured or determined as significant.

21  Q.   And using the methodology that you've described,

22  Dr. Tesche, what was your assessment of the impact of the

23  omission -- the emissions omission on North Carolina for

24  $PM_{2.5}$?

25  A.   We concluded that the error that STI found in our

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    emissions modeling was inconsequential from the standpoint of

2    having an effect on our overall modeling results.

3         The scaling that we did, the conservative estimation of

4    what the impact would have been had the lowest emissions been

5    incorporated in the modeling at the receptor locations in

6    North Carolina were concentrations that were below this range

7    of significance or uncertainty I've talked about and are far

8    below the concentration level by several orders of magnitude

9    from the regulatory standard.

10   Q.   What was the maximum increment that you found with your

11   methodology?

12   A.   I believe it was .1 microgram per cubic meter.

13   Q.   .1?

14   A.   Yes.

15        Can I refresh my memory by going back to our expert

16   report?

17   Q.   By all means, Dr. Tesche.

18   A.   I wish to correct my previous statement.  I was off by an

19   order of magnitude.  That maximum impact that we calculated

20   with the methodology I described was .01 micrograms per cubic

21   meter.  And that -- that result derives from the plot that I

22   see in front of me, the left panel, Figure 10.  It's in the

23   gray region.  You see the gray region in the left panel,

24   Figure 10 goes from .01 to .02.  And the .01 impact --

25   Q.   Excuse me, Dr. Tesche, what was the -- what was the gray

1  region representing according to the scale?

2  A.    This is .0 -- well, the gray region is .000 to

3  .02 micrograms per cubic meter.

4  Q.    All right, sir.

5  A.    And the modeled -- or the estimated impact of the error

6  from Shawnee and Allen was .01.  So according to this plotting

7  scheme, it would appear covered with gray in the North

8  Carolina region.

9  Q.    All right, sir.

10     Now, there's a right panel on Defendant's Exhibit 311.

11  Could you tell us what that's showing.

12  A.    The right panel is the total $PM_{2.5}$ from all sources in

13  the region in the year 2013 under the TVA planned emission

14  scenario.

15  Q.    And what's the maximum amount of $PM_{2.5}$ shown under that

16  scenario for 2013 in North Carolina?

17  A.    Well, just looking at the color scale here, it's a blue

18  to a green scale, and that would correspond to a -- let's say

19  a 6 to 9 or 10 or 12 microgram per cubic meter range.

20  Q.    And how does .01 micrograms per cubic meter compare to

21  that range?

22  A.    Well, it's obviously very much smaller and, indeed, much

23  smaller than the .2 EPA significance threshold used in the

24  CAIR modeling.

25         MR. FINE:  Your Honor, I'd ask that Defendant's

Cheryl A. Nuccio, RMR-CRR (704)350-7494

THOMAS TESCHE - DIRECT

1    Exhibit 311 be admitted.

2              THE COURT:  Let that be admitted.

3              (Defendant's Exhibit Number 311 was received into

4    evidence.)

5    Q.   Dr. Tesche, you've already established through your

6    testimony that there was also -- the error or the omission

7    from Allen and Shawnee also involved an underreporting or

8    undermodeling of oxides of nitrogen.

9    A.   Yes, sir.

10   Q.   And oxides of nitrogen are one of the main precursors to

11   the formation of ozone.

12   A.   Not only ozone, but they also play a role in the

13   formation of nitrate aerosol which is a component of $PM_{2.5}$.

14   Q.   All right, sir.  What steps, if any, did you take to

15   determine the ozone impact from the omission of the units at

16   Shawnee and Allen?

17   A.   We had the benefit of having run previously the CAMX

18   OSAT, Ozone Source Apportionment Technology tool, and so we

19   had OSAT results available to us with which to possibly

20   support an extrapolation of the effect of this mistake.

21         We recognized that one is not really able to scale ozone

22   concentrations to a future year based on the ratio of emission

23   rates because the ozone chemistry is highly non-linear and

24   such a scaling simply would be unfounded technically.

25         But what we did have is the CAMX source apportionment

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  OSAT results -- the Ozone Source Apportionment Results, which

2  told us what the T -- or what the Allen and the Shawnee power

3  plants were contributing to North Carolina in 2002.

4       And so armed with that information and the knowledge of

5  the magnitude of the emission error at those two facilities,

6  we were able to estimate what the impact might have been in

7  the year 2013 if we didn't scale the ozone.  We simply took

8  the 2002 ozone impacts from the OSAT and said, well, maybe

9  they would apply in 2013.

10       We do know that the NOx and $SO_2$ emissions in the region

11  are expected to go down significantly.  So taking the 2002

12  ozone estimate from the OSAT model and say it's going to occur

13  in 2013 would be a conservative assumption.  It would err on

14  the side of overestimating what the real impact would be in

15  2013.  And that's what we did.

16       MR. FINE:  Ms. Shea, if you would please display

17  Defendant's Exhibit 312.

18  Q.   Dr. Tesche, you can see that on your screen or in your

19  book, Defendant's Exhibit 312.

