UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

STATE OF NORTH CAROLINA, ex )
rel. Roy Cooper,            )
Attorney General,           )
                            )
            Plaintiff,      )        No. 1:06-CV-20
                            )
      vs.                   )        VOLUME 8A
                            )        PAGES 1809-1953
TENNESSEE VALLEY AUTHORITY, )
                            )
            Defendant.      )
_____)

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE
JULY 23rd, 2008

<u>APPEARANCES</u>:

On Behalf of the Plaintiff:

        JAMES C. GULICK, Senior Deputy Attorney General
        MARC BERNSTEIN, Special Deputy Attorney General
        North Carolina Department of Justice
        114 West Edenton Street
        Raleigh, North Carolina

        MICHAEL D. GOODSTEIN, Esquire
        ANNE E. LYNCH, Esquire
        Resolution Law Group, P.C.
        5335 Wisconsin Avenue NW, Suite 360
        Washington, DC

On Behalf of the Defendant:

        FRANK H. LANCASTER, Senior Attorney
        HARRIET A. COOPER, Assistant General Counsel
        THOMAS F. FINE, Assistant General Counsel
        MARIA V. GILLEN, Assistant General Counsel
        Tennessee Valley Authority
        400 West Summit Hill Drive
        Knoxville, Tennessee

            Laura Andersen, RMR, Official Court Reporter

1                    W I T N E S S E S

2   DEFENDANT'S WITNESSES:
        JOHN MYERS:
3           Direct Examination by Ms. Gillen          1811
            Cross-examination by Mr. Bernstein        1873
4
        GORDON PARK:
5           Direct Examination by Ms. Gillen          1923

6                    *  *  *  *  *  *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Laura Andersen, RMR 704-350-7493

```
 1                    E X H I B I T S
 2
      PLAINTIFF'S EXHIBITS:
 3    NO.          DESCRIPTION                    MARKED  RECEIVED
      491          Study                                  1913
 4    503          TVA historical emissions       1783    1922
      505          TVA service area/coal fire plants 1795  1922
 5    507          2008 Report, Clean Smokestack Ace 1917  1922
      508          Acid Rain Monitoring article   1788    1922
 6

 7

 8                    *  *  *  *  *  *

 9    DEFENDANT'S EXHIBITS:
      NO.          DESCRIPTION                    MARKED  RECEIVED
10    1            TVA service area/coal-fire plants       1839
      2            TVA service area/coal-fire plants       1839
11    151          TVA emissions-2005             1859    1872
      153          TVA emissions-2006             1864    1872
12    155          TVA emissions-2007             1866    1872
      156          NOx & SO2 emissions            1868    1872
13    157          Chart-emissions control        1870    1872
      158          Chart-power generation         1871    1872
14    159          Chart-power generation         1872    1872
      164          Chart-control technologies     1857    1857
15    165          Southern Air Principles        1857    1857
      166          Southern Air Principles        1857    1857
16    167          Memorandum of understanding    1844    1850
      182          Environmental Policy           1849    1850
17    184          Title 5 permit-Allen           1938    1940
      185          Title 5 permit-Bull Run        1939    1940
18    186          Title 5 permit-Colbert         1939    1940
      187          Title 5 permit-Cumberland      1939    1940
19    188          Title 5 permit-Gallatin        1939    1940
      189          Title 5 permit-Kingston        1940    1940
20    190          Title 5 permit-John Sevier     1940    1940
      191          Title 5 permit-Johnsonville    1940    1940
21    192          Title 5 permit-Paradise        1940    1940
      193          Title 5 permit-Shawnee         1941    1940
22    194          Title 5 permit-Widows Creek    1941    1940

23

24

25
```

Laura Andersen, RMR 704-350-7493

1                    P R O C E E D I N G S

2            THE COURT:  All right.  We will now continue our

3    proceedings by beginning the defense.  And I recognize

4    either one of you who chooses to proceed.

5            MS. GILLEN:  Your Honor, the TVA calls John Myers

6    to the stand.

7            THE COURT:  All right.

8    THEREUPON, JOHN MYERS, being first duly sworn, testified as

9    follows during DIRECT EXAMINATION BY MS. GILLEN:

10           MS. GILLEN:  Before we start, if I can just ask

11   the Court and the witness and the defense to take out

12   Plaintiff's -- excuse me, to take out TVA's Exhibit Book 9.

13   That will have the exhibits that we will be referring to.

14           THE COURT:  All right.

15           MS. GILLEN:  Right there on the cart next to you,

16   John.

17           THE WITNESS:  All right.

18   Q.   (Ms. Gillen) Good morning, Mr. Myers.  Could you please

19   state your full name for the Court.

20   A.   John Warren Myers.

21   Q.   And Mr. Myers, where do you work?

22   A.   I work for the Tennessee Valley Authority in

23   Chattanooga, Tennessee.

24   Q.   And what position do you hold there?

25   A.   I am manager of environmental policy and regulatory

1   outlook.

2   Q.   Could you please describe your education?

3   A.   Certainly, I have a Bachelor of Science in Agriculture

4   from the University of Tennessee at Knoxville.  I have a

5   Bachelor of Science in Civil Engineering and a Masters of

6   Science in Civil Engineering also from the University of

7   Tennessee.

8   Q.   Do you have any professional certifications?

9   A.   I do.  I'm a Registered Professional Engineer in the

10  State of Tennessee.

11  Q.   And did you begin work at -- to work at TVA immediately

12  after graduating from the University of Tennessee?

13  A.   No, I did not.  I held a number of positions.  One of

14  which was at Hensley Schmidt, a regional engineering firm

15  located in Chattanooga, Tennessee.

16  Q.   And when did you come to work for Tennessee Valley

17  Authority?

18  A.   I started work in late 1993.

19  Q.   And what did you do in 1993 at TVA?

20  A.   I was a solid waste specialist in the office of our

21  fossil and hydro division.

22  Q.   Did you move on from that position?

23  A.   Yes, I did.  I became Manager of Permitted Programs in

24  the Environmental Affairs Department again, fossil and

25  hydro.

1    Q.    Again, what did that group do?

2    A.    What we did there was obtain the operating permits, the

3    environmental permits under the Clean Water Act, Clean Air

4    Act, RCRA, and other programs for the operation of our

5    generating assets, the coal-fired generation fleet and the

6    hydro units.

7    Q.    How long were you in that job?

8    A.    I was in that job for approximately five years,

9    basically from 1995 to 2000.

10   Q.    And then what did you do in 2000?

11   A.    In 2000 I came over, I was Air Program Manager in our

12   corporate office in Chattanooga.

13   Q.    What was involved in that position?

14   A.    Certainly.  As Air Program Manager, I lead a team of

15   folks from various business units across TVA, looking at air

16   issues that effect -- that certainly effect us and the

17   region.

18   Q.    Did that position have anything to do with regulatory

19   and legislation?

20   A.    Yes, it did.

21         Certainly we looked at a lot of the environmental rules

22   that were on the books.  And ensured that our operations

23   were in compliance with those.  That our permits were in

24   compliance with those requirements.

25         We looked out for regulations and legislative

1    developments on the horizon that we might have to comply

2    with.  And we looked to work with others on broadening

3    those, and see how we could move forward.

4    Q.   And you were in that position until recently, right,

5    August, 2007?

6    A.   Yes.  I was in that position -- right.  From about

7    2000 -- to August 2007.

8    Q.   And what is your current position?

9    A.   Yes.  My current position is Manager of Environmental

10   Policy and Regulatory Outlook.

11        I now have under me an air program manager, water

12   program managers, waste program managers, and look at

13   similar legislative and regulatory issues in those fields.

14   Q.   And what regulations are you referring to?

15   A.   Certainly.  As we looked at some of the broad

16   environmental regulations, the Clean Air Act, the Clean

17   Water Act, Resource Conservation and Recovery Act, and a

18   variety of other broad environmental regulations.

19   Q.   Does TVA engage in rule making under those acts?

20   A.   Yes, we do.

21        Certainly we look at what rules are being drafted.  As

22   those rules are being drafted, we engage in notice, and

23   comment a lot of times.  We conduct a fair amount of

24   research.

25        We want to make sure that that information is available

1  to regulatory agencies that are developing these rules.  And

2  certainly where TVA's expertise or TVA's opinion on how

3  those rules could be crafted to ensure further progress and

4  be clear about what the requirements are, we certainly

5  engage in notice and comment.

6  Q.  And as part of your job, do you communicate with other

7  utilities?

8  A.  Yes, we do.  Yes, we do, on a variety of issues.

9       Certainly as we have developed, designed and deployed a

10  lot of emission control technologies, we've had

11  conversations with other utilities about what seems to work

12  with us, about what that technology does.  How we can show

13  that those technologies meet the permit requirements that

14  are in there.  And we have a broad discussion about that,

15  along with other aspects of compliance.

16  Q.  Do you share technology developments?

17  A.  Yes, we certainly do.

18       We reach out on, you know, what's working, and how

19  we're proceeding.  And how that can be meshed with emission

20  reduction programs and future environmental requirements.

21  Q.  As part of your job, do you track the performance of

22  other utilities?

23  A.  Yes, we do.

24  Q.  In what way?

25  A.  Certainly we look at where emission reductions are

1    coming from, as we move down and make further emission

2    reductions.  We look to see who's installing what type of

3    equipment.  What type of technology are they selecting.

4    What progress are they making.  What type of emission

5    reductions are occurring in the region.

6    Q.    And are there specific sources that you refer to in

7    order to ascertain that knowledge?

8    A.    Yes.  We use a variety of sources.

9           Certainly key in a lot of that is EPA's Clean Air

10   Markets Division's web site which has the data base for

11   emission reporting for the Acid Rain Program and several

12   other programs.

13         It's a system where EPA collects the information, and

14   utilities or point sources provide their information to EPA.

15   And that's -- we see that as a very reliable database.  So

16   we use that.

17         We also use Department of Energy's -- Energy

18   Information Administration to look at generation levels.

19         And we use a variety of other information, annual

20   reports of other companies and associated information.

21   Q.    Mr. Myers, where is TVA's service territory?

22   A.    TVA service territory it's -- it covers -- it covers

23   parts of seven states.  Tennessee, Kentucky, parts of

24   Virginia, parts of North Carolina, parts of Georgia, Alabama

25   and Mississippi.  A seven state region.

1   Q.   And where are TVA's coal-fired power plants operated?

2   A.   Yes.  We operate eleven coal-fired power plants, seven

3   are in the State of Tennessee.  We operate two coal-fired

4   power plants in western Kentucky.  And we operate two

5   coal-fired power plants in northern Alabama.

6   Q.   And are all of the coal-fired power plants in those

7   three states, Tennessee, Alabama and Kentucky, operated by

8   TVA?

9   A.   There are other coal-fired generators in the State of

10  Kentucky and the State of Alabama.  In the State of

11  Tennessee, all coal-fired -- generate -- electrical

12  generating facilities, coal-fired are owned by Tennessee

13  Valley Authority.

14  Q.   Do you know what the rough percentage of TVA's plants

15  in Kentucky is in relation to all?

16  A.   On a capacity basis it's roughly 25 percent.  And

17  that's close in Alabama also.

18  Q.   About 25 percent?

19  A.   (Witness nodding head.)

20  Q.   What types of controls do TVA's coal-fired powered

21  plants have for controlling emissions of NOx?

22  A.   They have a variety of technologies for the reduction

23  of Nitrogen Oxides.  We have low NOx burners, we have flue

24  oxidation, we have selective noncatalytic reduction systems.

25  And we have a large fleet of selective catalytic reduction

1    systems that are really state of the art.

2    Q.   And would you just give us an idea of the size and

3    scope of SCR or an SNCR?

4    A.   Well certainly an SCR is a large piece of equipment.

5    They vary in size, depending on the size of the unit that

6    they're going on.

7         But certainly some of our larger units that are in the

8    thousand megawatt size have very large SCR's.  They have a

9    footprint that's several times larger than this courtroom.

10   And they extend up several stories high.  I would say

11   certainly, you know, the height of a lot of buildings here

12   in Asheville.

13   Q.   Do you have a rough cost for what it takes to install

14   SCR?

15   A.   Yes.  Certainly, the cost varies, depending on their

16   size.  A bull run SCR with associated equipment, nearly

17   200 million.

18        Some of the SCRs like at Cumberland, which is some of

19   our larger units, around 160 million.

20        But a more typical size for a more typical unit, you

21   know, 70, 50 to 70 to 100 million in that range.  So it

22   varies.

23   Q.   And how long does constructing an SCR on an existing

24   plant generally take?

25   A.   Generally around two years.

1    Q.    And are there any particular challenges when you put an

2    SCR on a plant that is already existing?

3    A.    Yes, there are.  There's a great deal of retrofit

4    issues around the installation, design and operation on such

5    a large piece of equipment on such a large coal-fired unit.

6         Just physically fitting the system in, is often

7    difficult.  A lot of times the air heater's at a high level,

8    so the SCR has to be suspended in the air.

9         And the -- there's a lot of physical constraints of

10   getting that equipment on an existing coal-fired power

11   plant.

12   Q.    Mr. Myers, I want to show you what's been admitted into

13   evidence as Plaintiff's Exhibit 75, which is a photograph of

14   the SCRs at our Bull Run power plant taken in March 2007.

15        Does this picture illustrate in any way those

16   retrofitting issues?

17   A.    It certainly does.  I think what this picture really

18   represents is just how big these things are.  This is a big

19   unit.  Getting that size SCR that you can see that's

20   represented by the scaffolding there, and all the structural

21   steel, you know, it shows you the scope and the size of an

22   SCR.

23        And fitting that in an existing design is -- it is

24   quite a design challenge.

25        Ad also Bull Run now is a one-unit plant.  Certainly if

1   you had multiple SCRs to plants with multiple units, the

2   retrofitting can be even more complex.

3   Q.   You mentioned low NOx burners.  What is a low NOx

4   burner?

5   A.   When coal is injected into the boiler, a low NOx burner

6   injects it in such a manner that it elongates the very super

7   hot fireball, if you will, inside the boiler.

8        There's a lot of NOx -- Nitrogen Oxides made in the

9   combustion process, thermal NOx.  The air contains a lot of

10  Nitrogen.

11       And in that very intense fireball, Nitrogen Oxides are

12  formed.  A low NOx burner extends that fireball making it

13  less intense and reducing the formation of what is referred

14  to as thermal NOx.

15  Q.   That reduces emissions?

16  A.   That's right.  That reduces the formation of, and

17  lowers the emission level of Nitrogen Oxide.

18  Q.   What controls for sulfur dioxide emission exists on the

19  TVA system?

20  A.   Certainly the state of the art controls the flue gas

21  desulfurization.  We commonly refer to that as a scrubber.

22  That exists on a large amount of our fleet.

23       Also, we have been very -- as other technologies,

24  invested in the use of lower sulfur fuels.  And have been

25  able, through fuel switching, and by adapting the plant to

1   handle lower sulfur fuels, and the plant on handling systems

2   on the boiler, on air pollution controls, to use lower and

3   lower sulfur fuels.  And that's also been a very big part of

4   SO2 controls.

5   Q.   Let's talk about the first one you mentioned, the

6   scrubbers.  How big are the scrubbers in relation to the

7   plan for the SCRs that you just described?

8   A.   They're very big.  They're larger than SCRs.

9        In essence you can think of it as almost adding a

10  chemical plant to a coal-fired power plant.  They're

11  multiple buildings.  They're several stories.  They have

12  very large footprints.

13       They have a lot of ancillary equipment that would bring

14  limestone in, and either crush it on site or store it on

15  site.  And then absorber buildings where the actual SO2

16  removal is conducted.  And then systems to handle the

17  byproducts, the gypsum that's formed in the reaction.

18       So they're very large and extensive, oftentimes even

19  larger than the original plant itself.

20  Q.   And then -- how does -- describe how burning lower

21  sulfur coal reduces emissions of sulfur dioxide.

22  A.   Yes, certainly.  If you don't have a -- on the end, a

23  scrubber or something that would remove the SO2 from the

24  flue gas strain.  Then as -- you could burn a lower sulfur

25  fuel.  The sulfur in the coal that's going to the furnace is

1    reduced, and thereby it's just not available in the

2    combustion process.  And so lower emissions of sulfur

3    dioxide out the stack.

4    Q.   And is burning low sulfur coal just a matter of buying

5    a different kind of coal and burning it?

6    A.   No, it's not.  It's more complex than that.

7         Certainly systems to handle lower sulfur fuels, they

8    have different properties on how you -- conveyer systems.

9         In the boiler themselves, they have different

10   properties as they're burned.  Making sure you have the

11   systems in the boiler to handle those.

12        And then also we have pollution control equipment down

13   stream of the boiler.  And how those fuels -- how that

14   equipment performs with a lower sulfur fuel, has also been

15   an issue that we had to design and invest in to ensure that

16   while we were burning these fuels, we stay in compliance

17   with the applicable regulations.

18   Q.   Do you know what the ranges of sulfur content is at the

19   TVA's unscrubbed units?

20   A.   Yes.  Certainly the preponderance of the coal that's

21   burned at TVA in our unscrubbed units, is under 1 pound per

22   million BTUs.  That's a very low sulfur fuel.

23        And then we do have some units that are burning up to

24   one and a half pounds per million BTUs.

25   Q.   What controls are there for reducing mercury emissions?

Laura Andersen, RMR 704-350-7493

1    A.    Well certainly there are a variety on the TVA system.

2          We think one of the most effective and demonstrated

3    controls for reduction of mercury, is the combination of a

4    selective catalytic reduction system, coupled in combination

5    with a flue gas desulfurization and a scrubber.

6          So basically and SCR and a scrubber, working in

7    combination, are -- is one of the most proven technologies

8    and effective technologies for reducing mercury emissions.

9    Q.    And how much of TVA's coal burning fleet has that

10   combination?

11   A.    Currently it's 36 percent.  And we will be, at the end

12   of the year, moving that up.

13   Q.    What's happening at the end of the year?

14   A.    At the end of the year we will be tying in our Bull Run

15   scrubber that's located outside of Oak Ridge at our Bull Run

16   plant, and that will push that combination up to about

17   42 percent.

18   Q.    And as we saw the Bull Run in that picture already has

19   an SCR?

20   A.    That's right.  It has an SCR.  And the scrubber is in

21   final phase of construction and will be in operation later

22   this year.

23   Q.    How much mercury does the SCR scrubber combination

24   capture?

25   A.    We have seen removals of 90 percent.  We say we can

1    reliably remove, consistently remove greater than 85

2    percent.  But we've seen levels of 90 percent and greater

3    removal from combinations of SCR and FGD.

4    Q.    Are there any other ways to generate electricity that

5    don't emit SO2, NOx or mercury?

6    A.    Yes, they are.  And certainly TVA has broad programs in

7    them.  Certainly hydroelectricity is one of them.  We have a

8    fleet of hydroelectric dams.  We certainly are investing in

9    those dams now with hydro modernization to make sure that we

10   get all the energy that we can out of this renewable

11   resource, naturally replenished resource.

12         We also -- nuclear energy is another way to generate

13   without the emissions of those products that you just

14   mentioned.

15         And we are certainly -- have a nuclear fleet that

16   generates a large amount of our electricity around

17   37 percent of our generation comes from nuclear.

18   Q.    Is TVA starting up nuclear --

19   A.    Yes, certainly.  We had a successful restart of our

20   Browns Ferry, Unit 1 in 07.  And we are completing

21   construction of our Watts Bar facility, unit 1, at --

22   located in east Tennessee.

23   Q.    Are there any others besides hydroelectric and nuclear?

24   A.    Certainly there are.  Renewable resources out of our

25   very successful green power switch program.  We have been

1  able -- in cooperations with our distributor partners and

2  others to bring in renewables into the valley.

3      We have solar overlays at 16 sites.  We have the

4  largest wind farm in the southeast located on Buffalo

5  Mountain just outside Oak Ridge.

6      So we have been demonstrating the use of renewable

7  energy in the region.

8  Q.  I guess another way to not generate emissions is to

9  reduce the demand for electricity?

10  A.   Absolutely.  That's -- you know, that's very critical.

11  We looked at a program that TVA's engaged in, demand side

12  management in energy efficient program that has been

13  launched at TVA.  Where by 2012, we are seeking to reduce

14  the demand on our system by 1400 megawatts.  That's larger

15  than any one unit we have.  That's an ambitious program.

16      So as we look -- as demand is going up on our system,

17  what we're trying to do is lower that demand -- lower that

18  demand.

