UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

STATE OF NORTH CAROLINA      )
ex rel. Roy Cooper, Attorney )
General,                     )
                             )
          Plaintiff,         )   No. 1:06-CV-20
                             )
     vs.                     )   **VOLUME 4A**
                             )
TENNESSEE VALLEY AUTHORITY,  )   [Page 767-892]
                             )
          Defendant.         )
_____)

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE
JULY 17, 2008

APPEARANCES:

On Behalf of the Plaintiff:

     JAMES C. GULICK, Senior Deputy Attorney General
     MARC BERNSTEIN, Special Deputy Attorney General
     North Carolina Department of Justice
     114 West Edenton Street
     Raleigh, North Carolina

     MICHAEL D. GOODSTEIN, Esquire
     ANNE E. LYNCH, Esquire
     Resolution Law Group, P.C.
     5335 Wisconsin Avenue NW, Suite 360
     Washington, DC

On Behalf of the Defendant:

     FRANK H. LANCASTER, Senior Attorney
     HARRIET A. COOPER, Assistant General Counsel
     THOMAS F. FINE, Assistant General Counsel
     MARIA V. GILLEN, Assistant General Counsel
     Tennessee Valley Authority
     400 West Summit Hill Drive
     Knoxville, Tennessee

     Karen H. Miller, RMR-CRR, Official Court Reporter

```
                         I N D E X
```

**PLAINTIFF WITNESSES:**                          **PAGE**


LYLE CHINKIN

   Direct Examination Mr. Goodstein          770
   Cross Examination By Mr. Fine             850


WILLIAM STEVEN HARLAN, JR.

   Direct Examination By Mr. Gulick          864.


EMILY DIZNOFF

   Direct Examination By Mr. Gulick          886

**PLAINTIFF'S EXHIBITS**

| NUMBER | IDENTIFIED | ADMITTED |
|---|---|---|
| 176 | | 832 |
| 193 | | 844 |
| 221-224 | | 885 |
| 464-466 | | 781 |

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2          THE COURT:  Mr. Gulick, did you wish to address the

 3    Court?

 4          MR. GULICK:  Your Honor, very briefly.  I'm Jim

 5    Gulick from the North Carolina Attorney General's office.

 6    Your Honor, a brief matter.

 7              The matter of the decision of the D.C. Circuit has

 8    come up several times during the course of this proceeding,

 9    and I thought it was probably appropriate for us to hand up

10    to the Court a copy of that decision in its entirety so that

11    you have the opportunity at your appropriate leisure to

12    consider just for yourself what it does and doesn't do.  And

13    I don't intend to make any argument about it at this time but

14    simply to hand up two copies of that decision.

15          THE COURT:  Yes.  Thank you, but I already have a

16    copy of it.  I just haven't had a chance to read it.

17          MR. GULICK:  Very good, Your Honor.  That's a

18    pretty lengthy document.  I just wanted to make a copy

19    available if you need it.

20              THE COURT:  All right.  Thank you.

21          MR. GULICK:  Thank you.

22          (Proceedings interrupted by an unrelated

23       matter.)