20  A.   Yes, I do.

21  Q.   And what is this table purporting to show us?

22  A.   This table provides a summary of the OSAT contributions

23  of the Shawnee and the Allen power plants to ozone in North

24  Carolina expressed in parts per billion associated with this

25  emission error and the combined effect of these two power

Cheryl A. Nuccio, RMR-CRR (704)350-7494

THOMAS TESCHE - DIRECT

1    plants as a result of this emission error.  These are 2002
2    concentrations.  And we have expressed the contribution to
3    maximum ozone here both -- well, for 1-hour ozone and for
4    8-hour ozone.
5    Q.    Dr. Tesche, help me with this.  I notice that the
6    combined impacts are not additive of the individual impacts.
7    A.    Well, there's a straightforward answer to that sort of
8    puzzling observation.
9         When we estimate these maximum impacts, we're looking at
10   the maximum contribution over the whole summer, the whole
11   summer period.  And Allen, the Allen plant, given where it's
12   located geographically, is going to impact western North
13   Carolina differently than the Shawnee plant.  And so the
14   combined impact of the ozone from these two power plants is
15   not necessarily going to fall directly on the day when the
16   peak impact from these facilities individually was going to
17   occur.  Because they're located almost the width of the
18   northern extent of the state of Tennessee apart, it's like --
19   it's logical to believe that the days for which the maximum
20   impact of emissions from these two power plants are going to
21   be different.
22        And when we, in our analysis, look for the combined
23   impact of these two projects, that maximum day is not
24   necessarily going to be the same day as the day for which the
25   maximum Allen impact occurred or the maximum Shawnee impact

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  occurred.  What we see here is it's pretty close, two-tenths

2  of a part per billion difference from a raw sum of these two

3  numbers.

4  Q.   Would you assess for us the magnitude of this impact,

5  this additional impact from the omitted units at Shawnee and

6  Allen on ozone.

7  A.   Let me take the combined impact of 1.2 parts per billion

8  and state that this is -- again, this is an OSAT estimation so

9  it doesn't enjoy the same level of precision that the regular

10 CAMX model gives in its simulated ozone.  It's a good

11 projection, but it's not perfect.

12      Having said that, this is 1.2 part per billion in the

13 year 2002.  And if we look at the projected emission tallies

14 for the power plants in the year 2013, their emission rates

15 are going to go down significantly under the plans that are in

16 place.  And so this 1.2 part per billion impact is likely to

17 be less.  And perhaps far less in 2013 as the result of

18 ongoing emission controls.

19      In another context, we can say that the national ambient

20 standard is 75 parts per billion presently.  So this is 1.2

21 parts per billion out of 75.  In our modeling that we will get

22 into and I have gotten into in our expert report, we've shown

23 that on the days for which the Tennessee Valley Authority

24 power plants exert their highest ozone impact in North

25 Carolina, is days when the ambient concentrations in North

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  Carolina due to all the other sources, locally and regionally,

2  is well below the standard.

3      So this increment, 1.2, even if it didn't get reduced in

4  2013 because of successive controls at these two facilities,

5  would still pale in comparison to the national standard and

6  would not contribute to an otherwise moderate or low

7  background ozone air quality and produce a problem.

8          MR. FINE:  Your Honor, I'd ask that Defendant's

9  Exhibit 312 be introduced into the record.

10          THE COURT:  Let it be admitted.

11          (Defendant's Exhibit Number 312 was received into

12  evidence.)

13  Q.   Dr. Tesche, in your professional judgment, could you give

14  us an overall assessment of the impact of this -- on the

15  omission of the two units at Allen and the one unit at Shawnee

16  for the 2013 modeling.

17  A.    The impact of the error that was made in processing the

18  Shawnee and Allen future year emissions we've demonstrated is

19  inconsequential.  It is a very, very small projected increment

20  that is, in my opinion, unimportant with respect to the larger

21  concern, the larger potential impacts from the full fleet.

22          MR. FINE:  Ms. Shea, would you please display the

23  document marked for identification as Defendant's Exhibit 276.

24          Could you expand that just a bit, Ms. Shea.

25          Thank you.

1      Come back a little bit so we can see the scale.  I
2  think that's probably as good as we're going to get.
3      Thank you, Ms. Shea.
4  Q.  Dr. Tesche, do you have that in front of you?
5  A.  Yes, sir.
6  Q.  And could you describe for us what this figure is trying
7  to tell us.
8      Let me actually back up and ask a couple of other
9  questions first, and I apologize.
10      Is this figure part of your modeling output that you and
11  your team did for the modeling in this case?
12  A.  Our team produced this figure, yes.
13  Q.  And this is a -- displaying the -- a region including the
14  states of Tennessee and North Carolina and their neighbors?
15  A.  That's correct.
16  Q.  And returning to my original question, what is this
17  figure trying to tell us?
18  A.  This is one of those figures I alluded to earlier that
19  seeks to distill a lot of air quality modeling output into a
20  simple and hopefully direct presentation of results.  This is
21  an ozone plot and what it is showing is the difference between
22  ozone predictions in the 2013 base case run compared with 2013
23  with the Tennessee plan.
24      So essentially, the color that you see on this page is a
25  measure of the additional ozone reductions that would be

Case 1:06-cv-00020-LHT   Document 204   Filed 06/15/09   Page 20 of 45

1 achieved if TVA were to install the additional controls North
2 Carolina seeks.