19      And as to meet future generating needs, is to fill that

20  gap with very low emitting sources like nuclear, like

21  additional capacities from hydroelectric plants.  And then

22  certainly -- clean up -- continue further progress in our

23  clean air efforts on existing plants.

24      MS. GILLEN:  With the Court's permission, I would

25  like to invite Mr. Myers to walk down to the map, and really

1    help illustrate his next testimony.

2            THE COURT:  That would be okay.  Mr. Myers.

3    Q.   Mr. Myers, what's been marked as Defense Exhibit 1 is a

4    map of the service territory and a little bit more than you

5    described.

6        I wonder if you could just walk us through the

7    Tennessee Valley coal-fired plants and describe them and

8    their specifications in pollution controls?

9    A.   I'll be glad to.  I guess we'll start from east to

10   west.  We'll start over here closest to North Carolina.

11       At our John Sevier plant that's located in Hawkins

12   County.  It's a four-unit plant.  It is -- the types of

13   emission controls that it has -- right there is John Sevier.

14   It has low NOx burners on all units for control of Nitrogen

15   Oxides.

16       It also has a HERT system on Unit 1.  That is H-E-R-T.

17   It stands for High Energy Reagent Transport.  It can be

18   described as a select -- an enhanced selective noncatalytic

19   reduction system.  An advanced NOx system for reductions.

20       For further reductions in NOx, HERT systems are going

21   to be installed on Units 2, 3 and 4 this next year.  It

22   burns a low sulfur fuel, about a 1.16-pound per million fuel

23   right now.  And it's made reductions to get there.  So it's

24   burning a low sulfur fuel.

25       And it is going to be equipped with two scrubbers, one

1    of which will be substantially complete in 2011 to hit a

2    target of January 1, 2012.  And another scrubber that will

3    come on in time to meet a June 2012 time frame.

4    Q.    Mr. Myers, let's talk about those planned scrubbers at

5    John Sevier.  There's been a lot of discussion at the trial

6    thus far about the effect of the vacatur of CAIR will have

7    on TVA's plan for installing, specifically that scrubber at

8    John Sevier.

9          Do you have any information about TVA's plans?

10   A.    Certainly.  I think the information we would say is

11   that we followed the CAIR vacatur that happened just a

12   couple -- a week and a half ago.

13         And certainly there are no plans that are -- there are

14   no plans to change.

15         I had a conversation with TVA's president and chief

16   operating officer on Monday, to confirm what we had at staff

17   level been working with, is that there's no change in plans.

18   And he certainly assured me that there are no change in

19   plans.

20         That we have announced these projects to provide

21   further regional -- progress and regional air quality.  And

22   we are proceeding with our clean air plans.

23         This will include the completion of our Bull Run

24   scrubber at our Bull Run facility.

25         At the two scrubbers that are under construction now at

1   our Kingston facility.

2       Moving forward with the two scrubbers at John Sevier.

3   Continuing on with SCRs to be completed at John Sevier.

4       Such that all of our east Tennessee plants will be

5   fully scrubbed, fully SCR.

6       And then further emission reduction -- further emission

7   reductions, like continuing on with fuel switches at -- on

8   our Johnsonville plant.  And annual operation of our NOx

9   controls beginning in January 09.

10  Q.   Do you know why TVA is committed to continuing its

11  control plan even without CAIR?

12  A.   Well, I think -- I can put that under two categories.

13  One is our statutory mission to provide affordable electric

14  power for environmental stewardship and economic

15  development.

16      You couple all those three together, and our board

17  looked at that very carefully this last year.

18      And in May of 2008, we adopted an environmental policy

19  that dealt with a lot of issues, but certainly with clean

20  air.

21      And it said, we are going to continue the progress that

22  we've had in our leadership, in putting emission controls

23  on, we're going to continue that.  And over the next decade,

24  we're going to have controls on 80 percent of our system.

25      That was not predicated on CAIR.  That was really not

1   predicated on rule making.  It's part of the TVA mission.

2       Underlying that, certainly, the knowledge that there

3   are -- that CAIR, in and of itself, really didn't put a lot

4   of additional controls, regulatory drivers, under our

5   requirements.

6       That CAIR packaged a lot of the underlying requirements

7   in the Clean Air Act for coal-fired electric utilities.

8       That there's still many regulatory drivers around, the

9   National Ambient Air Quality Standards For Ozone.  National

10  Ambient Air Quality Standards on Fine Particulate, Regional

11  Haze Improvements, that all will go for -- were not vacated.

12  Those are still drivers.  They're still pushing forward.

13      And for regional air quality improvements to meet these

14  targeted goals, and part of our statutory mission, we're

15  proceeding with our clean air plans.

16  Q.  Okay.  Mr. Myers, if you could continue on and explain

17  to the Court, how much electricity can John Sevier generate?

18  A.  It generates about 5 billion kilowatt hours a year on

19  average.  That's enough to power about 350 million -- excuse

20  me -- 350,000 thousand -- excuse me.  That would be a large

21  plant.  About 350,000 homes.  So it's -- it provides a lot

22  of electrical generating capacity.

23  Q.  Has it always generated that much?

24  A.  Not always, no.  As we looked, it's rated with a name

25  plate of 800 megawatts.  And certainly that's it's capacity.

1    It's load -- the amounts it generates, depends on the

2    demands on our system.  Certainly in the summertime and

3    wintertime, those demands are higher than they are in the

4    spring.  And we operate that plant in such a manner to meet

5    load requirements.  But that varies over the year and

6    throughout the year and over the day, even.

7    Q.   And has the generation demand on John Sevier and the

8    other plants varied over a long --

9    A.   Yes.

10   Q.   -- period of time as well as?

11   A.   Yes.  Over -- we have seen an increased demand, as

12   we've discussed, we've had an increased demand on our

13   system, overall.  And certainly an increased demand in our

14   coal-fired power plants, such that over the last several

15   years, we have seen an increase in generation, but yet a

16   decrease in overall emissions.

17   Q.   Okay.  You want to move to the next --

18   A.   Keep moving?

19   Q.   I might suggest you might want to come to the down

20   stage portion of the map, that might be easier.

21   A.   I'll move a little closer to Oak Ridge.  Over here in

22   Anderson County is our Bull Run steam plant.  It is a

23   one-unit plant.  It's got a rated capacity around 950

24   megawatts.  This plant also had fuel switches to lower the

25   sulfur content in the fuel.  It burns a low sulfur fuel

1    right now.

2        As I've discussed, a scrubber, a $300 million scrubber

3    has been under construction now for a couple years now and

4    is in its final stages.  It will be tied on or in operation

5    later this year.

6        So it is also equipped with selective catalytic

7    reduction system that was installed in 2004.  So at the end

8    of the year, this plant will be fully scrubbed and fully

9    SCR.

10       Moving on down into Roan County, Tennessee, is our

11   Kingston plant.  It's a little larger, it's around 1700 --

12   has a capacity of around 1750 megawatts.  It consists of

13   nine units.  All nine of those units have been equipped with

14   selective catalytic reduction systems, so it's fully SCR.

15       We're designing two, and constructing two scrubbers at

16   that plant right now.  There's one scrubber that will serve

17   units one through five.  Another scrubber that will serve

18   units six through nine.

19       Those scrubbers are on -- in construction and on

20   schedule.  They are -- we look to tie one of the scrubbers

21   on the end of 09, and another scrubber coming on in 2010.

22       Such that once we -- when you look at the investment,

23   Bull Run will be fully scrubbed and fully SCR at the end of

24   the year.  Kingston will be fully scrubbed, fully SCR in

25   2010.  John Sevier will have SNCR and scrubbers on it in

Laura Andersen, RMR 704-350-7493

1    2012.

2         And those technologies right there, constitute an

3    expenditure of around $1.7 billion.

4         On top of that, at John Sevier, we are going to

5    continue on and put in selective catalytic reduction

6    systems.

7         Once we get the scrubbers built, we now will have room

8    to retrofit and fix in -- actually have footprint to fix and

9    install the catalytic reduction technology.  So we will

10   continue on and have that.  All three plants will be fully

11   scrubbed and fully SCR.

12   Q.   Just so I understand, even though you plan to put an

13   SCR on, you -- TVA still put a SNCR in first?

14   A.   Yes, we did.  Yes, we did.  We -- certainly in that

15   region, moving forward with NOx reductions were important.

16   And we are -- we certainly put low NOx burners on early on

17   at that plant, and we are continuing on with putting the

18   perk systems on for further NOx reductions next year.

19   Q.   And when those three plants have SCRs and scrubbers,

20   then we would -- you would expect mercury benefits to

21   improve?

22   A.   Certainly.  Those -- you know, those are the most

23   effective controls that we know -- that are reliable and

24   demonstrated controls.  So we'd see very effective mercury

25   controls.

1   Q.   Want to continue our tour westward?

2   A.   Okay.  We're going to move now over near Nashville is

3   our Gallatin plant in Sumner County, Tennessee.  This is a

4   four-unit plant, with a capacity of around 800 megawatts.

5        And Gallatin is a very interesting story.  It burns a

6   very low sulfur fuel.  It -- that very low sulfur fuel, in

7   combination with low NOx burners, has achieved some

8   remarkable emission reductions.

9        Certainly at Gallatin, we've seen over an 80 percent

10  reduction in SO2 emissions.  It burns about a .6 pounds per

11  million coal.  Very low sulfur fuel.

12       And its NOx is being emitted at a very low rate.  It's

13  around a .15 pounds per million of BTU, which is a very low

14  rate.  So that plant has made a lot of progress in reducing

15  emissions.

16       Further west near Clarksville, Tennessee, in Cumberland

17  County, is our Cumberland steam plant.  And that's the

18  largest plant on our system.  It consists of 2-1300 megawatt

19  units.  These are cell burners.  It is equipped with SCRs

20  and scrubbers.  So it is fully controlled.

21       It is, with state of the art controls at our Cumberland

22  plant, and has been for several years now.  The scrubbers

23  were installed in the mid nineties.  Certainly as part of

24  TVA's program for the acid rain program.  And certainly the

25  SCRs were installed several years ago have been in operation

1   now for four or five years.

2   Q.   Johnsonville?

3   A.   Yeah.  Johnsonville is a 10-unit plant, located in

4   Humphreys County, Tennessee.  It is -- all units have low

5   NOx burners.  It's been successful in lowering the sulfur

6   content of its coal.  It's currently burning at around a 1.3

7   pounds per million coal.  And Units 1 and Units 4 are --

8   Unit 1 has an SNCR.  And Units 4, has an H-E-R-T, the HERT

9   system on it.

10       Units 2 and 3 are scheduled to have a HERT's next year.

11   It will continue to have further reductions in Nitrogen

12   Oxides, and fuel switches are planned for Johnsonville to

13   even lower its sulfur content.

14       Moving on over at our Allen plant, out near the

15   Mississippi River.  It consists of three units, three

16   cyclone units.  Those units are all equipped with selective

17   catalytic reduction systems.

18       It's the site where we installed our first two SCRs in

19   the State of Tennessee back in 2001.  So they have been in

20   operation now for sometime.

21       And when we talk about lower sulfur fuels, Allen is

22   really burning a low sulfur fuel.  It's burning below a

23   point -- it's burning around a .49 pounds per million fuel.

24   A very low sulfur fuel.  So it has low NOx emissions and low

25   SO2 emissions.

1  Q.   Those are the coal-fired plants in Tennessee?

2  A.   Those are the coal-fired plants in Tennessee.  Alabama?

3  Q.   Would you like to move to another state?

4  A.   Yeah.  Let's move to Alabama.  We have two plants in

5  Alabama.

6       We have Widows Creek plant, that it is an eight-unit

7  plant.  It has two units, 7 and 8 that are the larger units,

8  they're 550-megawatts each.  These are the units that we

9  have been demonstrating scrubber technology for a long time.

10 The first scrubber was installed in '79 at that plant.

11      And these units also have been equipped with selective

12 catalytic reduction systems.  So that the 7 and 8 are fully

13 SCR and fully scrubbed.

14      We also have six other units there, Widows Creek 1

15 through 6.  Those units are equipped with low NOx burners

16 for Nitrogen Oxide control and burns a low sulfur fuel.

17 Q.   When was the scrubber on Unit 8 put in?

18 A.   Yeah.  It was put in, in 1979, and has been

19 demonstrating that technology now -- it demonstrated that

20 technology to a lot of utilities over -- its design was

21 really the basis for other designs for greater than a

22 decade.

23 Q.   And Colbert?

24 A.   Yes.  In Colbert, located over near Muscle Shoals,

25 Alabama, is a five-unit plant.  There are 4-200 megawatt

1  units and 1-550 megawatt units at Colbert.

2       The large unit, Colbert Unit 5, is equipped with

3  selective catalytic reduction technology.

4       All units have -- all units have low NOx burners and

5  burn a low sulfur fuel.

6  Q.   And how about TVA's plants in Kentucky?

7  A.   Yes.  We have two plants in western Kentucky.  In

8  Muhlenberg County is our Paradise plant.  It is the second

9  largest plant on the TVA system.  It consists of three

10 units.  And those units all have SCRs and all have FGD.

11      Units 1 and 2 received their scrubbers back in the

12 eighties.  Paradise 3 had its scrubber installed in 2006.

13 And the SCRs have been in operation for some time.

14      Certainly our SCR at Paradise Unit 2, was constructed

15 in 2000.  So we certainly -- and that was one of the first

16 demonstrations of SCR technology in the region.

17      Further to the west on the Ohio River is our Shawnee

18 plant.  It is a 10-unit plant.  Nine of the units are

19 pulverised coal.

20      Unit 10 is a full-scale demonstration of a

21 atmospheric -- AFBC, Atmospheric Fluidized Bed Technology.

22 Where it's an inherent design to reduce the emissions.

23 Where limestone is burned with the coal reducing both SO2

24 and Nitrogen Oxides.  That's our Unit 10 at Shawnee.

25      At Shawnee, all units have low NOx burners for Nitrogen

                    Laura Andersen, RMR 704-350-7493

1   Oxide control.  And Shawnee also burns a very low sulfur

2   fuel, down around .7 pounds per million BTU fuel.

3       So I think what you will see is a fleet of plants that

4   have a large set of controls on it.

5   Q.   Thank you, Mr. Myers.  You may retake your seat if you

6   would like.

7       I'm showing you now, it will appear on your monitor,

8   it's also TVA Exhibit 1, marked as Defendant's Exhibit 2.

9   What is this exhibit?

10  A.   Yes.  This is a -- this is an exhibit that I prepared

11  showing the -- first of all showing the power service area

12  of the Tennessee Valley Authority, in that seven state

13  region that we discussed.

14      It also shows the location of our 11 coal-fired power

15  plants.  It provides a description of how many units there

16  are there.  And the overall capacity of that plant, along

17  with a depiction of the types of environmental controls that

18  are at those plants.  Where we have scrubbers, where we've

19  announced scrubbers, where we put SCRs on, and where we have

20  other environmental emission controls.

21  Q.   So this is basically a summary of what you just

22  testified to?

23  A.   It is.

24          MS. GILLEN:  I would like to move Defendant's

25  Exhibit 1 and 2 into evidence.

Laura Andersen, RMR 704-350-7493

1          THE COURT:  Let those be admitted.

2    (Defendant's Exhibit Number 1 & 2 having been marked, were

3    received in evidence.)

4    Q.   (Ms. Gillen) Mr. Myers, did TVA assist in the

5    development of scrubber technology?

6    A.   Yes we did.  In the early seventies we built a pilot

7    plant up at Shawnee, at our Shawnee facility, to demonstrate

8    that technology.

9          And then we deployed that technology later in the

10   seventies with a full size scrubber on Unit 8 at our Widows

11   Creek plant.

12   Q.   Has TVA assisted sites in the region to monitor air

13   quality in the area?

14   A.   Yes.  A long history on monitoring ambient levels of

15   fine particles, ozone, and a variety of other atmospheric

16   measurements.

17        We started out -- we've done it for years.  Some of the

18   more notable stuff was in the mid nineties.  We worked with

19   the Southern Oxygen study around Nashville, trying to learn

20   how ozone formed in urban plumes, to design systems and

21   policies and monitoring systems that can account for how

22   ozone is formed, certainly in this region, and certainly in

23   urban areas.  We were instrumental in that study.

24        We further monitored -- been assisting monitoring with

25   TVA equipment, personnel and assets out in the Memphis area.

1    As Mississippi, Arkansas and Tennessee worked

2    cooperatively in the Memphis nonattainment area, to look at

3    how ozone is formed in that region, and what reductions and

4    which control strategies might work in that region.

5    Q.   And did TVA participate in the Look Rock --

6    A.   Yes, certainly.  Moving over to the east side of the

7    system, we have had a long -- a long and -- association with

8    doing air quality monitoring in the Great Smoky Mountains

9    National Park, in conjunction with EPA, the National Park

10   Service and a number of folks.  We've monitored for a

11   variety of pollutants in the Great Smoky Mountains National

12   Park.

13       And with regard to the Look Rock site, which is a site

14   that is instrumented with a broad number of measuring

15   devices that measures a lot of air quality parameters in a

16   sustained manner and a long-term manner.  We certainly

17   assisted in that site, particularly with fine particle

18   measurements.

19   Q.   And has TVA been involved in similar projects for NOx

20   controls?

21   A.   Yes we have.  Again, certainly in a variety of areas.

22   And we've been doing that for some time now.

23   Q.   Was it involved in the Ozone Transport Assessment

24   Group, OTAG?

25   A.   Yes.  OTAG, as it's referred to.  TVA followed the

1    studies and science that was underpinning OTAG.  And was

2    very much involved in that process.

3    Q.   And what came out of -- what was the result of OTAG?

4    A.   Actually the result of OTAG was really the NOx Sip

5    Call.  The ruling from EPA that required NOx reductions from

6    stationary sources from 22 states in the east.

7    Q.   And was the TVA service territory included in those 22

8    states?

9    A.   Yes it was.  Certainly Kentucky, Tennessee, the parts

10   of Alabama where our plants are, were in that.  All of our

11   plants were in the NOx SIP Call region.

12   Q.   And did TVA support the NOx SIP Call?

13   A.   Yes we did.

14   Q.   Why?

15   A.   We thought it was a good program.  That as we looked at

16   where we were going, we saw the 1997 National Ambient Air

17   Quality Standards for ozone being a stringent standard.

18        And it provided a program of looking at where emissions

19   were, where emissions needed to go, and then designed a

20   program for large stationary sources to make reductions that

21   could be accounted for as regions moved forward with air

22   quality.

23        It assured that these stationary sources would

24   collectively make these reductions.

25        So we thought it was a good program, put everybody on a

                  Laura Andersen, RMR 704-350-7493

1   level playing field, and followed several successful

2   programs.  So we thought it was the right way to go.

3   Q.   Was TVA involved in the Southern Appalachian Mountain

4   Initiative which is referred to as SAMI?

5   A.   Yes.  We were active participants in SAMI.  In fact,

6   TVA loaned personnel and provided equipment for SAMI and

7   even at times acted as contractors to SAMI.  So we were

8   involved, very much involved with SAMI.

9   Q.   And how about the Visibility Improvement State and

10  Tribal Association of the Southeast, which is better known

11  as VISTAS?

12  A.   Yes.  As the name implies, VISTAS was an Association of

13  States and Tribes.  So therefore, TVA was not a member of

14  VISTAS, it was limited to States and Tribes.

15       But we were active participants in VISTAS, and

16  certainly tracking the development of VISTAS.  And what that

17  regional planning group has done to plan for strategies for

18  regional haze improvements, for visibility improvements

19  across the southeast.

20  Q.   Did TVA have occasion to work with North Carolina on

21  any of these pollution control programs?

22  A.   Yes, we did, in a variety of ways.  Certainly as the

23  NOx SIP Call got going, as the National Ambient Air Quality

24  Standards got lowered, we had discussions with North

25  Carolina folks.

1    We also, you know, in SAMI, we worked with North

2    Carolina Department of Environment National Resources, DENR,

3    folks, the air quality division in that, along with other

4    state programs.  So we've had a long history there.

5    Q.   And why does TVA participate in these pollution control

6    research initiatives?

7    A.   Well, it's really part of our structure.  We have been

8    providing, out of our environmental stewardship programs of

9    moving the region to protecting the stewards of the region.

10   To make sure that we had the right understanding of the

11   right science that would support good policy decisions

12   moving forward.  We've cooperated with these agencies to

13   make sure that good science is being done, that it's been

14   factored in.  That as we developed policies to move forward,

15   that they're on good footing and so we -- that's part of

16   what we do.