24              THE COURT:  All right.  We're ready to proceed.

25          MR. GOODSTEIN:  Thank you, Your Honor.
```

1          North Carolina calls its next witness, Lyle

2   Chinkin.

3                     **LYLE CHINKIN,**

4   **being duly sworn, was examined and testified as follows:**

5                   **DIRECT EXAMINATION**

6          MR. GOODSTEIN:  Your Honor, if I could approach, I

7   have a binder for Mr. Chinkin as well.

8          THE COURT:  All right.  Let's proceed.

9          MR. GOODSTEIN:  Thank you, Your Honor.

10  BY MR. GOODSTEIN:

11  Q.   State your full name for the record, please.

12  A.   Lyle Chinkin.

13  Q.   How are you currently employed, Mr. Chinkin?

14  A.   I'm currently the president of Sonoma Technology,

15  Incorporated, in Petuluma, California.

16  Q.   Your CV is marked as Plaintiff's Exhibit 426.  It should

17  be the first one in your book.

18          MR. GOODSTEIN:  And it should be the first one in

19  your book, Your Honor.

20  BY MR. GOODSTEIN:

21  Q.   So you work with Mr. Wheeler at Sonoma Technologies?

22  A.   That's correct.

23       I can hear you better now.

24  Q.   Can you tell us what your role in this case has been?

25  A.   Sure.  I've worked with Mr. Wheeler to direct our staff

1  at Sonoma Technology to do the air quality modeling and do

2  analyses, as well as the analyses that I've looked at

3  personally, and looking at the work of our scientists, EPA

4  experts, SAMI, et cetera.

5      I was also a 30(b)(6) witness for the State of North

6  Carolina in the case, and I helped prepare the three expert

7  reports that we have turned in, Mr. Wheeler and myself.

8  **Q.**  And so you've reached some conclusions about

9  improvements to air quality in the region that would result

10 from the additional controls installed by TVA as requested by

11 North Carolina in this case?

12 **A.**  Yes, that's correct.  I did some conclusions.

13          **MR. FINE:**  Your Honor, I apologize for the

14 interruption, but as with Mr. Wheeler, we have a stipulation

15 as to Mr. Chinkin's area of expertise in this case.

16          **THE COURT:**  All right, sir.

17 **BY MR. GOODSTEIN:**

18 **Q.**  And that is air quality analysis, including emissions

19 inventories.  Is that your area of expertise, Mr. Chinkin?

20 **A.**  That is correct.

21 **Q.**  And can you give us a summary of your background and

22 experience in that area, please.

23 **A.**  Sure.  Well, I'll start with my education and work into

24 my work experience.

25      I went to the University of California at Davis, where I

1  studied in atomospheric science, meteorology, and I got an

2  undergraduate and graduate degree from University of

3  California at Davis.  But I actually began my work while I

4  was still going to school.  So if you turn to the second

5  page, it has a very detailed outline, but I just want to hit

6  a few the highlights.

7      I actually started my career working at a TV station, in

8  the weather department.  One of my goals was to explain the

9  weather to people.  I also worked as a student intern at the

10  California Air Resources Board, which is the leading agency

11  in California for regulating air quality, and it's one of the

12  leading agencies in the country for regulating air quality.

13  And that's actually where I first met Mr. Wheeler.  He and I

14  worked together at the California Air Resources Board.

15      While still a senior and undergraduate at UC Davis, the

16  California Air Resources Board offered me a unique

17  opportunity for a full time job on the condition I went back

18  to school part-time and completed my degree.  So I actually

19  started as a professional in the air quality arena before I

20  completed my undergraduate degree, which I did go back and

21  complete Summa cum laude.

22      At the Air Resources Board, I did a considerable amount

23  of air quality analyses, I did technical scientific

24  statistical reports, and worked in the same section as

25  Mr. Wheeler, where we did air quality forecasting seven days

1  a week.

2      I was given an opportunity by the U.S. Environmental

3  Protection Agency.  They identified me and offered me the

4  opportunity to go back to grad school and would pay my way,

5  and I continued to work at the Air Resources Board and

6  completed my graduate degree, which was a focus on visibility

7  impacts from agricultural burning activities, which was a big

8  issue in California in those days, and my thesis focused on

9  using instrumentation and human observers and understanding

10  the difference between what real visibility is and what

11  instruments are telling you the visibility is.

12      Subsequent to completing my master's degree, I was given

13  an opportunity to join a consulting firm called SAI, not to

14  be confused with where I work now, STI.  It was called

15  Systems Applications International.  And it was the

16  incubator, if not the birthplace, of the current modern-day

17  air quality model, the first air quality model accepted by

18  the USEPA, called the Urban Airshed Model.  And that is, in

19  fact, where I actually worked with Dr. Tesche, TVA's expert

20  in this case.  He and I worked at the same firm many years

21  ago.

22      I worked at that firm quite some time, about nine years,

23  where I rose to the ranks of the manager of emissions

24  modeling.  And some of the highlights of the projects I

25  worked on were to develop emissions inventories for hundreds

1    of cities across the world actually, in Asia, America, and I

2    developed and was co-author of the EPA guidance document on

3    how to prepare emission inventories for photochemical models,

4    and that's still the guidance document today.

5        I had an opportunity -- I was recruited to join Sonoma

6    Technology in 1992, where I headed up their emissions

7    inventory program, and I worked my way through the ranks to

8    become president of the company about two years ago.

9    **Q.**   All right.  And what are your current responsibilities

10   at Sonoma Technologies?

11   **A.**   Well, as president of Sonoma Technology, I oversee all

12   the divisions of the company.  We're about a 50-person

13   company now.  And we cover all areas of air quality research,

14   applications, modeling, as you heard about from Mr. Wheeler

15   yesterday.

16       We run, for example, the USEPA "AIRNow" website.  Many

17   of you may have heard of that.  It's A-I-R-N-O-W.  And that

18   allows anyone in America to go on the Internet and see what

19   the air quality is right now outside their homes.  And we run

20   that for the whole country, 24 hours a day, 365 days a year.

21       We also, for example, have projects for the U.S. Forest

22   Service, where, under a NASA grant, we're running CMAQ, as

23   Mr. Wheeler said yesterday, twice daily every day, 365 days a

24   year, to forecast the impact of smoke from both wildfires and

25   man-made prescribed burning throughout the country.  So we

1  have some pretty extensive programs on modeling and air

2  quality analysis.

3      We also do air quality health research.  I personally

4  was involved in a study for the City of Houston where we

5  looked at air quality benefits, the health benefits of

6  changes in air quality for the City of Houston for both ozone

7  and PM.  It was under what was called the Excel Program back

8  in those days.  So it's pretty extensive.

9      The roots of the company, if you haven't heard of Sonoma

10  Technology, was flying airplanes and measuring the air

11  pollution over cities.  In fact, the founder of the company,

12  who is still with the company, was the first to prove -- and

13  it had to be proved in those days.  It sounds funny today.

14  But he was the first to prove that air pollution crossed

15  county lines.  He flew his airplane in Los Angeles.  At that

16  time, Los Angeles County was insistent that their pollution

17  did not cross the county line into Riverside County, and he

18  had to prove that, and that became the first unified air

19  pollution control district because he proved air pollution

20  knew no boundaries.

21      And we've been flying airplanes ever since and measuring

22  air pollution throughout the country, and world, for that

23  matter.  We've measured air pollution at the South Pole.

24  We've measured air pollution in Asia.  We do many, many field

25  studies using state-of-the-art air quality instruments.

Q.    Could you summarize for us your experience in emissions

inventories, air quality analysis, and how you use air

quality modeling in your work?

A.    Sure.  Over the years, I have been asked by many clients

to use, you know, my knowledge of emission inventories.  I've

personally been involved in the collection of emissions data,

learning how emissions come from various source categories.

One of the most recent studies I think you might be

interested in hearing about is how does air pollution vary by

day and week.  It's a very interesting issue that people want

to know because, if you think about it, pretty much every

day, weekdays, Monday through Friday, pollution is about the

same in terms of the emissions from cars and factories

because that's when everybody goes to work, but the weekends

are very different.  So no one has ever really studied

weekends until the last few years.

I've been involved in a number of studies for USEPA,

California Air Resources Board and private industry, looking

at the differences between pollution on weekdays and

weekends, and so I've personally been involved in those

studies.

I've been asked by many areas around the country dealing

with air quality issues to help them, give them advice,

frankly, on what control programs are most effective for

them.  I've done work in Kansas City; Minnesota; the Twin

1 Cities; Columbus, Ohio.

2     I recently was an invited speaker at a group for public

3 citizens.  There were 200 citizens.  Each had paid $500 to

4 hear how the air quality in the mountain counties of

5 California could be improved, because similar to the evidence

6 in this case in the Great Smoky Mountains, the pollution is

7 being transported in to where they live.  They can't stop the

8 pollution from coming in and they want to know what they can

9 do about it.

10     That's the kind of work I do.  I try to explain

11 complicated air quality issues to lay public, private

12 industry leaders and government officials.

13 **Q.**  And you prepared several reports along with Mr. Wheeler

14 in this case?

15 **A.**  That's correct.

16 **Q.**  And this should be at the back of your binder.  Can you

17 identify Plaintiff's Exhibit 464, 465 and 466?

18 **A.**  Yes, I can.

19     **MR. GOODSTEIN:**  Your Honor, at this time we're

20 going to offer Plaintiff's Exhibit 426 into evidence, which

21 is Mr. Chinkin's CV, and then his reports.

22     **THE COURT:**  All right.  Let that be admitted.

23     **MR. FINE:**  Your Honor, we have no objection to the

24 CV and we have no objection to the first of the two reports,

25 which I believe have been marked as Plaintiff's Exhibits 464

1    and 465.

2            We do have an objection to the introduction into

3    evidence Plaintiff's Exhibit 466, which is what is referred

4    to in the binder as the Letter Report from June of 2007.  It

5    is our position that this report was submitted in an untimely

6    fashion under the Court's order in terms of the exchange of

7    expert reports and should be excluded from the record on that

8    basis.

9            **THE COURT:**  When was it given to you or made

10   available?

11           **MR. FINE:**  Sir, it's dated June 20th, 2007, and was

12   made available to TVA at that time.  There was no newly

13   revealed information.  The newly revealed information from

14   TVA caused the third report.  No additional modeling was done

15   for the third report.  We believe on that basis and under the

16   terms of the Court's order that it was an untimely expert

17   report and should not be made part of the record.

18           **MR. GOODSTEIN:**  Your Honor, we received a

19   supplemental report from the defendant's experts in this area

20   in June of 2007, and this letter report from Mr. Wheeler and

21   Mr. Chinkin was disclosed on June 20th, 2007.  It was in the

22   discovery period.

23           We had previously received an expert report from

24   Dr. Tesche and Dr. Mueller in February of 2007, and then we

25   received a supplement from them in June of 2007, and under

1  the rules, we have 30 days to issue a rebuttal report, if

2  necessary, based on new information that we receive, and in

3  June, 2007, we received a 30-page expert report, supplemental

4  expert report, from Dr. Tesche and Dr. Mueller, and this

5  report from Mr. Chinkin and Mr. Wheeler is a short rebuttal

6  to some of those points.

7       **MR. FINE:**  Your Honor, the supplemental report from

8  Dr. Tesche and Mr. Mueller that Mr. Goodstein is referring to

9  was submitted within the agreed deadline for expert reports.

10  The letter report did not rebut anything in the Tesche and

11  Mueller supplemental report and, as I previously stated, was

12  not in -- was not in response to new information, and, in

13  fact, as I'm sure Mr. Chinkin will admit, no additional

14  modeling was made for that report, for this letter report.

15       **MR. GOODSTEIN:**  Your Honor, if I can approach, I

16  can show the Court the report that this is responding to.

17       This all occurred within the discovery period, and

18  TVA never took Mr. Chinkin's deposition regarding any of his

19  reports in this case.  And this letter report was disclosed a

20  long time ago, within the discovery period, and they never

21  have taken this gentleman's deposition.  They've never asked

22  for his deposition.  So I find it hard to accept any kind of

23  prejudice argument, much less this was a timely disclosure in

24  the discovery period responding to a 30-plus page

25  supplemental report by their experts.

1      **THE COURT:**  Mr. Fine, you've had a year to look at

2 this, haven't you?

3      **MR. FINE:**  Yes, Your Honor.

4      **THE COURT:**  Where is the prejudice?  I don't like

5 lawyers ignoring court orders.  On the other hand, there's

6 occasionally a missed step like this of importance, and it

7 seems to me that, absent a showing of some substantial

8 prejudice, I'm inclined to overrule your objection.

9      **MR. FINE:**  Your Honor, I understand your approach

10 to this matter, but I would just point out for the sake of

11 the record that this letter report was given during the last

12 week of the discovery period, during a time when five

13 depositions were scheduled that week.

14      There was no time to take Mr. Chinkin's deposition

15 with regard to this letter report.  He was tendered as a

16 30(b)(6) deponent, and his deposition was taken within that

17 context, as I think Mr. Chinkin himself has testified himself

18 already this morning.  But we believe that coming in with

19 this report in the last week of the discovery period when

20 there was much else going on is sufficient grounds to find

21 that there was prejudice to the defendant in the matter.

22      **MR. GOODSTEIN:**  Your Honor, your case management

23 order, on page 3, dealing with expert witnesses -- this was

24 your order that was filed in July of 2006.  It's document

25 21 -- provides for expert witnesses' supplementations under

1   Rule 26(e) shall be ongoing throughout these proceedings.

2   And consistent with 26(e), we filed this letter report in a

3   timely manner and consistent with your order and the rules.

4          We had several depositions scheduled back in July

5   because we couldn't complete them in June, and if counsel had

6   any scheduling issue with the desire to take Mr. Chinkin's

7   deposition, we certainly would have accommodated them.  We

8   had several depositions continue into July that year, and as

9   you know, Your Honor, we were prepared to produce any of our

10  expert witnesses for deposition, to be fully examined on

11  their reports, and had TVA requested that, we certainly would

12  have made Mr. Chinkin available.

13          **THE COURT:**  All right.  Show the Court overrules

14  the objection and gives the defendant an exception, and let's

15  move the case along.

16          **MR. GOODSTEIN:**  Thank you, Your Honor.

17          **MR. FINE:**  Very well, Your Honor.

18          **THE COURT:**  Thank you, gentlemen.

19          **MR. GOODSTEIN:**  We offer 464, 465 and 466 into

20  evidence at this time.

21          **THE COURT:**  Let those be admitted.

22          **(Plaintiff's Exhibits 464, 465, and 466**

23      **received.)**

24  BY MR. GOODSTEIN:

25  **Q.**  Mr. Chinkin, you mentioned you had developed a

1    conclusion regarding the benefits that would result from the

2    additional controls on TVA plants sought by North Carolina.

3         Have you also developed a conclusion regarding the

4    current impacts of the excess emissions from TVA's power

5    plants?

6    **A.**    Yes, I have.

7    **Q.**    And could you tell us a little bit about the method that

8    you used to develop those conclusions?

9    **A.**    Well, the approach I take in drawing conclusions in a

10   situation like this is to look at all the available

11   information I can, and in this case that included our own STI

12   modeling, it included the modeling of SAMI that was referred

13   to for the last several days, it included modeling performed

14   by USEPA in support of the CAIR rule, the Clean Air

15   Interstate Rule, and also the TVA expert's own model; and I

16   looked at a number of other governmental resource documents,

17   including the National Park Service, for example, and other

18   available information from my normal means of getting it, you

19   know, through the public literature, peer review literature.

20        Those are the techniques I used to reach my conclusions.

21   **Q.**    And could you summarize your conclusions for us, and

22   then we'll walk through the evidence that you put together

23   and your analysis of that.  But if you could give us just an

24   overview of your conclusions at this time.

25   **A.**    Sure.  I think it's really important that I make it as

1  plain and simple as possible.

2      My conclusion in this case about the current impacts

3  from TVA's emissions from the coal-fired power plants is that

4  they are very large and substantial and, in comparison to

5  studies I've done throughout the country, these are huge

6  impacts, and I think the evidence will show that.

7  **Q.**   Let's first talk about the meteorological information

8  that you considered, Mr. Chinkin.  And if it would be

9  helpful, you can refer to the figure on the easel.

10          **MR. GOODSTEIN:**  With permission of the Court, Your

11  Honor, if we could have Mr. Chinkin step down and refer to

12  the figure on the easel.

13          **THE COURT:**  Yes.

14          **MR. GOODSTEIN:**  All right.

15          **THE COURT:**  And what number are we looking at?

16          **MR. GOODSTEIN:**  Plaintiff's Exhibit 140, Your

17  Honor.

18          **THE COURT:**  All right.

19          **MR. GOODSTEIN:**  And it's also on your screen, Your

20  Honor, if that's a better view for the Court.

21          **THE WITNESS:**  Okay.  Well, I think what's really

22  important to understand is that, as Mr. Wheeler, you know,

23  briefly mentioned yesterday, you know, weather dominates

24  where air pollution moves to.  And it's important to

25  understand the weather in the Southeast.

1      We all watch the evening weather probably, and we
2  all are probably familiar with high pressures and low
3  pressures.
4      **MR. FINE:**  Your Honor, I think this is getting into
5  cumulative testimony.  We heard extensively from Mr. Wheeler
6  about the dominant weather patterns in the Southeast
7  yesterday and I'm not sure we need to have Mr. Chinkin repeat
8  it.
9      **MR. GOODSTEIN:**  Your Honor, as I indicated
10 yesterday --
11     **THE COURT:**  Overruled.  Answer the question.
12     **MR. GOODSTEIN:**  Thank you, Your Honor.
13     **THE WITNESS:**   What I was about to say was that
14 these high pressure systems that tend to set up in the
15 southeast United States in the summertime tend to cause the
16 pollution to move from west to east with a circular pattern.
17 And what I intend to show is that, through the evidence, that
18 this pattern, this typical pattern, all summer long, carries
19 this pollution from all the power plants, those in Alabama,
20 those in Tennessee, and those in Kentucky, into North
21 Carolina, causing impact there, as well as impacts in
22 Alabama, Tennessee, and Kentucky, and I'm going to go through
23 that in a very detailed way to see how the weather causes
24 that impact.
25     **THE COURT:**  All right, sir.

BY MR. GOODSTEIN:

Q.   Okay.  Now I'd like you to refer to some of the other

modeling evidence which was received yesterday during

Mr. Wheeler's testimony.  And let's start with Plaintiff's

Exhibit 151 and ask you to identify that.

A.   Yes.  That is our modeling.

Q.   And can you tell us what this shows?

A.   Okay.  What I'd like to do is -- I'm going to show this

on the electronic screen.

     Let me first say, before I actually get into the details

of this particular plot, that we actually did this for every

day of the entire year and we looked at every day's impacts.

In fact, we looked at it hourly.  If we were to print out all

of those, our expert report would have been 10,000 pages

long.  So what we tried to do was just show sample plots in

the expert report.  And, in fact, I'm going to show even less

samples today, just giving, really, glimpses.  But every day

these types of things are demonstrated in air quality

modeling.

     If you look on the left, this is showing you where the

air pollution was that day.  This is for ozone.  So you can

see there are yellow areas, green areas, and then some sort

of red and purple areas, and that's where the air pollution

was worse on that day, those sort of dark orange, red, and

purple areas.  And you can see there are some areas there in

1    central North Carolina that were pretty high that day.

2        On the right-hand side, what we're showing is what were

3    the impacts from TVA's coal-fired power plants on that day.

4    And maybe now is a good time to step back for a second and

5    talk about what that day means.

6        There was a lot of discussion about 2013 versus, you

7    know, 2007 or current.  And I think it's important to

8    understand that the way modelers analyze impacts from a

9    source is to say what is the air pollution to the best of our

10   ability the models can predict, and then remove that source

11   and say what is the difference in that air pollution when the

12   source is removed.

13       When we do these around the country, we ask ourselves

14   when is a reasonable time for that source to have controls

15   installed on that source.  If that source could have controls

16   installed instantly, you know, magically, today, we could

17   have two models of today's emissions and say what would it be

18   with or without that control on that source.  But as we all

19   know, it takes several years, at least, to install controls.

20       So the way this is done is to have a future year.  There

21   is nothing magical about 2013.  That was the year we chose in

22   this case.  It seemed like a reasonable time.  It coincided

23   with the Clean Smokestacks Act initiative requirements.  But

24   we could have chosen 2009.  We could have chosen 2007.  The

25   year is really irrelevant, because what you do is you hold

1   constant everything but the change in the source you're

2   trying to understand.  And so we shouldn't get hung up on

3   this is July 27, 2013.  It's just looking at the impact of

4   taking those sources out of the inventory.  Everything else