3  The scale goes from zero to 16 parts per billion.
4 Federal standard for ozone 8-hour is 75. This is a plot of
5 the results over the 12 kilometer VISTAS domain which we've
6 used in the TVA modeling. You'll notice here that we have
7 used equal concentration increments in our plotting so that we
8 weight each concentration band equally with its own color.

9  This plot basically shows, if you have a good pair of
10 reading glasses, that the concentrations associated with
11 additional controls on TVA, there are some ozone improvements
12 in western North Carolina. And if you just eyeball the scale,
13 you'll see that the improvements are in the blue scale and
14 there's one little box that's light blue. So that would be
15 concentrations in the range of zero to, say, 4 or 5 parts per
16 billion.

17  Now, there is higher ozone elsewhere, but that's within
18 other states. Not the issue here.

19  Now, there's two other points I would make about this
20 plot. When we looked at the underlying numbers here, not just
21 the color rendition of the output, we found that the highest
22 grid cell in North Carolina that was -- or the grid cell with
23 the highest ozone improvement from the TVA additional controls
24 was 5.2 parts per billion ozone on the 8-hour average. That
25 was the maximum additional benefit in 8-hour ozone in the year

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  2013 expected to result from additional controls on TVA.

2      We also looked at the total model output on that day and

3  days surrounding it and determined that the total ozone

4  concentrations to which this 5.2 might be added was well below

5  the ambient standard, well below the 75 parts per billion.

6  Q.   Dr. Tesche, is this type of display sometimes referred to

7  as a Tom Map?

8  A.   Yes, some modelers refer to it as a Tom Map, mostly if

9  they have gray hair.  This was named after me when we first

10  developed this plotting style back in the mid '70s.  But it's

11  a very common display of how one would portray the incremental

12  effect of an ozone or a $PM_{2.5}$ impact.

13      Now, there's an important point to note here.  You'll

14  notice that the concentration range from zero to 2 is painted

15  gray.  And clearly the model is going to produce some numbers

16  that are between zero and 2 parts per billion.  And we have

17  elected to portray that band width as gray or white depending

18  on your printout.  And we do that for a particular reason.

19      First of all, we -- when we plot these results, we try

20  and select a range of concentrations and intervals that

21  portray the main essence of this plot, the main story going

22  on.  And if we were to select a thousand color increments, for

23  example, the plot would be uninterpretable.  And if we only

24  selected two color increments, the plot would similarly not

25  yield a lot of information.  So we strike a balance between

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    the number of intervals we present trying to present the main

2    message.

3         The other thing is that we select a lower bound, this

4    zero to 2, as sort of the nominal cutoff to reflect what we

5    believe is a level of significance for this particular

6    analysis.  It's not that we hide the results by any means

7    because our full output is archived and made available for

8    others to examine and review.  It's just that for

9    concentrations between zero and 2 parts per billion for this

10   kind of differential analysis, we conclude that those impacts

11   are of less importance to the main story going on which is the

12   concentrations that range between, say, 2 and 10.

13        Now, this choice, this method has drawn some criticism,

14   but this is the method that we use and that's how we've

15   presented these particular results.

16   Q.   Thank you, Dr. Tesche.

17            MR. FINE:  Your Honor, I'd ask that Defendant's

18   Exhibit 276 be admitted into evidence.

19            MR. GOODSTEIN:  Objection, Your Honor.  It's

20   misleading per the testimony of Mr. Chinkin and Mr. Wheeler.

21   This presentation shows -- purports to show that there are no

22   impacts in the white area, and Dr. Tesche just testified that

23   that's not true.

24            MR. FINE:  Your Honor --

25            MR. GOODSTEIN:  So we would object to it as

1    misleading.

2         MR. FINE:  Your Honor, that sounds like grounds

3    for -- grist for cross examination.  And Dr. Tesche has also

4    already testified as to why he selected this particular

5    display scale.

6         THE COURT:  Objection is overruled.

7         MR. GOODSTEIN:  Thank you, Your Honor.

8         (Defendant's Exhibit Number 276 was received into

9    evidence.)

10   Q.   Dr. Tesche, if you would please turn to a document marked

11   for identification as Defendant's Exhibit 277.

12        MR. FINE:  Ms. Shea, if you would please display

13   that.

14        Thank you, Ms. Shea.

15   Q.   Dr. Tesche, do you have that in front of you?

16   A.   I do.

17   Q.   And again, sir, this is some of the modeling output that

18   you and your team produced in this -- for this case?

19   A.   This is post-processing of the modeling output.  It's our

20   attempt to portray certain features of the output that address

21   a particular issue.  Ozone in this particular case.