17   Q.   Has TVA ever run pollution controls in advance of

18   regulatory deadline?

19   A.   Yes, we have.  On several occasions.

20   Q.   If you would turn to, in your notebook, and we will

21   show it on the screen as well, what's been marked as

22   Defendant's Exhibit 167 for identification.

23   A.   Yes.

24   Q.   What is Defendant's Exhibit 167?

25   A.   It is a letter that transmits a Memorandum of

1   Understanding from TVA, to the Governor of Tennessee,

2   discussing our Nitrogen Oxide reduction program, and our

3   ability to, and plans for reducing NOx in advance of the NOx

4   SIP Call.

5   Q.   And if you -- I think it's the third page of this

6   exhibit, is that the Memorandum of Understanding?

7   A.   Yes.  That is the Memorandum of Understanding, yes.

8   Q.   And can you tell us about why did TVA enter into this

9   Memorandum of Understanding?

10  A.   Yes.  Certainly.  You see, as we -- this was delivered

11  to the State of Tennessee in 2000.  As we -- the 1997

12  National Ambient Air Quality Standards for 8-hours of ozone

13  were moving forward.

14       And as states wanted to look and see how they might

15  attain that standard.  What counties might be designated as

16  nonattainment.  What were the levels of ozone in various

17  counties.  What monitors show, what areas might be

18  designated nonattainment.  What's going to happen.

19       TVA was planning for the NOx SIP Call that required

20  construction of a lot of selective catalytic reduction

21  systems.

22       And as we were designing those systems, we couldn't

23  wait till right to the deadline and build them.  We decided

24  to get on early.

25       As I discussed, we started the first SCR up at Paradise

Laura Andersen, RMR 704-350-7493

1    in 2000.  We brought selective catalytic reduction

2    technology to Tennessee in 2001.

3        Instead of just building them, testing them, and making

4    sure that they would meet their performance requirements,

5    and then running -- and then firing them up only when the

6    regulations came in, we told the State of Tennessee, no.  If

7    for your planning purposes, to account for what we're doing,

8    so that you can have an understanding of what we're doing

9    and where we're going, these are our plans.

10       And we walked through and estimated for them, the

11   amount of reductions that we would see in Nitrogen Oxides in

12   the summer months in 2001, 2, 3 and 4.

13   Q.   And who signed this Memorandum of Understanding?  I

14   think it's on the last page of the exhibit.

15   A.   Yes.  This -- this Memorandum of Understanding was

16   signed by all of TVA's board members at that time, and

17   transmitted to the Governor.

18   Q.   Did TVA achieve the goals set out in this Memorandum of

19   Understanding?

20   A.   Yes, we did.  We well overachieved in some years.  In

21   one year we were marginally under.  But overall, we well

22   oversubscribed and met the full intent of this Memorandum of

23   Understanding.

24   Q.   Now, did TVA gain anything by operating its SCRs early?

25   A.   Well, yes.

1     In the NOx SIP Call, there were -- there was a program,

2     the Compliance Supplement Tool, which offered states to

3     allocate NOx tonnages for allowances in the NOx SIP Call,

4     either early to sources that put controls on early.  Or they

5     could allocate them to sources that were trying to put

6     controls on, but for some reason got delayed.  Kind of a

7     safety valve, if you will.

8     The State of Tennessee and our sources awarded them for

9     early reductions.  But the amount of early reductions that

10    we received some 18,000 -- around some 18,000 allowances was

11    far -- we far exceeded that with the Memorandum of

12    Understanding.  We certainly made that.

13    Q.   And that would be kind of a cap and trade program?

14    A.   Yeah.  The NOx SIP Call was.  Yes.  It was a cap and

15    trade program patterned after the acid rain program.

16    Q.   What is the TVA's reaction to these cap and trade

17    programs?

18    A.   Generally we're supportive of these programs.  We've

19    seen that it's a way as I described, of looking where the

20    emission levels are, looking where emission levels need to

21    be to achieve regional air quality improvements, and then

22    setting a program to go forward.

23    And it's a way of also -- of showing -- being out in

24    front of a lot of the regs.  It captured for the NOx SIP

25    Call as other reductions required from other resources were

1    down the line.  It kind of showed what the requirements were

2    for coal-fired utilities.  And saying -- so we've supported

3    these programs.

4    Q.    How has TVA implemented its programs in reaction to

5    these cap and trade?

6    A.    Certainly from cap and trade programs, we have gone

7    into them with self-compliant strategies.  Early on in the

8    acid rain program, we built scrubbers on our system, as I

9    described up at Cumberland, in the mid nineties, that was

10   central to developing a plan for self-compliance with the

11   Acid Rain Program.

12        We have followed that up with additional scrubbing --

13   with additional scrubbing capacity, with the fuel switches.

14   And so we have made the reductions in the investments in our

15   system through self-compliant strategies.

16        We have also done that with the NOx SIP Call, by

17   getting out in front, demonstrating the technology, putting

18   all the equipment, and investing in the region.

19        And one of the reasons we do that, as you see the --

20   the rate payers are the ones that pay for the equipment.

21   And the air -- they get the air quality benefit of that

22   equipment, rather than exporting capital out of the region.

23        So we're -- those that pay for it get to see the

24   benefit of it.  That's really why TVA has had self-compliant

25   strategies.

1  Q.   Has that strategy ever been announced by the board?

2  A.   Yes, it has.  Certainly in our 2007 strategic plan, it

3  was announced as we look with emission allowance use that we

4  would only use the markets for limited use.  So that

5  basically it set us on a self-compliant strategy.

6       Then further in our 2008 environmental policy, that was

7  basically augmented and put forward concretely as we looked

8  going into the future, we are going to put on more and more

9  emission control technologies.  Such that over the next

10 decade, we will have 80 percent of our plants -- 80 percent

11 of our generating capacity controlled with advanced

12 controls.

13 Q.   If you would turn to what's been marked as Defendant's

14 Exhibit 182 on your book.  It is also being shown on the

15 monitor with a slight glare, I apologize.

16      Is this the environmental policy that you just

17 described?

18 A.   It is the environmental policy, I know it well.

19 Q.   If you would turn to page four, Chapter 2.  I'll show

20 you, I think you can zoom in on the section that says, Air

21 Quality Improvement, on bottom right corner.

22 A.   Yes.

23 Q.   Is this the section that talks about the

24 self-compliance?

25 A.   Yes.  It's certainly with air quality improvement, we

Laura Andersen, RMR 704-350-7493

1    have an environmental objective outlined in here to continue

2    to reduce SO2, NOx, mercury and particulate emissions and to

3    engage with regional and national stakeholders for further

4    progress.

5         And then as we -- to achieve that objective, we laid

6    out several critical success factors that would allow us to

7    achieve that environmental objective.

8         And one of those was by reducing emissions across the

9    system.  By continuing to install emission reduction

10   equipment and new technology, to control over 80 percent of

11   the fossil generation in the next 10 years.

12   Q.   Are there any other instances where TVA operates

13   pollution controls voluntarily, like this Memorandum of

14   Understanding that you just discussed?

15   A.   Yes, we have.  We have been operating our SCRs,

16   certainly on the eastern side of our system in the shoulder

17   months of the NOx SIP Call.

18        As you're aware, the NOx SIP Call is a 5-month season

19   around the ozone season, where ozone is formed in the summer

20   time.

21        The National Park Service had shown that there were

22   days in the park in April, where there were elevated levels

23   of ozone.

24        And certainly working with the National Park Service in

25   the State of Tennessee, we said we would operate those SCR

Laura Andersen, RMR 704-350-7493

1   assets, certainly on the east side -- eastern side of our

2   system on the shoulder months.  And we have -- and we have

3   done that.

4           MS. GILLEN:  At this time I would like to move

5   Defendant's Exhibit 167 and 182 into evidence.

6           THE COURT:  Let them be admitted.

7   (Defendant's Exhibit Number 167 & 182 having been marked,

8   was received in evidence.)

9   Q.   (Ms. Gillen) Mr. Myers, if you would look in the book

10  at what has been marked as Defendant's Exhibit 165.  I

11  apologize for the quality of this copy.  Do you recognize

12  this document?  Sorry.  I need to let you get to it.

13  A.   I'm there.  I do recognize this document.

14  Q.   And what is it?

15  A.   It is a set of principles called the Southern Air

16  Principles, that was signed in 2001, by Governors of four

17  southeastern states; North Carolina, Tennessee, Georgia and

18  South Carolina.

19  Q.   Is TVA a signatory to this document?

20  A.   No, we are not.  We were not a signatory to this

21  document.  But we certainly were actively engaged as these

22  principles were developed and certainly working with

23  Tennessee on these principles.

24  Q.   And was there a specific directive associated with this

25  agreement?

1    A.    Yes.  You know, the principles basically covered that

2    each state must do its part to protect and improve air

3    quality.  And that regional air quality must be addressed

4    through regional approaches that address each state's unique

5    qualities and needs.

6         And further, that the southern states must continue to

7    work to develop and implement new strategies that through

8    regional air quality, such as multi-pollutant reduction

9    strategies for reducing Nitrogen Oxide, sulfur dioxide,

10   mercuries in innovative transplantation and energy policies.

11   Q.    And the four states that signed this agreement -- when

12   was it signed?

13   A.    These principles were signed in December of 2001.

14   Q.    And have the four states that signed this agreement

15   fulfilled it?

16   A.    Certainly in different manners.

17   Q.    If you would turn in your book to what's been marked as

18   Defendant's Exhibit 166.

19   A.    Yes.

20   Q.    Do you recognize this document?

21   A.    Yes, I do.

22   Q.    What is it?

23   A.    It is a document that I put together that shows from

24   2002 -- from the time the Southern Air Principles was

25   signed, in essence, the emissions of SO2 by the signatory

1    states from coal-fired electric utilities.

2         And documents the emissions of coal-fired utilities in

3    each state, the progress that they have made since the

4    signing of these principles.

5    Q.   And could you describe for the Court what this graph

6    indicates?

7    A.   Well, we've seen some different trajectories.  We have

8    seen -- Georgia came in, certainly, as a state with the

9    highest SO2 emissions of the signatory states, and has

10   continued that position increasing their -- increasing their

11   output of SO2, even in this last year up around

12   640,000 tons.

13        North Carolina tracked relatively flat for a couple of

14   years, before increasing emissions about 25,000 tons of

15   emissions between 2004 and 2005.  Before showing progress in

16   getting back, basically getting back to the starting line at

17   2007.  And then moving down on a lower trajectory here for

18   2007.

19   Q.   I think you misspoke, getting back to the starting line

20   in 2006?

21   A.   Yeah.  Thank you so much.  That's what I -- the

22   emissions were relatively unchanged.  A slight uptick or

23   uptick in 2005.  Since 2005 started a downward slope.

24        Certainly from the TVA or for -- again, these are the

25   seven plants -- these are emissions of our seven plants in

1 the State of Tennessee, and you can see that we have had

2 steady and systematic reductions in SO2.

3 Q. Just let me clarify. These are state reductions?

4 A. These are reductions by states in coal-fired electric

5 utility in those states.

6 Q. In Tennessee?

7 A. In Tennessee, that's all TVA.

8 Q. Okay. How about South Carolina?

9 A. You know, South Carolina has came in fairly low, but

10 has had pretty static progress, then showing an improving

11 trend between 2006 and 2007.

12 Q. Mr. Myers, if you would turn your book to what's been

13 marked as Defendant's Exhibit 164. It's two pages. We will

14 start with the first page.

15 A. Yes.

16 Q. What is Defendant's 164?

17 A. Well, it's a chart that I constructed showing the -- to

18 illustrate the type of control technologies that different

19 utilities have, looking at both the amount of scrubbers and

20 SCRs that are owned and operated by several different

21 utilities in this geographical region. The top two --

22 Q. Before we start into the slide. What sources did you

23 use to generate these graphs?

24 A. Yeah. Certainly we used the Argus Scrubber Report.

25 Argus is a national media service that tracks the deployment

1    of coal-fired utilities.  They put a scrubber report

2    together.  They put an SCR report together.  We use that.

3        We also augmented that with looking at what was on

4    company's web sites and verifying if they said they had an

5    SCR on, did the emissions from the CAMD web site match that

6    up.  So we tried to make sure that this was as accurate of

7    representation of the capacity that was in operation in 2005

8    for these different companies.

9    Q.   Could you describe to the Court what the chart shows?

10   A.   Right.  On the two upper graphs that are on this page

11   deal with scrubbers or sulfur -- scrubbers that remove SO2.

12       What you see in the upper right, is a percent of

13   coal-fired capacity scrub.

14       So that is -- if you look at the total capacity of the

15   system for each of these utilities.  And those utilities are

16   TVA, our system.

17       American Electric Power, which has a broad region, but

18   a lot of their generation is to the north of us.

19       Progress Energy and Duke Energy here to the east of our

20   system.

21       And then the southern company that is located in,

22   primarily in Georgia, Alabama and Mississippi.  So kind of

23   sets the geographic area for these different companies.

24       We looked at, again, up in the upper right, was the

25   percent coal-fired capacity of what was the scrubbing

Laura Andersen, RMR 704-350-7493

1    capacity.  How much of it was on the fleet of generation.

2        Then we also looked at it to get the different size of

3    the systems out there is, how many megawatts of your

4    capacity was fitted with this technology.

5        And so you see that's on the upper -- the upper left

6    side.

7    Q.   Why did you do the two methods?

8    A.   We thought it gave an overall picture.  You certainly

9    can have a smaller company that can do, put one or two

10   projects on.  On a percentage basis it's very high.  But in

11   terms of iron and steel in the ground and reducing

12   emissions, it takes -- what we're trying to do is get a lot

13   of megawatts controlled.

14   Q.   Let's move to the second page of Defendant's 164.  What

15   does this exhibit show?

16   A.   Well this shows -- this updates it for 2006.

17       You'll see that we added a company on here.  We put

18   Duke Energy.  We added Duke Energy into the 2006.  They had

19   merged with Synergy.  And as we were putting systems on

20   here, they added acquired some scrubber technology in their

21   plants in Ohio and Kentucky.  So we put that on there.

22       Basically it shows the same information, it updates it.

23       While we previously were shown, and I guess in terms of

24   trends, you'll see that progress was made regionally in all

25   these companies, as that type of deployment technology.

                Laura Andersen, RMR 704-350-7493

1    Certainly here, Progress Energy, close to Asheville,

2    installed the scrubbers on its Asheville plant.  And those

3    are reflected here.

4    We also installed 1100-megawatts of -- we installed a

5    scrubber on our Paradise 3 and put 1100-megawatts on.

6    So progress was made by all, so the percentages went

7    up.

8    And certainly from an FGD perspective, we continued our

9    lead in the deployment of that technology.

10   With regard to SCRs, we again showed that this is some

11   years after the NOx SIP Call, so everybody's been putting on

12   SCRs to comply with that program.  But we still are a leader

13   in that.

14   You'll see that ADP, certainly being a large system,

15   stepped up and really grabbed this top spot in terms of SCRs

16   total megawatts.

17   But clearly TVA is a leader in the deployment of both

18   of these technologies.

19   Q.   We don't have an exhibit for the 2007 statistics.  But

20   I believe that plaintiff's witness had testified that

21   percentages were going up.  Had percentages also been going

22   up for TVA's system?

23   A.   Yes.  It certainly -- well, in 2007, we didn't add any

24   scrubbers.  We just added the Paradise 3.

25   But certainly as we move forward in 2008, our

1    percentage will go up.

2        And we do see scrubber technology coming on as

3    others -- as others deploy more and more of this technology.

4            MS. GILLEN:  At this time, Your Honor, we would

5    like to move Defendant's Exhibit 164, 165 and 166 into

6    evidence.

7            THE COURT:  Let those be admitted.

8    (Defendant's Exhibit Number 164, 165 & 166 having been

9    marked, were received in evidence.)

10   Q.   (Ms. Gillen) Mr. Meyers, have you prepared a comparison

11   of TVA system and North Carolina's system in terms of

12   pollution controls?

13   A.   Yes I have.

14   Q.   And in just a general way, what did that comparison

15   show?

16   A.   Certainly with regard to control equipment, we've

17   installed -- we've installed a lot of control equipment

18   compared to North Carolina.  They have been making -- they

19   have been making progress in that.

20       But in terms of SO2 emissions, we're certainly lower

21   than they are.

22       And on Nitrogen Oxides, particularly during the

23   important summer months, in the summer months where ozone is

24   formed, we certainly are a leader.  And we're all making

25   good Nitrogen Oxide reductions.

1    Q.    Mr. Myers, would you turn in your book to what has been

2    marked as Defendant's Exhibit 151?

3    A.    I have it.

4    Q.    What is Defendant's 151?  Take your time.  I know these

5    notebooks are a little cumbersome.

6    A.    I have it.

7    Q.    What is Defendant's 151?

8    A.    This is a fact sheet that we put together in early

9    2006, looking back at the emissions of TVA, the coal-fired

10   sources in North Carolina, and the coal-fired sources in

11   Tennessee.

12         Certainly as we were sitting in 2004, moving to 2005,

13   we had seen a large increase -- or we'd seen an increase on

14   the North Carolina system, a decrease in the TVA system.

15   The relative sizes of the two systems differ.

16         And so we tried to develop a fact sheet to get the

17   basic information out here of what is the coal-fired

18   capacity that exists in each state.  How much electricity is

19   produced in each state from these facilities.  And then what

20   the emission levels are.

21   Q.    And what data did you use to generate this chart?

22   A.    We used -- for emissions data, we used data from EPA's

23   Clean Air Markets Division, CAMD, as it's often called.

24         We used the Clean Air Markets Division's web site.  And

25   then for generation, we used the Department of Energy

1    Information Administration web site to look at generation.

2    Q.    And those sources are considered in the industry to be

3    reliable sources of emissions data?

4    A.    Yes.  They're the best we know of.

5    Q.    Can you describe what the chart tells us?

6    A.    Yes.  You know we -- first, the TVA system is larger

7    than the North Carolina system.  And the North Carolina

8    system is somewhat in capacity larger than the system that

9    exists, coal-fired fleet that exists in Tennessee.

10        But really what's important particularly as we look at

11   emission is how that capacity is utilized.  And that's shown

12   in the next column which is generation.

13   Q.    The next row?

14   A.    Yes, the next row.  Thank you.

15        And that is the generation in expressed gigawatt hours.

16   That's the amount of energy that's produced by the different

17   coal-fired fleets.  The fleet that sits at TVA.  The fleet

18   that's in North Carolina.  And the fleet that's in

19   Tennessee.  And that shows the energy.

20        You will see with that, that the electrical output from

21   the coal-fired fleet at the Tennessee Valley Authority in

22   2005, was roughly 30 percent greater than that of the fleet

23   that was in North Carolina.

24        As we move down to the next -- as we move down to the

25   next row, we put total tons out there of SO2 emissions that

1    resulted from that amount of generation.

2        And you will see that North Carolina was kind of a peak

3    year for North Carolina.  They were at about 500,000 tons of

4    SO2.  The TVA was at 470,000 tons.  And system in Tennessee

5    was 266,000 tons of SO2.

6    Q.   I think you may have misspoke was TVA at 460,000?

7    A.   Yes.  I hope that -- I wish that I had said that.  Yes.

8    Q.   That's okay.  That's what I'm here for.

9    A.   Yes.  TVA was at 460, North Carolina was at 500 and

10   Tennessee was at 266,000.

11   Q.   What is the next row, the SO2 rate?  What is an SO2

12   rate?

13   A.   This is an output rate.  Just those two numbers divided

14   together.  It basically is an output rate.  For the output

15   of electricity is, how much output of SO2 do you emit to

16   generate that much electrical energy.

17       So it is certainly the tons of emission, over the

18   energy, which is expressed in gigawatt hours.

19       And for the TVA system for 2005, we were around four --

20   for every gigawatt hour that we produced, we emitted

21   4.7 tons of emission.

22       In North Carolina in 2005, it was 6.7.  And in

23   Tennessee it was around 4.6.

24       You can see the TVA -- with regard to SO2, the TVA

25   system and the Tennessee system, they're comparable.  They

Laura Andersen, RMR 704-350-7493

1    have as I've discussed, controls in all states.  So our

2    TVA -- our Tennessee plants are somewhat representative.

3    Q.   Then there's another row that says SO2 rate, but it's

4    in a different --

5    A.   Yes.  This is now -- this all comes from the Clean Air

6    Markets Division web site.

7         This is just -- on that -- it is the amount of

8    emissions that you produce.  And you have to report your

9    heat input, or how much coal that you burn.  The heat energy

10   that's in the coal that you burn, that's expressed in

11   million BTUs.