5   is being held constant.

6       So let's look at this day.  So we looked at July 27,

7   2013.  You can see individual plume impacts from each of the

8   power plants.  On this particular one, this is ozone.  And as

9   we've heard from other witnesses, what's causing ozone is

10  NOx, the NOx emissions from the power plants, and so, you

11  know, there are -- you know, the reductions of the NOx causes

12  reductions in ozone.

13      So you can actually identify individual power plant

14  plumes from the number of the power plants on this day in

15  this plot.

16  **Q.**   And you're talking about the TVA power plants?

17  **A.**   These are TVA power plants, that's correct.  That's all

18  we have isolated here are just the TVA coal-fired power

19  plants that we have applied NOx reductions in this control

20  scenario.

21      And as Dr. Staudt referred to the other day, we didn't

22  do that at every power plant, just the ones that he did in

23  his control scenario.  You can see the benefits of those NOx

24  reductions strongly in Tennessee, strongly in Alabama, some

25  in Georgia, lots of benefits in North Carolina, lots of

1  benefits in Kentucky, and all the way up into Indiana and

2  Illinois you see benefits.

3      So there are benefits throughout the entire region on

4  this particular day, but you can see each power plant's

5  impact individually and how they're all affecting each state

6  and throughout the region.

7  **Q.**  So this shows the current impacts as well as the

8  patterns?

9  **A.**  That's correct.

10  **Q.**  So let's take a look at one of your figures for PM2.5

11  concentrations, which is marked for evidence as Plaintiff's

12  Exhibit 143.

13  **A.**  Okay.  Similarly, for ozone, here is a plot, again, just

14  an example day.  We have these for every hour of every day

15  for the entire year, but we're just looking at one day.  And

16  again, what you can see on the left-hand side in the very

17  colorful map is where was air quality -- what were the air

18  quality levels predicted for that day.  And you can see this

19  is a scale that goes from zero up until the purple, 20 or

20  greater.

21      And so you can see, in North Carolina, on that day, we

22  predicted the orange and reds and some yellows throughout the

23  state of North Carolina as an example.  And then, on the

24  right-hand side, again what we see is what are the impacts;

25  and then the flip side of that coin, what would the benefits

1  be if the power plants, TVA's coal-fired power plants, were

2  controlled.  In this case we're talking about PM2.5, so we're

3  talking about SO2 reductions.

4      And so, again, you can actually identify by looking at

5  it -- I'll try to use my finger pointer here.  You can see

6  individual plumes from those power plants lining up, and you

7  can actually follow the trajectory and see which areas are

8  being impacted and, conversely, which areas have the greatest

9  benefits from controls on power plants on that day, and it's

10 easily identified individual locations of each power plant.

11 **Q.**  And you're talking about TVA's power plants?

12 **A.**  Again, these are just TVA's coal-fired power plants that

13 we're isolating here.

14 **Q.**  Can you identify for us which of those plants are shown

15 on those plumes?

16 **A.**  Yes, I can.

17 **Q.**  And you can refer to Plaintiff's Exhibit 58, which is on

18 the easel in front of you, if that's helpful.

19 **A.**  Okay.  So, for example, to the best of my ability, on

20 this particular day, you can see there are some plumes sort

21 of lining up along the southern border of Tennessee there.

22      The map just moved on me.  Okay.

23      So let's look at the one which is probably near Memphis,

24 Tennessee, and that's perhaps the plume from Allen power

25 plant; and then moving further east, you can see -- that was

1  the Allen plant there.  Moving further east is probably the

2  plume coming from Colbert; and moving further east still is

3  the plume from Widows Creek.  And you can even identify

4  within -- keep in mind that these plumes pass over other

5  power plants; plumes are combined and make a big cloud of air

6  pollution.  But you can even see the other plumes, a little

7  bit buried, but you can see, for example, there's a, you

8  know, a -- see if this works.

9      You can see a plume over there.  You can see a plume

10  over there from the Kentucky power plants.  You could

11  probably see a plume coming here, it looks like from John

12  Sevier.

13      But when you do this every day, you can individually see

14  plumes from every power plant many times during the year.

15  You can see where they go and which are the states being most

16  impacted by that particular power plant.

17      Having done this for the whole year, I can say that

18  every single power plant in the fleet has impacts in

19  Tennessee, in the states where they reside, Alabama and

20  Kentucky, and in North Carolina and throughout the region.

21  **Q.**  Let's move on to Plaintiff's Exhibit 155 and ask you to

22  identify that.

23  **A.**  This is a plot which is -- again, now we're looking at

24  the peak 8-hour ozone impact and/or benefits.  Again, this is

25  the flip side of the same coin.  And this is showing the

1    whole study area that we had looked at.

2        And I want to really focus in and look at what the color

3    scale means here.  So if we can zoom in and blow that up,

4    that would be great.

5        That's a little too big, I think.

6        Okay.  So what's really important to recognize now is

7    how did I reach the conclusion that these impacts were

8    substantial?  Well, let's start talking about the evidence

9    that says it's substantial.

10       On the scale in front of us here, you can see that the

11   gray means the impacts were less than one half of a part per

12   billion; and then you move up and you see the blues get

13   darker and darker, all the way to up to where the darkest

14   blue is greater than 8 parts per billion.  Well, 8 parts per

15   billion doesn't sound like a lot.  It sounds like something

16   really small, so I think it would be useful to put that scale

17   into context.

18       So, what most people don't know when I give these talks

19   around America is that ozone is a naturally occurring blue.

20   You know, much like the other day, I think it was Bill

21   Jackson testified that the Blue Ridge Mountains got its name

22   because there is natural a blue haze in those mountains from

23   natural sources of pollution.  There is also natural

24   formation of ozone.  And in this country, the natural

25   background ozone level is about 40 parts per billion.  In

1  this country, the ozone standard is about 75 parts per

2  billion.  So what that means is man-made pollution is

3  contributing, or is allowed to contribute, by the USEPA

4  standards, only another 35 parts per billion.

5      So when we compare this scale, for example, to 8 parts

6  per billion ozone, we're really comparing it to about a 35.

7  So what fraction of that 35 that was, you know, sort of

8  theoretically allowed to emit, although I don't -- I think we

9  would agree that we shouldn't be emitting any; we all ought

10  to make pollution as low as we can.  But what fraction of

11  that 35 are we talking about?  And that's one of the ways of

12  determining whether something is substantial or not; is it a

13  significant fraction of that available capacity, if you will.

14      So let's look at this map for a moment.  If you look,

15  you will see that there are centered on each power plant,

16  because of the NOx emissions, dark blue and the second to

17  darkest blue patterns on each of those power plants, and the

18  darkest blue is 8 or greater parts per billion.  Well, 8

19  compared to 35, that's about 25 percent of the problem is

20  just from these power plants.

21      So that's one way I decide whether something is having a

22  substantial impact or not.

23      So when you look at this map, you can identify, again,

24  as I did earlier on the PM map -- you can say which power

25  plant is at the center of each of those -- which TVA

1  coal-fired power plant is at the center of each of those dark

2  blue pattern areas.

3      And we can walk through that, if you'd like, Your Honor.

4  But I think the point is each of those power plants is at the

5  center of one of those dark blue areas.

6      You can also -- and we have a subsequent exhibit that

7  will show that.  We'll zoom in and see what those impact

8  areas are within those dark areas, those nonattainment areas,

9  wilderness areas, Class 1 areas, and go into details on that.

10     We'll go into that in more detail.  That includes

11 looking at, you know, natural resources, nonattainment areas,

12 and sensitive receptors.

13 Q.   Can you identify a few of the TVA power plants on this

14 figure for us?

15 A.   Certainly.  So, again -- I'll try to use the screen

16 here -- you can see the dark blue area here, which appears to

17 me to be the Colbert power plant area of impact.  The dark

18 blue area there appears to be the Widows Creek plume impact

19 area.  The large one up in northeastern Tennessee would be

20 the John Sevier power plant impact, you know, just to name a

21 few.

22 Q.   All right.  And then you have another slide, which is

23 the second page of Plaintiff's Exhibit 155.  And can you tell

24 us what this one is?

25 A.   What we're trying to do with this one is basically zoom

1    in now.  This is exactly the same figure we just saw but

2    we're zooming in much closer now.

3        So you can see the power plants themselves are labeled

4    on this plot.  As well, we have identified the nonattainment

5    areas for the 8-hour ozone standard, and it's quite evident

6    from this plot that several of these power plants are having

7    direct impact on ozone nonattainment areas.

8        In Tennessee, for example, if you look at Gallatin, that

9    would be the Nashville area nonattainment.  John Sevier is

10   having impacts on nonattainment areas in that area.  Widows

11   Creek is having impacts on the Chattanooga nonattainment area

12   in Tennessee, actually crossing the state lines there.

13       So you can see that these power plants are having direct

14   impacts on areas that are considered by the U.S.

15   Environmental Protection Agency as nonattainment of the

16   National Ambient Air Quality standards.

17       And I'd like to point out that our eye just naturally

18   focuses in on the most darkest blue areas here, but to be

19   clear, everything you see on this map is not gray, so

20   everything you see on this map are impacts.  So remember,

21   look at the scale, and the scale is showing you what those

22   impacts are.  But everywhere in this area is at least greater

23   than 1 part per billion, and some of them are greater than 8

24   parts per billion.

25   Q.    And these are the nonattainment counties as of the time

1   you did your report?

2   **A.**    That's correct.  The USEPA, in conjunction with the

3   states, are continually evaluating the attainment status of

4   each county that has monitors.

5   **Q.**    In fact, there's been a lowering of some of the ozone

6   standards recently?

7   **A.**    That's correct.  The ozone standard itself was changed

8   from 85 to 75, and then counties need to be redesignated

9   based on these new levels.  So that's actually going on as we

10  speak.  So many more counties will likely be nonattainment in

11  the future with these new tighter standards.

12  **Q.**    Now let's go to Plaintiff's 156.  And please describe

13  what this one shows.

14  **A.**    Okay.  What we've done now is really zoom in.  So now

15  we're just focusing in on eastern Tennessee and western North

16  Carolina.  And what I'd like to do is walk through

17  specifically many of the resource areas that are being

18  impacted by these power plants.

19      In particular, let's start at the northern end of the

20  map here.  These are ozone impacts.  So we have John Sevier.

21  Then let's look at the impacts from John Sevier.

22      And, again, let me emphasize, I'm sort of focusing in on

23  sort of the blue areas here, but the whole map is impacts.

24  But what we're trying to do is really focus in, just to get a

25  sense of what are the sensitive resources being impacted.  So

1  let's start at the northern part of the state.

2      Well, first of all, let's step back.  On this map are

3  some green hatched areas, and those represent the forest and

4  the wilderness areas throughout the area.  In this case,

5  those are the national forest.  We've also identified state

6  parks; we've identified national parks.  You can see the

7  Great Smoky Mountains National Park identified in sort of a

8  double hatched green area.  But those are all the national

9  forests.  And as we heard from Mr. Jackson the other day,

10  there are certain forests that they're particularly concerned

11  about, but they're concerned about all the forests in the

12  area.

13      So let's work our way through some of these sensitive

14  receptors and look at the actual estimated impacts from John

15  Sevier on those locations.

16      So, for example let's look at Grandfather Mountain.  You

17  can see on our prediction here that Grandfather Mountain is

18  in sort of the second darkest blue area there, which means

19  the impacts on Grandfather Mountain are somewhere between 4

20  and 8 parts per billion at that location.

21      I'd like to say that Grandfather Mountain, for the

22  record, is rather unique.  It's been accepted as a UN

23  biosphere reserve because of the number of rare species of

24  plants and animals at that location.  I'd also say the Great

25  Smoky Mountains is also a UN bio-reserve.  Those are very

1    unique resources.

2        If you move further south, you have Linville Gorge; you

3    have Mount Mitchell, the highest mountain east of the

4    Rockies.  Mount Mitchell, for example -- you know, if you

5    take a hike on Mount Mitchell --

6            **MR. FINE:**  Your Honor, I think we're going far

7    beyond Mr. Chinkin's area of expertise.  We're going to have

8    other witnesses, at least they're listed on the plaintiff's

9    witness list, who can describe these areas from their own

10   knowledge or experience.  I don't think we need to hear

11   Mr. Chinkin give us his description of these areas.

12           **MR. GOODSTEIN:**  Your Honor, we've qualified

13   Mr. Chinkin in air quality analysis, including emissions

14   inventories.  This is important evidence, Your Honor, that we

15   need to work through and get into the record.  And I don't

16   know what else we can do to lay a foundation for it.  He's an

17   expert in the impacts of air pollution.

18           **THE COURT:**  All right.  Go ahead.

19           **MR. GOODSTEIN:**  Thank you, Your Honor.

20           **THE WITNESS:**  Okay.  So I was talking about Mount

21   Mitchell, I believe.

22   **BY MR. GOODSTEIN:**

23   **Q.**   Yes.

24   **A.**   Mount Mitchell was an example of the important resources

25   in the western North Carolina area, and what I was going to

1   say was, if you go on a hike up Mount Mitchell, you'll see

2   more trees than you will see if you hike from Georgia to

3   Canada; you'll see more trees and plants than if you go

4   through all of Europe.  There's a unique geology and plant

5   life development and animals in this area.  This is a unique

6   area of the entire country.  So when I'm looking at weighing

7   substantial impacts, I'm keeping that in mind as well.

8       Moving further south, we can see the Great Smoky

9   National Park itself is in the area between 4 to 8 parts per

10   billion impact of ozone just from John Sevier.

11       There are also probably impacts from Widows Creek.  It's

12   just, remember, this is a composite of all the power plants'

13   impacts, so it's difficult to isolate on this figure.

14       And I just want to point out that the Great Smoky

15   Mountains National Park, as we'll talk about in more detail

16   later, has considerable concerns.  The land managers for the

17   Great Smoky Mountains National Park have considerable concern

18   about the air quality impacts in the Great Smokies.

19       And just to be complete, I don't want to leave out

20   Asheville, you know, where we are here today.  The Biltmore

21   Estate.  Those impacts are somewhere between 2 to 4 parts per

22   billion of ozone.

23       The Pisgah National Forest.  Joyce-Kilmer, one of the

24   virgin forests of America still standing.  Joyce-Kilmer is in

25   the area of ozone impacts from both Widows Creek and John

1    Sevier.  The Cherokee National Forest.  Gorges.  And I could

2    go on.  Shining Rock.  All these areas, very important

3    resources, most are being impacted.  Great Smoky Mountains,

4    the most visited national park in America, is in an impact

5    area from these power plants.

6    **Q.**  All right.  Take a look at your closeups for PM2.5,

7    Mr. Chinkin.  And you can start at Plaintiff's 148 in

8    evidence.

9    **A.**  Well, similar to what we just talked about for ozone, we

10   have here our whole study area looking at the impacts from

11   the TVA coal-fired power plants on PM.

12       Again, PM is important for a number of reasons:

13   Visibility, air quality, health effects, and then,

14   ultimately, acid deposition.

15       So, again, looking at the big area, and then we'll focus

16   in, just like we did with ozone.  You can see there is a

17   scale, and the scale is again gray to a dark blue.  The gray

18   area means the impacts are less than .05 micrograms per cubic

19   meter and the blue areas -- darkest blue means it's greater

20   than 0.4 micrograms, or rounding, about a half a microgram or

21   greater.

22       And, again, to put this into context, the air quality

23   standard for particulate matter is 15, and there is a

24   background level of particulate matter in this country as

25   well.  It's estimated to be somewhere between 4 and 5, maybe

1    as high as 6 micrograms per cubic meter as a background.  So

2    man's contribution is maybe 10 micrograms of that 15.  And

3    what's really important to keep in mind whether an impact is

4    substantial enough for PM in terms of the Ambient Air Quality

5    Standards, is how close are you to those standards.  And if

6    you look at places in this part of the country that are in

7    violation of the National Ambient Air Quality Standards,

8    they're actually pretty close to the standard.  In fact,

9    they're very close.  You can be nonattainment of the standard

10   if you're annual average PM2.5 is 15.1 or 15.2 or 15.3, and

11   there are many areas that are that close to the standard, yet

12   they violate, which means they have to spend considerable

13   amount of money in resources to control sources in their area

14   to get below the standard.  So these levels of 0.2, or .3,

15   .4, those are really important substantial impact levels.

16   **Q.**   What's the implication of the CAIR decision to the

17   projections for attainment for various caps?

18   **A.**   Well, that's a really important issue.  When the CAIR

19   modeling was performed by the USEPA, much of the country

20   rejoiced at the results because they didn't have to do much

21   to attain the standards.  The CAIR program would take care of

22   it for them.  By major sources in this country controlling

23   their NOx and SO2 emissions under CAIR, the modeling showed

24   that many areas would attain the standard without any

25   additional controls.  So now, in the absence of the CAIR

1    program, many more areas of this country will remain

2    nonattainment and have to implement considerable control

3    programs at very costly levels.

4    **Q.**   Do you have a similar close-up for PM2.5, as we looked

5    at for ozone, on the second page of Plaintiff's Exhibit 148?

6    **A.**   Yes, I do.

7    **Q.**   So let's direct your attention to that, please.  And can

8    you tell us what this one shows?

9    **A.**   Well, what this shows, again, is the PM2.5 impacts from

10   the TVA coal-fired power plants.  It also shows, highlighted,

11   the nonattainment counties.  We've also identified the power

12   plants by name here.

13         And one thing I want to point out is this map doesn't

14   have sort of the bulls eye splatches that ozone did because

15   we're looking at an annual average of the PM impacts.  So

16   that tends to smear it out somewhat from the day-to-day

17   variations.  And ozone is more of a close-in phenomenon.  As

18   you can see, each power plant had its ozone impact area

19   specifically.  In the sense of PM, they tend to kind of all

20   merge together in a sense, sort of dependent upon the wind

21   patterns, if you will.

22         As you can see, there is a sort of a skewedness to this

23   pattern that tends to move things from the west to east in

24   terms of the concentration pattern, with the worst impact

25   being along the, sort of the Appalachians on the western side

1    there where you can see Kingston; and Bull Run and John

2    Sevier are the darkest blue areas, where the impacts are on

3    the order of greater than .4 micrograms per cubic meter.

4         But you can see that there are impacts at Colbert, in

5    Alabama.  You can see Widows Creek in Alabama as well.  You

6    can see these impacts in Kentucky.  You can see the impacts

7    going into the North Carolina, South Carolina and Georgia,

8    throughout the area.

9         Remember, as long as it's not gray, these are impacts of

10   significant levels.

11   Q.   And what are the counties bordered by the black line in

12   this picture?

13   A.   Again, these black line counties are the nonattainment

14   counties.  So, for example, you can see -- let me clear this

15   here.  So you can see on this one here in the Knoxville area,

16   around Kingston and Bull Run, are nonattainment areas.  And

17   so, again, these power plants are having impacts, direct

18   impacts, on nonattainment areas.

19        You can see Widows Creek is having an impact on PM2.5

20   nonattainment areas just slightly downwind from Georgia and

21   Tennessee.

22   Q.   And we're looking at the impacts of TVA's excess

23   emissions in these figures?

24   A.   That's correct.

25            MR. FINE:  Your Honor, I'm going to have to once

1  again object to the argumentative nature of that question.

2          **THE COURT:**  Overruled.

3  **BY MR. GOODSTEIN:**

4  **Q.**   So let's go to the further close-up, Plaintiff's Exhibit

5  149 in evidence, and please explain to us, Mr. Chinkin, what

6  this one shows.

7  **A.**   Similar to the zoomed-in version of the ozone map, we've

8  now zoomed in on the PM impact map.  And, again, these are

9  impacts from TVA's coal-fired power plants.  And using

10  similar color scheme and plotting scheme, in the green

11  hatched area are the national forests, in the sort of the

12  blue scale are the impacts, the power plants again have been

13  identified.  We've identified the state parks.  We've

14  identified the sensitive receptors, such as Grandfather

15  Mountain, as we did before, Shining Rock Wilderness,

16  et cetera, Joyce-Kilmer and Slickrock.

17  **Q.**   And the Blue Ridge Parkway and Appalachian Trail is also

18  on this one.

19  **A.**   Yes, that's correct.  That was on the ozone map as well.

20  I forgot to point that out.  Let me see if I can do that

21  here.

22      I'm trying to point out the Blue Ridge Parkway.  Kind of

23  goes along down through here, and then the Appalachian Trail

24  goes along through here.

25      And what I'd like to do is point out the air quality

1  impacts, in this case for PM, from TVA's coal-fired power

2  plants on these sensitive receptors.