22   Q.   And what is this portraying, if you would please tell us.

23   A.   This plot attempts to show the relative contribution of

24   the Tennessee Valley Authority power plants as a group, the

25   North Carolina power plants as a group, and all other manmade

1    emission sources in the southeastern U.S. and central U.S. as

2    a group, and their relative contribution to 8-hour ozone at

3    three monitoring locations strung out across west -- or North

4    Carolina from west to east:  Great Smoky Mountains National

5    Park, Charlotte and Raleigh.

6        The lower panel is really a blowup of the upper panel,

7    and we needed to do that, as you can probably tell, because

8    the scale of the power plant impacts is so small relative to

9    the dark bars, the other sources in the region, that we felt

10   more resolution in the lower panel would enable us to

11   understand better the relative impacts of the two power plant

12   fleets.

13       These results are based -- these are so-called zero-out

14   results with CMAQ.  In these particular runs, we set to zero

15   all of the emissions from the 11 fossil plants at TVA, ran the

16   CMAQ model and compared those concentrations in the year 2002

17   and 2013 against the base case.

18       So we have a direct -- we have a direct estimate of what

19   the impact of the TVA fleet would be in the year 2013 on

20   8-hour ozone.  Similarly for the Clean Smokestacks controls on

21   the North Carolina units.

22       The lower panel shows that at the Great Smoky Mountains

23   National Park, the role of North Carolina power plants in

24   contributing to 8-hour ozone, the red bars, is substantially

25   larger, at least in eyeballing this lower panel, than the

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   contribution from the TVA power plants.

2       And a similar story holds for Charlotte and Raleigh

3   farther to the east in North Carolina.

4   Q.   Dr. Tesche, if you'll pardon me, but just so that we're

5   clear as to what we're looking at here.  In each of the, what

6   I'll call the subcategories, the Great Smoky Mountains,

7   Charlotte and Raleigh, we see three bars, correct?

8   A.   That's right.

9   Q.   And the first bar is the 2002 base case scenario?

10  A.   Correct.

11  Q.   And the next -- the next bar represents the circumstances

12  under the TVA emissions control plan?

13  A.   That's right.

14  Q.   And the third bar would represent how things would be if

15  the additional controls from -- what North Carolina wants

16  under the Clean Smokestacks Act were imposed on TVA.

17  A.   That's correct.  So this output gives you an estimate of

18  how the relative role of TVA in North Carolina power plants

19  will perhaps change at these three monitors going from the

20  year 2002 to 2013, and in that future year, what the

21  difference between the two plans would produce.

22  Q.   The two plans?

23  A.   The two plans being the Clean Smokestacks controls

24  applied to TVA and to North Carolina EGUs versus the Clean

25  Smokestacks controls being applied to the TVA power plants in

1 addition to their planned controls.

2 Q.    You mentioned the term zero-out, Dr. Tesche.

3 A.    Yes.

4 Q.    What is that -- what is the implications of the zero-out

5 scenario?

6 A.    Well, there are several.  The main implication here is

7 that the zero-out type of modeling experiment is a

8 hypothetical and largely implausible scenario.  It's an upper

9 bound.  It provides a worst case because there is no proposal

10 to completely zero-out emissions from all the North Carolina

11 power plants such as was done in the zero-out run.  There's no

12 proposal to zero-out, to concrete over all of the TVA power

13 plants in the future.

14       But in the modeling we and EPA and others will perform

15 these kinds of bounding experiments to see what the aggregate

16 effect of that emission category is.  So the actual effect,

17 the actual ozone increments that might be associated with the

18 North Carolina or TVA power plants in the future year is

19 expected to be a whole lot less because they're not going to

20 be set to zero but they will have some level of emissions in

21 the year 2013.

22       MR. FINE:  I'd ask that Defendant's Exhibit 277 be

23 admitted into evidence.

24       THE COURT:  Let it be admitted.

25       (Defendant's Exhibit Number 277 was received into

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   evidence.)

2           MR. FINE:  Ms. Shea, if we could display Defendant's

3   Exhibit 278.

4   Q.   Dr. Tesche, do you have that in front of you?

5   A.   Yes, I do.

6   Q.   Again, is this a part of the graphical display of the

7   modeling output produced by you and your team?

8   A.   Yes, sir.

9   Q.   Is this another Tom Map?

10  A.   Well, let's call it a DE plot, deficit/enhancement, okay.

11  And what that refers to, it's a term that describes the fact

12  that when we subtract one power plant run from another, there

13  are going to be some areas where ozone, or PM in this case,

14  will go up and some other areas where it will go down.  There

15  will be a deficit and an enhancement with respect to zero.

16          So I would refer to this as a deficit/enhancement plot

17  and it's analogous to the one we just saw for ozone.  But it

18  is based upon the subtraction of the two 2013 scenario runs.