12        So this is an input basis.  For the amount of coal that

13   you intake, how much emissions do you put out.  It's often

14   referred to as an input requirement.

15        This is another way of keeping track of emissions in

16   another recognized way.

17        You will see there that we were about -- for one

18   million BTUs of coal burned, we emitted about .9 pounds.

19   North Carolina was at 1.39 pounds.  And Tennessee was at

20   .91 pounds per million BTUs.

21   Q.   Then the chart switches over to NOx?

22   A.   Yes.  It gets into NOx.  We have two areas of NOx.

23   Both we keep up with it on an annual basis for total

24   emissions.

25        And that again we walk through exactly what we did for

1   SO2.  What the total amount -- total amount of tons.  Then

2   compared that to the amount of generation.  And came up with

3   an output base where TVA was at about 1.9 tons per gigawatt

4   hour.  North Carolina was lower, at about 1.4 tons per

5   gigawatt hour.  And Tennessee was right in there at 1.8 tons

6   per gigawatt hour.

7        We further took that down and again expressed it as an

8   input basis, based it on the amount of heat energy that's in

9   the coal that we burned, and we were running at about

10  .37 pounds.  Compared to a .3 pounds on North Carolina

11  system, and a .35 in Tennessee.

12       We also put down the ozone season, 5-month ozone

13  season.  Because really when we're looking at Nitrogen

14  Oxides, they are important in reducing ozone.

15       So what's very important to Nitrogen Oxide is, how much

16  do you emit during the 5-month ozone season.

17       And there, as we discussed, by 2005, we had an

18  extensive fleet of SCRs that operated in the ozone season,

19  such that when we flipped those on, our emission rates

20  dropped.

21       And so we expressed this in heat input per million BTUs

22  in the ozone season.  And those numbers are shown on the

23  bottom row .19, .17 and .16.

24  Q.   Is there any reason that TVA's NOx emission rate is

25  slightly higher than North Carolina's?

1    A.   Well certainly we have, of our 11 coal-fired power

2    plants and 59 units, we have several plants that are

3    inherently high NOx emitters.

4         We have some cyclone units that, just due to the nature

5    of that furnace, of that combustion chamber, makes a lot of

6    NOx.

7         So we have some units that are inherently high in NOx.

8    And those are the units that we went first to equip with

9    SCRs.

10        That's one of the reasons particularly on the annual

11   numbers, we produced these numbers.

12   Q.   Does TVA plan to operate its NOx controls year-round in

13   starting 2009, despite the vacatur of CAIR?

14   A.   Yes.  That is true, we do plan to do that.  We have had

15   a program headed in that direction for some years now, and

16   we're going to continue on with it.

17   Q.   If you would turn in your book to what's been marked as

18   Defendant's Exhibit 153, which is -- just skip one exhibit

19   in that book.

20        What is Defendant's Exhibit 153?

21   A.   This is the same types of data that we prepared for

22   2005, updated for calendar year 2006.

23   Q.   And since we have been through 2005 in great detail,

24   can you just give us the high points?

25   A.   Yeah.  Again the -- what we see is that the generation

1   on the TVA system, compared to 2005 -- we increased.  And

2   the North Carolina system had a slight decrease.

3        When it comes down to tons of SO2, despite -- we had

4   about 40 percent more generation than the North Carolina

5   system.

6        But when you come down to emissions of SO2, in calendar

7   year 2006, they had -- we were very close.  They had

8   461,000 tons.  We had 452,000 tons.  When we put that on an

9   output basis, their numbers were higher.  So for every

10  gigawatt hour of emissions they produced in 2006, they

11  emitted an extra 1.9 tons of SO2 in calendar year 2006.

12  Q.   What's that number?

13  A.   That number repeats itself kind of in the SO2 in the

14  input rate and the same type of thing.

15  Q.   What's the NOx story in 2006?

16  A.   Very similar story.  Minor changes in 2006.  We did add

17  some more SCR capacity.  Others added SCR capacity.

18       But basically as you get down, we're higher on an

19  annual basis.  But when we get down to the important summer

20  time ozone season NOx, which is on the bottom row, we're

21  emitting .18 pounds per million BTU.  North Carolina

22  coal-fired sources were at .16 pounds per million BTUs.  And

23  the fleet of our coal-fired plants in Tennessee was .15

24  pounds per million BTUs.  So we're all on a hunt.

25  Q.   And TVA is higher on annual NOx rate, but TVA is not

Laura Andersen, RMR 704-350-7493

1    operating its NOx controls year-round?

2    A.   In 2006 we did not.  No, we did not.

3    Q.   And if you can turn to what's been marked as

4    Defendant's Exhibit number 155.

5    A.   Yes.

6    Q.   What is this exhibit?

7    A.   Again, this is the same type of data, updated for just

8    this past year, for 2007.

9         And with it, as we have walked through with 2006, there

10   has been some slight changing in generation levels.  We went

11   down slightly.  They went up slightly.

12        Overall emissions of SO2, again, we're on the total TVA

13   system, we're about 30 percent more generation output of

14   electrical generation in 2007.  Yet our SO2 emissions were

15   very close.  We emitted 374,000 tons, compared to

16   370,000 tons in calendar year '07.

17        When we looked at that rate, there has been -- there

18   has -- as we showed on the previous chart, there's been an

19   improvement in the North Carolina system.

20        So certainly as we track it on the amount of emissions

21   for the amount of energy produced, there's been -- they've

22   closed the gap.

23        But still the gap is really 1 ton -- for every gigawatt

24   hour that was produced in 2007, there was an extra ton that

25   was emitted, in essence, from the North Carolina system.

1    Our rates differed by, right at 1 ton per gigawatt hour.

2        That follows through down, kind of on the input SO2

3    rate.

4        So you can think about this, you know, one way to think

5    about that is, there is an extra ton for every gigawatt hour

6    and what was produced was about 75,000 gigawatt hours.

7    Q.   Of SO2 in North Carolina?

8    A.   Yeah.  Of SO2 in North Carolina.

9    Q.   And the NOx?

10   A.   No.  We have a different story on annual.

11       In 2007 was the first year of the Clean Smokestacks

12   Provisions requiring annual NOx caps.

13       And certainly you can see that North Carolina achieved

14   dramatic reductions in its annual NOx.  And certainly

15   well -- was much lower on an annual basis than we were in

16   2007 on an annual basis.

17       But again the story in the ozone season, is very

18   similar.  As our whole fleet is running at a .18, the North

19   Carolina fleet was at a .15.  And the Tennessee fleet was at

20   a .14.

21       So we're -- again, last year, all in the hunt, as I've

22   said.

23   Q.   And Mr. Myers, since these charts were prepared as

24   exhibits for trial, has there been new data made available

25   for 2008 publicly?

1    A.    Well, that data is -- the latest data that I could find

2    preparing for trial, I went to the CAMD web site and looked

3    at the only data that existed was for the first quarter of

4    2008, its preliminary data for the first quarter of 2008,

5    covering the first three months.

6         And clearly with regard to SO2, we continued to as

7    reported on pounds per million input, we continue to be

8    lower.

9    Q.    If you could now turn to what's the next exhibit which

10   has been marked as Defendant's Exhibit 156.

11   A.    Yes.

12   Q.    What does this exhibit show?

13   A.    These are graphical representations of the emission

14   trends for both, in the top, SO2 in the upper left, summer

15   time NOx in the upper right.

16        And it shows graphical representation of the data that

17   we kind of flipped through on the previous charts, of

18   basically, what was the tonnage -- what was the tonnage

19   level of SO2 emissions from the TVA system, compared to the

20   tonnage emission from the North Carolina system and the

21   Tennessee system.

22        And with regard to SO2, you can see that from the mid

23   nineties, down through 2007, we had steady systematic

24   reductions of SO2.

25        Really what this chart shows is about 66 percent

1    reduction of SO2 from the mid nineties, out through 2007.

2         And then it shows the progress that's in North Carolina

3    here, since 2006 on SO2.

4         And again, a steady systematic reduction in emission

5    from the Tennessee system in regard to SO2.

6    Q.   Why did you use 1995 as a starting point?

7    A.   The Acid Rain Program of EPA that was passed with the

8    Clean Air Act Amendments of 1990, really kicked into effect

9    with Phase One of the Acid Rain Program in 1995.  So that's

10   when I started -- I started this.

11        And then certainly on NOx, we have a, I guess we could

12   call it a similar chart.  Everybody has been on a lower

13   trajectory.

14        You can see that compliance with NOx SIP Call, in 2004,

15   everybody was driving down to meet reductions, down to meet

16   a 2004 compliance deadline for the NOx SIP Call mand have

17   since held those reductions and made further reductions.

18   Q.   Just to be clear, the NOx graph on the upper right is

19   for the ozone season only?

20   A.   Yes, it is.  It is for the summer time.  I've got it

21   labeled, summer time NOx emissions.  But that really is to

22   include the 5-month ozone season that's laid out in NOx SIP

23   Call.

24   Q.   What about the graph on the bottom?

25   A.   Yeah.  Now, that's just TVA.  It's just showing our,

1  basically our emissions as we've discussed of our SO2

2  emissions, and our summer time NOx emissions on a graph.

3      Also shown with that is the generation that comes from

4  the same plants showing that over this time our generation

5  has varied with different demands on our system.  A somewhat

6  uptick in generation.

7      But over this period, again, as I've described, steady

8  systematic reductions in both SO2 and nitrogen dioxide.

9  Q.  Thank you.

10     If you can now turn to what's been marked as

11 Defendant's Exhibit 157.  That should be the next exhibit.

12 A.  Got it.

13 Q.  What is this?

14 A.  This is a chart that I prepared, that basically as

15 we've tried to discuss relative progress in emission

16 controls, it was a chart to try to put those two concepts

17 out there in graphical fashion.

18     On one side it shows the amount of electrical energy as

19 depicted in megawatt hours, units of energy, the output of a

20 coal-fired power plant.

21     And on the right size it shows the tons of SO2

22 emission.

23     So back what we said in 2005, kind of the situation

24 existed -- you know, the situation that existed in 2005, was

25 that TVA produced about 30 percent more electricity, energy

1    from coal-fired power plants.  But yet North Carolina

2    emitted 8 percent more SO2.

3         So it was trying to get -- as we looked, also to try to

4    discuss comparable emissions, this was a way to kind of put

5    it on there.  The amount of emissions that you have, that's

6    comparable to the amount of energy that's produced.

7         There you can see that that translates into, basically

8    for every thousand megawatt hours, North Carolina had about

9    two extra tons of emissions.

10   Q.   This is 2005?

11   A.   Yeah, I meant to say 2005.

12   Q.   You did.

13   A.   Basically it's at about 2 tons extra per thousand

14   megawatt hours.

15   Q.   If you would turn to what's been marked as Defendant's

16   Exhibit 158.

17   A.   Yes.  Again, in this graphical form, you will see that

18   TVA produced, in 2006, from its coal-fired fleet, produced

19   about 40 percent more electrical generation than did the

20   fleet of coal-fired plants in North Carolina.

21        But then in that year, the emissions were roughly --

22   they were similar.  North Carolina emitted 461,000 tons of

23   SO2, and TVA's compared to about 452,000.

24        So the tonnage were equal, despite TVA producing about

25   forty percent more electrical power from its coal-fired

1    fleet.

2    Q.    If you would turn to what's been marked as Defendant's

3    Exhibit 159.

4    A.    Yes.

5    Q.    What is this exhibit?

6    A.    This is -- this is the data as of -- for last year.

7    And again it shows a continuing that roughly the electrical

8    capacity output for TVA last year was from its coal-fired

9    fleet, about 30 percent more than the coal-fired fleet in

10   North Carolina.

11        And yet again, emissions are comparable.  North

12   Carolina was at 370,000 tons of emissions.  And we were at

13   374,000 tons of slightly higher than North Carolina.

14        As I stated from the previous graph, if you do the math

15   on that, that's about 1 ton of SO2 emissions for every

16   thousand megawatt hours produced that North Carolina was

17   higher than we were last year.

18   Q.    Mr. Myers, what are the comparisons that you've done

19   between North Carolina and TVA systems showing?

20   A.    Well, certainly as we've looked at the charts and

21   graphs that show our emission reductions, it shows that TVA

22   has been a leader in the development of the technologies to

23   reduce emissions.  We've deployed that technology.

24        Our rate payers have paid a lot of money to have an

25   expansive fleet of controls on.  And that we've produced --

Laura Andersen, RMR 704-350-7493

1    we reduced emissions, SO2 emissions have been reduced

2    66 percent on SO2 since the mid nineties, over 80 percent

3    reductions in summer time ozone.

4        We have -- with this investment by our rate payers, we

5    have been one of the leaders in deployment in this

6    technology.  And remain a leader in the deployment and

7    operation of emission control equipment, both scrubbers and

8    SCRs.

9            MS. GILLEN:  Thank you, Mr. Myers.

10            TVA would like to move into evidence at this time,

11   Defendant's exhibit 151, 153, 155, 156, 157, 158, and 159.

12            THE COURT:  Let those be admitted.

13   (Defendant's Exhibit Number 151, 153, 155, 156, 157, 158 &

14   159 having been marked, were received in evidence.)

15            MS. GILLEN:  We have no further questions, Your

16   Honor.

17            THE COURT:  All right.  Questions, Mr. Bernstein.

18   (Please turn to the following page for cross-examination.)

19

20

21

22

23

24

25

Laura Andersen, RMR 704-350-7493

 1   CROSS—EXAMINATION BY MR. BERNSTEIN:

 2   Q.   Good morning, Mr. Myers.  I want to clarify one thing

 3   before we get started.  Several charts we just looked at,

 4   you referred to the emissions from North Carolina.  I take

 5   it to mean you were referring to Duke Energy and Progress

 6   Energy from their 14 coal-fired power plants; is that

 7   correct?

 8   A.   Exactly.  Yes, sir.

 9   Q.   And you are aware that those companies are

10   shareholder-owned utilities, and are not owned by the State

11   of North Carolina?

12   A.   Indeed.

13   Q.   And you are aware, sir, that the Clean Smokestack Acts

14   requires caps on emissions from those plants for SO2

15   beginning in 2009?

16   A.   I am aware of that, yes.

17   Q.   And do you know that those caps are lower than what

18   Duke and Progress have been emitting for the past few years?

19   A.   They are.  I do.

20   Q.   Would that be an indication that that's North

21   Carolina's conclusion that the emissions of Duke and

22   Progress for last few years have been too high?

23   A.   Could you repeat that?  I'm not sure I got that.  I'm

24   sorry.

25   Q.   The legislature's indication that the emissions from

Laura Andersen, RMR 704-350-7493

1    Duke and Progress should be capped at a lower -- at an

2    annual rate that is lower than what those utilities are

3    emitting right now, is an indication by the legislature that

4    those emissions right now are too high?

5    A.    That the requirements for 2009 are much lower than

6    their current -- their current emission levels, yes.

7    That's --

8    Q.    Okay.  Mr. Myers, would you agree that in general the

9    SO2 emission reductions that have been undertaken by TVA

10   over the course of the years, have been driven by compliance

11   with federal and state rules and consent decrees?

12   A.    Yes.

13   Q.    And would that be the same for Nitrogen Oxide emission

14   reduction?

15   A.    In general, but not always.

16   Q.    And those reductions were driven first by Title 4,

17   while first by consent decrees?

18   A.    Not the emission reductions that I've spoke of, but

19   certainly further back in our history, yes.

20   Q.    And the reductions that occurred in the early nineties,

21   the low NOx burners that were put on in regard to compliance

22   efforts with regard to Title 4?

23   A.    They were.

24   Q.    And the SCRs that you spoke of that were put on in the

25   early 2000 range, were as a result of TVA compliance efforts

1   with regard to NOx SIP Call?

2   A.   Let me -- I'll answer yes, to that.

3        But also to give a full answer, as we comply, our

4   compliance strategies for the NOx SIP Call, we were

5   extremely mindful of the 8-hour ozone in nonattainment areas

6   that existed in our region.

7        So while those assets were used -- the reductions were

8   used for compliance with our regulatory obligations of SIP

9   Call, certainly those compliance plans and where we put

10  those SCRs, and what we were trying to do with that

11  investment, was really, I guess, founded on achieving

12  improvements in 8-hour ozone concentration in our region.

13  Q.   When the ozone designations under the 8-hour ozone

14  standards were made, TVA had several plants that were very

15  close to nonattainment; is that correct?

16  A.   That's true.

17  Q.   And requirements on facilities when they are in

18  nonattainment areas, are more strict than when they are in

19  attainment areas, correct?

20  A.   True.

21  Q.   So when you say that TVA was mindful of where those

22  attainment areas are, would it be a correct statement, that

23  it is in TVA's interest to try to get those nonattainment

24  areas back into attainment, in order to relieve TVA of the

25  burden of operating in a nonattainment area?

1    A.    Well, a lot of our plants weren't in nonattainment

2    areas.  But they were close to nonattainment areas.

3          Certainly some of the coal-fired -- for example, like

4    with Paradise, our first SCR, Muhlenberg County at Paradise

5    was not in a nonattainment area.  But certainly there were

6    nonattainment counties around it.

7    Q.    For example, the Bull Run plant?

8    A.    Yes.

9    Q.    In that state, is that the only nonattainment area?

10   A.    Yes.  Anderson County was a nonattainment.

11   Q.    So it was in TVA's interest to lower the NOx at that

12   plant, in order to have that area not being a nonattainment?

13   A.    Yes.

14   Q.    You spoke a little bit about Clean Air Interstate Rule.

15   I imagine that you're quite familiar with that rule.  That

16   rule is a fairly complex rule, wasn't it?

17   A.    It was.

18   Q.    And there was a series of modeling runs done with the

19   integrated planning model to support that rule?

20   A.    I'm aware of them.

21   Q.    And there was a series of air quality models run to

22   support that rule?

23   A.    There were.

24   Q.    And there were models run for different cost scenarios?

25   A.    Cost scenarios -- now, I may have missed some of the

Laura Andersen, RMR 704-350-7493

1    subtles in the technical support documents.  But I know they

2    were cost effective.  They were looking at cost effective

3    parameters so, yes.

4    Q.   In any event, it was a fairly complicated rule?

5    A.   Yes.  And extensive technical support documents that

6    went along with it with a variety of analysis.

7    Q.   Are you aware of the volume of comments that were filed

8    with the EPA with regard to those rules?

9    A.   I know them to be extensive.

10   Q.   And you are aware there were -- several petitions were

11   being brought in the D.C. Circuit with regard to that rule?

12   A.   Yes, I am familiar with that.

13   Q.   But is it your testimony that the Clean Air Interstate

14   Rule was not a significant driver of emissions reductions?

15   A.   Well, the way I characterize the Clean Air Interstate

16   Rule is that it -- I think what I said was, it packaged

17   emission reductions.

18        As EPA's looking at programs to move forward on

19   National Ambient Air Quality Standards, regional haze,

20   mercury and a lot of things, that's been a -- there was an

21   intent to get multi-pollutant legislation out there that

22   would set, what are the obligations for emission reductions

23   from coal-fired utilities.

24        First with the Clear Skies legislative approach.  And

25   then it translated into an EPA approach that walked through

1    with the Clean Air Interstate Rule.

2         And it in essence was a multi-pollutant report.  It

3    looked at the obligation of coal-fired sources in the east,

4    to have -- that were emissions here, to set caps to bring

5    those emissions down.

6         And as that came down, it would package them so that

7    EPA could move forward in a variety of other rule making.

8         So, in and of itself, was it the driver or was it the

9    underlying driver.  I characterize it as a packaging.  But

10   it was a significant rule.

11   Q.   In your experience, would EPA engage in a complicated

12   and technical rule making that generated so many extensive

13   comments if it was not an significant law?

14   A.   There's extensive comments on a lot of EPA's rules.

15   But this was a very extensive rule.  This was a very

16   prominent rule by this EPA.

17   Q.   It would have resulted in significant emissions

18   reductions throughout the region, wouldn't it?

19   A.   Yes.

20   Q.   Now you're familiar with TVA's historical emissions; is

21   that correct?

22   A.   Yes, I am.  More in the later years.

23   Q.   Okay.  And you are -- but you are familiar with their

24   emissions going back to say 1980?

25   A.   Yes.

1   Q.   And those emissions are put up on, not only the TVA's

2   web site, but the EPA's web site?

3   A.   Indeed.

4   Q.   If I were to ask you detailed questions about what

5   those year-to-year emission levels, would you be able to

6   give me year-to-year emission levels?