3      And similar to the ozone plot, it's important to keep in

4  mind the scale.  There is nothing that's gray on this, so

5  everywhere is being impacted; it's just a question of how

6  much impact are they having.  And you can see that as far

7  east as two nonattainment counties in North Carolina, Catawba

8  and -- Davidson County, Catawba, and, actually, a third one,

9  Guilford County, are in blue areas.

10      Let's talk about those.  You can see that the farthest

11  east is in sort of a light aqua blue, if you will, and .1 to,

12  looks like about .2 maybe, PM2.5 micrograms.  You move to the

13  west, you see Catawba County is in the darker blue area, so

14  it's even greater.  That looks like the .2 to .3-microgram

15  area.  So if, for example, Catawba's design value, which is

16  the level the EPA says it's currently having, is 15.2, well,

17  if you could subtract off the .2 to .3, they would be

18  attainment.  So that's a significant impact in a

19  nonattainment area.

20      Looking at the sensitive receptors, you can clearly see

21  the Blue Ridge Parkway I've drawn and the Appalachian Trail

22  are going right through some of the highest impact areas.

23  The greatest impact areas are actually in Tennessee, in

24  Knoxville and the areas surrounding John Sevier.  But there's

25  impacts throughout the area, through all the sensitive

1  receptors.

2      The Great Smoky Mountains is in the second to the

3  darkest blue areas, so it's .3 to .4 micrograms in the Smoky

4  Mountains.

5  **Q.**   What are the concentrations in the plume coming off of

6  the John Sevier and these other power plants, what are the

7  concentrations that you see as far as impacts on the

8  Appalachian Trail and on the Blue Ridge Parkway?

9  **A.**    Okay.  Let's go back up and look at John Sevier's area,

10 which -- I'm going to get too many lines in here and we won't

11 be able to see them all.  But if I can circle that area, you

12 can see that there are sort of two dark levels of blue now

13 crossing over now the Blue Ridge Parkway and the Appalachian

14 Trail, and those levels are quite substantial.  That's

15 greater than .3 micrograms per cubic meter of PM2.5.

16 **Q.**   If you would try to go a little slower, Mr. Chinkin,

17 that might help the court reporter and help keep our record

18 straight.

19 **A.**    Thank you.  Sorry.

20 **Q.**   Sure.  And what does this show you about the

21 nonattainment areas that are being currently impacted by

22 TVA's excess emissions in states outside of North Carolina?

23 **A.**    So let's clear the lines on the map and look at -- it's

24 a little hard to see on this map, so I'm going to circle it.

25 In the Knoxville area, there are a number of nonattainment

1   counties that are shown in a gray line, but you can see that

2   in the Knoxville area, the combination of Kingston and Bull

3   Run's impact is greater than the .4 micrograms I spoke of, or

4   greater than about a half a microgram, in that nonattainment

5   area.

6   **Q.**   How would you describe that impact on nonattainment

7   areas, in your experience?

8   **A.**   My experience has been that a half a microgram impact is

9   huge, frankly.  It would take many, many, many control

10   programs of many, many sources to achieve that level of

11   reduction.  And in this case, we can get that level of

12   reduction by just controlling the emissions from two

13   facilities.

14   **Q.**   And with regard to the Chattanooga area, can you

15   describe the impact that the Widows Creek plant is having on

16   Chattanooga?

17   **A.**   Okay.  So, similarly, I'm going to draw a circle around

18   that.  Again, there are shown -- it's hard to see on my

19   image, but there are some gray lines there identifying the

20   nonattainment counties surrounding Chattanooga, and you can

21   see the Widows Creek power plant just to the southwest there.

22        Try that again with my arrow.  And those impacts are on

23   the level of the next darkest blue, so those are greater than

24   .3 micrograms per cubic cube.

25   **Q.**   Widows Creek is actually located in Alabama; is that

1  correct?

2  **A.**  That's correct.  So it's actually crossing state lines,

3  having impact on the nonattainment area both in Georgia and

4  in Tennessee.

5  **Q.**  Could you show us where the nonattainment areas in

6  Georgia that are being impacted by Widows Creek current

7  emissions are located on this figure, please?

8  **A.**  I think --

9        **MR. FINE:**  Your Honor, I'm somewhat puzzled by this

10 testimony.  I have to interpose an objection as to relevance.

11 It's my understanding --

12       **THE COURT:**  I sustain the objection.  Let's stick

13 with North Carolina and primarily the concerns in this case.

14       **MR. GOODSTEIN:**  Your Honor, there are a lot of

15 impacts and benefits from this control program throughout the

16 region, Your Honor, and so we think it's very important that

17 the Court see all the information, particularly in the states

18 where these plants are located.  There are going to be very

19 substantial benefits and they're having very substantial

20 impacts.

21       So this evidence is relevant, Your Honor, not only

22 to liability, because it confirms and firms the traceability

23 of this pollution --

24       **THE COURT:**  Well, we are talking about Alabama and

25 we are talking about Kentucky, and, certainly, I'm interested

1  in Tennessee and western North Carolina, in fact, the whole

2  state of North Carolina, but I'm not particularly interested

3  in Georgia and these other states.

4     **MR. GOODSTEIN:**  All right, Your Honor.

5     **THE COURT:**  Those are the areas that seem to be

6  involved primarily in this lawsuit, the ones that I named.

7     **MR. GOODSTEIN:**  Well, Your Honor, I think the

8  evidence that we've received so far, respectfully, and the

9  evidence that you will receive is going to show that this is

10 a regional issue, and that you have to look at --

11    **THE COURT:**  I understand that.

12    **MR. GOODSTEIN:**  -- the cost and the benefits on a

13 regional basis, Your Honor.  So we just want to make sure the

14 Court has the complete picture of what -- how substantial

15 these impacts are, not only on a magnitude basis but also on

16 a geographic area.

17    **THE COURT:**  But we don't need excessive detail as

18 to these other states.  So let's move on.

19    **MR. GOODSTEIN:**  All right.  Thank you, Your Honor.

20 **BY MR. GOODSTEIN:**

21 **Q.**  Mr. Chinkin, you've also had an opportunity to review

22 the modeling performed by TVA's experts.

23 **A.**  Yes, I did.

24 **Q.**  So you've reviewed the several reports that have been

25 issued by Dr. Tesche and Mr. Mueller in this case.

1  **A.**    That's correct.

2  **Q.**    And you reviewed their comments regarding the work that

3  you did with Mr. Wheeler at STI in support of North

4  Carolina's case here?

5  **A.**    That's correct.

6  **Q.**    And how did their modeling influence your analysis?

7  **A.**    In reviewing their reports, I would first say that their

8  criticisms of our work didn't change our conclusions at all.

9  In fact, looking at their work was supportive of our

10 conclusions when you put their work in the proper context.

11 **Q.**    All right.  And did you prepare some figures which show

12 how, when properly interpreted, TVA's modeling supports your

13 conclusions?

14 **A.**    Yes, I did.

15 **Q.**    I'd like to refer you to Plaintiff's Exhibit 173.

16        Can you explain to us, Mr. Chinkin, what this figure

17 shows?

18 **A.**    Sure.  This is a figure from the Dr. Tesche and Mueller

19 report, and it is showing their modeling results for TVA's

20 contribution to annual average PM2.5, and these were

21 determined by their modelers using a technique called zeroing

22 out, which means remove TVA's coal-fired emissions from the

23 modeling run, hold everything else constant, and see what

24 that delta or what that impact is from their power plants.

25        Similar to ours, they have a scale.  So you can see a

1 color-banded scale on the left. And that scale runs from

2 zero to one microgram in this case.

3      And what you can see based on their modeling results --

4 and they actually modeled year 2002 and called that their

5 current impact assessment. And in 2002, this plot shows

6 their impacts throughout the region, in Tennessee, Kentucky,

7 Alabama, North Carolina, et cetera. And what I'd like to

8 point out is that it is very similar to our findings that I

9 was just describing. And I will point out, specifically, if

10 you look in western North Carolina, you can see there are

11 some areas of a third level of blue, if you will, up, and

12 some sort of greenish areas, and those areas, if you look to

13 the scale, are the same order of magnitude of our impacts

14 from our modeling about one half of a microgram.

15      So, in fact, TVA's experts, in their report, show the

16 same impacts that we calculated using our model.

17 **Q.**   All right. And have you had an opportunity to also, in

18 your work on this case, Mr. Chinkin, to look at the modeling

19 that was produced by the SAMI report?

20 **A.**   Yes, I did.

21 **Q.**   And how does that compare to your conclusions in this

22 case?

23 **A.**   We spent quite a bit of time in the last several days

24 talking about SAMI and its extensive modeling efforts, and I

25 reviewed those modeling results, and, in fact, those have

1  similar corroborative findings.  I think it's important to go

2  through those carefully, reminding everybody that SAMI's

3  approach was to assume a 10 percent reduction in emissions by

4  a state and to see what those impacts would be in downwind

5  states.

6      As we have heard discussion of in prior testimony, TVA

7  makes up a lot more than 10 percent of Tennessee's SO2

8  emissions, so it's important to quantify, using the SAMI

9  results, what TVA's impacts would be separate from just

10  saying what would a total state's impact be.  But I'm

11  prepared to do that if we want to do that.

12  **Q.**  So I'm going to refer your attention to Plaintiff's

13  Exhibit 171 and ask you to identify that.

14      Are these the same plots that were contained in your

15  letter report which is now in evidence?

16  **A.**  That is correct.

17  **Q.**  Without going through every single one, can you show us

18  a few examples that we can have blown up?

19  **A.**  Sure.  I'd just like to show a couple of these, maybe

20  three or four at most, to give a sense of the spatial extent

21  that SAMI calculated the impacts by reducing all of

22  Tennessee's emissions by ten percent.  And keep in mind that

23  TVA makes up about, give or take, 70 percent or so of

24  Tennessee's SO2 emissions.  So if you reduced those emissions

25  by only 10 percent, these maps show what that impact would

1  be.

2      So what I'd like to do is to go to the center top one,

3  which is dated July 15th, and blow that one up, and then

4  also, if we could bring the scale along.  Let's look at the

5  scale, and you can see on the scale, the top darkest blue

6  color is about a half a microgram, .55, and it ranges down to

7  sort of the gray, which is basically no improvement, and you

8  can see with just a 10 percent change of Tennessee's SO2

9  emissions there are about, by their estimate, a half a

10  microgram improvement in western North Carolina.  Again, very

11  consistent with what TVA's experts are saying, what our

12  modeling is showing.

13      There is just a couple other days, I think, that are

14  worth noting.  If you look at, it's dated July 19th, second

15  one down on the left, I'd like to point out that, you know,

16  here is a day -- and we've heard lots of testimony about how

17  SAMI wasn't able to model the entire year, they didn't have

18  the technology in those days and the computer power we have

19  today.  But in this episode, there are, in fact, no impacts

20  from reducing the Tennessee SO2 emissions in Tennessee, and

21  that's because -- I just want to make sure it was

22  highlighted -- that the SO2 emissions that come from power

23  plants, it takes time for those emissions to convert to SO4

24  sulfate particles.

25      So on this particular episode, the benefits accrued by

1  reducing emissions in Tennessee are actually in western North

2  Carolina, South Carolina and Georgia.  There actually aren't

3  benefits in Tennessee that day.  So it's a pretty complicated

4  problem, a regional problem.  You have to consider how long

5  it takes the pollution to transport and transform in the

6  atmosphere.

7       Just a couple of, or maybe one more day.  Just go one

8  down.  It's dated May 12, 1993, again, showing another PM

9  event chart.  And you can see again on this scale that there

10  are major impacts in this case in Tennessee and in Kentucky

11  and in Virginia and western North Carolina.

12       So, again, SAMI, down about a half a microgram impact

13  from these controls, similar to TVA's experts, similar to our

14  work.

15  **Q.**  And while we're talking about SAMI, Mr. Chinkin, did you

16  hear the testimony about the memo that was read into the

17  record yesterday?

18  **A.**  Yes.  The memo that was referred to was work done by our

19  former president, Mr. Fred Lurmann, and Mr. Wheeler.  I think

20  what I'd like to add to the comments that were made yesterday

21  is that we were hired by SAMI at the end of the SAMI project

22  to do a critical review so they knew how to do it better the

23  next time.  It was not an intent to say that the modeling was

24  not useful.  I think that was a mischaracterization.

25  **Q.**  Did you also have an opportunity to review the modeling

1  that was used to support the Clean Air Interstate Rule by

2  USEPA?

3  **A.**    That's correct.

4  **Q.**    And what did that show about your conclusions in this

5  case?

6  **A.**    The air quality modeling done by the USEPA for CAIR was

7  more modern.  It used similar tools to that which we used in

8  this case, the CMAQ model; and, similarly, they did some

9  sensitivity runs, where they looked at the impacts by zeroing

10 out each state's emissions and seeing what those impacts were

11 in downwind states, similar to how we zeroed out -- or TVA

12 zeroed out TVA's power plants to see those impacts.  It's a

13 very common approach for looking at air quality impacts.  And

14 I have tables that will show that they calculated

15 approximately a half a microgram per cubic meter of impact in

16 North Carolina, similar to TVA, similar to SAMI, similar to

17 our results.

18 **Q.**    I'd like to show you what's in evidence as Plaintiff's

19 Exhibit 11.  Can you identify that document for us?

20 **A.**    Yes, I can.

21 **Q.**    All right.  Now, this is a very large table, so if you

22 could navigate us through it to the pertinent information, we

23 can have that blown up on the screen, and that might be the

24 best way to look at it, if you don't mind doing that

25 Mr. Chinkin.

1    A.    Okay.  So I think what we need to go to is page 10 of

2    this exhibit.

3    Q.    And if you could identify for us again, for the record,

4    what this document is, and then we'll go to --

5    A.    Okay.  I'm sorry.  Go back to page one 1.

6         This is the technical support document for the final

7    Clean Air Interstate Rule, and this is from the USEPA.  In

8    this particular document, if you go to page 2, is an

9    appendix, Appendix H to that document, and it provides

10   quantified detailed impact assessments for all the

11   nonattainment counties in the eastern United States, and so

12   it's a very large table.  That's why we're focusing in on

13   just page 10.

14   Q.    How does this USEPA air quality modeling support your

15   conclusions in this case?

16   A.    Okay.  Well, if we look -- if we can zoom in.  Oh, we're

17   not there yet.  Let's wait for page 10.

18         MR. FINE:  I rise to interpose an objection, but

19   I'm not sure what page number they're actually -- that may be

20   your electronic page number.

21         THE WITNESS:  Should I read the Bates number?

22   Would that be helpful?

23         MR. FINE:  That would be very helpful, Mr. Chinkin.

24   Thank you.

25         THE WITNESS:  On the bottom of this page, it says

1  NC00244721.

2            **MR. FINE:**  Thank you, Mr. Chinkin.

3            The one actually on the screen seems to be 720.

4            **THE WITNESS:**  I don't think that's the right page.

5  Can we move that down a little?  That's not the right page

6  yet.

7            **MR. GOODSTEIN:**  So it's the one with the short

8  table on it.

9            **THE WITNESS:**  It's a short table, with "Tennessee"

10  as the first row.

11            **MR. GOODSTEIN:**  Okay.  Everybody have it?

12            And it's also up on the screen.

13  **BY MR. GOODSTEIN:**

14  **Q.**   All right.  Mr. Chinkin, can you explain to us what this

15  shows?

16  **A.**   I'm sorry.  This may not be the right page.  What we

17  want -- I'm sorry.  We want the page -- this tag may have

18  been moved.  We want the page that shows "North Carolina" in

19  the left-hand column.  There it is.  It's the page before

20  that.  I'm sorry.  It is 720.

21  **Q.**   All right.  Here we go.

22  **A.**   Okay.

23            **MR. GOODSTEIN:**  Sorry about the confusion, Your

24  Honor.

25            **THE COURT:**  All right.

BY MR. GOODSTEIN:

Q.   All right.  Focus us in, Mr. Chinkin, on the pertinent information on this page, now that we found the page.  I know it's a very large table, so --

A.   It's a very large table, but all we need to look at, really, are two rows.  And if you go on the very far left column, where it says "states" in the downwind nonattainment county columns, you'll see there are two rows for North Carolina, one row for Catawba and one row for Davidson County nonattainment areas.  And if we move to the right, what the table shows is the quantified impact estimated by the USEPA in micrograms per cubic meter from zeroing out all of Tennessee's SO2 emissions, and you can see the results show a .62 micrograms for Catawba County and a .30 micrograms for Davidson County.

     Now, I remind you, this is zeroing out all of Tennessee's emissions.  TVA comprises about 70 percent, if we want to make an estimate, of their SO2 emissions.  So I'm saying that the impact is somewhat less than the .62 because it's not 100 percent of the SO2 in Tennessee, but it certainly is supportive of about a half a microgram of impact from TVA's coal-fired power plants in North Carolina's nonattainment counties.  This is USEPA saying this.

     I would also like to point out, there was conversation yesterday about how reliable models are, and as you can see

1   on this table, just looking at any random number you want,

2   EPA reports these numbers to the nearest one-hundredth of a

3   microgram per cubic meter.  You can see just above Catawba

4   County is New York, New York, and they show 0.06.  That is

5   six one-hundredths of a microgram.  The one above that is

6   0.07.  That is one one-hundredth more.  That is seven

7   one-hundredths of a microgram.  So this is very common

8   practice by USEPA, as well as we did in our model, to report

9   data to one one-hundredth of a microgram.

10  **Q.**  There was some comment yesterday about how monitored

11  values compared to model values.  Are these results in the

12  modeling that we looked at this morning from these various

13  sources consistent with monitored results?

14  **A.**  They're consistent.  And it's really important to

15  understand that there are differences between monitored data

16  and modeled data.  You know, I've given a lot of thought of

17  how to explain to the public in general how to understand air

18  quality, because it's a complicated topic area, and I think

19  several examples I can come up with that will hopefully help

20  explain why we have confidence in these values at these

21  levels would be to think of, growing up as a child, using a

22  thermometer.  We all had mercury thermometers as kids.  Your

23  mom would shake it and then stick it under your tongue and

24  try to measure your temperature.  Well, today we don't do

25  that.  Today we have digital thermometers.  You stick

1  something in your ear or you put it on your forehead, and it

2  reports your temperature to two decimal points.  Far more

3  accurate technology.

4      Well, maybe the technology for air quality hasn't quite

5  developed as quickly as modern computer technology has.  That

6  doesn't mean you don't believe the modern computer technology

7  results.  In fact, I actually have more confidence in the

8  modern technology than the monitoring data technology.

9      I also want to point out that modern PM measurement

10  techniques are required to measure to the nearest tenth of

11  microgram, which is only one order of magnitude greater than

12  the modeling, which is at one one-hundredth of a microgram.

13  I think there was some confusion yesterday saying that it was

14  several orders of magnitude different.  It is not.  It's only

15  one order of magnitude different.

16      I'd also like to point out that if you think about what

17  a model is doing, a model is a grid.  It represents, say, ten

18  miles on a side, and if you think about, you measure one

19  value on one side of the grid and another value on the other

20  side of the grid.  Let's say it's 10.5 here and it's 10 over

21  here.  Well, you know there's not a wall.  It's 10.5 and it's

22  probably 10.4, 10.3, 10.2.  Models are able to interpret

23  that.  We can't afford to put air quality monitors in every

24  possible spot to measure everywhere, but models can do that

25  for us.  They're a very powerful tool to understand very

1  accurately what the air quality is in an area, in fact, much

2  better than monitors can.

3  **Q.**  And that's why USEPA has used modeling like this just

4  for their air pollution regulations.

5  **A.**  That's correct.

6  **Q.**  And that's why SAMI used modeling.

7  **A.**  That's correct.

8  **Q.**  And that's why you're using the same type of approach

9  for this case.

10  **A.**  That's correct.

11  **Q.**  Now, you also mentioned, Mr. Chinkin, that you looked at

12  the types of resources that were being impacted as part of

13  your conclusion that TVA is currently having a very

14  substantial impact on air quality of the region.

15     What types of information about resources did you

16  consider in arriving at that conclusion?

17  **A.**  Well, similar to other studies I've done around the

18  country and around the world, I use publicly available

19  information.  I tend to rely on governmental reports.  And

20  that's what I did in this case as well.

21  **Q.**  I'd like to show you Plaintiff's Exhibit 176, which

22  should be an official report issued by the National Park

23  Service on air quality in the national parks.

24     Can you identify this?

25  **A.**  Yes, I can.

1      **MR. GOODSTEIN:**  And, Your Honor, if I could

2  approach, we have a certified copy of this and another

3  official report from the National Park Service.

4      **THE COURT:**  All right, sir.

5      **MR. GOODSTEIN:**  And, Your Honor, you could put

6  those in your book.  They have three holes on the side, but

7  those are original copies and they've been certified as a

8  public record by the National Park Service.

9      **THE COURT:**  Okay.

10  BY MR. GOODSTEIN:

11  **Q.**  Mr. Chinkin, can you explain how you considered this

12  information, these official reports from the National Park

13  Service, in your analysis of the current impacts of TVA's

14  emissions?

15  **A.**  Okay.  As I think I said at the beginning, I view the --

16  one way to value the substantial nature of the impacts is

17  looking at air quality standards.  We've talked about that.