19          The scale that we've used here begins at zero, and we

20  have used the first color cutoff at .1.  That's one-half of

21  the significance level that EPA uses.  The measurement

22  threshold level is .5 for reference.  The concentration

23  increments -- these are -- the way to interpret the blue color

24  is that the amount of blue is the amount of additional $PM_{2.5}$

25  that would be reduced as a result of additional Clean

1  Smokestacks controls on TVA.  And what we see is a lot of blue
2  and some light blue on this plot that would suggest that the
3  effects of the Clean Smokestacks controls, additional controls
4  on TVA would largely be confined to central Tennessee and
5  northern Alabama.
6      Now, we did look at the concentrations across the domain
7  to find out what were the impacts in North Carolina.  Even
8  though we have colored this plot zero to .1 micrograms as gray
9  scale, it didn't mean that we didn't ask, well, what's under
10  the gray.  We did that.  And in North Carolina, the maximum
11  impact from the additional controls on TVA was a negative
12  .065 micrograms per cubic meter.
13      Now, I want to mention one thing here.  I reported that
14  number as minus 0.65, three points -- three after the decimal
15  place.  I am not asserting that that is the level of precision
16  associated with this modeling.  I'm using that third number
17  more as an illustrative example to help us understand what the
18  difference in some of these concentrations might be.  Again,
19  I'm not asserting that that's the precision of the model at
20  .06, or .07 if we wanted to round up, but that simply was a
21  number.  It's a small number.  And that occurred in North
22  Carolina in a third of a grid cell.  One location, one grid
23  cell, two-thirds of which is owned by Tennessee.
24  Q.   And again, that maximum impact was .065?
25  A.   Yes, sir.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

THOMAS TESCHE - DIRECT

1         MR. FINE:  I'd ask that Defendant's Exhibit 278 be
2  admitted into evidence.
3         MR. GOODSTEIN:  Same objection, Your Honor.
4  Misleading.
5         THE COURT:  Overruled.
6         (Defendant's Exhibit Number 278 was received into
7  evidence.)
8         MR. FINE:  Ms. Shea, would you please display
9  Defendant's Exhibit 279.
10  Q.   Do you have that in front of you, Dr. Tesche?
11  A.   Yes, sir.
12  Q.   And once again, sir, is this part of the graphical
13  representation of your modeling output?
14  A.   Yes.
15  Q.   And could you please describe what this figure is trying
16  to demonstrate.
17  A.   This is a similar figure of CMAQ zero-out results
18  portraying the years 2002 and 2013 but for fine particulate,
19  $PM_{2.5}$.
20  Q.   This is somewhat similar at least in concept to --
21  A.   In concept, correct.
22  Q.   In concept to Defendant's Exhibit 277 for ozone; is that
23  correct?
24  A.   That's correct.  However, there is a difference here in
25  the focus areas.  Whereas, before we were looking at a couple

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    of the big cities, Raleigh and Charlotte, here we're looking

2    at nonattainment areas, nonattainment counties in North

3    Carolina.

4    Q.    Nonattainment for what?

5    A.    Nonattainment for $PM_{2.5}$.

6    Q.    All right, sir.

7    A.    And what these represent, again, is the maximum possible

8    $PM_{2.5}$ impacts from either the TVA fleet or the North Carolina

9    fleet in the context of all other sources, the large black

10   bars.  And what we see in the lower panel, at all three

11   nonattainment counties, the yellow is a fair degree smaller

12   than the red for 2013, and what that simply means is that the

13   contribution from the TVA power plants to the modeled $PM_{2.5}$

14   levels at these three nonattainment areas is noticeably less

15   than that contributed by the North Carolina power plants.

16   Again, these represent a maximum impact, not likely to occur

17   in reality because no one proposes seriously to turn off all

18   those generators.

19          MR. FINE:  Your Honor, I'd ask that Defendant's

20   Exhibit 279 be admitted.

21          THE COURT:  Let it be admitted.

22          (Defendant's Exhibit Number 279 was received into

23   evidence.)

24          MR. FINE:  Ms. Shea, if you would please display

25   Defendant's Exhibit 280.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

THOMAS TESCHE - DIRECT

1   Q.   Do you have that in front of you, Dr. Tesche?

2   A.   Yes, sir.

3   Q.   Now, this apparently is shifting the focus to something

4   other than what we've been discussing.  We've been talking

5   about ozone and particulate matter.  Again, this is part of

6   the graphical display from your modeling output?

7   A.   Yes, sir.

8   Q.   And what are we talking about here?  This is obviously

9   neither ozone nor particulate matter.

10  A.   No, it's related in a sense.  What we're looking at here

11  is the total sulfate deposition under both wet and dry

12  conditions.  That is, under raining or foggy conditions and

13  the dry deposition in the gas phase.

14       We are examining several different physical locations

15  across North Carolina.  These are CAMX -- excuse me, CMAQ

16  zero-out simulations.  And what we're plotting here in both

17  scales is the deposition of total sulfate in the common units

18  of kilograms per hectare.

19       Now, not everyone may be familiar with a hectare.  That's

20  a unit of area measurement.  One hectare is about the size of,

21  oh, say a couple of football fields put side by side, or

22  another way, you could probably put two and a half acres

23  inside a hectare.  So that probably gives you a rough idea of

24  how big a hectare is.

25       And these deposition amounts are annual totals of total

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  sulfate at these different locations.

2      The take-away message in this particular plot is that the

3  contribution of the Tennessee Valley Authority power plants

4  seems to diminish as one goes from west to east.  In

5  particular, Great Smoky Mountains east, second set of

6  histograms, compared with Swan Quarter, which is out on the

7  coast.