7   A.   I don't have year-to-year, but I'm familiar --

8   generally familiar with them.

9   Q.   If I were to show you data from Clean Air Markets

10  Division, would that refresh your recollection?

11  A.   I'm sure that it would.

12  Q.   I want to show you what's marked for identification as

13  Plaintiff's Exhibit 503.

14       Would you recognize this as a document that was put

15  before you at your deposition?

16            MS. GILLEN:  I'm sorry, Your Honor.  I don't think

17  we have a copy.  I am being shown on the screen, but I don't

18  think we've been provided with a copy of this exhibit.

19            MR. BERNSTEIN:  (Handing copy to Ms. Gillen.)

20            Your Honor, if you would like I could hand you a

21  paper copy.

22            THE COURT:  Yes.  A hard copy, that might make it

23  easier.

24            Let's take our mid-morning break and then we will

25  start on this exhibit when we come back in.

Laura Andersen, RMR 704-350-7493

1  (A brief recess was taken in the proceedings; after which,

2  the following occurs:)

3  Q.   (Mr. Bernstein) Mr. Myers, when last we left we had

4  taken our first look at Plaintiff's Exhibit 503.  You have

5  seen this exhibit previously, haven't you?

6  A.   I think I recall it.

7  Q.   Now, the numbers that are on this exhibit appear to be

8  accurate to you?

9  A.   They appear to be accurate.  And this is for the TVA

10 system.

11 Q.   Well, let's orient ourselves to the chart here.  What

12 is on top appears to be TVA's historical emissions; is that

13 correct?

14 A.   Yes.

15 Q.   And what's on the bottom appears to be historical

16 emissions of Duke and Progress?

17 A.   It does.

18 Q.   And all those numbers appear to be correct to you?

19 A.   They appear to be correct.  They also appear to include

20 emissions from our -- in recent years from our combustion

21 turbines.  So it might include both emissions from

22 coal-fired plants and turbines.  But it's close.  I think

23 it's very close.

24 Q.   And in the third column over from the left, that's

25 labeled SO2 rates in pounds per million BTUs.  You testified

Laura Andersen, RMR 704-350-7493

1    before, that that's a rate that's commonly used to evaluate

2    rates?

3    A.    Yes.

4    Q.    And do those numbers appear to be correct?

5    A.    They appear to be correct.

6    Q.    In the fifth column over we also have NOx rates.  And

7    do those also appear to be correct?

8    A.    Yes, they do.

9    Q.    Now let's take a look back at 1980.  In 1980, why do we

10   compare emissions rates of TVA to that of Duke and Progress?

11   Does it appear that the rate for TVA for SO2 is

12   significantly higher than that of Progress and Duke?

13   A.    It is.

14   Q.    And would you characterize that as an apples to apples

15   comparison of the two systems?

16   A.    Yes.

17   Q.    And back in 1980, TVA was operating one scrubber at

18   Widows Creek, correct?

19   A.    To the best of my knowledge, yes, I think it was one.

20   Q.    So even then with TVA operating one scrubber, TVA's

21   emissions were three to four times higher than that of Duke

22   and Progress systems; is that correct?

23   A.    They were over three times.

24   Q.    Now in your testimony you focused somewhat on the year

25   1995.  My understanding of the significance of that was the

                    Laura Andersen, RMR 704-350-7493

1    beginning of the Acid Rain Program, right?

2    A.   Yes.

3    Q.   Now at that point in 1995 TVA had six scrubbers

4    operating, correct?

5    A.   Yes.

6    Q.   And that would be Widows Creek, two scrubbers, Paradise

7    two scrubbers and Colbert two scrubbers -- Cumberland,

8    excuse me, Cumberland, two scrubbers?

9    A.   That's right.

10   Q.   And those two Cumberland scrubbers, back in 1995, brand

11   new?

12   A.   Right.  They had just come on line.

13   Q.   If you look at 1995, it also appears again, that even

14   with those six scrubbers, TVA's emissions were at that time

15   still higher than Duke and Progress' emissions with regard

16   to SO2 on a rate basis; is that correct?

17   A.   That's correct.

18   Q.   Finally in 2001, it appears that TVA finally caught up

19   on a rate basis with regard to SO2; is that correct?

20   A.   Yes.

21   Q.   So at least according to this chart and previous

22   testimony, it took TVA 21 years to catch up to Duke and

23   Progress, at least?

24   A.   I'm having difficulty with the "catch up", but, yes,

25   the environmental performance was equal in -- as we've said

1    in -- yes.

2    Q.   If we took this chart back to the 50s and 60s, would

3    you expect TVA's emissions to be, on a rate basis, to be

4    lower than TVA's?

5    A.   I really don't have knowledge much past '77 of TVA's

6    emissions.  But I would assume that, you know, they would

7    have been -- we would have burned available coals, that they

8    would have been, on a rate basis, relatively high in those

9    years.

10   Q.   Okay.  The emissions over the years is important

11   because acid deposition is cumulative in its effects, is it

12   not?

13   A.   Yes.

14   Q.   So earlier reductions are important with regard to SO2

15   and acid deposition?

16   A.   Yes.

17   Q.   And TVA knew about the acid rain phenomenon in the late

18   seventies, didn't they?

19   A.   I would assume.

20   Q.   Are you familiar with TVA's web site?

21   A.   Yes.

22   Q.   And are you familiar with the -- there's a section on

23   the web site that discusses acid rain?

24   A.   Yes.

25   Q.   I want to show you what's marked Plaintiff's Exhibit

1    508.

2         May I approach, Your Honor?

3              THE COURT:  Yes.

4    Q.   (Mr. Bernstein) If you go to page four, I believe, of

5    that document, under "Acid Rain Monitoring", can you read

6    the first sentence there?

7    A.   Yes.  "Acid rain emerged as a major environmental issue

8    in the late seventies and in the early eighties."

9    Q.   And it would be safe to assume that there was a major

10   environmental issue emerging, TVA would have been aware of

11   that?

12   A.   They would have.

13   Q.   So we can conclude that TVA knew about acid rain back

14   in the late seventies and early eighties?

15   A.   Oh, in the late seventies and early eighties, yes.

16   Q.   Yet throughout the 1980s and into the early nineties,

17   TVA's emissions didn't reduce, did they?

18   A.   There's some reduction from the eighties to the

19   nineties.

20   Q.   And what are you basing that on?

21   A.   I guess the chart that you provided me showed moving

22   from basically 1.6 million tons down to 1.1 million tons.

23   Q.   From the time TVA completed its compliance with consent

24   decrees of the late seventies, to the time that TVA began

25   its compliance efforts for acid rain, did TVA engage in any

1    construction of emission control devices for SO2?

2    A.   I'm not trying to avoid the question, I'm just wanting

3    to make sure I understand it.

4         I know that we built scrubbers in the Widows Creek in

5    the seventies, and then we built scrubbers in the eighties

6    at Paradise.  So I hate to ask you to --

7    Q.   Were the scrubbers at Paradise completed in early

8    eighties?

9    A.   Yes.

10   Q.   Between the -- and those were for compliance with the

11   consent decrees, correct?

12   A.   I don't know.  I don't know.

13   Q.   Between the completion of the scrubbers at Paradise and

14   the TVA embarking on its compliance efforts for Title 4,

15   there were no major capital investments in order to reduce

16   SO2, were there?

17   A.   That's correct.

18   Q.   Even though all that time TVA knew that acid rain was a

19   problem?

20   A.   We are aware of the issue.

21   Q.   If you'll take a look back at the chart, I want to talk

22   about TVA's emissions between the year 2000 and the year

23   2006.  Can you confirm for each one of those years TVA

24   emissions exceeded a total of 430,000 tons of SO2?

25   A.   Yes.

1    Q.   Let's also take a look at the chart, let's talk about

2    NOx for a second.

3         TVA's NOx rate, its overall NOx rate, is higher than

4    the NOx rate for Duke and Progress Energy for every year on

5    this chart, isn't it?

6    A.   Yes.

7    Q.   And TVA's NOx rate was higher in 2007?

8    A.   Its annual NOx rate.

9    Q.   And you would expect it to be higher in 2008, wouldn't

10   you?

11   A.   Annual NOx, yes.

12   Q.   It was your testimony that TVA's emissions from its

13   Tennessee plants, is lower than -- or roughly equivalent or

14   possibly slightly lower than Duke and Progress with regard

15   to summer ozone season?

16   A.   Yes.  They are right on top of each other.

17   Q.   And the summer ozone season is five months of the year?

18   A.   It is.

19   Q.   And Tennessee plants represent about 50 percent of the

20   TVA system, by capacity?

21   A.   I would -- I think that would be close.

22   Q.   Okay.  So with regard to TVA's NOx rate being lower for

23   the summer months, we're talking about half their system for

24   less than half the year?

25   A.   Yes.

1    Q.   TVA can run SCRs year-round, can't they?

2    A.   We are getting them in the position to be able to do

3    that.

4    Q.   But they can do that prior to 2009; isn't that true?

5    A.   I'm not sure that all of them could, but certainly

6    we're going through winterizing operations, getting them

7    ready for a full annual operation in January '09, yes.

8    Q.   Mr. Myers, I'm going to hand you the original copy of

9    your deposition, with the court's permission.

10        THE COURT:  All right, sir.

11   Q.   (Mr. Bernstein) Mr. Myers, let's look at page 66.  On

12   the top of that page, Mr. Myers, does it appear that I asked

13   you, "It should be possible for TVA to run these SCRs

14   year-round prior to 2009, shouldn't they?

15   A.   Yeah, possible.

16   Q.   And your response was, "I would think so"?

17   A.   Yes.

18   Q.   So TVA can run those year-round now; isn't that true?

19   A.   Yeah.  To the best of my knowledge, I think now in 2008

20   we can.

21   Q.   But you're not running them year-round, are you?

22   A.   No we're not.

23   Q.   Okay.  And you're not doing that because you're not

24   required to; isn't that correct?

25   A.   It hasn't been in our plan.

Laura Andersen, RMR 704-350-7493

1    Q.    Why hasn't it been in your plan?

2    A.    Certainly our plan was -- was to comply.  And certainly

3    we set up programs to achieve compliance.  And we looked at

4    what programs that would -- what that would do, and those

5    seem consistent.  And that's what we based our plans on.

6    Q.    In the Clean Air Industry Rule, EPA did some modeling

7    for particulate matter, correct?

8    A.    They did.

9    Q.    And based on that modeling, EPA wrote a rule for

10   required NOx reductions year-round, in order to mitigate

11   particulate matter, correct?

12   A.    They did.

13   Q.    And EPA is the expert federal agency with regard to the

14   Clean Air Act and Clean Air issues, is it not?

15   A.    It is.

16   Q.    So it's EPA's opinion that those NOx reductions,

17   outside of the ozone season, are important for particulate

18   matter, correct?

19   A.    I mean, our view of it is that NOx emissions have a

20   very minor role in particulate formation.

21         When you look at what drives formation, what we're

22   trying to go is PM 2.5, fine particulate matter.

23         When you really look at what's driving the overall air

24   quality improvement, it's SO2.

25         Now, is there a minor component from NOx; yes.  And as

Laura Andersen, RMR 704-350-7493

1  such, we are looking at that.  And there is a minor

2  improvement in particulate from annual NOx -- operation of

3  NOx and we're looking at that.

4  Q.  But you're not planning on running your SCRs year-round

5  in advance of 2009, are you?

6  A.  No we're not.

7  Q.  Now, last year TVA ran its SCRs early; is that correct?

8  A.  Yes we did.

9  Q.  But that was to accumulate credits for CAIR, wasn't it?

10  A.  No, not necessarily.  It did -- that operation did earn

11  some early reduction in what would have been early

12  reductions in the CAIR program.  But we really did it for

13  ozone control.

14      Certainly as we -- as I discussed with the park -- you

15  know, that we were requested by the park on them showing

16  some data with some high ozone days in the park, we ran

17  those for that purpose.  And we ran them well in excess of

18  what we earned in early reduction credits.

19  Q.  Mr. Myers, I would like to refer you to page 58 of your

20  deposition.

21      At page 58, I asked you at that point why you ran those

22  SCRs in the April timeframe.

23      And your answer was, "We've done that to gain early

24  reduction credits in the Clean Air Interstate Rule as

25  provided for in the Clean Air Interstate Rule"; isn't that

1    correct?

2    A.   Yeah, and that is true.  I might add that, if we had

3    chose them just for early reduction credits, we could earn

4    them much more cheaply at our Allen facility, than we could

5    our Bull Run and Kingston facility that are located at the

6    park.

7         As you are aware, Allen is a cyclone unit with high NOx

8    rate.  And as such, if we were earning them on a strictly

9    dollar basis for compliance purpose with the Clean Air

10   Interstate Rule, looking at a dollar per ton, we could have

11   earned those early reduction credits at Allen, cheaper than

12   we could of at either Bull Run or Kingston.

13        And such, we could have achieved the full Tennessee

14   early reduction compliance at Allen.

15        However, we chose to operate those units at Bull Run

16   and Kingston for ozone.  Now we did -- we did run them and

17   we did -- we were set up to get early reduction credits for

18   them.  But where we ran those units, was based on what it

19   would do on air quality, more so than a straight economics.

20   Q.   But you didn't point that out at your deposition, did

21   you?

22   A.   I did not.

23   Q.   And your answer was simply, we've done that to gain

24   early reduction credits in the Clean Air Interstate Rule, as

25   provided for by the Clean Air Interstate Rule, right?

Laura Andersen, RMR 704-350-7493

1    A.    That's what it appears here on page 58, yes.  And that

2    was my answer.

3    Q.    Okay.  All right.  I want to -- we took a tour of your

4    facilities before.  And I enjoyed it so much I would like to

5    do it again.  I would like to do it a little differently

6    this time as you probably imagine.

7    A.    We would welcome it.

8    Q.    I would like to put on the screen what we marked as

9    north Carolina Exhibit 505, that page you used to

10   demonstrate your controls?

11   A.    Yes.

12   Q.    Does this look like the document that's been admitted

13   into evidence as Defendant's 2?

14   A.    With some minor modifications.

15   Q.    Would those be nonsubstantive modifications?

16   A.    I would think so.

17   Q.    Mr. Myers, TVA announced scrubbers at the Colbert,

18   Kingston, John Sevier and Bull Run plants in the year 2002,

19   correct?

20   A.    We announced we would be deploying those

21   technologies -- that those were the plants where we would be

22   deploying our SO2 reduction technology, yes.

23   Q.    TVA did not break ground on a single one of those

24   scrubbers until the CAIR rule was finalized; isn't that

25   correct?

1   A.   I don't know.  I don't know when we broke ground.

2   Q.   Have you broken ground yet on the John Sevier scrubber?

3   A.   No, we have not.

4   Q.   Have you broken ground yet on the Colbert scrubber?

5   A.   No, we have not.  I do know we signed the contract well

6   in advance of CAIR's -- actually, it was still in draft

7   form.

8        MR. BERNSTEIN:  If we could have just a minute,

9   Your Honor.

10  (Pause.)

11  Q.   Mr. Myers, I would like to show you what has been

12  admitted into evidence as North Carolina's 443.

13       Gary, if you will show page 11.

14       Now, Mr. Myers, do you see at the bottom of the page

15  where there is a request that TVA admitted that it broke

16  ground on the construction of the FGD at the Bull Run

17  facility in 2005?

18  A.   Yes.

19  Q.   And TVA's response to that is admitted; is that

20  correct?

21  A.   Yes.  Yes.

22  Q.   Then with regard to request number 27, can you read

23  that for the record?

24  A.   Yes.  That -- that was 27?

25  Q.   Move it up so we can see request 27.

Laura Andersen, RMR 704-350-7493

1    A.    Yes.    Admit that TVA broke ground on construction of

2    the FGD at Kingston fossil plant in 2006.    And the response

3    was admitted.

4    Q.    And the Clean Air Interstate Rule was finalized early

5    in 2005, correct?

6    A.    Yes.

7    Q.    And so does it appear that TVA did not break ground on

8    the Kingston and Bull Run scrubbers until after CAIR was

9    finalized?

10   A.    Breaking ground, it appears true.

11   Q.    Is it true that all of those -- all of those scrubbers

12   were scheduled for compliance with the Clean Air Interstate

13   Rule?

14   A.    Certainly the emission reductions from those programs

15   would have allowed us to continue with a self-compliant

16   strategy with the Clean Air Interstate Rule.

17         And to do so, on a self-compliant strategy, and really

18   satisfy our obligations under a lot of other rules like PM

19   2.5, we had certainly in our regions some fine particulate

20   nonattainment areas.

21         And certainly as we look at our contribution to that,

22   building those sources was important to move forward in

23   those regards.

24   Q.    Do you know what the current schedule is for the

25   Colbert scrubber is?

Laura Andersen, RMR 704-350-7493

1   A.   It's currently under design and review right now, no

2   date announced.

3   Q.   No date announced.

4        With regard to the Sevier scrubber, Kingston scrubber

5   and Bull Run scrubber, can you tell me how many of those

6   scrubbers are operating now?

7   A.   In operation?

8   Q.   Yes.

9   A.   None.

10  Q.   You announced SCRs on Colbert and Sevier plants

11  concrete?

12  A.   We have an SCR on Unit 5 at Colbert.

13  Q.   But you announced SCRs on Units 1 through 4 as well?

14  A.   Appears we have.

15  Q.   And you have announced SCRs for the four units at John

16  Sevier?

17  A.   Yes we have.

18  Q.   What is this current schedule for the scrubbers and

19  SCRs at Sevier?

20  A.   Yes.  Those SCRs at John Sevier, will be constructed

21  after -- like I testified once we -- once we build the

22  scrubber and make physical arrangements to have places

23  available in the John Sevier plant for those scrubbers, they

24  will be installed in -- one will be installed in 2014 -- in

25  mid 2014 -- be installed in 2014, ready for an operation on

Laura Andersen, RMR 704-350-7493

1    early 15.  And then the other ones coming in some months

2    later.

3    Q.   Mr. Myers, can I ask you what document you just

4    referred to?

5    A.   It was my Exhibit 2.

6    Q.   And you have your notes on there with regard to when

7    things are in operation?

8    A.   I do.

9    Q.   How many of those SCRs that we just talked about are

10   operating right now, the four at Sevier and Colbert?

11   A.   None.

12   Q.   Now you've planned some fuel switches as well, to

13   potentially reduce SO2; is that correct?

14   A.   That's correct.

15   Q.   But there's nothing requiring you to engage in those

16   fuel switches, is there?

17   A.   Other than progress in regional clean air improvements.

18   Q.   Restate the question.  Are there any requirements that

19   will make you engage in those fuel switches?

20   A.   No.  We certainly see that the regulatory future will

21   be more constricted in the future.  And as you've seen what

22   we have had with steady systematic reductions, we see the

23   need to continue those reductions.  We see the need with PM

24   2.5, SIP, with regional haze, with a variety of other

25   things, that it's going to be important to lower SO2, even

1    in anticipation of more constricted regulatory future.

2        So we're planning to systematically reduce our SO2.  To

3    be in a position to comply with what future rules come out

4    and to meet regulatory requirements.

5    Q.   Clean Air Interstate Rule was one of those regulatory

6    requirements, wasn't it?

7    A.   It certainly was.

8    Q.   And we don't have that rule any more, do we?

9    A.   It's been vacated by the Court.  I don't think the

10   mandate's in.  But it certainly appears that it's vacated --

11   it appears to be vacated.

12   Q.   And there have been new National Ambient Air Quality

13   Standards before PM 2.5, 24-hour and ozone 8-hour, correct?

14   A.   There have been.

15   Q.   And there are lawsuits pending with regard to those as

16   well?

17   A.   Yes.

18   Q.   So the certainty of those regulatory requirements is

19   not so certain?

20   A.   Litigation -- you know, as in all rules, litigation is

21   there.  We certainly see that there -- there's uncertainty,

22   but we think they're coming.  We think that EPA will do what

23   it said it would do on those dates, naming nonattainment

24   areas for the new 8-hour ozone standard in March --

25   March 2010.  We're using that as a pretty good certainty.

1   Q.   You indicated, Mr. Myers, on the chart that's before

2   you, that there were several units burning which you have

3   called low sulfur coal; is that correct?

4   A.   Yes.

5   Q.   The John Sevier plant is burning what's called Central

6   Appalachian 1.2; is that correct?

7   A.   Yes.

8   Q.   Th Bull Run plant burning is Central Appalachian 1.2;

9   is that correct?