18  Another way to value the substantial nature of these impacts

19  is what resources are being impacted.

20      So I've looked at this report from the national parks

21  and put out by the National Park Service and looked at what

22  they had to say about their concerns about air quality in the

23  national parks.  And this report is somewhat amazing, if I

24  can use that adjective, in that this is a report on the

25  entire country, air quality in the national parks, and for

1   the entire country, they have lots of national parks that

2   they are managing, but they have devoted an entire chapter of

3   this report to the Great Smoky Mountains National Park.  It

4   is the only national park that has its own chapter devoted to

5   it by the National Park Service.  Their concerns about the

6   air quality impact in this park are tremendous.

7        And what I'd like to do is to walk the Court through the

8   chapter on the National Park Service's estimates of air

9   quality impacts on the resources in the Great Smoky

10  Mountains.

11          **MR. FINE:**  Your Honor, I believe if the document is

12  coming into evidence, it will speak for itself.  I'm not sure

13  that we need Mr. Chinkin to take us through it.

14          **MR. GOODSTEIN:**  Your Honor, we're not going to read

15  anything.  We just wanted Mr. Chinkin to point out a couple

16  of parts of this report, particularly the chapter on the

17  Great Smoky Mountains National Park and the air pollution

18  impacts that are currently going on there, and point the

19  Court to the particular areas that he considered most

20  important in his analysis.

21          **THE COURT:**  All right.  I'll let him proceed.

22  Objection is overruled.

23          **MR. GOODSTEIN:**  Thank you, Your Honor.

24          **THE WITNESS:**  So if I may highlight a few areas of

25  this.

1   BY MR. GOODSTEIN:

2   Q.   Yes.

3   A.   Let's look at Chapter 4, and let's start off with just

4   the title of the chapter.  "Great Smoky Mountains National

5   Park Threatened By Air Pollution."

6   Q.   Just take it slow just for the record.

7   A.   Okay.  What you can see, throughout this chapter, the

8   National Park Service has highlighted a number of critical

9   parameters of concern.  There are sections that will cover

10  ozone impacts, visibility impacts, acid deposition impacts,

11  and air quality effects on the public in the national park.

12       And I just want to point out that the National Park

13  Service considers the Great Smoky Mountains National Park the

14  crown jewel of the national park system.  It is visited by

15  more visitors than any other national park.

16       There are a number of conclusions throughout this

17  chapter.  I'd just like to highlight a couple.

18       For example, the National Park Service says the current

19  summer average visibility in the National Parks, in the Great

20  Smokies, is about --

21            THE COURT:  What page are you on?

22            THE WITNESS:  Okay.  I'm on page No. 36, Your

23  Honor.  It has a pie chart on the left-hand column.

24            THE COURT:  All right.  Hold on just a minute.

25            Yes, I'm with you.

1          **THE WITNESS:**  In the middle of the right-hand

2   column, they're discussing visibility impacts, and they point

3   out that their estimate of the current summer average

4   visibility is 15 miles.  And they go on to state that, in the

5   absence of human-caused air pollution, it should be 77 miles.

6   So the visibility is being dramatically impacted by air

7   quality.

8   **BY MR. GOODSTEIN:**

9   **Q.**   And does the Park Service in this report conclude what

10  the vast majority of those visibility impacts are attributed

11  to as far as an air pollutant?

12  **A.**   Yes, they do.  And at the bottom of that paragraph it

13  says that they have concluded that the primary source is the

14  burning of sulfur coal in eastern power plants and in

15  industrial facilities.  That's the National Park Service's

16  conclusion.

17  **Q.**   And what does the pie chart on the left side of that

18  page show?

19  **A.**   Well, the pie chart is a scientific way of looking at

20  what is contributing to the visibility impact, and what it

21  shows is that 83 percent of the visibility impact is coming

22  from sulfates, which are the converted SO2 from coal-fired

23  power plants.

24  **Q.**   And based on your experience, what is the major source

25  of sulfates in the Southeast?

1   **A.**   Coal-fired power plants.

2   **Q.**   Like TVA's coal-fired power plants?

3   **A.**   That is correct.

4   **Q.**   So you've been able to conclude from this that TVA's

5   current emissions, their excess emissions from their

6   coal-fired power plants, are having a substantial adverse

7   impact on visibility in the Great Smoky Mountains National

8   Park?

9   **A.**   That's correct.

10  **Q.**   Can you show us what other findings in this official

11  report from the Park Service that you considered important in

12  reaching your conclusions?

13  **A.**   Okay.  If we turn to the next page.  Again, this is just

14  highlighting it.  This is the section dealing with acid

15  deposition in the National Park.  And without going into the

16  details, this section describes in a very quantifying way how

17  much impact acid deposition is having on the streams and on

18  the plants in the Great Smoky National Park.

19          **MR. FINE:**  Your Honor, again, very mindful of the

20  Court's prior rulings on the subject, but for the

21  preservation of the record, we'd interpose an objection about

22  any testimony concerning sulfate deposition.

23          **THE COURT:**  Yes.  Overruled.

24  **BY MR. GOODSTEIN:**

25  **Q.**   Did you give us a page?  I'm sorry, Mr. Chinkin.

1  **A.**   Oh, I'm sorry.  It was the next page.  That was page

2  No. 37, was on the deposition.

3  **Q.**   Okay.  And what were the findings of the National Park

4  Service regarding the impacts of deposition on the Great

5  Smoky Mountains National Park?

6  **A.**   Their overall finding is that the Great Smoky National

7  Park receives some of the highest rates of nitrogen and

8  sulfur deposition of any monitored site in North America.

9  **Q.**   And based on your analysis in this case, are TVA's

10  excess emissions from their coal-fired power plants

11  contributing to that deposition in the Great Smoky Mountains

12  National Park?

13  **A.**   Yes, they are.

14  **Q.**   And how do you know that?

15  **A.**   We have modeling results that we could show that will

16  show their impact on acid deposition.

17  **Q.**   Let's finish going through this report first, please,

18  Mr. Chinkin, and if you can just highlight the other portions

19  that you considered particularly important in your analysis.

20  **A.**   Okay.  There's just a couple more I'd like to highlight.

21  One is on page 39.

22      On page 39, you see some photographs that the National

23  Park Service has taken showing the damage to the foliage from

24  ozone.  And there are some comments throughout the section

25  about how sensitive the plants are to ozone damage and

1  that -- there is also data in this chapter showing that, by

2  their estimate, the National Park Service has estimated that

3  there is no location with more ozone impact in eastern

4  America, east of the Rockies, than the Great Smokies National

5  Park, second only to Atlanta.

6  **Q.**  And based on your analysis, Mr. Chinkin, are the excess

7  emissions from TVA's coal-fired power plants contributing to

8  that ozone pollution at the Great Smoky Mountains National

9  Park?

10 **A.**  Yes, it is.  We can see that on the poster here that we

11 show in the previous exhibit.  The impact from the John

12 Sevier is right into the Great Smoky Mountains National Park.

13 **Q.**  And you're referring to Plaintiff's Exhibit 156 that's

14 in evidence?

15 **A.**  I can't see the number, but it's -- I could confirm

16 that.

17     Yes, that is correct, 156.

18 **Q.**  Anything else from this report that you want to

19 highlight for us right now?

20 **A.**  No.  I think that concludes my comments on that report.

21 **Q.**  All right.  You also considered an air quality folio

22 that was issued by the Great Smoky National Park yourself in

23 your analysis.

24 **A.**  That's correct.

25 **Q.**  I'm going to show you Plaintiff's Exhibit 174 for

1  identification.  Can you identify that?

2  **A.**    Yes.  That is the Great Smoky Mountains National Park

3  management folio that I reviewed.

4  **Q.**    And can you tell us what you know about how this report

5  is prepared and issued by the National Park Service?

6  **A.**    Well, the first report that we just talked about is

7  prepared, you know, not very frequently, because it's a major

8  report, but these folios that are put out by the individual

9  park come out more frequently.  And this particular one --

10  it's kind of hard to see on my copy, but I believe this is

11  revision 3/2006 version of this folio, so it's updated

12  periodically with what their concerns are about air quality.

13  **Q.**    And in particular -- so this is another official report

14  by the Great Smoky Mountains National Park?

15  **A.**    That's correct.

16  **Q.**    What, in particular, in this folio, Plaintiff's Exhibit

17  174, did you consider important in your analysis?

18  **A.**    There's just a couple things I'd like to highlight from

19  this folio.  One is the title of the section, on the second

20  page -- and I can't quite see a page number.  I'm not sure if

21  it's numbered.  It's the page that shows the photographs with

22  and without air pollution.  But what I'd like to highlight is

23  the section entitled, "Ground Level Ozone Pollution Threatens

24  People and Plants."

25        And I'd like to point out that, you know, even though I

1   study air pollution, that's my job, all around the world, I

2   value natural resources wherever they are, and I visited the

3   Great Smoky Mountains, and the "Great Smoky Mountains

4   Official Newspaper and Guide For Visitors" that I picked up

5   last Thursday, the title story:  "Is The Air Okay To Go

6   Hiking Today?"  I found that shocking, to go to the crown

7   jewel of national parks and I probably shouldn't be hiking

8   that day.

9        "The Ground Level Ozone Pollution Threatens People and

10  Plants."  I don't think I need to say any more about that

11  section of the report.  It's a critical problem.

12       There is one other thing I'd like to highlight in this

13  report, not on ozone, but --

14  **Q.**   Please do so.

15  **A.**   If I could direct your attention to what amounts to the

16  last page of this exhibit, there's a couple points I'd like

17  to make.

18       One is that it says -- and I would actually like to read

19  this sentence exactly, so I get the quote correctly.

20       "According to the National Park Service, TVA announced

21  in 2001 that they will be installing sulfur dioxide controls,

22  scrubbers, on the two power plants closest to the park by

23  2010, which will reduce sulfur dioxide emissions from those

24  plants by over 90 percent and improve the park's air quality

25  by lessening haze, particle pollution and acid rain."

1    **Q.**    So based on your analysis, Mr. Chinkin, would the

2    additional controls sought by North Carolina in this case on

3    TVA power plants improve visibility in the Great Smoky

4    Mountains National Park?

5    **A.**    Yes, it would.

6    **Q.**    Would it reduce acid deposition in the Great Smoky

7    Mountains National Park?

8    **A.**    Yes, it would.

9    **Q.**    And would those additional controls sought by North

10   Carolina reduce ozone pollution in the Great Smoky Mountains

11   National Park?

12   **A.**    Yes, it would.

13   **Q.**    Do these excess emissions from TVA's power plants also

14   impact national forests in the region?

15   **A.**    Yes, they do.

16   **Q.**    And what national forest resources are, in particular,

17   affected by TVA's excess emissions, based on your analysis?

18   **A.**    As I pointed out on Exhibit 156 earlier, the exhibit for

19   PM, there are a number of national forests in the very high

20   impact areas from the emissions from TVA's coal-fired power

21   plants.  Specifically, you know, we can talk about the

22   national forests identified on these figures, Pisgah National

23   Forest, you know, the Shining Rock Wilderness Areas,

24   Nantahala National Forest.  You know, there's many forests,

25   many wilderness areas, state and federal, that are in these

1  very high impact areas.

2  Q.   And as we heard the other day, is the Forest Service

3  taking action to protect these resources, trying to take

4  whatever actions it can, from this type of pollution?

5       MR. FINE:  Your Honor, I think we've had a good

6  deal of leading questions and I have to object to this one.

7       MR. GOODSTEIN:  I can rephrase, Your Honor.

8       THE COURT:  Yes.

9       MR. GOODSTEIN:  Thank you, Your Honor.

10 BY MR. GOODSTEIN:

11 Q.   Are you aware of the Forest Service's concerns about

12 these type of air pollution impacts on the land that they

13 manage?

14 A.   Yes, I am, both from reading their reports and the

15 testimony from a few days ago.

16 Q.   And what about wilderness areas in this region?  Are

17 they being negatively impacted with the excess air pollution

18 from TVA's coal-fired power plants?

19      MR. FINE:  Your Honor, I'll object to the leading

20 nature of the question and the argumentative nature of the

21 question.

22      THE COURT:  Don't lead the witness.

23      MR. GOODSTEIN:  Thank you, Your Honor.

24 BY MR. GOODSTEIN:

25 Q.   Your analysis, did you consider the impact on wilderness

1  areas?

2  **A.**   Yes, we did.

3  **Q.**   And what did that analysis show?

4  **A.**   The analysis showed that the wilderness areas that were

5  actually identified by Mr. Jackson a few days ago are some of

6  the wilderness areas that are getting the most impact.  The

7  ones he's most concerned about are, in fact, the ones getting

8  the most impact from the TVA power plant emissions, and we

9  have some results that will show that.

10  **Q.**   So let's look at Plaintiff's Exhibit 158, which is in

11  evidence.

12           **MR. GOODSTEIN:**  Before we do that, I'd like to

13  offer a few exhibits into evidence, Your Honor.  These

14  official reports from the National Park Service, 176 and 174,

15  we'd offer at this time.

16           **THE COURT:**  All right.  I have 176.

17           **MR. GOODSTEIN:**  174 should be the final one.

18           **THE COURT:**  I have it.  Yes, it's before me.  And

19  you move to introduce those?

20           **MR. GOODSTEIN:**  Yes.

21           **THE COURT:**  Let those be admitted.

22           **(Plaintiff's Exhibits 174 and 176 received.)**

23           **MR. GOODSTEIN:**  And the plots from SAMI that we

24  went over, Plaintiff's Exhibit 174, we'd offer those into

25  evidence at this time as well, Your Honor.

1          THE COURT:  All right.  Let it be admitted.

2     BY MR. GOODSTEIN:

3     Q.    Now, Mr. Chinkin, referring your attention to

4     Plaintiff's Exhibit 178, are these figures showing the

5     results of your modeling for sulfate deposition?

6          MR. FINE:  Your Honor, I'm sorry.  I believe

7     Mr. Goodstein is referring to Plaintiff's Exhibit 158, not

8     178.

9          MR. GOODSTEIN:  I'm sorry.  Did I say 178?  I meant

10    158.

11          Thank you, counsel.

12          THE WITNESS:  That is correct.

13          THE COURT:  Okay.

14    BY MR. GOODSTEIN:

15    Q.    So now referring your attention to Plaintiff's Exhibit

16    158, Mr. Chinkin, can you show us how you concluded from your

17    results that sulfate deposition is being contributed to by

18    TVA's excess emissions from it's power plants?

19    A.    Okay.

20          MR. FINE:  Your Honor, again for the record, any

21    testimony about sulfate deposition is objected to, and we

22    are, of course, mindful of the Court's prior rulings.

23          MR. GOODSTEIN:  Go ahead, Mr. Chinkin.

24          THE COURT:  All right.  Overruled.  Go ahead.

25          THE WITNESS:  Okay.  What we have on the figure

1    here in front of us, similar to the ozone and PM figures I

2    showed earlier, on the left is the model's prediction of the

3    actual concentrations, in this case deposition.  You can see

4    the scale is sort of green in the cleanest areas, and it goes

5    up to yellow, orange, all the way to purple.  And these are

6    kilograms per hector of deposition of sulfate.  On the right

7    is how much that will be improved by removing the excess

8    emissions from the TVA coal-fired power plants.

9             And what I'd like to point out is that the areas

10   that Mr. Jackson was concerned about, the national forest

11   wilderness areas, are located along the high ridge mountains.

12   That's where they are.  And when you look at the figure on

13   the left -- and I will circle it here -- you can see all the

14   reds and purples there are along the high ridges of the Great

15   Smoky Mountains, and when you look at the figure on the

16   right, those are the areas in Tennessee and Kentucky and a

17   little bit into western North Carolina that will achieve the

18   greatest benefits from removing the TVA emissions.

19            So the areas that are most sensitive are the areas

20   that will accrue the greatest benefits.

21   Q.    Then you have a similar presentation of your results for

22   nitrate deposition, which should be Plaintiff's Exhibit 159

23   in evidence.

24   A.    That's correct.

25   Q.    Can you explain to us what that shows?

1  A.   To the unaided eye, this particular plot looks a lot

2  like the last figure I just showed for sulfate deposition,

3  but this is for nitrate deposition, which is the conversion

4  of NOx into particles called nitrate particles.

5       Again, I will circle the areas here that are the reds

6  and the purples, which are the highest deposition rates in

7  the area.  And, again, on the right, you can see the areas

8  with the greatest improvements from removing of those

9  emissions from the TVA coal-fired power plants would be

10 accrued in those areas with the greatest deposition rates.

11 So, like with sulfate, those areas most sensitive to nitrate

12 would accrue the greatest benefits.

13 Q.   And did you also consider the effects of TVA's excess

14 pollutions from power plants on visibility?

15 A.   Yes, we did.

16 Q.   I'll refer you to Plaintiff's Exhibit 160, which is in

17 evidence.  And what do these -- how do these results factor

18 into your conclusion that TVA's excess emissions from their

19 power plants are having substantial impacts on air quality in

20 the region?

21 A.   Well, yesterday, Mr. Wheeler pointed out the specifics

22 of the actual impact at a given Class 1 area.  I'd like to

23 step back a little bit and say the TVA coal-fired power plant

24 fleet is impacting a wide area of Class 1 areas.  Not just

25 one or two, but all the Class 1 areas in this region are

1  being impacted by TVA's coal-fired power plants.

2      So while this table depicts the worst impact or the best

3  improvement, flip side of the same coin, on a given day, the

4  point to be made is that all of the entire area, the

5  wilderness areas, the Great Smoky Mountains National Park,

6  Grandfather Mountain, Clingman's Dome, going through the

7  list, they will all experience improvements when TVA removes

8  those excess emissions.

9  **Q.**    And you're relying on Plaintiff's Exhibit 160, 161 and

10 162 that are in evidence?

11 **A.**    That is correct.

12 **Q.**    Now, you mentioned earlier, Mr. Chinkin, that you've had

13 an opportunity to review TVA's expert reports, which

14 commented on your reports.

15 **A.**    Yes, that's correct.

16 **Q.**    Did those comments on your analysis change your

17 conclusions in any way?

18 **A.**    Not in any way.

19 **Q.**    Did you consider and evaluate the emissions inventories

20 that were used by TVA's modelers?

21 **A.**    Yes, we did.

22 **Q.**    Did you find any discrepancies in that analysis?

23 **A.**    Yes, we did.

24 **Q.**    Did you prepare a figure which shows those

25 discrepancies?

1  **A.**   Yes, we did.

2  **Q.**   I'd like to refer your attention to Plaintiff's Exhibit

3  183.

4        Is this a figure that you prepared, Mr. Chinkin?

5  **A.**   Yes, it is.

6  **Q.**   And can you tell us what it shows?

7  **A.**   This is a figure that is showing the SO2 emissions that

8  were obtained from a number of sources of information.  There

9  are a series of three bars for each of TVA's coal-fired power

10  plants in this figure.  Each bar represents the values that

11  were to be used for the emissions from these coal-fired power

12  plants in the modeling analysis of Tesche and Mueller, and

13  what we found when we evaluated each of these pieces of

14  information, that I'll talk about in just a minute, we found

15  that there were discrepancies between all three.

16        So, for example, if we look at the very first set of

17  three columns, you'll see the blue column is labeled "Scott."

18  That was their emissions control technology planning person,

19  as I understand it, on the TVA side.  The red column is from

20  Dr. Tesche's report, where he said what emissions he was

21  modeling.

22        We had our staff scrutinize the emissions inventory

23  input files that we received from Dr. Tesche, and we found

24  the yellow column, the model emission inventory -- and what

25  you would expect is that, like, at Bull Run, which I will

1  circle here, all three columns should be the same.  What

2  Mr. Scott said he used, what Dr. Tesche said he used should

3  be what they used.  But I remove the circle now and show that

4  at Allen, for example, Dr. Tesche said that he used the

5  reports of Mr. Scott's emissions inventory, but in fact

6  didn't model those.  He modeled substantially different

7  numbers.  In fact, his model emissions were approximately

8  18,000 or 15,000 tons wrong.  It's not a small mistake.

9      And so if you look across this table, you'll see that

10 there are discrepancies at a number of these facilities, what

11 was reported to be used, what was used, what was supposed to

12 be used is sometimes higher and sometimes lower.

13     So while, overall, I think Dr. Tesche's work

14 corroborates our findings, these kind of discrepancies, as a

15 scientist, cause me not to give his conclusions as much

16 weight as I might otherwise if they didn't have these

17 discrepancies in their work.

18          **THE COURT:**  All right, gentlemen.  I think we'll

19 take our midmorning recess of 15 minutes.

20          **MR. LANCASTER:**  Thank you, Your Honor.

21          **THE COURT:**  Recess 15 minutes.

22          **(Recess.)**

23          **MR. GOODSTEIN:**  Thank you, Your Honor.

24 **BY MR. GOODSTEIN:**

25 **Q.**   All right, Mr. Chinkin, we were on Plaintiff's Exhibit

1  183 and you were describing the discrepancies that you found

2  in the emissions inventories and documentation of those

3  emissions that Dr. Tesche and Mr. Mueller used.

4  **A.**    That's correct.

5  **Q.**    Can you summarize what your conclusions were, having

6  identified these discrepancies?

7  **A.**    Yes.  On the Exhibit 183, I pointed out that there were

8  a number of discrepancies.  I will circle them.

9  **Q.**    And this is on the sulfur dioxide emissions?

10 **A.**    That's correct.

11 **Q.**    And did you find similar discrepancies on the nitrogen

12 oxide emissions?

13 **A.**    Yes, I did.

14 **Q.**    And are those shown in Plaintiff's Exhibit 182?

15 **A.**    Yes, they are.

16 **Q.**    And can you identify those for us?

17     What was the significance for you in your consideration

18 of Dr. Tesche and Mr. Mueller's comments and their