8      The other take-away message is that in these particular

9  instances, especially closer to the mountains, the border, the

10 deposition amounts for sulfate associated with the TVA power

11 plants in some cases exceed those for the North Carolina

12 fleet.

13     But regardless of which fleet you're looking at, their

14 impact on sulfate deposition is quite small relative to the

15 deposition associated with other sources in the southeastern

16 United States.

17 Q.  Dr. Tesche, I think you may have already touched on some

18 of these, but when we say GSMW and GSME, that's Great Smoky

19 Mountains west and east?

20 A.  Yes.

21 Q.  Of course, Shining Rock, Linville Gorge and Swan Quarter

22 are the other entries in this figure.

23 A.  Linville Gorge which is a Class I -- I think it's a Class

24 I area and Swan Quarter.  These are areas where the EPA has

25 national deposition monitoring sites located and so deposition

1  data are available both for sulfate and nitrate, and we

2  capitalized on those datasets to construct this portrayal.

3      MR. FINE:  I'd ask that Defendant's Exhibit 280 be

4  admitted into evidence.

5      THE COURT:  Let it be admitted.

6      (Defendant's Exhibit Number 280 was received into

7  evidence.)

8  Q.  And changing focus again to a certain degree, Dr. Tesche,

9  changing focus in regard to visibility seems, perhaps,

10 appropriate.

11     MR. FINE:  If you would, please, Ms. Shea, display

12 Defendant's Exhibit 281.

13 Q.  And if I understand Defendant's Exhibit 281, it's talking

14 about something called a Haze Index?

15 A.  Yes, sir.

16 Q.  And Dr. Tesche, you understand that TVA will have another

17 expert talking specifically about visibility matters later in

18 our presentation, but just so that we can understand the

19 information you're presenting in this figure, could you please

20 explain what it is that you are displaying, what is the frame

21 of reference you're using.

22 A.  Okay.  The Haze Index is a metric that the Regional Haze

23 Rule recommends be used as a measure of visibility conditions.

24 It is mathematically a relationship involving the

25 concentrations of individual pollutant species, sulfate,

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  nitrate, organic aerosols, and so on.  So it's a measure of

2  the individual aerosol components in the atmosphere.  It's

3  formalized in a Haze Index, and what we're plotting here is

4  the Haze Index from zero to 35, and then expanded view zero to

5  3 for the several monitoring stations that I mentioned

6  previously with respect to acid -- or sulfate deposition.

7  This plot shows what the maximum effect of the TVA in North

8  Carolina power plant fleets would be on the Haze Index in

9  2013.

10  Q.  For any particular set of days, Dr. Tesche?

11  A.  Yes.  This is for the 20 percent worst days or the

12  20 percent haziest days during the period of record.  And

13  that's important because in the Regional Haze Rule we're asked

14  to analyze both the 20 percent worst days, to fix them up, and

15  the 20 percent best days to make sure they don't get degraded.

16     Here our focus -- or this presentation is what are the

17  roles of the two power plant fleets on visibility expressed as

18  the Haze Index at different sites across North Carolina on the

19  20 percent worst days in the 2002 meteorological record.

20  Q.  And just so that it's clear in the record, your scale

21  refers to an abbreviation called DV.  Could you tell us what

22  that stands for.

23  A.  DV stands for deciview and that's the unit of measure for

24  the Haze Index.

25  Q.  And we'll hold for our Dr. Tombach about what exactly

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    goes into that, but --

2    A.    Please.

3    Q.    And just in general terms, what are we looking at here,

4    sir?

5    A.    We're looking at the variation in the visibility

6    expressed through the Haze Index at the five different sites

7    across North Carolina.  And we see that the yellow bars which

8    represent TVA's estimated contribution seems to be larger the

9    closer you are to the Tennessee border and diminishes as you

10   go eastward.  Conversely, the significance of the North

11   Carolina power plants seems to increase as you go from west to

12   east.

13        The upper panel shows that the power plants themselves

14   are a minor contributor to the visibility degradation for the

15   year 2002, at least for these worst case days.

16        And I would add that this plot gives some rebuttal to

17   those that -- or excuse me, this plot would challenge those

18   that declare that the hazy days in the Smokys are caused by

19   power plants.  For 2002, at least, this information shows that

20   it's other sources of air pollution that are the predominant

21   contributor at these five sites.

22             MR. FINE:  Your Honor, I'd ask that Defendant's

23   Exhibit 281 be admitted into the record.

24             THE COURT:  Let that be admitted.

25             (Defendant's Exhibit Number 281 was received into

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1  evidence.)

2          MR. FINE:  Ms. Shea, if you would please display

3  Defendant's Exhibit 282.

4          You might want to have 283 handy to hand shortly.

5  Q.   Dr. Tesche, do you have Defendant's Exhibit 282 for

6  identification in front of you?