10  A.   I think it was closer to a 1.3 last year.

11  Q.   Okay.  That's fine.  Now Kingston's burning a blend,

12  right?

13  A.   They are burning a blend.

14  Q.   And the equivalent rate of that blend is somewhere in

15  the area of 1.2, is it not?

16  A.   To the best information I have of last year, we were

17  right around a 1.0 pounds per million BTUs.

18  Q.   Now none of those are really low sulfur coal; isn't

19  that correct?

20  A.   We think of them as low sulfur coal.

21  Q.   You sure you don't think of them as medium sulfur coal?

22  A.   No.  Not in our nomenclature.

23  Q.   Mr. Myers, I want to refer you to page 43 of your

24  deposition.  At that point I would like you to read page 43,

25  lines 14 to 17?

1    A.    Yes.

2          So, yeah, this was in my testimony, and the lines you

3    requested were?

4    Q.    The sentence that says, so coming across the system?

5    A.    So coming across the system, John Sevire burns an

6    Appalachian Coal, a relatively medium sulfur coal, around a

7    1.4, I think, but in that range.  Then you come across our

8    systems pretty much --

9    Q.    That's sufficient.

10   A.    Yeah.

11   Q.    Thank you.

12   A.    Yeah.

13   Q.    So the coal that's being burned at John Sevier, which

14   at that point you termed a 1.4 coal, the things in that

15   range, you called a medium sulfur coal, correct?

16   A.    Yeah.  Generally we think of -- if you're 1.2 and

17   below, you're low sulfur.  1.2, above that up, to two and a

18   half pounds, kind of -- or 2 pounds, a medium sulfur.

19   That's kind of the range we see.

20   Q.    At Kingston you said was a 1.3 last year?

21   A.    One -- Bull Run.

22   Q.    Bull Run was 1.3?

23   A.    Yes.

24   Q.    So that's above 1.2?

25   A.    Yes.

1    Q.    And that's medium sulfur?

2    A.    I guess, yes.

3    Q.    So that's not a low sulfur?

4    A.    That's not a low sulfur.

5    Q.    And the other ones burned at John Sevire, 1.2, would

6    that be the absolute high end of low sulfur coal?

7    A.    Yes.  I believe I stated it was -- last year it burned

8    at 1.16 pounds per million.

9    Q.    And you're burning these coals to meet Title 4, and

10   to -- well, eventually Clean Air Interstate requirements

11   that were vacated; isn't that correct?

12   A.    Yes.

13   Q.    So if you wanted to stop burning low sulfur coal at any

14   particular plant, you could switch to a higher sulfur coal,

15   right?

16   A.    That's a complicated -- that's a complicated statement.

17         You know, obtaining higher sulfur coals at all plants,

18   but certainly we have fuel flex -- we have some fuel

19   flexibility.

20   Q.    There's nothing in the regulatory requirements that

21   would prohibit you at any particular plant, to switch to a

22   higher sulfur coal?

23   A.    That's true.

24   Q.    So if there was a scrubber installed at Bull Run,

25   reducing Bull Run's emissions, you could switch to a higher

1    sulfur coal at John Sevier?

2    A.    Regulatory -- yes.

3    Q.    Emissions still being equal, you still meet your Title

4    4 requirements, correct?

5    A.    That's possible.

6    Q.    And it's possible that your emissions would not go down

7    at all, as between those two plants?

8    A.    Under that scenario.

9    Q.    Now I think the last plant that I want to talk about is

10   Shawnee.

11         Shawnee is a little blue dot there, and it says,

12   existing scrubber.  But it doesn't really have a scrubber,

13   does it?

14   A.    Yeah.  That's been a hard one to characterize.  As I

15   stumbled over the name of a AFBC unit, it's a unit that's

16   inherently low SO2.  So we've invested in technology to

17   reduce SO2 at it.  And as we've come across, we've also

18   counted it at times as a scrubbed unit.

19   Q.    Do you know its emission rate?

20   A.    I don't.

21   Q.    Do you know the emission rate at Cumberland?

22   A.    I do.

23   Q.    And what is that?

24   A.    Cumberland on the SO2 emission rate --

25   Q.    Cumberland's a scrubbed unit?

Laura Andersen, RMR 704-350-7493

1   A.   Yeah, it's a scrubbed unit.  It's about a 0.19 pound

2   per million BTU.

3   Q.   And the emissions from Shawnee, the atmospheric flue

4   out there is significantly higher than that?

5   A.   It is higher than that.

6   Q.   So it's not meeting the level of a 13-year old

7   scrubber?

8   A.   Correct.

9   Q.   Essentially, Mr. Myers, your fleet-wide SO2 emissions

10  are set according to your SO2 requirements?

11  A.   Our fleet-wide SO2 limits are set by our Clean Air

12  Plan.  And that plan has a number of factors in it.

13  Certainly regulatory obligations, fuel supply, and a variety

14  of factors.

15  Q.   Your Clean Air Plan is not an enforceable document,

16  correct?

17  A.   That's true.

18  Q.   So your fleet-wide emissions SO2 -- your fleet-wide SO2

19  emissions, are ultimately capped by your Title 4

20  requirements?

21  A.   In terms of being capped, yes.

22  Q.   And Title 4 is a cap and trade program?

23  A.   It is.

24  Q.   And when I took your deposition last year, you were not

25  aware of any policy of TVA's that prohibited it from buying

1   more credits than it sells?

2   A.   Right.  At that time.

3   Q.   And now, when this lawsuit is pending, now TVA has such

4   a policy?

5   A.   Part of our strategic plan, our 2007 strategic plan.

6   Q.   Thank you.  I would like to talk to you now about your

7   Memorandum of Undertaking, which I believe was Defendant's

8   Exhibit 167.

9   A.   Yes.

10  Q.   Let's take a look at the third physical page, which is

11  the first page of the Memorandum of Undertaking?

12  A.   Yes.

13  Q.   I would like to direct your attention to the fourth

14  whereas clause.

15       Does this whereas clause indicate that there are a

16  number of air quality problems that require special

17  attention, and that one of those issues is continued

18  maintenance of air quality standards in large urban areas,

19  in cities of Tennessee?

20  A.   Yes.

21  Q.   But at the time EPA, excuse me -- now I've done it.

22       At the time TVA signed that document, several of the

23  areas in Tennessee were not actually maintaining their

24  standards?

25  A.   All right.  Now in 2000, I'm trying to think through.

1   Most everywhere in 2000 was.  I know Memphis had some

2   issues.  But the new 8-hour ozone standard, I guess my

3   recollection is, that that's when the nonattainment areas

4   popped up.

5       That certainly at the time of 2000, I think most of the

6   area in our service region was in attainment.

7   Q.   But the 8-hour standard was coming into play at that

8   time?

9   A.   It was in play.

10  Q.   And ultimately, several areas in the State of Tennessee

11  were designated nonattainment?

12  A.   Yeah.  Some three years -- three or four years after

13  this document.

14  Q.   And during this -- when this document was signed, the

15  date it was available, that would have showed that those

16  areas would eventually be nonattainment by an 8-hour

17  standard?

18  A.   Yes.  I think that's what this whereas indicates that,

19  you know, we saw some -- we saw that there was issues with

20  attaining that level -- maintaining current standard and

21  looking at the new standard, yeah.

22  Q.   Now, turning your attention again to this whereas

23  clause, one other item that's noted as an important issue

24  was visibility in the Great Smoky Mountains National Park,

25  correct?

Laura Andersen, RMR 704-350-7493

1    A.    It was.

2    Q.    Let's go back to nonattainment, actually.

3          The greater Knoxville area is still a nonattainment

4    area for ozone at the old standard, correct?

5    A.    When you say the old standard?

6    Q.    The eighty-five part per billion standard?

7    A.    Yes, the 1987 standard.  It achieved the 1-hour

8    standard -- it achieved the 1-hour standard, but it is

9    currently not attainment for the '97, yeah.

10   Q.    I guess the '87 standard would be the very old

11   standard?

12   A.    Yeah, the very old standard.

13   Q.    The greater Knoxville area nonattainment area under the

14   old standard, includes part of the Great Smoky Mountains

15   National Park, does it not?

16   A.    It does.

17   Q.    And John Sevier plant, the NOx emissions at the John

18   Sevier plant, impact that nonattainment area, correct?

19   A.    I would assume some emissions do.

20   Q.    And John Sevier does not have any SCRs on it right now?

21   A.    It doesn't have SCRs.  As we said, Unit 1 as an SNCR

22   type of equipment, the H-E-R-T, Unit 1.

23   Q.    So you have one unit control at John Sevier with a what

24   you call a mid-level NOx control?

25   A.    Yes.

1  Q.   Under the new standard, the 75 part per billion

2  standard, the area near John Sevier is a nonattainment

3  standard?

4  A.   (Indicating.)

5  Q.   The area near the John Sevier plant is not attaining

6  currently, the new standard?

7  A.   I haven't reviewed that data, but currently the 75

8  standard is going to be a challenge for that area.

9  Q.   Now, under the 75 part per billion standard, also the

10  north central area of Tennessee would not be attaining the

11  standard right now either, would it?

12  A.   The north central part of Tennessee?

13  Q.   Um—hmm.

14  A.   The area above Nashville?

15  Q.   Yes.

16  A.   Yes.

17  Q.   That area is not currently attaining the 75 parts per

18  billion standard?

19  A.   Well, there is not an attainment demonstration.  But

20  it's monitoring levels above what would be the 75 standard.

21  Q.   So the people in that area, are breathing in air that

22  is not attaining currently the 75 parts per billion

23  standard?

24  A.   The ambient air quality -- the ambient air up there

25  that's being measured in those monitors is above the new --

Laura Andersen, RMR 704-350-7493

1    the 75 part per billion standard.

2    Q.   TVA's Gallatin and Johnsonville plants are near that

3    area, are they not?

4    A.   They are.

5    Q.   And Gallatin plant does not have a SCR and or SNCR,

6    does it?

7    A.   It does not.

8    Q.   And of Johnsonville's ten units, two have the SNCR and

9    none have the CR?

10   A.   Correct.

11   Q.   Now under the 75 parts per billion standard, the north

12   central area of Alabama is also not attaining, correct?

13   A.   Again, I would prefer to say measuring above the

14   standard, rather than getting it into an attainment.

15   Q.   That's fine.  It is currently above the standard?

16   A.   Yeah.

17   Q.   Whether designated or not?

18   A.   Yeah, that's right.  Without the designation, yes.

19   Q.   How many Colbert's five units have SCRs?

20   A.   The largest, Unit 5.

21   Q.   And only two of Widows Creek eight units have SCRs,

22   correct?

23   A.   Again, the largest two.

24   Q.   And you would expect those units, the NOx emissions

25   from those units to have an influence on ozone areas that we

Laura Andersen, RMR 704-350-7493

1    just spoke about?

2    A.    Yes.

3    Q.    Now the Nashville area was nonattainment under the old

4    standard until about three months ago, correct?

5    A.    Well, it was, you know, it was much like areas here in

6    North Carolina.  It was designated nonattainment.  But the

7    effective date of that designation was stayed, due to its --

8    due to filing and corrective implementation of a --

9    Q.    Of early action compact?

10   A.    Yes.  Right.

11   Q.    But it received that treatment because its air quality

12   measured above the standard?

13   A.    It --

14   Q.    There would have been no reason to do an early action

15   compact in that area if it was in attainment, correct?

16   A.    You are correct.

17   Q.    And the current design value for that area is only

18   slightly below the 85 part per billion standard, correct?

19   A.    It is.

20   Q.    So it's right on the cusp of nonattainment?

21   A.    It is.

22   Q.    Under the right weather conditions, it would be right

23   at nonattaining -- it would be nonattaining again, wouldn't

24   it?

25   A.    It showed steady improvements in the area.  But it

1   is -- it is close to the 84 limit.

2   Q.   Now, if there was an effort to cut 20 parts per billion

3   of ozone from that area, that would be a good thing to do,

4   wouldn't it?

5        If there were a way to reduce that ozone by 20 parts

6   per billion?

7   A.   Getting pretty low, but yes, I mean --

8   Q.   That would certainly help it maintain its attainment

9   status, would it not?

10  A.   Certainly with regard to the attainment status, that

11  would be a good thing.

12  Q.   And it would certainly help it attain and maintain new

13  standards, wouldn't it?

14  A.   It would.

15  Q.   And it would be a general benefit to the folks in that

16  area, wouldn't it?

17  A.   The air quality benefit would be.

18  Q.   The air quality benefit would be.  Are you familiar,

19  sir, with the Environmental Research Center of the Tennessee

20  Valley Authority?

21  A.   I am.

22  Q.   And what does the Environmental Research Center do?

23  A.   Well, its morphed into several different things, but

24  it's been a lot of our research arm.

25  Q.   Does that research arm put out studies?

1    A.    They do.

2    Q.    Are you aware of a study performed with regard to

3    Gallatin and Johnsonville plants?

4    A.    Not --

5    Q.    Excuse me, Gallatin and Cumberland plants?

6    A.    No, I'm not.

7              MR. BERNSTEIN:   Your Honor, request permission to

8    hand this up.

9              Mr. Myers, I would like to ask you if you are

10   familiar with the conclusion of this study that the ozone

11   impact of Gallatin on Nashville, can exceed that of

12   Cumberland.   And unfavorable conditions transport -- of the

13   transport of the chemical conditions, both power plants can

14   contribute as much as 50 parts per billion of excess ozone

15   to the urban area, raising local peak levels well in excess

16   of 100 parts per billion?

17   A.    I see that in the report, and now I am familiar with

18   this report.

19   Q.    Does this report appear to be a journal -- an article

20   that was published in the Journal of Geophysical Research?

21   A.    It does.

22   Q.    Does this report appear to be an article written by the

23   Environmental Research Center of the Tennessee Valley

24   Authority, Muscle Shoals, Alabama?

25   A.    It does.

1  Q.   Does it appear that the date of this report is

2  September 20, 1988?

3  A.   It was published, yes, it looks like that was the date,

4  yes.

5  Q.   And if you will turn to page 22613 of this document.

6  A.   Yes.

7  Q.   Does it appear there in the first column under

8  "Conclusions", about the third line, that at that time the

9  Nashville area was a nonattaining area?

10  A.   Under part five, "Conclusions".

11  Q.   About the third or fourth line.

12  A.   Yes.  Yes.  The Nashville urban ozone nonattainment

13  area.  Right.  That was associated with the 1-hour standard

14  that we discussed, the very old standard.

15  Q.   And considering that this report was published in the

16  Journal of Geophysical Research and performed by The

17  Environmental Research Center of the Tennessee Valley

18  Authority in Muscle Shoals, Alabama, indicates that these

19  plants can have an impact, as much as 50 parts per billion

20  excess ozone, to this urban area, which was in

21  nonattainment.  Can you tell me what Tennessee Valley

22  Authority has done to rectify this situation?

23  A.   Yes.  Certainly our Cumberland plant, we put state of

24  the art selective catalytic reduction systems on.  As I

25  previously testified, those units were in excess of

1    $160 million a piece.

2        Then at Gallatin, while it doesn't have an SCR, it's

3    performance level, right now current performance level with

4    Nitrogen Oxide, is down around .15 pounds BTU.

5        This level is at a level lower than what our initial

6    SCRs came out.  It was a level really conceived in this time

7    frame as what the performance level in SCR was.  Since then,

8    SCR's performance has improved.

9        That to say it's a very low level.  Gallatin produces

10   NOx at a very low level.  We have done that through the

11   combination of low NOx burners and fuels.

12   Q.    Mr. Myers, are you aware that the Clean Air Interstate

13   Rule final level for NOx, was set at an equivalent level of

14   .125 pounds per billion BTU?

15   A.    I am aware that was the 2015 -- that was the allocation

16   basis for the 2015 budget.

17   Q.    And that was a -- that was an average rate for the

18   entire coal-fired fleet in the Eastern United States?

19   A.    It was.

20   Q.    And so that indicates that it's possible for plants to

21   achieve significantly lower than that rate, correct?

22        Let me ask you this way, are you aware that modern SCRs

23   can achieve rates around .07 pounds per million NOx per

24   million BTU?

25   A.    I am.

1          MR. BERNSTEIN:  We would like to mark this study

2     as Plaintiff's Exhibit 491, and ask it be admitted.

3          May I approach with a sticker for the document?

4          THE COURT:  Yes, sir.

5          MR. BERNSTEIN:  Thank you.

6     (Plaintiff's Exhibit Number 491 having been marked, was

7     received in evidence.)

8     Q.   (Mr. Bernstein) Mr. Myers, I want to talk about PM

9     nonattainment areas for a second.

10         The Chattanooga area, is that nonattainment for

11    particulate matter?

12    A.   Yes, for fine particulate matter.

13    Q.   Fine particulate.  And that's right down wind from your

14    Widows Creek Plant; is that correct?

15    A.   Not far from our Widows Creek.

16    Q.   And in fact, the Widows Creek plant itself is ensconced

17    in a very small nonattainment area, is it not?

18    A.   It is.

19    Q.   We won't go into the reasons for that, but it is what

20    it is.

21         And Widows Creek has six units that are NOx drive,

22    correct?

23    A.   That's true.

24    Q.   And you would expect SO2 reductions at the Widows Creek

25    plant to benefit Chattanooga PM nonattainment area, would

1   you not?

2   A.   They would have some benefit.

3   Q.   Now, the Knoxville area is also nonattainment for

4   particulate matter; isn't that correct?

5   A.   Yes, for fine particulate matter.

6   Q.   And the Knoxville area, the nonattainment area

7   encompasses both Bull Run and Kingston?

8   A.   It does.

9   Q.   And neither one of those plants is currently scrubbed,

10  correct?

11  A.   No.

12  Q.   I would like to now direct your attention to what's

13  been admitted into evidence as Plaintiff's 11.

14       Are you familiar with this document, sir?

15  A.   I am generally familiar that it exists.  And I have

16  read certain pieces of it.

17  Q.   Were you more familiar with it in March of 2005?

18  A.   I was more familiar with it back in those days, yes.

19  Q.   I want to direct your attention to -- can you tell me

20  what this document is?

21  A.   It is the technical support document published by the

22  Environmental Protection Agency, that supports the

23  development of their Clean Interstate Rule making.

24            MR. BERNSTEIN:  Your Honor, you can find this

25  document in Plaintiff's Trial Binder 2.  And I apologize for

1    not directing that to you sooner.

2            THE COURT:  All right.  I have it.  Thank you.

3    Q.   (Mr. Bernstein) Mr. Myers, we're going to look at --

4    Mr. Myers, I want to direct you to -- well, let's look at

5    the next page.  And is that -- do you know what Appendix H

6    of this document is?

7    A.   It appears that it is PM 2.5 contributions to each

8    nonattainment county in 2010.

9    Q.   If we go to the next page.  Now on this page, do you

10   see EPA's modeled contributions in micrograms per meter

11   cube, from various upwind states to various downwind

12   nonattainment counties?

13   A.   Yes.  The units are not shown here, so.  What you're

14   showing me is microgram per cubic meter of fine particle

15   mass?

16   Q.   Is that what it appears to be?  Are those numbers

17   consistent with microgram per meters used?

18   A.   Yes, I would assume.  Yes.

19   Q.   So let's look at the top left corner of this document.

20   And does it appear that with regard to this document, EPA

21   had identified two nonattainment counties in the State of

22   Alabama, Jefferson and Russell?

23   A.   Yes.

24   Q.   And does it appear that the contributions from sources

25   in Alabama, to those nonattainment counties are

1   2.2-micrograms per meter cubed, and 1.05-micrograms per

2   meter cubed, perspectively?

3   A.   Yes.  I think that's what this document is showing.

4   Q.   Okay.  Well, let's move on to the State of Kentucky

5   then.  And it's on the same page.  And does it appear that

6   there are two nonattainment counties identified for the

7   State of Kentucky?

8   A.   Yes.

9   Q.   Fayette and Jefferson?

10  A.   Yes.

11  Q.   And could you indicate for me, the contributions from

12  the State of Kentucky, to those nonattainment counties?  And

13  I believe you will find those in the second column from the

14  right.

15  A.   Okay.  With regard to Fayette, it was 1.1-micrograms

16  per cubic meter.  And then for Jefferson, that number would

17  be 0.86.

18  Q.   And the last one I want to show to you, which is the

19  last page of the document here, is Tennessee.