19 conclusions of these discrepancies?

20 **A.**    The important thing here isn't so much the magnitude of

21 these discrepancies.  I think what concerned me the most was

22 the number and the type of discrepancies that we saw.  When

23 you are trying your best to tell somebody the impacts of

24 controlling a source, you spend your most effort making sure

25 you get that right.  The emissions from that source are where

1  your greatest focus should be, and when there were errors in

2  those sources that they were most focused on, it gives me

3  pause about their conclusions they reached, despite not

4  paying attention, frankly, to the most important things they

5  should have been paying attention to.

6  **Q.**  What about the display techniques that Dr. Tesche and

7  Mr. Mueller used in their report?  How did that factor in

8  when you were evaluating their conclusions?

9  **A.**  Well, that actually had sort of a twofold effect on my

10  review of their work.

11      Number one, it made it difficult to interpret it, but

12  properly interpreted, their results actually corroborated our

13  findings.

14      But, secondly, I find their work, frankly, to be very

15  mischaracterizing in result, very misleading, and I prepared

16  some displays to show what I mean by that.

17  **Q.**  All right.  So I'll refer your attention to Plaintiff's

18  Exhibit 192.  Can you identify that for us?

19  **A.**  Yes.  This is a figure and figure caption from the

20  Tesche and Mueller report, expert report that we received.

21  This particular figure is from their executive summary, and

22  it is showing their estimate of ozone impacts from -- well,

23  it's kind of complicated.  Let me slow down and explain this.

24      They were trying to show the difference between the

25  benefits that we were showing from reducing TVA's coal-fired

1   power plant emissions using the Clean Smokestacks Act

2   equivalent and what they say TVA's Clean Air Plan would

3   achieve.

4       So this isn't the full benefits of the Clean Smokestacks

5   Act applied to TVA.  It's the difference between what they

6   say will happen in 2013 and what Dr. Staudt said 2013 would

7   look like.  And what you see on this plot is that difference.

8   And what I wanted to point out is that it looks like the only

9   real impacts are sort of -- mostly in Tennessee, a little bit

10  in Kentucky and a little bit in Alabama and Georgia because

11  of how they displayed it.

12      If you look at the scale on the left, you'll notice that

13  the colors stop at 2 parts per billion, or ppb, and that gray

14  area looks like it encompasses much of the eastern United

15  States.  And as we have shown in our modeling -- and I've got

16  another plot that we can show in a minute that will redisplay

17  the same data using scales that go lower than 2 parts per

18  billion that will show a dramatically different view of the

19  same information.  That's why I believe that it's sort of

20  misleading or mischaracterizing to display it this way.

21      Furthermore, in the figure caption, they use words that

22  I would hope we could all agree are misleading or

23  mischaracterizing the results, and I'll point those out.

24      If you look at the third row of the figure caption, near

25  the end of that row, after the comma, it says -- well,

1    actually, let's go to the beginning of the sentence in

2    parentheses, so we have a complete sentence for the record.

3        "Across the seven-month summertime episode, the CSS" --

4    that's what they're referring to as the Clean Smokestacks

5    Act -- "scenario yields slight ozone benefits" -- and then in

6    brackets -- "10 to 16 parts per billion in Eastern Tennessee

7    and Northern Alabama."

8        Well, I would say that, as a scientist in this field for

9    almost 30 years now, 10 to 16 parts per billion, half of the

10   difference between natural background and the Ambient Air

11   Quality Standard of 75 cannot be described as slight.  That

12   is a huge benefit, and to use words like that, I, frankly,

13   find surprising.

14       I know Dr. Tesche.  I've worked with him.  I worked at

15   the same firm with him.  I'm shocked that he used those

16   words.

17   Q.   Would you describe these benefits as slight?

18   A.   No, I would not.

19   Q.   How would you describe them?

20   A.   I would describe these as huge, frankly.  I have many,

21   many projects and clients I have worked for who were pleased

22   to see 1 or 2 parts per billion control measures.  10 to 16

23   is a huge benefit.

24   Q.   And did you prepare a plot that shows this data properly

25   displayed?

1  **A.**   Yes, I did.

2  **Q.**   Like to show you Plaintiff's Exhibit 193.  And can you

3  explain to us what this shows?

4  **A.**   This is a figure that is basically taking the same exact

5  data from Dr. Tesche's reports and redisplaying them on a

6  scale that goes lower than 2 parts per billion; so you can

7  actually see all the data in that gray area that was on that

8  plot.  And as you can see, similar to that plot, there was

9  major impacts in Tennessee, Northern Alabama, just as their

10  plot showed, but what you can also see is that there are

11  impacts that extend throughout the entire domain, all the way

12  to the ocean, all the way to the Gulf of Mexico.

13      You can see from their own work, there are impacts

14  throughout North Carolina.  You can see the scale and you can

15  see that those impacts are in the range of sort of light

16  blue, light green and yellow.  So they're in the order of 1

17  to 2 to 4 to 6 parts per billion.  And as I said earlier,

18  those are substantial impacts and, therefore, substantial

19  benefits would be accrued by reducing ozone by that amount.

20          **MR. GOODSTEIN:**  Your Honor, we offer Plaintiff's

21  Exhibit 193 into evidence.

22          **THE COURT:**  Let it be admitted.

23          **(Plaintiff's Exhibit No. 193 received.)**

24  BY MR. GOODSTEIN:

25  **Q.**   Do you have another summary from Dr. Tesche and

1   Mr. Mueller's report that you can show us which, when

2   properly interpreted, support your conclusions, Mr. Chinkin?

3   **A.**    Yes, I do.

4   **Q.**    I'd like to show you Exhibit 191 for identification.

5   And there are a lot of numbers on this page, so maybe you can

6   focus us in on the screen to the particular ones that you

7   want to discuss.

8   **A.**    Okay.  Well, let me first say that, overall, this set of

9   tables comes from Dr. Tesche and Mueller's supplemental

10   report.  And what I'd like to do is, I will walk through each

11   sub-table one by one so you don't have to look at all the

12   details here, and we'll blow them up on the screen and look

13   at the individual cells that I'd like to talk about.

14       And what's important is to remember what this is.  This

15   is the result of TVA's modelers predictions.  This is their

16   modeling results.  It's not STI's; it's not EPA's; it's not

17   SAMI's.  This is TVA's own modeling results.  And what these

18   tables are showing are what their estimate is for impacts in

19   2013 from TVA sources, and it will be on ozone, PM,

20   visibility.  We'll go through each one.

21       I need to remind everybody that their estimates of

22   impacts assume controls on facilities that are not yet

23   controlled.  So these estimated impacts need to be multiplied

24   by about two to compare with our estimate of impacts using

25   the Clean Smokestacks Act's equivalent rates.  So while I'm

going to show their numbers and their numbers are significant even by themself, these numbers should be multiplied by about two to be equivalent and comparable to ours. And I say that because that's why I found their work corroborative to ours, when you multiply it by a factor of two.

So let's go through each table.

So the first table is ozone. And what I'd like to highlight is in the left-hand column, where it says "Ozone Metric," and you see it says, "Maximum 8-hour source impact in ppb's," or parts per billion. And then you move over to the right-hand side and it says, TVA's sources -- that's the coal-fired power plants -- impact, or "contributions" is the word they use, in North Carolina. And they estimate the impact to be 7.4 parts per billion. Multiply that by two, approximately, and you're getting about 14 or 15 parts per billion impact. TVA says at least, even assuming their assumptions in 2013, it's 7.4. 7.4, by itself, is a substantial impact. That's not an acceptable level. It's not a zero impact. We think it's more like 14 or 15 parts per billion.

MR. GOODSTEIN: Your Honor, this is highlighted on the screen, if it would be easier to follow us, since it's a complicated table.

THE COURT: All right.

BY MR. GOODSTEIN:

Q.   Please continue, Mr. Chinkin.

A.   What I'd like to do now is move on to table 1B and similarly look at the impacts in North Carolina that TVA has estimated.

This table is looking at the metric PM2.5.  PM2.5 has two methods of concern.  There's a daily average concern and an annual average concern.  So we have two rows that we have to look at in this table.

Again, the first row is the daily maximum 24-hour impact.  And if we go to the right, TVA's estimate of their own impact in 2013 is 2.6 micrograms per cubic meter.  We believe that number should be multiplied by two.  We believe it should be closer to 5 micrograms per cubic meter.

If you go to the second row, it says the "Maximum Annual Source Impacts."  They estimate 0.2 micrograms.  If you double that, you get approximately .4 micrograms, which is what we estimated the impacts were.

So again TVA's own modeling is completely corroborative of our modeling when properly interpreted.  And even the levels they show, the .2-micrograms, is not acceptable, because if you are at 15.2, that .2 micrograms would bring you into attainment of the Ambient Air Quality Standards.

The next table, table 1C, is TVA's estimates of their impacts on visibility.  So, likewise, the left-hand column,

1  they've actually shown the visibility impact at a number of

2  Class 1 sites.  In the far right-hand column, they give you

3  what are the percentage improvements that you would expect if

4  you were to remove the emissions.  And you can see by their

5  own estimate those improvements are quite substantial:  27

6  percent at Great Smoky Mountains; 29 percent at Slickrock; 17

7  percent at Shining Rock; 29 percent at Linville Gorge.  And

8  you can see all the way to Swan Quarter on the coastline is

9  6 percent in eastern North Carolina.

10      And, again, by our estimate, these numbers should be

11  doubled.  But even by their own estimates, these are

12  substantial impacts that are still remaining if they don't

13  remove their emissions, and we think these impacts are half

14  of what the true impacts are.

15      And the one last table, table 1D, is TVA's expert

16  modelers estimate of their impacts on deposition.  So there's

17  two rows.  The first row is the annual sulfate and the second

18  row is annual nitrate deposition in kilograms per hector.

19  And if you go to the far right, you'll see they estimate

20  their sulfate contributions at 2.0 kilograms per hector.

21  Again, we think that should be doubled, to about 4 kilograms

22  per hector.  And their estimate of nitrate deposition is

23  smaller, at .3 kilograms per hector, and we think that should

24  be double.

25      I need to add one comment that I've sort of overlooked

1  through all my testimony today, and that is, when we were

2  doing these comparison plots for ozone, and now for

3  deposition, we've been giving TVA credit -- "we" meaning

4  Dr. Staudt's estimates assumed annual operation of their

5  SCRs.  If those are not operated annually, all of the things

6  that are related to NOx that I presented, the ozone impacts,

7  would be greater; therefore, the benefits that would be

8  accrued would be greater.  The deposition, nitrate deposition

9  impacts would be greater, and the benefits would be greater

10  as well.

11  **Q.**  So, Mr. Chinkin, in conclusion, what are your -- what

12  does this analysis show you about the impacts of TVA's excess

13  emissions, their current impacts on air quality in North

14  Carolina and the region?

15  **A.**  The totality of all the information I've presented, the

16  work of the TVA modelers, our modeling at STI, SAMI, EPA's

17  CAIR modeling, the National Park Service's own reports, all

18  say the same thing:  The impacts from TVA's power plants are

19  large and they would accrue great benefits if these emissions

20  were reduced.

21  **Q.**  And overall, what is your conclusion about the benefits

22  to air quality that would result from the additional controls

23  on these plants sought by North Carolina?

24  **A.**  The benefits for both NOx and SO2 controls that we're

25  talking about in this case would be huge.  I think the best

1  way to say it is, removing these NOx and SO2 emissions from

2  TVA's power plants is equivalent to removing 3.7 million

3  heavy-duty diesel trucks off the road.  It's equivalent to

4  removing 12.8 million passenger vehicles off the road every

5  day.

6        **MR. GOODSTEIN:**  If I could have a moment, Your

7  Honor, to consult with counsel.

8        **(A discussion was held off the record by**

9     **plaintiff's counsel.)**

10        **MR. GOODSTEIN:**  Your Honor, we offer Exhibits 182

11  and 183 for identification into evidence.  And I have one

12  more question of Mr. Chinkin.

13  **BY MR. GOODSTEIN:**

14  **Q.**  In your supplemental report, Mr. Chinkin, you had the

15  conclusion that each of the power plants in the TVA system

16  are impacting air quality in North Carolina and the region.

17  Can you please summarize the basis for that conclusion and

18  how you arrived at that conclusion?

19  **A.**  Okay.  As I've demonstrated with example figures today,

20  we examined the daily impact plots for the entire year that

21  we modeled, and you can see on daily impact plots individual

22  power plant impacts in North Carolina, Tennessee, Kentucky,

23  Alabama and throughout the region.  So when you average that

24  up over the course of a year, like for the annual average PM,

25  it's hard to see those individual plumes, but our analysis

1   showed that every individual power plant contributed to

2   impacts in North Carolina and throughout the region.

3   **Q.**   Each power plant in the TVA system?

4   **A.**   That is correct, each individual power plant.

5         **MR. GOODSTEIN:**  We have no further questions of

6   this witness at this time, Your Honor.

7         **THE COURT:**  All right.  Mr. Fine?

8         **MR. FINE:**  Thank you, Your Honor.

9         **THE COURT:**  You may proceed.

10             **CROSS EXAMINATION**

11   **BY MR. FINE:**

12   **Q.**   Mr. Chinkin, I'll try and move this along as quickly as

13   I can so the corporate tie can go back into storage.

14      A few details to clean up first before we get to some

15   more substantive points.

16      If you would do me the kindness, sir, in using the book

17   that your counsel has so efficiently provided to us all.

18   Plaintiff's Exhibit 176.  I believe that's the report from

19   the National Park Service.

20   **A.**   I have it.

21   **Q.**   And, sir, I believe I'm correct in stating this.  On the

22   second page into this exhibit, this report reflects that it

23   was issued in September of 2002?

24   **A.**   That's correct.

25   **Q.**   That's about, certainly more than, what, five and a half

1  years ago?

2  **A.**    Give or take, yes.

3  **Q.**    All right, sir.

4       And turning, if you would, please, to Plaintiff's

5  Exhibit 174, which I think is the Great Smoky Mountains

6  National Park Management Folio No. 2, I think there's a small

7  legend at the top of the document --

8  **A.**    That's correct.

9  **Q.**    -- on air quality.

10      And just so that it's clear on the record, as I read the

11  revision date on this, this was revised in March of 2006.

12  **A.**    That's what mine says.

13  **Q.**    All right, sir.  Just bear with me.  I apologize for

14  doing this, but if you could turn back to Plaintiff's 176

15  very briefly, and if I could ask you to direct your attention

16  to page 36 .

17  **A.**    Okay.

18  **Q.**    And if I could direct your attention to the -- toward

19  the bottom of the last column of the print section of this

20  page, the sentence that begins with "primarily."  You see

21  that?

22  **A.**    Yes, I do.

23  **Q.**    And I'm correct in stating that the Park Service reports

24  it as primarily the burning of high sulfur coal in eastern

25  power plants and industrial facilities that produces sulfur

1   dioxide emissions that are transformed in the atmosphere into

2   fine, airborne sulfate particles.  Is that correct?

3   **A.**   That's what it says.

4   **Q.**   With a reference to high sulfur coal.

5   **A.**   That is the word they use.

6   **Q.**   And turning just once again briefly to Plaintiff's

7   Exhibit 174.  In your direct testimony, you were already kind

8   enough to read one of these sections about TVA into the

9   record.  If I could direct your attention to the preceding

10  page, what I think that one of my colleagues have called the

11  penultimate page and what I'll call the next to the last.

12  **A.**   Okay.

13  **Q.**   And if I could direct your attention to the column on

14  the right that says, "Finding Solutions."

15  **A.**   I see that.

16  **Q.**   And I think there is a bullet point that begins,

17  "Environmental Protection Agency, EPA Programs Took Effect."

18  Do you see that?

19  **A.**   Yes, I do.

20  **Q.**   And it goes on to read:  "took effect in 2004, that

21  reduced nitrogen oxides in most eastern states by 30 percent.

22  The Tennessee Valley Authority, TVA, installed nitrogen oxide

23  emission controls on the two power plants closest to the

24  park, which reduced emissions by 71 percent.  This has led to

25  less ozone pollution and nitrogen deposition in the park."

1    You see that, sir?

2  **A.**    Yes, I do.

3  **Q.**    And this, again, is a document that you relied on to

4  help form your expert opinion?

5  **A.**    That's correct.  Reducing the NOx reduces ozone.  That's

6  a good thing.

7  **Q.**    I apologize for jumping around some in the book, but if

8  you'd indulge me, sir, by just turning very briefly to

9  Plaintiff's Exhibit No. 11.

10 **A.**    Okay.

11 **Q.**    And this is -- if I understand it, this is an extract

12 from the technical support document for the final Clean Air

13 Interstate Rule that has been previously introduced into

14 evidence?

15 **A.**    That's correct.

16 **Q.**    Sir, I'm correct, am I not, that the modeling that's

17 reflected in this technical support document was 2001

18 modeling?

19 **A.**    There has been a series of questions that are confusing

20 to, I think, the attorneys who don't do this kind of work

21 about what a data report is versus the modeling that report

22 reflects.  These results reflect estimated impacts in 2010,

23 regardless of the date that says March 2005 on the cover

24 sheet or the base year from which the 2010 emissions were

25 forecasted from, 2000.

1    Q.   Let me be a little clearer in my question, Mr. Chinkin,

2    and maybe we'll get to where we need to go.

3         The base year that was used for the 2010 projections was

4    2001?

5    A.   I don't know that precisely, but that is probably

6    correct.

7    Q.   All right, sir.  And I appreciate your indulgence in

8    getting me on the right track.

9         Now, you have presented several exhibits and testified

10   about several exhibits that I actually think that maybe

11   Mr. Wheeler may have put into evidence yesterday.  Before we

12   get into looking at those, let me just draw your attention,

13   if I can, to some of your comments concerning Dr. Tesche and

14   Mr. Mueller's report.  And I'd ask you, first of all, if you

15   could turn to Plaintiff's Exhibit 183.

16   A.   Okay.

17   Q.   Before I ask some specific questions concerning this

18   report, I believe you will agree with me that the modeling

19   done by both sides in this case produced, in my words anyway,

20   a torrent of information?

21   A.   Yes, I would agree to that.

22   Q.   I believe you, yourself, testified that if you printed

23   out all of your analysis, all of your tile plots for your

24   daily runs that you'd have a report that would be at least

25   10,000 pages long?

1  **A.**    I believe those are my words, yeah.

2  **Q.**    And I would think that based on your review of the TVA

3  modeling in this case, that TVA produced data at least as

4  voluminous as what STI produced.

5  **A.**    I would assume so.

6  **Q.**    All right, sir.  So what we're talking about has been,

7  again, in my words, a torrent of information presented for

8  folks to try and analyze; is that correct?

9  **A.**    That's correct.

10 **Q.**    And in some instances -- well, actually, in all

11 instances, under some time constraints, correct?

12 **A.**    That's very much true.

13 **Q.**    And I think we've already alluded to some of the time

14 constraints you and Mr. Wheeler were under in producing the

15 June 2007 second supplemental report.

16 **A.**    That's correct.

17 **Q.**    Taking your attention back to Plaintiff's Exhibit 183,

18 you, of course, have reviewed Dr. Tesche and Mr. Mueller's

19 supplemental report, have you not?

20 **A.**    Yes, I have.

21 **Q.**    And would it not be correct -- I think I am correct in

22 stating that regarding the discrepancies that you have

23 identified for Colbert, Gallatin, Johnsonville and Widows

24 Creek, that Dr. Tesche and Mr. Mueller's supplemental report

25 indicated that there was an error in reporting those numbers

1    and not in the numbers that were used by Dr. Tesche and

2    Mr. Mueller in the actual model.

3    **A.**    I believe that's correct.

4    **Q.**    And, in fact, the supplemental report included a

5    corrected figure showing the actual numbers that were used in

6    the modeling.

7    **A.**    I believe that's true.

8    **Q.**    And that would be the same story for Plaintiff's Exhibit

9    182 on NOx emissions, correct?

10    **A.**    That is correct.

11    **Q.**    All right.  So putting what I'm going to call the

12    reporting error that's reflected in Plaintiff's Exhibit 183

13    and 182 to one side, let's talk a few moments, if we can,

14    about the errors that are -- or the omissions that are

15    indicated for the Allen plant and the Shawnee plant.  And we

16    can start with the sulfur dioxide emissions on Plaintiff's

17    Exhibit 183 to begin with, if you wouldn't mind, sir.

18    **A.**    That's fine.

19    **Q.**    Sir, you would agree with me that what we're looking at

20    is that two of the three units at Allen and one of the ten

21    units at Shawnee, that emissions from those three units were

22    omitted from the inventory used by Dr. Tesche and Mr. Mueller

23    in their initial report.

24    **A.**    I believe that's correct.

25    **Q.**    And that the unit that was omitted at Shawnee is unit

1  10, which is the atmospheric fluidized bed combustion unit;

2  is that correct?

3  **A.**    I don't know that personally, but that could be the

4  right description.

5  **Q.**    An AFBC unit would be -- because of the nature of its

6  technology, would be a low emitter of, in this instance,

7  sulfur dioxide.

8  **A.**    That is consistent with this being a small discrepancy.

9  **Q.**    All right, sir.  And just so that we don't -- well,

10  we'll get into that in a moment.

11      But again, in looking at the sulfur dioxide emission

12  error for Shawnee and Allen, you would agree with me, would

13  you not, that, again, the impact of this emission was covered

14  by Dr. Tesche and Mr. Mueller in their supplemental report?