7  A.   Yes, sir.

8  Q.   And what is this showing?

9  A.   This is a histogram that shows the annual $SO_2$ emission

10 rates from the 11 TVA fossil plants for four different

11 scenarios or base years.  Each power plant has four bars

12 associated with it.  The left most is the emission rates in

13 2002.  Next is the emission rates in 2005.  The last two bars

14 represent -- or the third bar is Mr. Scott's estimate of what

15 the emission rates will be once the hardware that's being

16 installed or is installed is operational and the other fuel

17 switching and controls are implemented in the TVA plan by the

18 year 2013.  And the fourth is the emission estimates that were

19 offered up by Dr. Staudt for the TVA power plants under the

20 Clean Smokestacks set of controls.

21         MR. FINE:  Ms. Shea, if you would please display

22 Defendant's Exhibit 283.

23 Q.   Dr. Tesche, is this a histogram showing the -- in the

24 same format information on emissions of oxides of nitrogen?

25 A.   Yes, sir.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

THOMAS TESCHE - DIRECT

1  Q.   In the same fashion that you just described?

2  A.   That's right.

3  Q.   Is that correct?

4  A.   Yes.

5  Q.   Looking at Defendant's Exhibits 282 and 283, Dr. Tesche,

6  if you recall, was there a reporting error when these -- when

7  this information was initially displayed in your initial

8  expert disclosure report?

9  A.   Yes, there was an error made in transposing the numbers

10  from the data sheets to the Excel plotting program.  And that

11  error was brought to our attention and we corrected the plot.

12  That error did not affect the modeling.  That was something as

13  part of a post-processing operation and doesn't -- unlike the

14  Shawnee and Allen situation we've already discussed, that

15  didn't find its way into the air quality modeling at all.

16         MR. FINE:  I'd ask that Defendant's Exhibits 282 and

17  283 be admitted.

18         THE COURT:  Let those be admitted.

19         (Defendant's Exhibits Numbers 282 and 283 were

20  received into evidence.)

21         MR. FINE:  Ms. Shea, if you would please display

22  Defendant's Exhibit 284.

23  Q.   Dr. Tesche, we're moving into a series of exhibits

24  concerning what I'm going to call more specific displays,

25  graphical displays of the emissions -- of the out -- excuse

Cheryl A. Nuccio, RMR-CRR (704)350-7494

THOMAS TESCHE - DIRECT

1    me, the modeling output that you and your team produced in

2    this case.  And I'd ask you to initially look at the figure

3    that's been marked for identification as Defendant's Exhibit

4    284.  I believe you have that in front of you.

5    A.   Yes, sir.

6    Q.   And if you could again, please, sir, describe for us what

7    is this figure?

8    A.   This is a plot for $PM_{2.5}$ that focuses on the base year

9    2002.  It's a zero-out simulation which we have set to zero

10   all of the TVA power plants, their emissions of NOx and $SO_2$,

11   run the model, and then subtracted the output from the 2002

12   base case run.

13        So this plot shows essentially the maximum improvement in

14   $PM_{2.5}$ annual air quality in the southeastern United States as

15   the result of removing all TVA emission -- fossil emission

16   sources.

17   Q.   Again, this is a zero-out situation?

18   A.   That's correct.

19   Q.   This is assuming that the TVA power plants are entirely

20   shut down, the fossil plants.

21   A.   Yes, sir.

22   Q.   When you look at the scale on the left of Defendant's

23   Exhibit 284, what was the scale you selected to use for this

24   figure?

25   A.   Well, we selected for this scale concentrations ranging,

Cheryl A. Nuccio, RMR-CRR (704)350-7494

THOMAS TESCHE - DIRECT

1   obviously, from zero up to 1.0.  For reference, the EPA

2   significance level for $PM_{2.5}$ was .2, somewhere midrange in

3   those dark blue colors.  And .5 is the monitoring, sort of the

4   monitoring threshold.

5        And what we see here is that surrounding the states of

6   Tennessee and North Carolina, there's a large region of blue

7   which refers to impacts of .1 to, say, .3 micrograms per cubic

8   meter as a result of full zero-out of TVA emissions in 2002.

9        On the border between North Carolina and Tennessee, the

10  color scale suggests that there could be -- or that there are

11  concentration impacts in the range of, say, 4 -- excuse me .4

12  to .6 micrograms per cubic meter.  I'm just getting that by

13  eyeball here.

14       And again, this is a maximum hypothetical amount of $PM_{2.5}$

15  improvement because there are no plans to fully eliminate TVA

16  emission sources from the fossils.

17  Q.   So this is, if you will, the upper bound --

18  A.   Yeah.

19  Q.   -- of a reduction in $PM_{2.5}$.

20  A.   Correct.  It's a very conservative upper bound.

21  Q.   Now, you selected a scale that goes from 0.0 to 0.1

22  showing gray.

23  A.   Yes.

24  Q.   Why did you select 0.1 as the first increment that would

25  show as a color on this display?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1    A.    Well, again, our intent in this display was to tell the

2    main story.  And the main story was what was the -- what were

3    the impacts from this zero-out simulation?  And what we wanted

4    to show is the general extent where the impacts were great.