20       And again, we have two nonattainment counties for the

21  State of Tennessee, Hamilton and Knox; is that correct?

22  A.   That's true.

23  Q.   And could you read for the Court, the contributions

24  from Tennessee sources, to those nonattainment counties in

25  Tennessee?

1   A.   For Hamilton, Tennessee sources would be .69.  And in

2   Knox it would be 1.20.

3   Q.   Okay.  I want to talk next about your scrubbers on the

4   systems for Duke and Progress Energy.

5        I want to direct your attention to what we are marking

6   as NC 507.  Which is the same thing as TVA 164.

7   (Plaintiff's Exhibit Number 507 was marked for

8   identification.)

9             MR. BERNSTEIN:  With the Court's permission, can I

10  hand up this copy?

11            Okay.  I would like to direct your attention to

12  the second page.

13  A.   Yes.

14  Q.   Does this appear to be consistent with the document

15  that you discussed earlier?

16  A.   It does.

17  Q.   This document doesn't include the most recent data,

18  does it?

19  A.   It does not.

20  Q.   And this data is actually a year and a half old, is it

21  not?

22  A.   Yes.

23  Q.   You've seen and are familiar with the Clean Smokestacks

24  Act Implementation Plans, correct?

25  A.   I have seen, yes, the reports that have been filed.

1   Q.   And you know that they're submitted annually?

2   A.   I do.

3   Q.   And you can probably guess that there's a 2008 report?

4   A.   I can.

5   Q.   Have you read the 2008 report?

6   A.   Not all of it.

7   Q.   Okay.

8   A.   Of them.

9   Q.   Are you familiar with the scrubbers that have come on

10  line for Duke and Progress since 2006?

11  A.   Somewhat.

12  Q.   Can you tell me what they are to your knowledge?

13  A.   Well, let me see.  I think prior to 2006 Marshal was

14  fully scrubbed.  I think Blues Creek with some of the

15  major -- I think the Blues Creek came on with some of the

16  major component of Duke's plan for further SO2 reductions.

17  Q.   What about the Roxboro plant?

18  A.   I know that there was plans for Roxboro.

19  Q.   I want to show you what's been marked and admitted, I

20  believe, as Plaintiff's 10.

21       I would like to go to page 56 of that document.

22       Sir, does this exhibit indicate that the Roxboro

23  scrubbers at Unit 2 and 4 came on line in 2007?

24  A.   All right.  Roxboro's 2 and Unit 4, operation date

25  2007, yes.

1  Q.   And with regard to Unit 3, they indicate an operation

2  date of 2008?

3  A.   Yes.

4  Q.   Are you aware that Mr. Brock Nicholson testified on the

5  first day of this hearing that Roxboro Unit 3 is currently

6  now on line?

7  A.   Not specific to that.  But I did understand that he had

8  testified that scrubbers had come on line in North Carolina.

9  Q.   Considering all the scrubbers that we just discussed

10 that are currently on line, do you know how much of Duke and

11 Progress systems are currently scrubbed?

12 A.   I don't know the exact percentage.  I would estimate

13 over 50 percent.

14 Q.   Do you know how many megawatts are actually scrubbed?

15 A.   No, I don't know that.

16 Q.   Do you know roughly how big the systems are?

17 A.   Yeah.

18 Q.   Okay.

19 A.   It would be half of their capacity.

20 Q.   What is their capacity?

21 A.   And that was a -- I think it was a 12,000-megawatts,

22 and that was a name plate capacity.  It's easier to keep up

23 with name plate, and I assume that's what this is.

24 Q.   And so how much capacity with regard to name plate

25 capacity, do Duke and Progress have scrubbed right now?

1    A.    Based on rough calculations, if I recall, that it

2    was -- we estimated them to have about 12,000-megawatts of

3    name plate coal-fired capacity in the state.  And with this

4    data, I'm thinking they have passed the 50 percent mark.  So

5    I'm thinking, you know, roughly over 6,000-megawatts

6    scrubbed.

7    Q.    How many megawatts does TVA have scrubbed right now?

8    A.    We have 36 percent of our system, 36 percent of 17,000

9    I can't recall the exact number.

10   Q.    Is it about 6,000?

11   A.    Yes.

12   Q.    So is it correct to say that in the past three and a

13   half years, Duke and Progress have brought the same capacity

14   of scrubbers on line that TVA brought on line in the past 35

15   years?

16   A.    Yes.

17   Q.    And is it your conclusion based on this, that Duke and

18   Progress have more capacity scrubbed on their system

19   currently than TVA has?

20   A.    Let me say that we're very close.  They might have a

21   few hundred megawatts more.  I would say they're both very

22   close.

23   Q.    On a percentage basis?

24   A.    On a percentage basis now, certainly we're around 36

25   and they're at 50.

Laura Andersen, RMR 704-350-7493

1    Q.    So even with, I believe you testified earlier that even

2    with Bull Run coming on line later this year, TVA has, will

3    have about 43 percent scrubbed?

4    A.    Yes.

5    Q.    So Duke and Progress will still have more capacity

6    scrubbed on percentage basis at that time than TVA?

7    A.    They will.

8    Q.    And you would expect those units came on line for Duke

9    and Progress to be state of the art modern scrubbers?

10   A.    That's what they've indicated.

11   Q.    Based on that then, would you -- is it your

12   understanding then that the emissions rate for Duke and

13   Progress, currently today for SO2 would be less than that?

14   A.    It would.  It would reduce -- I would expect to see

15   lower numbers in '08 than I saw in '07.

16   Q.    And with those numbers, do you expect those to be lower

17   than TVA right now?

18   A.    Yes.  They would be lower than what the TVA system

19   would be.

20   Q.    Okay.  And with regard to NOx, Duke and Progress' NOx

21   rate is lower than what TVA has right now?

22   A.    And we're speaking of the annual rate?

23   Q.    Annual rate.

24   A.    Yes.  Annual rate, yes.  Their annual rate is much

25   lower than ours.

1    Q.   And are you aware that Duke has two SNCR's coming on

2    line this year at Allen 5 and River Bend 5?

3    A.   I knew they had additional SNCR's coming on, that

4    that's prominent in their NOx strategy.

5    Q.   And considering the -- with regard to summer ozone

6    season, a very slight difference in rates between the

7    systems, would you expect that those new SNCR's would make

8    Duke and Progress roughly equivalent to TVA's summer ozone

9    season?

10   A.   Yes.  I think in the summer ozone season, it's a fair

11   characterization to say that our NOx rates are roughly

12   equivalent.  We are adding some SNCR's and so are they.

13           MR. BERNSTEIN:  Just a moment.

14           We would like to move into evidence Plaintiff's

15   503, 508 and 505.

16           THE COURT:  Let it be admitted.

17   (Plaintiff's Exhibit Number 502, 505, 508 having been

18   marked, were received in evidence.)

19           MR. BERNSTEIN:  And Your Honor, 505 has some -- we

20   did some work with one of the exhibits on the display.  What

21   I would like to hand up as 505 is the series of images that

22   were shown, with the court's permission.

23           THE COURT:  All right, sir.

24           MR. BERNSTEIN:  No further questions, Your Honor.

25           MS. GILLEN:  No Redirect, Your Honor.

Laura Andersen, RMR 704-350-7493

1          THE COURT:  All right.  Thank you, Mr. Myers.  You

2    may be excused.  That will complete your testimony, sir.

3          THE WITNESS:  Thank you, sir.

4    (Thereupon, the witness was excused.)

5    (Please turn to the following page for the next witness.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        MS. GILLEN:  TVA calls Gordon Park.

2    THEREUPON, GORDON PARK, being first duly sworn, testified as

3    follows during DIRECT EXAMINATION BY MS. GILLEN:

4        MS. GILLEN:  Your Honor and witness and

5    plaintiffs, we will be -- excuse me.  We will be referring

6    to exhibits TVA Exhibit Books 9, 10 and 11.  For your

7    efficiency, you may want to get those out.

8        THE COURT:  All right.

9    Q.   Mr. Park, would you state your name for the Court?

10   A.   My name is Gordon George Park.

11   Q.   And where do you work?

12   A.   I work for the Tennessee Valley Authority in

13   Chattanooga, Tennessee.

14   Q.   Tell us what you do at TVA?

15   A.   I'm the manager of the Environmental Compliance Section

16   for TVA for their fossil system.

17   Q.   What is the fossil system comprised of?

18   A.   The fossil system can consist of 11 coal-fired power

19   plants in three states.

20   Q.   And what do you do in that job, what's your

21   responsibility?

22   A.   I'm manager of a staff primarily has responsibility for

23   ensuring that our coal-fired plants meet all their

24   environmental requirements.  We work with the plants.  We

25   write procedures, do permitting, do training, review data.

1      If there are any compliance issues, we work with them

2  to resolve those issues.

3      The staff consists of a total of 24 people.  We also

4  have other people in the TVA that support us and outside

5  contractors.

6      The environmental program is a very comprehensive, a

7  very extensive program.  The total budget for my staff is

8  about $6 million a year.  That includes not only my staff

9  but the other people that support us.

10  Q.   Would you describe juror education?

11  A.   I have a Bachelors and Masters degree in Mechanical

12  Engineering from University of Texas.

13  Q.   Do you have any specialty in that degree?

14  A.   In my Masters degree my specialties were heat transfer,

15  flue mechanics and environmental engineering.

16  Q.   Did you work for the TVA immediately after receiving

17  your degrees?

18  A.   Yes, I did.

19  Q.   And what did you do when you first came to TVA?

20  A.   Initially, I worked for the air quality branch in

21  Muscle Shoals.  I was there from 1971 to 1979.  I was the

22  environmental engineer.

23      Of course this was shortly after the Clean Air Act

24  Amendments of 1970.  So I was involved in working with the

25  states as they developed their initial regulations, we

Laura Andersen, RMR 704-350-7493

1    prepared permits, permit applications for the facilities.

2    Worked with them to ensure they knew what the requirements

3    were, so they would meet the new requirements of the new

4    Clean Air Act Program.

5    Q.   And what were those new requirements, just in a general

6    sense, in the 1970 amendments?

7    A.   The 1970 amendments established standards for our

8    plants.  The two pollutants that it addressed, really were

9    SO2 and particulates.

10   Q.   And you say you were helping the states then had to do

11   something in the wake of 1970 amendments?

12   A.   Yeah.  The 1970 amendments required EPA to establish

13   the NAAQS, The National Ambient Air Quality Standards.

14        These are the standards that specify ground level of

15   pollution and what had to be met to ensure that the data,

16   the marginal safety, that there were no health or other

17   adverse effects.

18        Then it was up to the states to develop their

19   regulations and their, what we call, State Implementation

20   Plan, SIPS, that they had to submit to EPA to prove that

21   they had a program that would be adequate to meet these

22   ambient standards.

23        Shortly after I came to work at the TVA in 1971, the

24   states really were in the middle of this program to figure

25   out how to meet the ambient standards that had been recently

1    approved and adopted by the EPA.

2    Q.    You said you were in this position in 1979.  What

3    happened in 1979?

4    A.    In 1979, as the environmental requirements became more

5    and more complex, what was then the Office of Fossil and

6    Hydro Power, established their own internal environmental

7    group.  And I became the manager of that, and that position

8    was in Chattanooga.

9    Q.    What did that job entail?

10   A.    Really it was similar type work.  Again, we were

11   working with the plants.  We developed our first

12   comprehensive set of procedures, so that the plants would

13   know on a day-to-day basis what was required, specified

14   their limits, how they monitored, what kind of reporting was

15   required.  All those type of things.  We also worked with

16   permitting, training plant people, helping them --

17   essentially whatever help they needed ensuring that they did

18   that.

19        At that time there were no -- there was not an

20   environmental staff at each of the plants.  They came about

21   10 years later.  So we did a lot more of the day-to-day work

22   with the plants.

23        Ten years later when the plants developed their own

24   internal staffs, then the day-to-day part of that job

25   actually moved to different facilities.

1   Q.   Were pollution control systems being developed at this

2   time as well?

3   A.   Yes, they were.  We already had some pollution control

4   equipment.  Some of it by that time was at the point that it

5   needed to be upgraded and replaced.  And we were also

6   installing new pollution equipment, doing a lot of research

7   on control technologies.

8   Q.   How long were you in that position?

9   A.   I was in that position from 1979 to 1988.

10   Q.   Then what did you do in 1988?

11   A.   In 1988, for about four years, I really got away from

12   air pollution control, and started working in the water

13   area.  I was the manager of the water group for our

14   environmental compliance section.  Essentially doing similar

15   type work what I had been doing, except really concentrating

16   just in water pollution control area.

17   Q.   At some point did you move back into the air pollution

18   control part of the system?

19   A.   Yes.  In 1992, I really -- since I really had been

20   involved in air from the very beginning of the program from

21   the 1970 amendments, I really wanted to get back to air, so

22   in 1982 I moved back and became the Senior Air Regulatory

23   Specialist and devoted full time to that.

24   Q.   What did you do as a senior air regulatory specialist?

25   A.   Again, it was similar type work.  Working with the

1  states on regulation.  Working with the plants to ensure

2  they knew what their requirements were.  Providing whatever

3  technical support was needed so the plants stayed in

4  compliance.

5  Q.   And from there you moved into your current position?

6  A.   The next position was the manager of permitted

7  programs.  From there I was a manager of a group of about

8  seven people.  Essentially we had similar responsibility,

9  but not only for air, but also water pollution and hazardous

10  waste.  I was in that position until 1995.

11  Q.   1995 or --

12  A.   2005.  Okay.  Thank you.

13  Q.   Then in 2005 you moved into your current position?

14  A.   That's correct.

15  Q.   And I think you said the number of staff you managed.

16  But how many staff do you have in your current position?

17  A.   I have 23 people administratively report to me.  We

18  have about a similar number of people in other organizations

19  in the TVA that also provide support for us, plus some

20  outside contractors.

21  Q.   What's the budget for your department?

22  A.   A little over $6 million a year.

23  Q.   Have you written on the subject of pollution control

24  compliance?

25  A.   Yes.  I've written several articles and made several

1  presentations.

2      In 1994 I made a couple of presentations on Title 5

3  program.  Title 5 was a new permitting program that EPA was

4  in the process of developing when the states were developing

5  their regulations.  It was a fairly significant change to

6  the regulatory approach to permitting.

7      Previously, some states did not have comprehensive

8  permits.  So it did require comprehensive permits.

9      One of the big things there -- of course there are a

10  lot of different regulatory requirements.  What the Title 5

11  program required, was that they all be put together in one

12  document.  So you go to your Title 5 permit, and you could

13  see everything that the facility was required to meet.

14      Another thing that was a very important change with

15  Title 5, specified how compliance would be determined.

16      Previously some of the regulations specified how you

17  monitor and determine compliance.  With Title 5 that

18  changed.  As part of the permit, that was clearly specified.

19      The other major thing that the Title 5 permit did is,

20  it really shifted the burden from compliance, demonstration

21  a lot from the regulator to the source.

22      Previously, really, the regulators went in, and if they

23  saw problems, they would identify noncompliance.

24      With Title 5, the sources each year have to submit a

25  compliance certification to the regulators.

1    So we have to go through each of our permits.  And for

2    each one of those conditions, we have to say whether we met

3    that condition or not.  And of course if not, what we would

4    do about it.  So that was the other major thing.

5    So anyway, I presented several -- made several

6    presentations.  One was to the Southern Section of the Air

7    and Waste Management Association in 1994.

8    And in that presentation really we were kind of looking

9    ahead primarily to these monitoring requirements.  This was

10   a new thing, and there was a lot of uncertainty in terms of

11   what really would be required for sources.  So the paper

12   addressed that.

13   Q.   Were there other topics that you've written on or

14   presented on?

15   A.   In the 1970s I presented one paper, really comparing

16   with the different regulations in the nine southeastern

17   states.

18   Earlier in seventies talked about TVA's ambient

19   monitoring.  TVA did a lot of monitoring, early on of

20   requirements.  We had to do a lot of data on that.  So I

21   presented a paper on that.

22   Q.   What regulations govern the emissions from TVA's 11

23   coal-fired power plants?

24   A.   There's really -- it's really a tiered approach.  There

25   are quite a few different regulations.  It all starts from

1   the Clean Air Act and its various amendments.  Then EPA

2   develops regulations to implement what's required from the

3   Clean Air Act.

4       And from there, the states develop even more detailed

5   regulations.

6   Q.   And these are all designed to comply with the Ambient

7   Air Quality Standards?

8   A.   That's the basic objective of all of the regulations.

9   Some of them, such as the State Emission Limitation of

10  Regulations, they are specifically designed on a

11  plant-by-plant basis for what is necessary to meet the

12  ambient standards.

13      In addition to that, there are broader programs that

14  apply across the board to a number of sources, many states.

15  The first one of those was the Acid Rain Program that came

16  out of the Clean Air Act Amendments of 1990.

17      After that there were other programs that -- similar

18  broad programs such as the NOx SIP Call which addressed

19  ozone, or NOx emissions during the ozone season.  That was

20  in late 1990s.

21      These programs, I think EPA recognized were very

22  effective.  It's a very tedious time-consuming process for

23  the states to actually look at an ambient standard and

24  what's required to be emitted from each plant to ensure

25  attainment.

1    So really to simplify that program, there really wasn't

2   more of this approach of broad reductions across the board.

3   Which certainly have played a major role in getting us to

4   attaintment with the ambient standards.

5       Then on a case-by-case basis, the state would provide

6   and essentially tweak the standards to achieve the ultimate

7   goal.

8   Q.   What did Title 4, known as the Acid Rain Program,

9   require?

10  A.   It required reductions for two pollutants.  It required

11  reductions for SO2, which is a cap and trade program.

12      It also established reductions for NOx.  Those were

13  specific emission limits, in terms of rates.  Pounds of NOx

14  emitted per million BTU of heat input.

15      And there was no trading program that has to be met by

16  the company, either each individual source, or if they want

17  to they can have an averaging plan across the various units.

18  Q.   And do you know how TVA chose to meet Title 4's

19  requirements?

20  A.   With a cap and trade programs, utilities really have

21  two options or a combination.  They can either self-comply.

22  They can reduce their emissions to meet the cap.  Or they

23  can purchase allowances from other utilities.

24      TVA took the approach that we wanted to self-comply.

25  We wanted to take reductions on our own system.

Laura Andersen, RMR 704-350-7493

1    So we developed plans to implement controls, scrubbers,

2    and also reduce the sulfur content of our coal at some of

3    our plants so that we would comply entirely within the

4    system.

5    Q.   And how about the NOx SIP Call, can you just explain

6    what that required?

7    A.   The NOx SIP Call really is again is a cap and trade

8    program, similar to what we have for SO2.  It started in

9    2004.

10   It addresses NOx emissions during the ozone season, May

11   through September.  Of course the reason that it is only for

12   five months is, ozone is formed from NOx emissions, other

13   emissions in the atmosphere and sunlight.

14   So it's really an issue that mainly is a problem during

15   the warm weather during the summer.  That's why the program

16   is restricted to 5-year period -- 5-month period.

17   Q.   And what did TVA do in response to the NOx SIP Call?

18   A.   We did several things.  First of all, unlike a lot of

19   utilities, we did ultimately support the NOx SIP Call.  We

20   felt like it was an important program.  It was needed to

21   achieve required reductions.

22   Early on, even before the NOx SIP Call was finalized,

23   we publicly announced our plans for installing control

24   equipment to meet the requirements, that ultimately were

25   required by the NOx SIP Call.

1   Q.   What is PM 2.5?

2   A.   PM 2.5 is a fine particulate.  Initially it is an

3   ambient standard for PM 2.5.

4        The initial particulate standards were for larger

5   particles.  Over the years it became clear that the ones of

6   the most concern were the small particles.  They're

7   generally not emitted directly from the emission sources.

8        They're primarily the result of what is formed after

9   emission, such as SO2 leave the power plant and react in

10  atmosphere, and then form these fine particulates.

11  Q.   Has the PM 2.5 standard recently been lowered?

12  A.   Yes, it has.

13  Q.   From what to what?

14  A.   There's both an annual and a 24-hour standard that has

15  been lowered.  I don't recall the exact number.

16  Q.   And how about 8-hour ozone, is that another air quality

17  standard?

18  A.   That's another standard.  It has recently been lowered.

19  Again, like PM 2.5, it's really a secondary pollutant that's

20  formed as a result, as I said earlier, primarily from NOx,

21  other pollutants and sunlight.

22  Q.   Are there other regulations under the Clean Air Act,

23  other than the ones we mentioned?

24  A.   Yes.  The other major one that utilities are impacted

25  by are regional haze visibility.  There's really two

1    different parts to that.