15  **A.**    They made an approximation to estimate how much

16  different the grams would be, that's correct.

17  **Q.**    And approximately, the estimation they came up with was,

18  in terms an impact of PM2.5 over North Carolina, was 0.01

19  micrograms per cubic meter of PM2.5?

20  **A.**    I believe that was what their estimate was.

21  **Q.**    All right, sir.

22      And turning very briefly to Plaintiff's Exhibit 182,

23  which is the NOx emissions on the bar chart that you have

24  introduced into evidence here today, again, we're looking at

25  the -- in terms of the Shawnee and the Allen emissions, we're

 1  looking at one unit at Shawnee and two units at Allen,

 2  correct?

 3  **A.**    That's my understanding.

 4  **Q.**    And again, the unit at Shawnee, if, in fact, as I say,

 5  is the AFBC unit, that, by the nature of its technology, is a

 6  low NOx emitter.

 7  **A.**    I'll agree with you, if that's the case.

 8  **Q.**    Okay.  Just accept for the moment that I'm correct on

 9  that and we'll shore that up later.  If you'll just follow me

10  along on that, I'd appreciate it.

11  **A.**    Okay.

12  **Q.**    And again, Dr. Tesche and Mr. Mueller, in their

13  supplemental report, dealt with the impact of the omission of

14  these three units, correct?

15  **A.**    Right.  They made an estimate of the discrepancies of

16  what the impact would be.

17  **Q.**    In terms of ozone.  And that their estimate was that

18  adding back in the omitted units would contribute no more

19  than 1.2 parts per billion to maximum 8-hour ozone in North

20  Carolina and 1.5 parts per billion to maximum 1-hour ozone in

21  North Carolina, and the high end of the estimate.

22  **A.**    That's what I recall.

23  **Q.**    And just so that it's clear, I believe -- I think that

24  the map that I believe is Plaintiff's Exhibit 58 -- and I

25  apologize if I have the number wrong.  But anyway, the map

1  that North Carolina has produced of the TVA service area with

2  the TVA plants that shows the -- anyway, whatever the number

3  is, and I'm sure we can get that corrected.  It's the map

4  that's in front of you there in the jury box with the TVA

5  plant locations located on an outline of the TVA service

6  area.  You see that, do you not?

7  **A.**    Yes, I do.

8  **Q.**    And I believe, sir, that based on your prior testimony,

9  you know that the Allen fossil plant, as indicated on that

10  map, is located near Memphis, Tennessee?

11  **A.**    That's correct.

12  **Q.**    About the farthest west you can go in the TVA service

13  area.

14  **A.**    That's correct.

15  **Q.**    And the Shawnee plant is located in southwestern

16  Kentucky, correct?

17  **A.**    That's correct.

18  **Q.**    And those two plants are probably about -- in fact, are

19  the furthest away from North Carolina than any of TVA's

20  plants?

21  **A.**    That's correct.

22          **MR. FINE:**  A moment, please, Your Honor.

23          **(Pause.)**

24          **THE COURT:**  All right.

25

1  BY MR. FINE:

2  Q.   Let me draw your attention briefly to a document that's

3  been marked, I believe, for identification.  I don't think it

4  was offered into evidence.  Plaintiff's Exhibit 191.  Those

5  were the charts or the tables -- the tables, I should say,

6  that you were looking at from Dr. Tesche and Mr. Mueller's

7  supplemental report.

8  A.   Okay.  I have that.

9  Q.   And just, first of all, so that we're clear, you noted

10  that, particularly, with some of these numbers -- I'm going

11  to focus primarily on the PM2.5 number initially and perhaps

12  also the visibility impacts and the acid deposition

13  impacts -- that you were saying that, in your estimation, the

14  numbers reported by Dr. Tesche and Mr. Mueller in all

15  likelihood should be doubled?

16  A.   I want to make sure that the characterization is

17  correct.

18  Q.   By all means, sir.

19  A.   The reason they should be doubled is because there's a

20  difference in what they modeled versus the CSA equivalent.

21  That's why they should be doubled.

22  Q.   And one of the things that they modeled were additional

23  scrubbers at the Bull Run plant and the Kingston plant,

24  correct?

25  A.   That's my understanding.

1  Q.   And you understand, I believe, from the testimony you've

2  heard so far in the trial that the Bull Run scrubber will, in

3  fact, go into operation later this year and that the two

4  scrubbers at Kingston are some at least 50 percent completed,

5  correct?

6  A.   That's my understanding.

7  Q.   All right, sir.  Before we move away from Plaintiff's

8  Exhibit 191, you will agree with me, would you not, that some

9  of the other numbers that are being recorded here by

10 Dr. Tesche and Mr. Mueller report the contributions from

11 North Carolina's power plants with the controls from the

12 Clean Smokestacks Act?

13 A.   That is what they are purported to do.  I did not

14 analyze for North Carolina power plant impacts, specifically,

15 so I can't comment on those.

16 Q.   So you didn't analyze North Carolina's power plant

17 impacts as far as your modeling or your analysis?

18 A.   Not separately.  All their emissions were included in

19 the modeling, but we did not identify them separately as they

20 have done in this table.

21 Q.   Well, just so that we're clear, I guess, in terms of

22 your frame of reference, if nothing else, I believe you

23 testified, for instance, with the ozone impacts, that you

24 thought that even taking TVA's number of 7.4 parts per

25 billion was a substantial impact.  That's correct, is it not?

1  A.    That's a correct statement.

2  Q.    Well, then the 14.2 parts per billion impact from the

3  North Carolina power plants would be even more substantial?

4  A.    That's just math.  I would agree.

5  Q.    And the same for the other three tables that are

6  reflected in Plaintiff's Exhibit 191.  I believe your

7  testimony was the TVA contribution was substantial, and, if

8  that's the case, the numbers indicated for North Carolina's

9  power plant impacts would be even more substantial.

10  A.    If those numbers represent North Carolina's power

11  plants.  I can't attest to that.

12  Q.    All right, sir.

13  A.    And if I might add, even if that is true, that those are

14  North Carolina's power plant impacts, that doesn't lessen the

15  gravity of TVA's impacts in North Carolina.

16  Q.    Thank you for that observation, Mr. Chinkin.

17       Mr. Chinkin, I'd like to ask you to please direct your

18  attention to Plaintiff's Exhibit 149.

19  A.    Okay.

20  Q.    If I have the correct document in front of me, this is

21  one of your blowups of the modeling results that you obtained

22  for annual PM2.5 concentrations?

23  A.    That's correct.

24  Q.    All right, sir.  And just so that it's clear in the

25  record, what you're showing here is a zero out for the entire

1  TVA system; is that correct?

2  **A.**   That is not correct.

3  **Q.**   It is not correct?

4  **A.**   This is an implementation of the Clean Smokestacks Act

5  equivalent rates in that future 2013 modeling case.  It's not

6  a complete zero out.

7  **Q.**   But this does reflect your modeling for all of -- the

8  entire TVA fleet?

9  **A.**   Oh, that is correct.

10 **Q.**   I apologize, Mr. Chinkin.  I was leading myself down the

11 primrose path, and I appreciate your redirecting my feet.

12      But this does not reflect modeling of the impacts from

13 any particular individual TVA plant?

14 **A.**   Each plant was -- emissions were adjusted and they were

15 all run at the same time so you see the impacts of all of

16 them together, but each plant was treated separately.

17 **Q.**   But the modeling result that you're presenting here

18 reflects the entire TVA fleet.

19 **A.**   That is correct.

20 **Q.**   It does not reflect a particular impact from a

21 particular plant, the modeling result you're presenting here?

22 **A.**   It represents the combined impact of all of the plants.

23           **MR. FINE:**  A moment, if you please, Your Honor.

24           **THE COURT:**  All right.

25           **MR. FINE:**  Mr. Chinkin, thank you for your

1  patience.  I have no further questions.

2          **MR. GOODSTEIN:**  No redirect, Your Honor.

3          **THE COURT:**  All right.  Thank you very much.  That

4  will complete your testimony, and you are excused.

5          **(Witness stepped down.)**

6          **MR. GOODSTEIN:**  If we could have a moment, Your

7  Honor, to change seats.  Mr. Gulick is going to present the

8  next witness.

9          **THE COURT:**  All right.

10         **MR. GULICK:**  Your Honor, we call Mr. Will Harlan to

11  the stand.

12         **THE COURT:**  All right, sir.

13              **WILLIAM STEVEN HARLAN, JR.**

14  **being duly sworn, was examined and testified as follows:**

15                  **DIRECT EXAMINATION**

16  **BY MR. GULICK:**

17  **Q.**  Mr. Harlan, would you please state your name for the

18  record?

19  **A.**  William Steven Harlan, Jr.

20  **Q.**  Where do you live, Mr. Harlan?

21  **A.**  I live in Barnardsville, North Carolina, just outside of

22  Asheville.

23  **Q.**  Are you married?

24  **A.**  I am.

25  **Q.**  What is your wife's name?

1  A.    Emily Diznoff.

2  Q.    Is she here in the courtroom?

3  A.    She is.

4  Q.    What is your educational background?

5  A.    I have my master's degree in English from Emory

6  University.

7  Q.    Where do you work?

8  A.    I'm the executive editor of "Blue Ridge Outdoors

9  Magazine" based here in Asheville, North Carolina, and also

10  in Charlottesville, Virginia.

11  Q.    What is "Blue Ridge Outdoors Magazine"?

12  A.    It's a magazine that reaches readers from Georgia to

13  Maryland, about a quarter million in distribution, and it's a

14  magazine that talks about hiking and recreational

15  opportunities in the Southeast.

16  Q.    How long have you worked at "Blue Ridge Outdoors

17  Magazine"?

18  A.    Seven years.

19  Q.    What is your responsibility there?

20  A.    My job is to coordinate all of the editorial materials,

21  from photography to stories.  I edit every story that appears

22  in the magazine, write some of the stories; and am

23  responsible for all of the editorial content.

24  Q.    How long have you lived in Asheville?

25  A.    About seven years, also.

1  Q.    Where did you move to Asheville from?

2  A.    Moved to Asheville from Atlanta, Georgia.

3  Q.    What were you doing in Atlanta before you came here?

4  A.    Before I came to Asheville, I was a high school English

5  teacher and a college English teacher and was also a writer

6  for "Creative Loafing Magazine."  It's the second largest

7  magazine in Atlanta, reaches about a half a million readers

8  in Atlanta.

9  Q.    Now, what is your wife's profession?

10 A.    My wife is a family practice physician.

11 Q.    Why did you move to Asheville?

12 A.    There were a couple of reasons.  One, my wife was

13 looking for a residency program.  She went to school at Emory

14 University.  She did her medical -- she did her medical

15 school at Emory, and that's where we met, and we were looking

16 for places for her to do her residency.

17       We looked all over the country, and she really wanted my

18 input, and I wanted to go somewhere where I could run.  I was

19 a competitive runner in Atlanta, won dozens of races, and

20 wanted to be in a place where I could train and run really

21 well, and the mountains of western North Carolina seemed like

22 an ideal place.  Especially because Atlanta is so polluted

23 with air, the air pollution is so bad down there, I thought

24 getting away to the, supposedly, clean mountains of western

25 North Carolina would be a relief.  And it turned out not to

1   be the case.  When we got here, we learned that, in fact, the

2   pollution here in the mountains is worse than Atlanta on many

3   summer days.

4   **Q.**   How long have you been a competitive runner?

5   **A.**   Been a competitive runner since high school, but,

6   especially in the past 12 to 15 years, I've been a

7   competitive distance runner, running everything from

8   marathons to 100-mile races, and I'm quite -- I was quite

9   competitive regionally, and even nationally.

10  **Q.**   What type of race -- you indicated the types of races.

11  Are there races around here that you've competed in?

12  **A.**   Yeah.  I'm the five-time champion and course record

13  holder of the Mount Mitchell 40-mile challenge, which is a

14  race that starts in Black Mountain, North Carolina, and runs

15  to the top of the tallest mountain east of the Rockies, Mount

16  Mitchell, and then back down again.  I won that five years

17  out of the past six, and also won at least a dozen other

18  ultra-marathons.

19  **Q.**   So you consider -- are you in good condition for

20  running?

21  **A.**   I think so.

22  **Q.**   I'd like to draw your attention to the date of July 19,

23  2003 and ask if on July 19 you scheduled a run for yourself.

24  **A.**   I had.  On that weekend, I was planning to run across

25  the Great Smoky Mountains National Park along the Appalachian

1  Trail the distance of 72 miles, from the east side of the

2  park to the west side of the park.

3  **Q.**   How long did you anticipate, based on your experience,

4  it would take you to run that distance?

5  **A.**   I anticipated between 12 and 14 hours, perhaps longer

6  with some rest stops.  But based on my current training and

7  my performance in previous training runs and races, I thought

8  that was a realistic expectation.

9  **Q.**   I'd like to show you -- it will appearing on your

10  screen, Mr. Harlan -- Plaintiff's Exhibit marked for

11  identification as 221 and ask you if you can identify what

12  this document is.

13  **A.**   Yeah.  This is my training log that I've kept since high

14  school.  This particular one is from January to July of 2003.

15  **Q.**   And what's written there, is that -- whose handwriting

16  is that?

17  **A.**   That's my handwriting.

18  **Q.**   I'd like to go to the next page of this document and --

19       Could you blow that up a little bit, Gary?

20       I just want to look at a couple of the dates so you can

21  tell us, Mr. Harlan -- if you can point to a particular date

22  and just tell us what the notations there mean.

23  **A.**   Yeah.  My training log isn't very fancy.  A lot of folks

24  have really nice training logs, but this is just a basic

25  calendar I just print off and just record the amount of

1  mileage and any other workouts I do on a particular day.

2      And so the numbers on each day represent the amount of

3  mileage I've run that day, or if there's other cross-training

4  activities, like I played soccer on a weekly basis, if I

5  biked into work or did a bike workout, that would be

6  reflected; and then the PS stands for pushups and situps and

7  core strengthening, which is something I do on an

8  every-other-day basis, which is really important to actually

9  to help my running, as well as just to stay fit on an overall

10 level.

11 Q.  Thank you.

12     You told us what the route was for your run.  Did you

13 sort of have a name for this run?

14 A.  Yeah.  It was the Great Smokies End-to-End Run, and I

15 was running for -- ironically, running for clean air.  I was

16 looking to try to -- trying to help a local grassroots

17 environmental organization called the Canary Coalition, and I

18 thought what better way than to run across the most polluted

19 park in the country to kind of highlight the woes that this

20 park and this region face.

21 Q.  I want to show you what has been marked as Plaintiff's

22 Exhibit 222 and ask if you recognize that document.

23 A.  This is my very rough sketch map that I carried with me

24 during the run that basically marks all of the various

25 springs and water sources along the trail, and also indicated

1  where I'd be meeting my wife and various others along the

2  trail, and then, based on other maps, the approximate mileage

3  at trail junctions and shelters so I'd have an idea where I

4  was along the trail.

5  **Q.**   It's very faint, but you probably -- did you create this

6  document yourself?

7  **A.**   I did, and I based it off of topographic maps and guides

8  to the Great Smoky Mountains National Park.

9  **Q.**   So this is the map you actually used on your run?

10 **A.**   This is the map I actually used during the run.

11 **Q.**   And I was wondering if you could draw your -- could you

12 show us on the map where you started and what -- and tell us

13 what that is.

14 **A.**   I started on the east side of Great Smoky Mountains

15 National Park at Davenport Gap, which is just a mile or two

16 from Interstate 40.  So my wife, Emily Diznoff, drove me that

17 morning to the trailhead, the Appalachian trailhead there at

18 Davenport Gap, at 6:00 a.m.  It was dark when I started, and

19 that's where the run began.  And, again, it was along the

20 Appalachian Trail, right at the edge of Great Smoky Mountains

21 National Park.

22 **Q.**   How were you planning to handle food and water and

23 resupply yourself?

24 **A.**   I carried a small fanny pack that was loaded with energy

25 bars and gels, as well as bottles of water and electrolyte

1   fluids and tablets.  So I was well supplied myself, but we

2   also scheduled meeting places along the Appalachian Trail

3   where my wife would have paved road access where she could

4   meet me, or, in one case, where she would have had to hike in

5   from a paved road about five miles to meet me.

6   **Q.**  When you planned this run, was there any question in

7   your mind about your ability to complete it?

8   **A.**  No.  I had run hundred-mile races, longer distances than

9   this, and running them at a competitive level.  This was more

10  of a recreational fun run, so I had no doubts about my

11  physical ability to finish.

12  **Q.**  If you would, could you describe for us the course of

13  your run until your first stop?

14  **A.**  Sure.  So from Davenport Gap, the trail climbs for about

15  six miles, it's a gentle but steady climb, and continues to

16  climb up to Mount Cammerer, basically, and then up to Mount

17  Guyot.

18  **Q.**  Will you point out where that is on this map?

19  **A.**  Basically up to -- there's Guyot.  And that stretch is

20  mostly uphill.  There's a few saddles and gaps and some

21  waters -- some springs along the way.  But I was taking my

22  time.  It was early in the morning, and I was just enjoying

23  the experience.  There was some cloud cover.  The sun hadn't

24  burned the morning mist or fog off, so it was still

25  relatively overcast at that point, and I was feeling great

1  and moving along the trail.

2      The only thing that was slowing me down was the trail

3  was a bit overgrown.  Blackberry brambles and just grasses

4  along the trail had kind of slowed my progress, making it

5  hard to actually see the trail in a few places.  Other than

6  that, it was a great morning.

7  **Q.**   Now, along this portion, or at some portion of the run,

8  did you run along with anyone else for a while?

9  **A.**   Yes.  Well, this portion, I was completely on my own,

10  and then, as I descended Mount Guyot and Mount Cammerer, and

11  going towards Newfound Gap, which is at mile marker 31, which

12  is roughly the halfway point here, Newfound Gap, about eight

13  miles from there, a running friend of mine, Anne Riddle

14  Lundblad ran in from Newfound Gap and met me at approximately

15  mile marker -- or approximately mile 22-ish, and ran with me

16  back out to Newfound Gap.  So that was nice to have a

17  companion, after running by myself for 20 something miles

18  through the wilderness of the Great Smoky Mountains National

19  Park.

20  **Q.**   And do you recall, about what time did you arrive at

21  Newfound Gap?

22  **A.**   I arrived at about 1 o'clock.  It was definitely getting

23  warmer at that point.  The sun was shining full, and I was

24  definitely feeling the heat at that point, and so it was a

25  welcome -- a welcome arrival at Newfound Gap.  That's where

1  my wife was, that's where the executive director of the

2  Canary Coalition had set up a table, and there were lots of

3  folks milling around, supporting the run and offering me

4  encouragement, and just a festive, supportive atmosphere

5  there and a good place to recharge.

6  **Q.**   About how far along had you run by that time?

7  **A.**   That's about 31 and a half miles from Davenport Gap.

8  **Q.**   And how long did you stay at Newfound Gap?

9  **A.**   About 20 to 30 minutes.  I used the restroom, I ate some

10  solid foods, talked with various folks, and met a couple of

11  other runners who were going to join me for the next

12  eight-and-a-half mile section up to Clingman's Dome, which

13  I've marked there, which is the highest point along the

14  Appalachian Trail, at 6,640 feet.  And I knew this next

15  eight-and-a-half-mile stretch was going to be a tough one.

16  It was the hottest part of the day and highest elevation and

17  I'd just run 31 miles, so I knew this was going to be a more

18  difficult stretch.

19  **Q.**   About how far was it from Newfound Gap to the top of

20  Clingman's Dome?

21  **A.**   About eight and a half miles.

22  **Q.**   Describe for us, if you would, the events that occurred

23  from Newfound Gap along your run up to Clingman's Dome.

24  **A.**   I started out not feeling so great.  I started feeling

25  light-headed and I felt some tightness in my chest and I was

1  unable to inhale deeply.  I was unable to get a deep

2  inhalation.  And I didn't really know exactly what was going

3  on, but I figured maybe it was the altitude.  I really didn't

4  know, and so I just chocked it up to altitude and the heat

5  and continued pushing up to Clingman's Dome.  But something

6  was definitely not right with my breathing, but at the time I

7  didn't know exactly what was going on, other than it

8  definitely didn't feel right and I couldn't get a deep

9  inhalation.

10  Q.   About what time did you arrive at Clingman's Dome, at

11  the top?

12  A.   Around 3 o'clock.  Between 3 o'clock and 3:30.  And my

13  wife was there to meet me at the top of Clingman's Dome, as

14  well, to resupply and rehydrate.

15  Q.   And how were you feeling at that time?

16  A.   I was feeling horrible, actually.  But I was, again,

17  hoping that it would dissipate.  This was the highest point

18  along the Appalachian Trail.  It was incredibly hot out.  And

19  I thought those factors were, perhaps, contributing to it,

20  and that the next five miles or so were downhill and that

21  maybe it would resolve itself as I dropped in elevation and

22  had, you know, a downhill to recover on.  And so I decided to

23  push on from there.  And I'd also resupplied at the top of

24  Clingman's Dome with my wife, so I felt pretty good.

25  Q.   How long were you there?

1  A.   I was there a little longer than anticipated because I

2  felt like something was wrong, and my wife encouraged me to

3  take my time and make sure I was feeling okay before I

4  pressed on because it was another 18 miles or so before I'd

5  see her again.  But I was not feeling good, and so I took a

6  good 20 to 30 minutes up there to try to refuel and recharge.

7  Q.   The difficulty breathing that you described, had you

8  experienced that before?

9  A.   I had never experienced it before, and that's what was

10 so concerning but also so puzzling, and so I didn't know what

11 to make of it, and that's why I thought it would resolve

12 itself, because I had never before experienced it.  I'm a

13 runner in perfect health who never had any kind of

14 respiratory problems, never been diagnosed with any kind of

15 respiratory ailments, so I assumed it was just something

16 acute that would go away.

17 Q.   What was your next, sort of, meeting place?