5    And so we picked a scale that would allow us to show red where

6    red occurs and to show blue where -- in the outermost portions

7    of the region where the concentrations are low.  And this

8    number, .1, is, I think, arguably a lower bound on the

9    significance of $PM_{2.5}$ model estimates for an annual average.

10   And so that's the choice that we made.

11   Q.    Dr. Tesche, based on your modeling output, what can you

12   tell us about the impact of zeroing out, shutting down the TVA

13   fossil system on $PM_{2.5}$ in North Carolina?

14   A.    Well, if that implausible scenario were to occur, this

15   modeling suggests in the year 2002 that the air quality

16   benefit in North Carolina would range between, say, somewhere

17   below .1 microgram on the coast to, perhaps, as high as

18   .5 micrograms or more.

19        Now, that's an extreme emission control scenario,

20   obviously.  And yet, the concentration improvement for fine

21   particulate from, say, .1 up to .5 is a number that is small

22   relative to the annual standard of 15 micrograms, but when

23   expressed in the context of what one can measure with

24   equipment and what EPA determines is significant, it's also a

25   smallish quantity.

Cheryl A. Nuccio, RMR-CRR (704)350-7494

THOMAS TESCHE - DIRECT

1      And furthermore, as I said earlier, this is an extreme

2  hypothetical scenario.  Real controls on either Tennessee or

3  North Carolina would not produce this level of impacts.

4  They'd be less.

5  Q.   Because the plants would actually still be running.

6  A.   Well, yes, sir.

7           MR. FINE:  I'd ask that Defendant's 284 be admitted

8  into the record.

9           THE COURT:  All right.  Let it be admitted.

10          (Defendant's Exhibit Number 284 was received into

11 evidence.)

12          MR. FINE:  Ms. Shea, would you please display what's

13 marked for identification Defendant's Exhibit 285.

14 Q.   Dr. Tesche, I believe you have that in front of you.

15 A.   Yes, sir.

16 Q.   And what are we looking at here?

17 A.   This is a companion analysis as -- to what we just saw

18 for a zero-out of the Tennessee power plants, but here we've

19 looked at, for context, a zero-out of the North Carolina power

20 plants.  It's the same base year meteorology.  The emissions

21 are all the same with the exception that we've set to zero the

22 emissions from the North Carolina power plants.  Same scale.

23 Same plotting scale.

24 Q.   What sort of magnitude of impact would there be for

25 zeroing out, shutting down the North Carolina power plants for

Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   $PM_{2.5}$?

2   A.   In the state of Tennessee, the impacts, as we see from

3   the dark blue and light blue and a little bit of green, would

4   be concentration increments in the range of .2 to, say, .4 or

5   .5.   Sort of what we saw for the North Carolina impacts of

6   shutting down the TVA facilities.

7        In the core of North Carolina, however, we see far

8   greater, or a larger spatial extent of high $PM_{2.5}$ benefits as

9   the result of zeroing out North Carolina power plants.  And

10  that's manifest by the red and the bark blue tiles.  We

11  didn't -- we didn't see that level of intensity of $PM_{2.5}$

12  benefit in Tennessee as the result of zeroing out the

13  Tennessee power plants.

14       Going back to the previous exhibit, the maximum benefit

15  in the TVA domain was about a microgram, 1.0 microgram.  Here

16  it's almost doubled, it's 1.7 micrograms, in the state of

17  North Carolina to be achieved as a result of cutting off all

18  of the North Carolina power plants.

19       The other thing is that the concentration levels that are

20  identified in surrounding states are higher than the previous

21  situation.  The North Carolina zero-out run that we have in

22  front of us are showing that there are the potential for $PM_{2.5}$

23  impacts as great as .7 or .8 micrograms in the surrounding

24  state of Virginia.

25  Q.   What about South Carolina?

Cheryl A. Nuccio, RMR-CRR (704)350-7494

THOMAS TESCHE - DIRECT

1   A.   South Carolina actually looks like it's getting -- or the
2   model is producing a higher $PM_{2.5}$ impact there compared with
3   Virginia.   Concentrations there are easily in the .7 to .9 or
4   .95 range.
5              MR. FINE:  I'd ask that Defendant's 285 be admitted.
6              THE COURT:  All right.
7              (Defendant's Exhibit Number 285 was received into
8   evidence.)
9              THE COURT:  And gentlemen, we're going to be lenient
10  about lunch today.  We'll quit now and come back at 2 o'clock.
11  I have to meet with some other folks.
12             (Lunch recess at 12:30 p.m.)
13                          *****
14
15
16
17
18
19
20
21
22
23
24
25


                    Cheryl A. Nuccio, RMR-CRR (704)350-7494

1   UNITED STATES DISTRICT COURT

2   WESTERN DISTRICT OF NORTH CAROLINA

3   CERTIFICATE OF REPORTER

4

5

6            I certify that the foregoing transcript is a true

7   and correct transcript from the record of proceedings in the

8   above-entitled matter.

9

10            Dated this 24th day of July, 2008.

11

12

13                              s/Cheryl A. Nuccio
                                Cheryl A. Nuccio, RMR-CRR
14                              Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

                    Cheryl A. Nuccio, RMR-CRR (704)350-7494