2         One is the BART requirements.  B-A-R-T, Best Available

3    Retrofit Technology.

4         And these requirements potentially apply to sources of

5    events between 1962 and 1977.  For TVA that really includes

6    all of our largest units.

7         These are required to be looked at on a case-by-case

8    basis to determine what controls are required.

9         In addition to those units, specific evaluations of

10   their regional haze regulations, EPA has evaluated that.

11   They determined that the ultimate goal is to get to natural

12   background by the year 2064.

13        And this is done in 10-year increments.  So the first

14   step of that has to be achieved by 2018.

15        Then subsequently every 10 years, the program would be

16   reviewed again to see what additional requirements would be

17   needed.

18   Q.   And were CAIR and CAMR also regulations under the Clean

19   Air Act?

20   A.   Yes.  CAIR and CAMR were both adopted under 2005.

21        CAIR, Clean Air Interstate Rule addresses requirements

22   for NOx.

23        Clean air Mercury Rules addresses rules for mercury.

24   These were both cap and trade programs.

25   Q.   Does the fact that CAIR and CAMR have both been

1   vacated, change what you know to be TVA's compliance plan?

2   A.   No.  As Mr. Myers indicated, TVA is still proceeding

3   with the plans.

4        The controls that we had planned even before CAMR, the

5   scrubbers and the SCRs in combination, would achieve the

6   mercury reductions, at least for the initial part of CAMR.

7        As far as CAIR, there's a lot of regulatory

8   requirements that essentially get us to the same place.

9        Really to me in looking at CAIR, is kind of -- it's

10  more of a top down, as opposed to a bottom up program with

11  regulations.

12       Programs like Regional Haze and Fine Particulate and

13  the 8-hour Ozone Standards, the states have to go through a

14  lot of work, a lot of demonstrations, modeling, to show --

15  to decide what's going to be required for each individual

16  source.

17       They have to propose regulations.  Those are then

18  submitted for public comment.  They go through comment

19  period, change the regulation.  It's a fairly extensive

20  program.

21       CAIR really simplified this greatly by just

22  establishing across the board reductions at high level that

23  everyone has to meet.

24       Essentially without CAIR, we get to same place, it just

25  requires a lot more work for the regulators and everyone

1   else.

2   Q.   The regulators in the states, that what you're saying?

3   A.   Yes.  That's correct.  Yes.

4   Q.   Mr. Park, each of TVA's coal-fired plants operates

5   under a permit; is that correct?

6   A.   That is correct.

7   Q.   What is that called?

8   A.   It's called the Title 5 Permit.  Title 5 referring to

9   section of Clear Air Act that specifies this permit program.

10          MS. GILLEN:  Okay.  Your Honor, here's where we

11   get to the part where we mentioned in our opening statement

12   about those two thick notebooks with all of our permits.

13   Q.   Mr. Park, if you could please turn to what's been

14   marked as Defendant's Exhibit 184.  I think it probably

15   starts in Book Number 9.

16   A.   Okay.  I have it.

17   Q.   Do you recognize Defendant's Exhibit 184?

18   A.   Yes.  This is the Title 5 Permit for our Allen plant

19   near Memphis, Tennessee.

20   Q.   And that appears to be a true and accurate copy of the

21   permit?

22   A.   Yes, it does.

23   Q.   Okay.  If you could turn to the next exhibit,

24   Defendant's Exhibit 185.  What is Defendant's Exhibit 185?

25   A.   185 is the Title 5 Permit for our Bull Run fossil

1    plant.

2    Q.    And does that appear to be a true and accurate copy of

3    the Bull Run permit?

4    A.    Yes, it does.

5    Q.    And if we could turn to Defendant's Exhibit 186.

6    A.    186 is the Title 5 Permit for our Colbert fossil plant.

7    Q.    And does that appear to be a true and accurate copy of

8    the Colbert permit?

9    A.    Yes.

10   Q.    If you could turn to Defendant's Exhibit 187.  What is

11   Defendant's Exhibit 187?

12   A.    This is the Title 5 Permit for our Cumberland fossil

13   plant.

14   Q.    Does that appear to be a true and accurate copy of the

15   Cumberland permit?

16   A.    Yes, it does.

17   Q.    And Defendant's Exhibit 188?

18   A.    188 is a copy of the Title 5 Permit for our Gallatin

19   fossil plant.

20   Q.    Does that appear to be a true and accurate copy of the

21   Gallatin permit?

22   A.    Yes, it does.

23   Q.    If you could turn to Defendant's Exhibit 189 and

24   identify that for me, please?

25   A.    That's Title 5 Permit for our Kingston fossil plant.

1    Q.    And does that appear to be a true and accurate copy of

2    the Kingston fossil permit?

3    A.    Yes, it does.

4    Q.    And if you could turn to Defendant's Exhibit 190.

5    A.    190 is copy of the Title 5 Permit for our John Sevier

6    fossil plant.

7    Q.    Does that appear to be a true and accurate copy of the

8    John Sevier permit?

9    A.    Yes, it does.

10   Q.    Almost there.  Turn to Defendant's Exhibit 191.

11   A.    191 is the Title 5 Permit for our Johnsonville permit.

12   Q.    Does that appear to be true and accurate copy of the

13   Johnsonville permit?

14   A.    Yes, it does.

15   Q.    If you could turn to Defendant's 192, Defendant's

16   Exhibit 192.

17   A.    That is the Title 5 Permit for our Paradise fossil

18   plant.

19   Q.    And does that appear to be a true and accurate copy of

20   the Paradise permit?

21   A.    Yes, it does.

22   Q.    And Defendant's Exhibit 193.

23   A.    Is the Title 5 Permit for our Shawnee fossil plant.

24   Q.    And does that appear to be a true and accurate copy of

25   the Shawnee permit?

1   A.   Yes, it does.

2   Q.   And finally, if you could turn to what's been marked as

3   Defendant's Exhibit 194.

4   A.   194 is a copy of the Title 5 Permit for our Widows

5   Creek permit.

6   Q.   Does that appear to be a true and accurate copy of the

7   Widows Creek plant?

8   A.   Yes, it does.

9   Q.   Thank you.

10       Mr. Park, are all these permits that we just went

11  through the same?

12  A.   They all accomplish the same basic thing, as I said.

13  They're really --

14  Q.   I'm sorry.  I'm going to interrupt your answer just to

15  get a piece of business out of the way.

16       Defendant moves the admission of Defendant's Exhibit

17  184, 185, 186, 187, 188, 189, 190, 191, 192, 193, and 194

18  into evidence?

19       THE COURT:  Let those did he admitted.

20  (Defendant's Exhibit Number 184, 185, 186, 187, 188, 189,

21  190, 191, 192, 193, and 194 having been marked, were

22  received in evidence.)

23  Q.   (Ms. Gillen) I'm sorry to interrupt you Mr. Park.  Let

24  me repeat the question.

25       Are all those permits the same?

1   A.   All the permits accomplish the same basic thing. As I

2   earlier described what Title 5 program does is, in that

3   sense they all do that. They specify emission limitations,

4   they specify monitoring requirements, that sort of thing.

5       But in terms of the specific limits for each plant,

6   they are all unique.

7   Q.   Let's talk about the specific -- let's just take one

8   for an example. Why don't we look at what I believe is

9   Defendant's Exhibit now admitted into evidence as 187,

10   Cumberland plant?

11   A.   Okay.

12   Q.   Would you just walk us through the permit in a general

13   way, just to give us an idea of what's contained in such a

14   permit?

15   A.   Okay. The permit starts off with the title page. And

16   on this title page of course it indicates when it's issued,

17   when it expires. Title 5 Permits are good for a 5-year

18   period. It also identifies the specific sources at the

19   plant.

20       Of course like all our other fossil plants, the main

21   source of our coal-fired boilers here at Cumberland, we have

22   two coal-fired boilers.

23       In addition to that we have smaller sources, such as

24   auxillary boilers, coal handling, limestone handling,

25   associated with our scrubbers, those type of things.

 1      It identifies all the sources of -- and then of course

 2  one of the most important parts of the title page, it has

 3  the signature by the technical secretary of the Tennessee

 4  Air Pollution Control Division.  And he is the person that

 5  is authorized to issue this permit.

 6      It's divided into five different sections.  The first

 7  section gives general permit conditions.  It talks about

 8  things like the fact that as emission source we have to pay

 9  annual fees.  It talks about what can be done to open up a

10  permit, to change a permit.

11          MR. BERNSTEIN:  We would ask that the witness

12  identify what page he's looking at.

13          THE WITNESS:  I'm on page I, little I.  The Table

14  of Contents.

15          It specifies other general things like the fact

16  that the air pollution control personnel have the right to

17  come to the plant to do inspections, to view records, those

18  sort of things.

19          Section B then gives general conditions for

20  monitoring, reporting and enforcement.  It talks about the

21  various types of reports that we have to submit, the general

22  record keeping requirements.

23          On page double I, gets into more detail on permit

24  changes.

25          Section C, Section D, is the generally applicable

Laura Andersen, RMR 704-350-7493

1    requirements that apply across the board.

2            Then Section E is really getting into the meat of

3    the permit.  This is the —— Table of Contents is triple I.

4    If we go to the actual permit itself, it starts on page 15.

5            On 15 specifies in detail exactly how we go about

6    paying our emission fees, there's several different options

7    we have.  This specifies that.

8            Page 17 talks about our reporting requirements.

9    We really have three different basic types.  Ongoing

10   reporting is identified on 17.

11           We have our quarterly reports.  Which are really

12   the data from our continuous emission monitors that we have

13   on our stacks that report SO2 for each period.

14           We then have semi-annual reports.

15           And finally we have our annual compliance

16   certification on page 18.  Which is what I was talking about

17   earlier.  Where at the end of each year, we have to —— for

18   each of these conditions in this entire permit, we have to

19   certify to Tennessee how we determined whether we were in

20   compliance, and whether we were in compliance.  So that's a

21   very important part.

22           Page 19 then really gets into the specific

23   emission standards on a source-by-source basis.

24           The first one starting on page 19 is for the two

25   coal-fired boilers.  There's some general language that

Laura Andersen, RMR 704-350-7493

1    talks description about how large the source is.  What kind

2    of fuels are permitted to burn.  Specifies our emission

3    standards.  We have our emission standards for particulate.

4    Then after that we have our standard for SO2.

5              Of course, along with that it specifies our

6    compliance method.  How we demonstrate that we are in fact

7    in compliance with those terms.

8              I won't go through every page, but we have similar

9    type of things for all the other sources, for our auxillary

10   boilers, for our coal handling, limestone.  Each of the

11   emission points spells out in detail what is our emission

12   standard.  How we determine we are in compliance.

13             Then there's a number of attachments.  The actual

14   permit goes through page 31.  After that there's a number of

15   attachments.  And A lot of these are things that come

16   straight out of our permit application, supporting

17   information.  How we calculate what our emissions are.

18             The first attachment is about three pages long.

19   The second one is about four or five pages.  And then you

20   get to Attachment 3, which is one of the more important

21   attachments, because this is the copy of the Acid Rain

22   Permit for Cumberland.

23             So the State has incorporated in here our Acid

24   Rain Permit, which of course, specifies our requirements

25   both with respect to SO2 and NOx.

Laura Andersen, RMR 704-350-7493

1        After that there there's a number of pages, like I

2    said, providing more detail of the emission calculations.

3    Then later on there's a section on applicable regulations.

4        One of the things that we had to do in our permit

5    application, and one of the things the State has to review

6    before they issue a permit is, we have to look at all the

7    regulations that potentially could apply to Cumberland

8    fossil plant.

9        So there's about half inch thick part of this

10   permit goes through that in detail, condition-by-condition,

11   whether it applies, if it does apply, why it does apply.

12       And finally towards the end of the permit there's

13   Attachment 9.  I'm sorry, these are not numbered

14   sequentially so it's a little bit hard to find.  Getting

15   close to the end.

16       This is the NOx budget permit for Cumberland.

17   This is the permit that specifies the requirements under NOx

18   SIP Call.

19       And then at the very end is what's called Addendum to

20   Cumberland Permit.  That's about six or seven pages from the

21   end of this section.

22       And this is the permit that was issued later for BART

23   requirements, as I talked about earlier.  Under the Regional

24   Haze Requirements we have to look at on a case-by-case

25   basis.  And propose what are the requirements for BART, work

1    with the regulators to finalize that.  And this is permit

2    that establishes that.

3        The basic SO2 standard for Cumberland is 5 pounds of

4    SO2 per million BTU input.

5        In order to meet the Regional Haze Requirements,

6    Tennessee looked at that and determined that we needed a

7    more stringent requirement.

8        And they accomplished that through BART permit where

9    they specified a standard of a tenth of that, .5 pounds per

10   million on a 30-day average.

11       So that's what's in the Title 5 Permit.

12   Q.   So Cumberland is subjected to two SO2 limits, is that

13   correct, or is the second one in place of the first?

14   A.   No.  We're really still subject to two.  The first

15   5 pound per million BTU, 24-hour standard, that was from the

16   original state implementation plan that was needed to meet

17   the Ambient Air Quality Standards for SO2.

18   Q.   Does Cumberland emit that rate?

19   A.   No.  Cumberland, as Mr. Meyers indicated emits much,

20   much lower than that.  We have a scrubber.  Our emission

21   rate is down around .2 pounds per million.

22       But that standard -- we still have to have that in

23   place just to ensure that the ambient standards are met and

24   we're well prepared.

25       In addition to that we have the BART standard at .5

1    pounds per million BTU.

2    Q.    Thank you, Mr. Park.

3          Moving away from the permits now.

4          Would you describe how TVA's compliance program is

5    organized?

6    A.    It really, the program -- we have various levels of our

7    program.  Starting at the plant level, one thing I like to

8    say is, our program is -- it's just like our safety program.

9    Everybody at the facility has a part of the program.

10         They either can make the program work, or make the

11   program not work.

12         So we really stress the importance of everyone at the

13   facility being involved in the program, knowing what's

14   important, doing their job every day correctly so that we

15   stay in compliance.

16         We have a small staff of several people.  At each of

17   the plants that handle requirement compliance, it's a full

18   time job for these people.  They handle all of the

19   day-to-day issues.  They handle the reporting, data

20   collection.  They work with all the other people at the

21   plant on training, to be sure everyone knows what needs to

22   be done those sort of things.

23         And then the next level up really is my staff.

24         The environmental requirements are so complicated, that

25   it's really not -- I don't think there's anyone really can

1    fully understand the details of all the regulations.  So we

2    have people that really specialize in each of the areas.

3         For instance, of the 23 people that work for me, three

4    of them concentrate on air pollution control requirements.

5    We have three people that concentrate on water pollution

6    control, so forth.

7         Even within those three people for air, those three

8    have different areas that they concentrate on.

9         So we have really the super experts in TVA on all the

10   environmental requirements are working for me.

11        So if they're particularly complicated issues that are

12   involved at the plants, we can help them out.  We really

13   look at bigger picture things.  We look at system—wide

14   issues.  We establish goals and targets for them, so they

15   can perform as good as possible, those type of things.

16        Then we also, even above that we have the other layer,

17   the TVA corporate layer.  This is the group that Mr. Meyers

18   works for.  And they're involved with the TVA—wide on all

19   environment requirements.

20        In addition to the types of things that he talked about

21   in his testimony, they also have an audit staff.  They come

22   to our facilities periodically, both announced and on an

23   unannounced basis to do inspections, and do a detailed audit

24   to ensure that we are in compliance.  If they identify

25   anything wrong, they write up a report and we take

1    corrective action.

2    Q.    Mr. Park, what is a Notice of Violation, N-O-V?

3    A.    A Notice of Violation is issued by a regulator.  That's

4    when they suspect that there's a possibility that there has

5    been a deviation with the standard.

6          So essentially it's their written documentation to

7    notify us that -- of an alleged violation.

8          So then what happens once we get an N-O-V is first

9    thing, obviously we look at figure out what's going on, what

10   they accused us of doing.

11         We get the facts together.  We find out if in fact

12   there's a real problem.  If there's not a real problem,

13   we'll talk to the regulator.  We have a very open working

14   relationship with the State.  We don't try to hide anything.

15   So we go talk to them about it.

16         If we all agree that yeah, there was a problem, then of

17   course we have been trying to figure out what we need to do

18   to fix it.  Obviously we don't want these problems to

19   continue.

20         So we identify the corrective action.  Work with the

21   State to be sure they are satisfied that we are planning to

22   take the appropriate corrective action.

23         Sometimes that can be done fairly simply and it's over

24   at that point.  Sometimes they could issue a penalty, or we

25   enter into a more formal agreement with them to resolve the

Case 1:06-cv-00020-LHT   Document 206   Filed 06/18/09   Page 141 of 145

1    issues.

2    Q.    Does TVA achieve perfect compliance with all it's

3    regulatory regulations for coal-fired power plants?

4    A.    No.  Like any other emission source, we have a program

5    in place.  We have the equipment that's designed and

6    maintained to meet the required standards.

7         We have procedures in place to ensure that we operate

8    properly.  And we have trained personnel to be sure they do

9    the right thing.

10        However, everybody makes mistakes.  Occasionally a

11   person will make a mistake.  No equipment is perfect,

12   occasionally it will break down.

13        Occasionally something goes wrong and there can be a

14   condition that's not consistent with the required standard.

15   Q.    What's TVA's reaction when that happens?

16   A.    Our reaction is, of course we work with the regulator.

17   We let them know what happened.  We immediately try -- we

18   immediately figure out what happened, what the root cause of

19   the problem was.

20        And we put something in place, either modifications to

21   the equipment, or changes in procedure, or better training,

22   or whatever is needed, so that we can keep that from

23   happening in the future.

24   Q.    Were you involved in the TVA response to EPA's

25   allegations that some TVA plants violated the New Source

1   Review Part of the Clear Air Act?

2   A.   Yes, I was.

3   Q.   As a TVA person --

4           THE COURT:  I think we will take a break.

5           MS. GILLEN:  I have about three more questions,

6   Your Honor, and then we can pass the witness.

7           THE COURT:  Oh okay.  Let's finish.

8           MS. GILLEN:  Okay.

9           THE COURT:  Go right.

10  Q.   (Ms. Gillen) As the TVA person in charge of compliance

11  with air quality laws, what is your understanding of

12  those -- what is your understanding of whether TVA has

13  violated New Source Review?

14  A.   There have been a number of different lawsuits.  And in

15  TVA's case, there has not been any final legal determination

16  that TVA violated any of the New Source Review requirements.

17  Q.   Does TVA comply with its NOx emission limits?

18  A.   Yes.  We have NOx emission limits under the Acid Rain

19  Program.  We also have a few plant specific NOx emission

20  limits for other reasons.  And we comply with all of those.

21  Q.   Does TVA comply with its SO2 emission limits?

22  A.   Yes.  We comply with the SO2 limits under the Acid Rain

23  Program.

24          I guess one aspect of both the Acid Rain Program and

25  the SIP Call, EPA established it with very punitive

1    penalties for not complying.

2         So we have a very strong motivation to comply, you

3    almost have to comply.  We will do whatever is required.

4         We've never -- we've always met requirements both SIP

5    Call for NOx and for SO2.

6         We did -- on SO2, the last time, as far as the State

7    emission limit we exceeded an SO2 standard, was in the early

8    1990s.

9    Q.   That would be the SO2 permit limits?

10   A.   That's the SO2 permit limits, yes.  It was exceeded at

11   one of our plants, I believe around 1992.

12        When that occurred, we put additional things in place

13   to ensure that that would not occur again.

14        Obviously we were very successful, because that's the

15   last time we've had any exceedances of our State permit

16   limits of SO2.

17   Q.   Since 1992?

18   A.   Since 1992.

19             MS. GILLEN:  Thank you, Mr. Park.

20             No further questions, Your Honor.

21             THE COURT:  Mr. Park, we're going to take our noon

22   break.  And we will ask you to be back with us at 2:15.

23             THE WITNESS:  Thank you.

24   (A lunch recess was taken in the proceedings.)

25                        * * * * * *

Laura Andersen, RMR 704-350-7493

1    UNITED STATES DISTRICT COURT

2    WESTERN DISTRICT OF NORTH CAROLINA

3    CERTIFICATE OF REPORTER

4

5

6            I, Laura Andersen, Official Court Reporter,

7    certify that the foregoing transcript is a true and correct

8    transcript of the proceedings taken and transcribed by me.

9

10           Dated this the 24th day of July, 2008.

11

12

13                              s/Laura Andersen
                                Laura Andersen, RMR
14

15

16

17

18

19

20

21

22

23

24

25