18 A.   So our next meeting place was --

19 Q.   Or planned meeting place.

20 A.   Planned meeting place was Russell Field, which is at

21 about mile 58, roughly, on the trail, about 18 miles between

22 Clingman's Dome and that meeting place.  And my wife would be

23 driving around on paved roads through Cades Cove and then

24 hiking in about five miles along a trail to meet me at that

25 shelter at Russell Field.  And I'd be running, obviously,

1  along the Appalachian Trail and meeting her there.

2  **Q.**  Would you describe the course of events that occurred

3  along the next portion of the trail when you were running

4  toward -- in the direction of Russell Field on the trail?

5  **A.**  Sure.  So things did not resolve themselves; they only

6  got worse.  Even though it was five easy miles of downhill,

7  my breathing was getting more and more labored.  I just

8  simply could not get a deep breath in, and so I was having to

9  stop more frequently and walk to slow my breathing down

10  because I wasn't getting enough oxygen.  And so I stopped at

11  a few shelters in between Russell Field and Clingman's Dome

12  to rehydrate, and at one point I talked with some folks,

13  asking them about if they knew anything about respiratory

14  ailments because something was clearly not right with me and

15  I was eager for help.

16      But there's no -- no road access anywhere between

17  Clingman's Dome and Russell Field, so there was no way to

18  hike out or to turn around at this point.  My best hope was

19  to get to Russell Field at mile 58.  So I continued pressing

20  on, hoping to get there before dusk at this point, because I

21  had slowed my pace tremendously.

22      My breathing continued to get worse, to the point where

23  I could only walk 100 yards and then would have to stop and

24  sit down on the trail to try to catch my breath.

25  **Q.**  What did it feel like to try to breathe in deeply?

1  **A.**   It hurt.  It was a -- it was like a pain in my throat

2  and in my chest, and I could not get the breath in.  And I

3  didn't know anything about respiratory ailments.  I didn't

4  know what asthma was, and so I thought this was something

5  like asthma because that's just the word you hear when you

6  have breathing problems.  So I asked one person who was at a

7  shelter about asthma, and he said, well, maybe you should try

8  breathing through a wet cloth; that might help lubricate your

9  lungs.  So I tried breathing through my wet shirt that I was

10  wearing.  And that may have helped a little bit, but my

11  problems continued to get worse as I moved further along the

12  trail, and it continued to get dark.

13  **Q.**   What time had you planned to meet your wife at Russell

14  Field?

15  **A.**   I planned to meet her around 6:00 p.m. That was a very

16  liberal estimate, considering my fitness level and my pace.

17  But, as it turned out, this stretch really slowed me down.

18  It was dark, and I still was several miles from the Russell

19  field shelter and was doing everything I could to press on,

20  because at this point I was mostly worried, actually, about

21  my wife.  She was hiking in five miles to this shelter,

22  expecting to meet me, and I wasn't going to make it, and that

23  worried me immensely because she was by herself, a female

24  hiking in the Great Smoky Mountains by herself at night, in

25  bear country, and expecting her husband to arrive.  And with

1  me not arriving, I knew that would worry her greatly, so

2  pressed on primarily just to try to get to her.

3  **Q.**   How far did you get that night?

4  **A.**   I got within three or four miles, but it was so dark and

5  I was stumbling over rocks and roots and stepping on small

6  animals, and then, at one point, I jumped a bear.  There was

7  a bear along the trail that bolted right out and ran.  And

8  when that happened I realized that this was -- this was

9  getting dangerous.

10      And there was no moon out that night, so I couldn't see

11  anything other than outlines of shadows of things.  Like the

12  bear, I could see the outline of it running away.  I could

13  see the outline of brush and trees.  But I couldn't even read

14  the map that I had with me.  And so, fortunately, I had a

15  watch that had a little glow light on it that enabled me to

16  read the map and direct me to a nearby shelter about four

17  miles from where I was supposed to meet Emily, the Spence

18  Field shelter, which is somewhere in here.  And that's where

19  I ended up spending the night, because I had no choice; I

20  literally couldn't make it any further.  My breathing was so

21  labored and so painful and it was so dark that I was left

22  with no other choice.

23  **Q.**   How long did you stay there at that shelter?

24  **A.**   I stayed there -- I got there probably between 10:00 and

25  11:00 that night and stayed there until the first hint of

1  daylight showed up in the sky. Didn't really sleep, but I

2  just sat myself down and laid down. There were a couple

3  other gentlemen in the shelter that night. One of them

4  loaned me a blanket. I was covered in sweat and bugs, and I

5  just wrapped myself in this blanket to try to calm my

6  breathing down. And it seemed to work. But I was really,

7  really concerned about my wife and wanted to get to the next

8  shelter so that I could reassure her and make sure she was

9  okay. And so as soon as I saw the hints of light in the sky,

10  I bolted from the shelter to try to get to Russell Field.

11  Q.    What happened? By the time it was dawn, had your

12  ability to breathe changed any?

13  A.    It had, which was -- which was a blessing, because I was

14  quite concerned about my ability just to make it to the next

15  shelter to see my wife. But when I started running, I felt

16  great. My breathing problems had dissipated. It was early

17  in the morning. It was -- you know, it was a cool -- it was

18  cool again. And so I was able to run without any problems to

19  Russell Field.

20  Q.    When you got to Russell Field, was your wife there?

21  A.    She was not. She had left and hiked back down the trail

22  and was driving around to meet me at the end of the run. I

23  was informed by the people at that shelter what she had done.

24  Q.    What was it like when you met your wife?

25  A.    It was -- it was a pretty powerful moment for us. She

1  told me about what happened to her that night, with bears

2  coming to the shelter and --

3  **Q.**   She'll tell her story.

4  **A.**   She was visibly upset by what had happened to her and to

5  me, and it was a very joyous and emotional reunion at the

6  end.

7  **Q.**   Did you have occasion to, after this was over, to write

8  a journal of this?

9  **A.**   Yeah.  I wanted to remember everything that had happened

10 here, and because family and friends were interested in what

11 had happened as well, I just, the next day, I put everything

12 down on paper in journal form.

13 **Q.**   And I'd like to show you what's been marked as

14 Plaintiff's Exhibit 223 and ask you if you can identify what

15 that is.

16 **A.**   Yeah.  This is my journal entry, basically.  I just

17 basically wrote down a, roughly, hour-by-hour account of my

18 experiences on the run.  This was written a day or two after

19 the actual run, so it was just my initial observations and

20 what I suspected had happened to me a day or two after the

21 event.

22 **Q.**   Now, subsequent to the -- did you seek to find out -- or

23 did you seek any medical advice that week about --

24 **A.**   Yes.

25 **Q.**   -- what had happened to you?

1   A.   Yes.  My wife is a doctor, and she obviously was very

2   concerned about what had happened, and I was incredibly

3   concerned because this was my running career.  I was very

4   concerned that I couldn't breathe for the first time in my

5   life, and running was such an integral part, not of my career

6   necessarily, but of just who I was.  I had run every day of

7   my life since I was 5 years old, roughly, and I was worried

8   that I wasn't going to be able to run again because of these

9   breathing problems, so I sought medical advice right away.  I

10  went to first a family practice doctor where my wife was

11  training, at MAHEC, and they were very concerned and they

12  said it sounded like I had experienced something like asthma,

13  asthma-like symptoms, and so initially that's what we thought

14  it was; we thought it was something like asthma.

15  Q.   Is that why you referred to it as asthma in your

16  journal?

17  A.   Yeah.  I mean, that was the only label I had ever heard

18  for breathing problems related to running, was asthma,

19  exercise-induced asthma or something like that.

20  Q.   Had you ever been diagnosed with asthma before that?

21  A.   I never did get diagnosed with asthma.

22  Q.   Did you subsequently have occasion to be examined again?

23  A.   I did.  So I sought every specialist I could find to try

24  to figure out what had gone wrong here because I was very

25  concerned, and so I went to an allergist to see if maybe I

1  had some kind of allergic reaction to something, but no,

2  there were no allergies.

3      I went to a respiratory specialist as well, Dr. Sue

4  Zeilender, to see if I, indeed, did have asthma, and it

5  turned out I did not.  I had asthma-like symptoms, but the

6  testing revealed that it was not asthma that was specifically

7  causing this.

8  **Q.**  Did you at some point undertake -- let me ask you this.

9  Subsequent to the -- are you familiar with the EPA website

10 called "AIRNow"?

11 **A.**  Yes.  I check that -- even before this run, I checked it

12 on a daily basis just to see what the pollution levels were

13 where I was running.  It's a sad but unfortunate necessity

14 when you're running in the mountains that you have to check

15 air pollution levels before you go out and run.  And so I had

16 seen this website even before this run, and I check the maps

17 and look at it on a daily basis.

18          **MR. GULICK:**  Bear with me a moment, Your Honor.

19          **(Pause in the proceedings.)**

20 BY MR. GULICK:

21 **Q.**  Want to show you what's been marked -- if you could

22 eliminate those marks on the ...

23      Want to show you what's been marked as Plaintiff's

24 Exhibit 224.

25          **MR. GULICK:**  Your Honor, this is a video of the

1    "AIRNow" website that we're going to show, with the Court's

2    permission, and we'll ask -- and we do have a certified copy,

3    I believe, from the Environmental Protection Agency,

4    certifying  this as a public record.

5    **BY MR. GULICK:**

6    **Q.**   I want to ask you, is this the date that you were

7    running?

8    **A.**    This is the date I was running.

9    **Q.**    And is this the "AIRNow" video that you viewed --

10   **A.**    Yes.

11   **Q.**    -- on that day?

12   **A.**    Yes, it is that video.

13            **MR. GULICK:**  Gary, would you go ahead and run it?

14            **(Video playing.)**

15            **MR. GULICK:**  This is a continuous loop.  Going to

16   run it twice.  It shows the hour of the day at the bottom of

17   the page.

18   **BY MR. GULICK:**

19   **Q.**   All right.  Mr. Harlan, what was the -- what was the

20   "AIRNow" showing?  What was --

21   **A.**    It was showing that it was hazardous for me to be

22   running that day in the Great Smoky Mountains National Park.

23   **Q.**    Was this an ozone --

24   **A.**    Yeah, this was an ozone alert day.  And right in the

25   Great Smoky Mountains National Park, an orange alert right in

1 the areas where I was running, along the spine of the

2 Appalachians, the Appalachian Trail.  The high elevation was

3 even more bathed in the pollution than anywhere else.

4 **Q.**  Let me ask you this.  Have you, subsequent to that day,

5 had a similar occurrence, breathing occurrence like what

6 occurred to you on that day?

7 **A.**  Not to that severity, but I have had similar breathing

8 problems, and they've always occurred on ozone alert days or

9 high pollution days in the summer when I'm running in the

10 afternoons.  Those are the only times when I experience these

11 severe breathing inhalation problems.

12 **Q.**  Have you altered your running schedule as a result of

13 this?

14 **A.**  Yeah.  Unfortunately, I've had to modify my running in

15 many ways.  I run only in the mornings now, and I religiously

16 check the "AIRNow" website just to see the pollution levels

17 for that particular day and the forecasts.  And it's

18 unfortunate that I've got to squeeze my running in in the

19 early morning because, otherwise, I'm going to experience

20 these severe breathing problems if I try to run later in the

21 day, I've learned.

22       So it's forced me to limit the amount of my running.

23 It's curtailed my running career.  I was a competitive

24 runner, winning lots of races, and I've had to scale back my

25 training.  And that's discouraging.  But even more depressing

1  for me is just the fact that I can't run as much as I used

2  to, and running is just part of the fabric of who I am.  It's

3  something I do on a daily basis just to clear my head and

4  cleanse my body and soul, and the fact that running could be

5  hazardous to my health is very upsetting to me, and the fact

6  that I have to worry about pollution constantly when I'm

7  running is very upsetting.

8          **MR. GULICK:**  Your Honor, we would offer into

9  evidence Will Harlan's training log, Exhibit 221; his

10  hand-drawn map, 222; his journal entry, 223; and, Your Honor,

11  Exhibit 224.  And I have -- we're trying to -- we have a copy

12  here we're locating, Your Honor, of our affidavit from an

13  employee of the United States EPA that he had -- which

14  authenticates the "AIRNow" video extract as, again, a

15  document in the legal possession of the EPA.  Unfortunately,

16  at the moment, we only have a copy.  We will locate the

17  original.

18          **THE COURT:**  All right.  Let those be admitted.

19          **(Plaintiffs' Exhibits 221, 222, 223 and 224**

20      **received.)**

21          **MR. GULICK:**  Your witness.

22          **MR. FINE:**  We have no questions, Your Honor.

23          **THE COURT:**  All right.  Mr. Harlan, you may be

24  excused.  That will complete your testimony.

25          **MR. GULICK:**  Your Honor, we'd briefly call Emily

1    Diznoff to the stand.

2           Please come around and be sworn.

3                    **EMILY DIZNOFF,**

4    **being duly sworn, was examined and testified as follows:**

5                    **DIRECT EXAMINATION**

6    **BY MR. GULICK:**

7    **Q.**   Ms. Diznoff, are you married to Will -- please state

8    your name for the record.

9    **A.**   Emily Diznoff.

10   **Q.**   And are you married to Will Harlan?

11   **A.**   I am.

12   **Q.**   And what is your profession?

13   **A.**   I'm a family practice physician.

14   **Q.**   And where do you work?

15   **A.**   At Asheville Family Medicine.

16   **Q.**   Where did you receive your medical training?

17   **A.**   At Emory University School of Medicine in Atlanta,

18   Georgia.

19   **Q.**   And I'm just going to show you Plaintiff's Exhibit 438,

20   which will appear on your screen, and ask if you can identify

21   it.

22   **A.**   That is a copy of my resume.

23   **Q.**   Is that a true and accurate copy of your resume?

24   **A.**   It is.

25   **Q.**   I'm not going to ask you any opinions today, but I want

1  to ask you about your part of this experience.

2      First of all, I want to ask you about, are you familiar

3  with your husband's running career?

4  **A.**   Yes, very familiar.

5  **Q.**   And you've accompanied him on running trips such as this

6  before?

7  **A.**   Many.  I have been sort of crowned his number one crew.

8  I've sort of organized most of his races, crewed all his

9  races, and have been with him for 12 years, so as long as

10 he's been running competitively.

11 **Q.**   Now, on this particular occasion -- you, of course,

12 heard his testimony.  What was your experience after you

13 went -- you were going to Russell Field.  Simply describe

14 that briefly.

15 **A.**   After I was at Russell Field?  I arrived at Russell

16 Field -- actually, I was concerned -- I remember having

17 concern that I was going to -- that he was going to get there

18 before me, I had to drive all the way around and hike in five

19 miles, and I do remember thinking I hope I get there in time,

20 because that was the estimation of the time we thought it

21 would take him to get there.

22      So I arrived there and found several other hikers.  I

23 think it was three other men who were there, two separate

24 parties, one man by himself and two others who were there

25 together who had decided to stop there for the evening.  And

1  I arrived, told them what my husband was doing, and sat and

2  waited.

3  **Q.**   And what happened -- when were you expecting him to

4  arrive?

5  **A.**   Probably was thinking he'd get there -- I did not have a

6  watch, so I was thinking he would get there about 6:00 or

7  6:30.  Way before dusk.

8  **Q.**   And did he, in fact, arrive?

9  **A.**   He did not arrive.  We waited --

10  **Q.**   What did you do?

11  **A.**   -- and waited.

12      I was very, very distraught.  As it got later on -- at

13  first I thought, you know, I thought maybe he was just

14  running a little late.  As it started to get dark out, I was,

15  I would say panicked.  I convinced one of the other people

16  who was there to walk with me down the trail toward the

17  direction I anticipated he would be coming, and, you know, we

18  were calling his name, yelling his name, and I was, you know,

19  just screaming.  And they were like, you know, this is pretty

20  useless; your voice isn't going to travel very far.

21      We came back to the shelter area, and that's when a bear

22  came into the area.  And then I started to get really scared

23  because I knew it was getting later, it was getting darker,

24  there was a bear, and we had to go into the shelter and shut

25  the shelter door, and I was with three strange men.  I had no

1   cell phone that would work, no sleeping bag, just a little

2   backpack with me, no food, no water, and it was at that point

3   getting very dark and I was getting really scared.

4       You know, I knew that -- I know my husband very well and

5   I know that nothing would have stopped him from getting to me

6   unless it was really serious.  And as it got later and later

7   and darker and darker and I was almost 100 percent convinced

8   that something serious had happened to him, I remember laying

9   down on a mat that one of the people had lent me, thinking,

10  how am I going to call his mother and explain to her that he

11  died.  I mean, I remember having that thought in my head, I'm

12  going to have to tell her that he died, and I basically cried

13  myself to sleep and laid there scared.

14  **Q.**   So you stayed the night there?

15  **A.**   I did stay the night there.

16  **Q.**   And what did you do?

17  **A.**   Shivered in the cold and laid there.  And as soon as

18  daybreak came, I -- you know, I knew I had to race back down

19  five miles of trail.  And, you know, I didn't even know what

20  I was going to do.  I had to get to my car.  My plan was to

21  go back to Fontana Dam, where he was supposed to finish.  I

22  thought maybe I missed him, maybe something happened.  And I

23  knew that was where the people were supposed to be that we

24  were going to meet at the finish line.  So that's what I did.

25  **Q.**   And did you, eventually, go around to Fontana Dam?

1  **A.**   I did, thank goodness, You know, it turned out to be

2  just a disaster all around.  The road that I had intended to

3  take, I couldn't pass.  I got caught in Cades Cove Sunday

4  morning traffic.  And by the time I got to him, he had

5  already finished and he was -- there was a little house or

6  little cottage that some people we were with had rented where

7  we thought we were going to spend the night when we finished

8  the race, or the run, and they had stayed there.  And at that

9  point, Will was in the shower, and I remember just running

10  into the bathroom just crying and, you know, just so happy to

11  see him alive at that point.

12  **Q.**   Have you had occasion to be with him on another occasion

13  when he's actually suffered this particular event?

14  **A.**   I'm not usually with him when it first starts because

15  it's usually when he's on a run, but I've been there, you

16  know, at rest points and after the runs, and, yes, I have

17  been in close contact with him.

18  **Q.**   And how would you describe it?

19  **A.**   The way he always describes it and the way I see it is

20  that it appears that he has pain when he tries to take a deep

21  breath in, so he can't fully expand and get air in.  You

22  know, I've actually listened to his lungs, and he is not

23  truly wheezing when it happens; it's just that he can't get a

24  breath in.

25  **Q.**   And did you accompany him to various doctors as he was

1  trying to get a diagnosis of what happened to him?

2  **A.**   I did.  Being that I'm a local physician, I was very

3  eager to get him in to see anyone and everyone that could

4  help us.  Initially, I had him go be seen at my residency

5  program, where he was given an Albuterol inhaler to use if it

6  were to happen again, which he tried and it didn't work.

7       So, after that -- I can't remember the exact order he

8  saw them in, but he did see an allergist, he saw a

9  pulmonologist, and an ear, nose and throat doctor, and no one

10 was ever really able to give us any clear answers.

11      I know the pulmonologist offered to send us to Colorado,

12 where there was an exercise specialist he knew.  People had

13 ideas and gave us different suggestions, but no one could

14 eliminate the problem with whatever treatment they proposed.

15 **Q.**   From your perspective, has this experience changed

16 Will's running condition and career?

17 **A.**   Will is not a morning person at all, and he now gets up

18 and runs in the morning.  So, yes, it has.  And he is not

19 running competitively like he had been before.  He had been

20 very, very active, not just locally, but nationally, in

21 competitive distance running, ultra-marathons, and if you

22 look at his record -- you know, if you look at his recent

23 runs, he's just not running as much.

24      **MR. GULICK:**  Thank you.  I have no further

25 questions.

1        **MR. LANCASTER:**  Defendant has no questions for

2   Dr. Diznoff.

3        **THE COURT:**  Thank you.  That will conclude your

4   testimony and you are excused.

5        **MR. GULICK:**  Your Honor, our next witness is

6   Dr. David Peden, and he's going to take -- it's up to you.

7   We can start him right now.  He is going to take considerably

8   longer than the ten minutes.  But not as long as Tuesday's

9   witness.

10        **MR. LANCASTER:**  I venture to guess no one will take

11  that long.

12        **THE COURT:**  All right.  Given that assurance, we'll

13  break a little early and come back at 2 o'clock.

14        **MR. GULICK:**  Thank you, Your Honor.

15        **(Lunch recess.)**

16                          *  *  *  *  *

17                    [END OF VOLUME 4A]

18

19

20

21

22

23

24

25

1

2

3

4  UNITED STATES DISTRICT COURT

5  WESTERN DISTRICT OF NORTH CAROLINA

6  CERTIFICATE OF REPORTER

7

8          I certify that the foregoing transcript is a

9  true and correct transcript from the record of proceedings

10 in the above-entitled matter.

11         Dated this 18th day of July, 2008.

12

13                           S/ Karen H. Miller

14                           _____
                             Karen H. Miller, RMR-CRR
15                           Official Court Reporter

16

17

18

19

20

21

22

23

24

25