UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

STATE OF NORTH CAROLINA       )
ex rel. Roy Cooper, Attorney )
General,                      )
          Plaintiff,          )       No. 1:06-CV-20
                              )
     vs.                      )       **VOLUME 9A**
                              )
TENNESSEE VALLEY AUTHORITY,   )       [Page 2085-2158]
                              )
          Defendant.          )
_____)

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE
JULY 24, 2008

<u>APPEARANCES</u>:

On Behalf of the Plaintiff:

     JAMES C. GULICK, Senior Deputy Attorney General
     MARC BERNSTEIN, Special Deputy Attorney General
     North Carolina Department of Justice
     114 West Edenton Street
     Raleigh, North Carolina

     MICHAEL D. GOODSTEIN, Esquire
     ANNE E. LYNCH, Esquire
     Resolution Law Group, P.C.
     5335 Wisconsin Avenue NW, Suite 360
     Washington, DC

On Behalf of the Defendant:

     FRANK H. LANCASTER, Senior Attorney
     HARRIET A. COOPER, Assistant General Counsel
     THOMAS F. FINE, Assistant General Counsel
     MARIA V. GILLEN, Assistant General Counsel
     Tennessee Valley Authority
     400 West Summit Hill Drive
     Knoxville, Tennessee

          KAREN H. MILLER, RMR-CRR (828) 771-7217

**I N D E X**

**DEFENSE WITNESSES:**                                    **PAGE**


THOMAS TESCHE

    Direct Examination By Mr. Fine            2087




**DEFENDANT'S EXHIBITS:**

   **NUMBER**                                        **ADMITTED**

    273                                        2110
    274                                        2110
    275                                        2107

<pre>
 1                    P R O C E E D I N G S
 2            THE COURT:  Mr. Fine, I understand you were
 3   reprimanded yesterday for being late.
 4            Did you have an appropriate response?
 5            MR. FINE:  Your Honor, I did not oversleep, Your
 6   Honor, as Madam Clerk intimated to me later in the day.  I
 7   was working on other matters in the courthouse.  I was just
 8   not present in the courtroom.
 9            I hope that my absence was not a detriment to the
10   Court's business.
11            THE COURT:  No.  She'll appreciate that explanation
12   as being adequate, I think.
13            All right.  We're ready to proceed then.
14            MR. FINE:  Thank you, Your Honor.
15            The Tennessee Valley Authority calls as its next
16   witness, Dr. Thomas Tesche.
17            THE COURT:  All right, sir.
18            MR. FINE:  Your Honor, we'll be working principally
19   from book 13 of TVA's book of exhibits.  Not exclusively, but
20   primarily book 13.
21            THE COURT:  All right, sir.
22                       THOMAS TESCHE,
23   being duly sworn, was examined and testified as follows:
24                     DIRECT EXAMINATION
25
</pre>

BY MR. FINE:

Q.    Would you please give us your name?

A.    Thomas William Tesche.

Q.    And where do you currently reside?

A.    I live in Fort Wright, Kentucky.

Q.    What is your current employment?

A.    I'm a principal scientist with Alpine Geophysics, LLC.

Q.    And if you could just briefly tell us what is Alpine Geophysics.

A.    Alpine Geophysics, LLC, is a partnership that is engaged in air quality modeling, emissions inventory development, and application of models for regulatory studies.

Q.    What is your understanding of your role in the case that we've been trying here?

A.    I was asked by TVA to assist them in two aspects of the case.  One was to evaluate the technical merits of the modeling set forth in the Chinkin and Wheeler expert report; and the second was to perform independent modeling to assess the air quality impacts resulting from two different control scenarios in the year 2013.

      One was the scenario in which the Tennessee and North Carolina EGU fleets were subject to controls set forth in the Clean Air Compliance Act -- I'm sorry -- the Clean Smokestacks Act; and the second simulation was a condition of 2013 in which the TVA power plants would be operating in

1  accordance with their established plan.

2  **Q.**   Dr. Tesche, would you please summarize the opinions

3  you've reached in this case?

4  **A.**   I have three main opinions as the result of my work in

5  this case.

6       First, with respect to the modeling analyses set forth

7  in Chinkin and Wheeler's expert report and their supplemental

8  reports, I find that the combination of the overstatements of

9  SO2 and NOx emissions from the TVA sources in the year 2013,

10  combined with a rather fanciful construction of a modeling

11  inventory for input into the CMAQ model that purported to

12  reflect 2013 expected conditions but really reflected current

13  levels of emissions at TVA that wouldn't change over the next

14  six to seven years, led to a modeling output that was simply

15  meaningless, meaningless in the context of understanding what

16  these two different power plant scenarios would produce in

17  the year 2013.

18       Second, I found that the modeling that the Alpine

19  Geophysics and TVA modeling team performed provided, in my

20  opinion, was a credible estimation of the air quality impacts

21  for ozone, 8-hour -- 8-hour ozone, short term and annual fine

22  particulate concentrations, visibility in sulfate and nitrate

23  deposition that are credible estimates, notwithstanding the

24  uncertainties that we expect in this type of modeling.

25       Thirdly, my conclusion finding is that the air quality

1   impacts for ozone and fine particulate in the year 2013

2   attributable to the further imposition of Clean Smokestacks

3   controls on the TVA facilities, those that go beyond the TVA

4   plan, will not lead to measurable or important air quality

5   improvements relative to the 2013 base case.

6       In particular, for ozone, imposition of the Clean

7   Smokestacks controls on the Tennessee Valley power plants

8   would produce an ozone benefit of no more than 5 parts per

9   billion in the extreme western portion of the state of North

10  Carolina.

11      Now, that 5 ppb must be understood in the context of the

12  modeled concentration in that locale on that day attributable

13  to all the other sources in the region, including

14  anthropogenic sources from North Carolina, all other sources

15  in the southeastern United States, and emissions from the

16  North Carolina fleet; and when you consider those

17  concentrations together with the 5 ppb from the TVA

18  facilities, the combined concentrations on the day when TVA's

19  impact is high are well below the standard for even the

20  newest ozone standards set forth by EPA.

21      Second point is that, with respect to fine particulate,

22  PM2.5, on the annual average, the peak concentration that we

23  determine through the CMAQ modeling as the result of

24  additional controls on TVA was no more than .065 micrograms

25  per cubic meter on an annual average, and that number would

1  be compared with the National Ambient Standard for fine

2  particulate of 15.

3       With respect to that, that increment also occurred in

4  western North Carolina in a grid cell that actually covered

5  two-thirds -- of which Tennessee covers two-thirds of that

6  cell.  So it was a sliver of land in North Carolina for which

7  an impact of .065 micrograms was predicted as the maximum

8  impact associated with additional controls from Clean

9  Smokestacks, and that increment is well below the significant

10 thresholds for fine particulate and well below the

11 measurement levels of the current monitoring capability of

12 PM2 instruments.

13      So, in summary, my findings are, for those three

14 elements, that the credible modeling using current

15 state-of-the-science models and updated inventory suggests

16 that the additional controls called for in the Clean

17 Smokestacks Act to be applied to Tennessee Valley sources

18 will not produce any meaningful or significant air quality

19 benefits within the boundaries of the State of North

20 Carolina.

21           **MR. GOODSTEIN:**  Your Honor, if I could be heard for

22 one minute.  I don't want to interrupt the examination any

23 more than I have to, but we have stipulated to Dr. Tesche as

24 an expert on atmospheric sciences, but our understanding was

25 that Dr. Tesche is not going to be offering opinions about

1  the accuracy of the emissions estimates prepared by TVA.  In

2  fact, at his deposition he expressly disqualified himself

3  from offering any kind of opinions about the accuracy and the

4  methods used by staff of TVA to come up with the 2009 and

5  2013 emissions estimates, and so we need to note our

6  objection to Dr. Tesche testifying about the accuracy or

7  appropriateness of the emissions estimates, since at his

8  deposition he made it very clear that he is not prepared to

9  testify to the accuracy and the methods used by staff of TVA

10 to come up with the 2009 and 2013 emissions estimates.  "That

11 was not within my purview," per his testimony in his

12 deposition.

13          MR. FINE:  Your Honor, there is no dispute that

14 Dr. Tesche and his modeling team used in their modeling the

15 projections of TVA staff as to TVA emissions that were

16 anticipated for 2013.

17          Dr. Tesche, of course, was present here in the

18 courtroom yesterday during Mr. Scott's testimony.  While

19 we're not going to be asking him to attest to the accuracy of

20 TVA's emission projections for 2013, he did use those numbers

21 in the modeling that he and his team performed.  But I think

22 that Mr. Scott spoke with some eloquence about how those

23 emissions estimates were prepared.

24          THE COURT:  All right.  I will overrule plaintiff's

25 objection, and I trust the results of careful

1  cross-examination to be of benefit to the Court in making a

2  final analysis.

3          **MR. GOODSTEIN:**  Thank you, Your Honor.

4          **MR. FINE:**  Thank you, Your Honor.  And as

5  Mr. Goodstein has indicated, plaintiff has stipulated that

6  Dr. Tesche is an expert in atmospheric sciences, and a

7  stipulation that TVA appreciates.  However, as with North

8  Carolina's witnesses, we will explore some of Dr. Tesche's

9  background so the Court will have an understanding of

10 Dr. Tesche's credentials in terms of weighing his evidence.

11         **THE COURT:**  Yes.  Let the stipulation appear of

12 record, and I will, yes, expect you to bring out some of the

13 background of the witness.

14         **MR. FINE:**  Thank you, Your Honor.

15         Ms. Shea, will you do me the kindness of displaying

16 Exhibit 275 on the display.

17         And, Dr. Tesche, if you'd please turn to book 13,

18 which is there by you on the witness stand, and turn to

19 Defendant's Exhibit 275 in that book.

20         Do you have it, sir?

21         **THE WITNESS:**  Yes, sir.

22 **BY MR. FINE:**

23 **Q.**   Dr. Tesche, would you please summarize your educational

24 background?

25 **A.**   I received a bachelor's degree in mechanical engineering

1  from the University of New Mexico in 1969; I received a

2  master's degree in engineering from the University of

3  California at Davis in 1971; and I received a Ph.D. from the

4  University of California-Davis in 1974.  That degree was in

5  environmental engineering.

6  **Q.**    And I believe, Dr. Tesche, that your educational

7  experience is set out on page 3 of Defendant's Exhibit 275?

8  **A.**    Yes, sir.

9  **Q.**    Dr. Tesche, Defendant's 275 also lists, generally, your

10  work history on page 2?

11  **A.**    Correct.

12  **Q.**    Could you briefly, sir, just go over your work history?

13  **A.**    I worked for four different national laboratories in the

14  time I was engaged in my college studies.  Once I got my

15  Ph.D. from the University of California, I went to work

16  immediately for Systems Applications, Incorporated, in

17  California.  SAI.  And they were the firm selected by EPA to

18  develop the first generation photochemical grid model that

19  was the grandparent, you might say, of the current-day

20  models, such as CAMX and CMAQ.

21      I worked at SAI for 12 years, reaching the level of

22  manager of the advanced modeling and applications group.

23  During that period of time, I participated in virtually all

24  aspects of the development and testing of the urban airshed

25  model, including the emissions processers, the meteorlogical

1    processers, the chemical kinetic mechanism, numerical methods

2    in model evaluations, and I participated in virtually every

3    model application study that SAI performed over that dozen

4    years in my role there.

5        I then went to Radian Corporation, but in parallel with

6    that, I was teaching at the University of California,

7    Berkeley and Davis campuses.  I was an adjunct professor and

8    taught advanced graduate level courses in atmospheric

9    modeling.

10       While at Radian, I was involved in developing advanced

11   geologic modeling.  One was the urban airshed model for

12   application to SIPS and the other was to begin work on global

13   climate modeling using the National Center for Community

14   Climate Modeling.

15       I formed Alpine Geophysics, my present company, in 1985

16   while I was still with Radian, and for the ensuing five years

17   while I was employed at Radian I also worked at Alpine

18   Geophysics but in a capacity that was non-competitive with my

19   efforts at Radian.

20       I joined -- or I went to work full time for Alpine

21   Geophysics in 1990, and for the remaining 22 years, or

22   whatever that is, I've been fully engaged in atmospheric

23   modeling, regulatory studies, and model development with

24   Alpine Geophysics.

25   Q.    Dr. Tesche, what sort of clients have you worked for in

1  your work with Alpine Geophysics?

2  **A.**    I would say my mix of clients at Alpine Geophysics is

3  roughly balanced between public and private sectors.  We do a

4  fair amount of work for USEPA as a contractor.  We do work

5  for state agencies.  We have done a lot of work for the

6  regional planning agencies.  You've heard of VISTAS.  And

7  several other regional planning organizations we've done a

8  lot of work for in connection with database development such

9  as we've used in this case.

10      We have done a lot of SIP modeling work for

11  municipalities as well.

12  **Q.**    When you say SIP modeling --

13  **A.**    Yeah.  State Implementation Plan modeling for 8-hour

14  ozone and fine particulate for state agencies, such as Texas

15  and California and so on.

16      On the other side, in the private sector, we've done a

17  fair amount of work for the electric power generating sector,

18  for research groups, such as EPRI, the Electric Power

19  Research Institute, which coordinates research for the

20  electric utilities in this country.

21      We've done a lot of modeling work and participation in

22  SIP studies, ozone and fine particulate, for the

23  petrochemical industry in New Jersey and Texas and elsewhere,

24  helping them in the process of working with state agencies to

25  develop regulatory plans for air pollution control.

1    We've done a lot of work in the permitting of individual

2  power plants, to help them comply with the requirements of

3  prevention of significant deterioration and New Source

4  Review, assist them in getting the permits they need in order

5  to operate new generation in various states.

6  **Q.**    Dr. Tesche, if I can draw your attention to the listing

7  that begins on page 4, the document that's been marked as

8  Defendant's Exhibit 275.

9  **A.**    Yes.

10  **Q.**    And I believe that this is a compilation of your recent

11  publications, or a start of a compilation of your recent

12  publications.

13  **A.**    That's correct.  This is a compilation of the

14  professional reports, peer-reviewed journal articles,

15  presentations at public meetings and conferences that I have

16  given over the last ten years or so.

17  **Q.**    I'm assuming, Dr. Tesche, this does not represent your

18  entire professional output.

19  **A.**    No.  The last time I counted this, and this was a few

20  years ago, the total number of distinct reports and papers

21  and articles was over 350, and I stopped counting then.

22    See, in my business as a consultant, we're evaluated by

23  our clients on the basis of the number of technical reports

24  we write, and on any big projects, such as VISTAS, there are

25  maybe a half a dozen important reports on different subject

1  matters that get written as part of the study that become

2  stand-alone technical reports, and so it's not too terribly

3  difficult to produce a lot of documentation of the work done

4  in big studies, and a good part of my publication record is

5  filled by that type of documentation.

6  Q.   Again looking at page 4 of Defendant's 275, sir, I

7  notice professional certification as a certified consulting

8  meteorologist.  You see that, sir?

9  A.   Yes.

10  Q.   Could you explain to us what that is?

11  A.   I believe Mr. Wheeler gave the Court a brief overview of

12  what the certified consulting meteorologist program is.

13  Essentially, it was a program established in the mid 1950s by

14  the American Meteorological Society to provide a distinction

15  for its consulting fraternity, men and women who had

16  displayed exceptional skill and integrity and competency in

17  their particular disciplines in meteorology.

18      To be awarded a certification of -- a certification as a

19  consulting meteorologist one needs to successfully go through

20  oral interviews, a background check with clients, written

21  tests and an oral test prior to being adjudged as to whether

22  one is worthy of receiving that certification.

23      Since the mid '50s, I believe there has been about 700

24  men and women that have been so certified.  Obviously, not

25  all of them are active today.  I think there's maybe 200 or

1    220 active today.  And that could be compared with the number

2    of men and women that have been involved in the American

3    Meteorological Society over the last half century.  And I

4    don't know what that number is, but it's large.

5    **Q.**   When did you receive that distinction?

6    **A.**   1988.

7    **Q.**   What other professional memberships do you have,

8    Dr. Tesche?

9    **A.**   Over the years, I've participated actively in several

10   professional memberships.  They would include the American

11   Association for the Advancement of Science, the American

12   Geophysical Union, the Air and Waste Management Association,

13   American Society of Civil Engineers, American Society of

14   Chemical Engineers, and the American Chemical Society.  I may

15   have duplicated a name or forgotten one.  Presently, I

16   maintain active membership in three of those, the American

17   Geophysical Union, and Air and Waste Management, of which

18   I've been an active member for 37 years, and the American

19   Meteorological Society, with whom I've been involved for over

20   30 years.

21   **Q.**   Dr. Tesche, I'd like to draw your attention briefly if

22   we could to page 2 and 3 of Defendant's Exhibit 275 under the

23   heading of "Areas of Professional Expertise."  I don't want

24   to go into this in too much depth and detail at this time.

25   Does this set out the areas of expertise that you have --

1  that you have worked in?

2  **A.**    It does.

3  **Q.**    And just a very briefly, if you could give us an

4  understanding of what it means to have expertise in

5  regulatory application of photochemical models for attainment

6  demonstrations.

7  **A.**    I've been involved in the development and application of

8  photochemical models since they were first constructed in the

9  early 1970s, and as part of that effort, I've been very

10 heavily engaged in applying grid-based and Lagrangian-based

11 models to help federal and state agencies develop plans for

12 ozone and PM control, and I've carried out that kind of

13 regulatory work in, gosh, over 30 cities and regional areas

14 around the United States.

15 **Q.**    If I could direct your attention to the next item,

16 atmospheric model development, testing and refinement.  If

17 you could give us some idea of what that involves.

18 **A.**    The actual model development goes hand in glove in the

19 application of these emergent models in a regulatory setting.

20 As I said in the beginning, the tools that we were using were

21 just being developed, and over the space of a 30-year career

22 in this area, I've been continually involved in the

23 development, refinement, and especially the testing of the

24 emissions part of these models, the meteorlogical part of

25 these models, the chemical kinetic mechanisms to treat the

1  reactions in the atmosphere, and especially in the software

2  that we use to evaluate the models and to test their

3  uncertainty.

4      All of that I put under the category of model

5  development and testing.  It's a very necessary component of

6  applying these models in a regulatory framework.

7  **Q.**  The next item is model evaluation and uncertainty

8  analysis.  Again, sir, I call on you to briefly explain to us

9  what that entails.

10 **A.**  It entails comparing the model predictions of the

11 estimates coming out of models, not just the air quality

12 model, but the emissions models, meteorological models, the

13 land surface model, and all of the computer modules that make

14 up the modeling system against atmospheric data, measurement

15 data, at the ground and aloft and wherever one can gather it

16 up, to try and find if there is evidence of flaws or

17 uncertainty or bias in the models.

18     There is -- it's not so much a desire to prove that the

19 models are right but, from a scientific perspective, to see

20 if we can find examples where the model is not performing

21 well.  And that's a subtle difference and objective.  We're

22 not trying to validate models.  As part of this process,

23 we're trying to see if there are flaws in the modeling, and

24 if there are, we try to remove them.

25     So, finally, model acceptance for regulatory

1  applications derives as the result of successive

2  non-rejection of models when we test it with the data sets we

3  have.  So we build confidence through successive testing that

4  these models are the best we can do.  And that is the core

5  theme in the model evaluation that I've been involved.

6  **Q.**   Dr. Tesche, moving down a little further on page 2, I

7  note the entry "Air Quality and Meteorological Data

8  Analysis."  Again, sir, if you could exculpate what's

9  involved with that briefly.

10 **A.**   Well, that heading should also include emissions data.

11 But what that heading refers to is the obvious need to

12 analyze and understand the myriad of emissions and air

13 quality and meteorological data that one has to master, both

14 in terms of the content -- you need to understand the

15 processes -- as well as formulate it in a process that goes

16 smoothly into the regulatory models without creating

17 mistakes.

18     So this description of skill and expertise in the area

19 of data analysis is part and parcel to the process of

20 understanding models, applying them soundly, testing them

21 appropriately, and then presenting their results in a

22 believable context.

23 **Q.**   Turning over to page 3 of Defendant's Exhibit 275,

24 there's an entry, "Modeling In Complex Terrain/Complex

25 Meteorological Settings."

1          Dr. Tesche, could you help us understand what that

2     involves?

3     **A.**     Early in my career, in the '70s and '80s, there was a

4     real strong push in the United States to improve the

5     simulation capability of models in very rough topography.  It

6     was driven in part by the excitement over oil shell

7     development in the western United States, and it was

8     recognized by DOE and a number of others that those were

9     areas where the terrain and meteorology were very

10    challenging, and the modeling tools at that time were very

11    limited, and so they ensued a major program in this country

12    to develop complex terrain models, and part of that was the

13    performance of tracer diffusion studies in the western United

14    States and then the evaluation of those models in complex

15    terrain against tracer data.

16         And I was very heavily involved in programs for the

17    Department of Energy and for the energy department of

18    California and a number of public power producers and private

19    power producers in California to verify and prove those

20    dispersion models.

21    **Q.**    And, finally, for the purposes of your testimony here

22    today, I note the category "Emission Control Strategy

23    Formulation and Testing."  If you could please explain that,

24    sir.

25    **A.**    Apart from the enormous scientific intrigue in building

1  these complex models, which is probably more academic, the

2  purpose for which we were building these models, the reason

3  EPA was funding this development was so that we would have

4  predictive tools for estimating future impacts of pollution

5  control programs from a variety of sources for a variety of

6  pollutants.

7       We started out with ozone, but the field now has

8  broadened to fine particulate and mercury and visible

9  regional haze and so on.  But the core theme was the

10  development of these complex models that would allow us to

11  make best estimates of the future effects of emission control

12  programs, and you can't test an emission control program

13  soundly unless you understand what makes up the general range

14  of emission source categories and the levels of control that

15  might be possible on those categories.

16       Now, I don't propose myself as an expert in control

17  technology.  That is not my expertise.  But others with that

18  skill are involved in providing their estimates of levels of

19  control that might be achievable with different technologies

20  on different source categories.

21       So as a modeler doing regulatory studies, my charge is

22  to composite emission inventories that will reflect the level

23  of controls on the different source categories, model them in

24  the future, and then devise ways to reveal through the

25  modeling output what the projected impacts might be of those

1  controls.

2       And often we find that the controls aren't sufficient to

3  achieve the desirable air quality goals.  And, normally,

4  that's a federal National Ambient Standard.  In that

5  situation where we have modeled nonattainment, we must go

6  back and seek out those emission control tactics that seem

7  most attractive for reducing the pollution at the point where

8  it's needed most.

9       So that's part and parcel of the development of emission

10  control strategies and testing.

11  **Q.**   Dr. Tesche, one of the models that's been used, I

12  believe, both by STI, Mr. Wheeler and Mr. Chinkin's firm and

13  by the team that you were working with on behalf of TVA, used

14  the CMAQ model.

15  **A.**   Yes.

16  **Q.**   And just, if you could, what does that acronym stand for

17  so we can move on?

18  **A.**   CMAQ is the Community Multiscale Air Quality model

19  developed by the EPA and number of researchers worldwide.

20  **Q.**   What experience do you have working with the CMAQ model?

21  **A.**   I was a peer reviewer for CMAQ in the late '90s at the

22  time it was just about to be released.  Our company was one

23  of the first to exercise CMAQ when it was formally released.

24  We used it in Lake Michigan, inter-comparing it with CAMX,

25  using two different meteorological models against the Lake

1  Michigan ozone study databases that I helped design and

2  manage.  Those databases provided measurements at the ground

3  and aloft for several episodes, and we used those data to

4  evaluate CMAQ -- this was in 2001 -- and compare it with CAMX

5  and do a very detailed inter-comparison performance

6  evaluation.

7      Since that time, I've personally run CMAQ myself, and

8  others in my staff have, in a number of settings around the

9  country, especially for VISTAS, and in subsequent studies of

10  the CAIR model.  We've done, actually, a repeat of the CAIR

11  modeling with CMAQ.

12  **Q.**  Dr. Tesche, you referenced, I think, another modeling

13  system called CAMX.  Would you tell us what that acronym

14  stands for?

15  **A.**  CAMX means Comprehensive Air Qaulity Model with

16  Extensions.

17  **Q.**  And did the team that worked with you in this case use

18  CAMX modeling as well as CMAQ modeling?

19  **A.**  We did.  We used both of them jointly.

20  **Q.**  And could you explain -- excuse me.

21      Would you describe your experience with the CAMX

22  modeling system?

23  **A.**  CAMX has its roots in the original urban airshed model

24  that I was a co-developer of in the '70s and '80s.  CAMX in

25  its current incarnation is a product of the Research

1   Environment Corporation.  They released that model publicly

2   in 1998, and because of our close relationships with their

3   scientists, we were selected as their first beta tester of

4   CAMX.  So our company, Alpine Geophysics, was the first group

5   to be using CAMX outside of the developer.  So we've been

6   using it as early as the OTAG process.

7   **Q.**   What is the OTAG process, Dr. Tesche?

8   **A.**   The Ozone Transport and Assessment Group, a large

9   multistate effort in the late, gosh, late '80s, I think.  It

10  was a long time ago.

11      But it's purpose was to look at regional transport from

12  one state to another, and it was the foundation for the NOx

13  SIP Call, the modeling that was the foundation for the NOx

14  SIP Call, and that used the CAMX model in part.

15      Since that time, I've been actively involved in CAMX

16  modeling in a large number of the SIP studies that we've done

17  for state and local agencies.  I think it's fair to say that

18  I and my associates at Alpine have run CAMX for more cities

19  in more situations than any other firm or individual in the

20  United States today.  And that includes the developers at

21  Environ.

22          **MR. FINE:**  Your Honor, I'd ask that Defendant's

23  Exhibit 275 be admitted into evidence.

24          **THE COURT:**  Let it be admitted.

25          **(Defendant's Exhibit Nos. 275 received in**

1        evidence.)

2    BY MR. FINE:

3    Q.    Dr. Tesche, did you participate in the preparation of

4    expert reports in this case?

5    A.    I did.

6    Q.    And I'd ask you to please turn to Defendant's Exhibit

7    273 for identification.

8    A.    Yes.

9    Q.    And could you tell us what this document is?

10   A.    This document is the expert report that Steve Mueller

11   from TVA and myself directed.  We developed the technical

12   approach to be carried out.  We personally carried out a good

13   portion of the analysis and interpretation, a lot of writing,

14   and we were supported by modeling staff under our direction

15   at Alpine Geophysics and at TVA.

16   Q.    And what level of knowledge do you have of the contents

17   of this report?

18   A.    I've read this report and provided my technical comments

19   on every aspect of it.

20   Q.    You have reviewed this report?

21   A.    Yes, sir.  And several drafts of it.

22   Q.    What steps have you taken to assure yourself of the

23   accuracy of the contents of this report?

24   A.    Well, I had the opportunity to evaluate the tabular

25   summaries and graphical displays of all the modeling that

1  Alpine did for our portion of the work personally, because I

2  have that on my computers in my office.  So I was able to

3  verify the information Alpine was putting in this report was

4  correct.

5      I was able to review the text and the graphics and

6  request additional analyses and plots to explain what was

7  already provided by TVA in the report so that I would fully

8  understand the details and the justification for the material

9  they contributed.

10      So I believe that, through those efforts, I am confident

11  in saying that I can attest to the soundness and correctness

12  of this report to the best of our ability.

13  **Q.**   And if you'd turn very briefly to the document that's

14  been marked for identification as Defendant's Exhibit 274.

15  **A.**   Yes.

16  **Q.**   And again, sir, what is this document?

17  **A.**   This is a supplemental report that we prepared in

18  response to questions that were raised by Chinkin and Wheeler

19  regarding our first expert report.

20  **Q.**   And was your role the same as with Defendant's Exhibit

21  273?

22  **A.**   Yes.

23  **Q.**   And again, sir, what steps did you take to be able to

24  assess the accuracy of the information contained in this

25  document?

1  A.   Well, I think the characterization of the steps I took

2  on the expert report that I just explained for you are the

3  same steps I would have taken here.

4        MR. FINE:  Your Honor, I'd ask that Defendant's

5  Exhibit 273 and 274 be admitted into the record.

6        THE COURT:  Let those be admitted.

7        (Defendant's Exhibits 273 and 274 received in

8        evidence.)

9  BY MR. FINE:

10 Q.   Dr. Tesche, in response to one of my earlier questions,

11 you mentioned an organization called VISTAS, and I think

12 we've heard a great deal of testimony about VISTAS, but could

13 you explain what your involvement was with VISTAS?

14 A.   I was one of three co-contractors in the VISTAS

15 emissions model, or emissions air quality modeling team.  It

16 was a team of three contracting groups, Alpine Geophysics,

17 Environ Corporation International and the University of

18 California at Riverside.

19 Q.   Dr. Tesche -- and I apologize for the interruption, but

20 neglected to ask you, just very briefly, if you could tell us

21 what VISTAS is.

22 A.   VISTAS is one of four regional planning organizations

23 that was commissioned by -- excuse me, one of five

24 organizations commissioned by EPA in response to the Regional

25 Haze Rule.  And the purpose was to allow the states on a

1  sub-regional basis to work harmoniously together in the

2  development of modeling and data tools to allow them to put

3  together a regional haze SIP, and information for the states

4  to do the same, that would address the year 2019 interim

5  target of the Regional Haze Rule.

6  **Q.**   And before I so rudely interrupted you -- and I

7  apologize again -- you were explaining your involvement with

8  VISTAS.

9  **A.**   Yes.  VISTAS issued a request for proposal that was

10 seeking a contractor or contractors to provide the emissions

11 modeling and the air quality modeling to support VISTAS.

12 That was one of several contractor groups they needed help

13 with.  And the team of Alpine Geophysics Environ and

14 University of California at Riverside teamed together and

15 were successful in that procurement.

16      As leaders of each company, myself at Alpine, Dr. Gale

17 Tonisson (phonetic) at the University of California, and

18 Mr. Ralph Morris at Environ, were the three co-principal

19 investigators, and our roles, including the management and

20 technical oversight of our staffs at our individual

21 institutions, was to work cooperatively in the creation of

22 the emissions modeling and air quality modeling data sets and

23 written products that were asked of us by VISTAS to produce,

24 and this included both base year modeling for some annual

25 base year.  It involved developing emission inventories for

1  the 2018 future year, testing the models, developing the

2  models in some cases, and carrying out future year control

3  simulations to examine the sensitivity of the models, and to

4  make visibility assessment -- visibility assessments with the

5  models to examine progress towards the future regional haze

6  goals.

7  Q.   What's the relationship between the VISTAS effort and

8  the modeling that you and the team that you participated in

9  conducted in this case?

10 A.   The VISTAS modeling was foundational.  At the time that

11 TVA and Alpine undertook the present study to analyze the

12 year 2013 impacts of the TVA plan and the Clean Smokestacks

13 plan, we first asked ourself what is the most technically

14 sound up-to-date peer-reviewed database out there that could

15 be used to assess this question, and there was no doubt that

16 the VISTAS database met that requirement far better than any

17 other database in the country.

18      I think that the VISTAS modeling stands head and

19 shoulders above the modeling that, in my opinion, has ever

20 been done in this country for looking at regional ozone and

21 fine particulate.  It was directly applicable to the domain

22 that we're interested in here.  It had produced a suite of

23 modeling tools, emissions, meteorological and air quality

24 that have been very thoroughly evaluated, and the base case

25 episode was adjudged to be an appropriate episode for

1  examining the impact of future power plant controls.

2  **Q.**   What was North Carolina's involvement in VISTAS, if you

3  can tell us?

4  **A.**   Well, North Carolina was one of several states that were

5  partners in VISTAS, but beyond that, and importantly beyond

6  that, the senior management in VISTAS and the technical

7  scientists and engineers -- excuse me -- the management of

8  the North Carolina Division of Air Quality and the engineers

9  and scientists in that group played a very significant and

10  contributory role to the VISTAS program.  Mr. Brock

11  Nicholson, Ms. Sheila Holman, and other members of the

12  Division of Air Quality were instrumental in providing

13  guidance to VISTAS and sharing their experience and expertise

14  in a large number of areas, together with making management

15  decisions on certain issues that our science team brought to

16  them for resolution.

17      So North Carolina played an essential role in producing

18  the quality of the databases and the models that VISTAS now

19  enjoys.

20  **Q.**   Dr. Tesche, there's been some testimony concerning what

21  I'm going to call the predecessor group to VISTAS called the

22  Southeastern Appalachian Mountain Initiative.  Are you

23  familiar with that organization, generally referred to as

24  SAMI?

25  **A.**   I am.

1       Is there more water?

2              MR. FINE:  Madam Clerk, if I could ask you to help

3    Dr. Tesche?

4              (Pause.)

5              THE WITNESS:  Yes, I'm familiar with SAMI.

6              MR. FINE:  Madam Clerk, thank you for your

7    assistance, and to the court security officer as well.

8    BY MR. FINE:

9    Q.    Dry work, Dr. Tesche.

10   A.    I'm sorry?

11   Q.    It's dry work.

12   A.    Exhilarating.

13   Q.    What, if any, role did you have with SAMI?

14   A.    I was involved in SAMI for a fair amount of that

15   project's lifetime.  I certainly wasn't, you know, one of the

16   principal investigators, but I had the opportunity to

17   contribute to SAMI from pretty much the beginning of that

18   program.

19        I played a role in helping to write the air quality

20   modeling protocol for SAMI.  I wrote text in that protocol.

21   I wrote a part of the text in the emissions modeling protocol

22   in SAMI, which is the EMS-95 emissions model.

23        At some point in the SAMI process I was involved along

24   with TVA to help build three new SAMI episodes that were

25   woven directly into the SAMI process.

1    I personally evaluated all nine of the SAMI model

2    episodes for meteorology.  I did a detailed performance

3    evaluation of the meteorology over the southeastern United

4    States for all nine SAMI episodes and made recommendations as

5    to which of the episodes were performing efficiently well for

6    ozone and particulate modeling.

7    Our company was charged with doing the performance

8    evaluation of three of these SAMI episodes.  We were also

9    involved in developing the future year 2010 and 2040

10   emissions inventories, the control inventories that we used

11   for SAMI.  This is the processing of the emissions through

12   the EMS-95 model to go into the air quality models.  We

13   didn't do the preparatory work of rounding up control

14   estimates and things of that nature.  And we also analyzed

15   the output of the control strategy.

16   **Q.**   What role, if any, did you have in developing the actual

17   emissions inventory that SAMI used?

18   **A.**   My role was supervisor.  That work was done -- the

19   actual EMS-95 emissions modeling was performed Jim Wilkinson,

20   a partner in Alpine Geophysics, done at a time when he was a

21   joint partner in Alpine as a Ph.D. student at Georgia Tech,

22   and my role with the SAMI emissions development process was

23   to provide oversight to Jim and help him address technical

24   questions that came up.  I didn't have my hands personally on

25   the data in that instance.

1    Q.    What about the actual information that was being fed

2    into the emissions processing system, the actual emissions

3    inventory?

4    A.    I had only general knowledge of that information.

5    Q.    Was someone else responsible for assembling that?

6    A.    Yes.  SAMI had an emissions contractor whose job was to

7    round up the foundational emissions data from the states and

8    so on to provide to Alpine Geophysics for use in its modeling

9    to produce air quality model ready inputs.

10   Q.    When was the SAMI modeling done?

11   A.    In the late 1990s and early 2000s.

12   Q.    And what was the age of the data that was used for the

13   inventory information?

14   A.    The foundation inventory for SAMI was the 1990 USEPA

15   National Emission Inventory.

16   Q.    Is that information now somewhat out of date?

17   A.    Well, it probably is still a reasonable approximation

18   for what 1990 looked like.  But in terms of it's current

19   characterization of present conditions, no, it's out of date.

20        The other aspect of that is that that inventory was as

21   good as could be created in those days with the technology

22   and the understandings that people had.

23        But emission science has matured dramatically over the

24   last decade and new sources of air pollution have been

25   uncovered, better ways of quantifying and characterizing

1  emissions have been developed, and certainly better

2  processing techniques for transforming raw emission estimates

3  into the kinds of formats that are needed for sophisticated

4  regional models have been improved dramatically, including

5  the quality assurance of those data so we can weed out errors

6  and emissions before they get into the air quality model.

7  **Q.**   What modeling system was used in the SAMI effort, if you

8  know?

9  **A.**   That was the 95 EMS model, Emissions Model 95.

10 **Q.**   Is that still the state of the science?

11 **A.**   No.

12 **Q.**   What is now?

13 **A.**   The SMOKE model, S-M-O-K-E, Sparse Matrix Kernel

14 Operating on Emissions, or something very close to that.

15 **Q.**   Is the SMOKE model the one that was used for the

16 modeling that you and your team performed in this case?

17 **A.**   In VISTAS and in the TVA analyses that are the subject

18 of this proceeding, yes.

19 **Q.**   Was the modeling system that SAMI used somewhat

20 analogous to either CMAQ or CAMX?

21 **A.**   Yes.  The URM-1 Atmosphere -- "URM" stands for Urban to

22 Regional Model.  "1 Atmosphere" refers to the landmark or

23 distinguishing hallmark of that model, that it was the first

24 time really in this country that people had been successful

25 in integrating oxidant chemistry, that is, the chemistry of

1 ozone and hydrocarbons and NOx formation in the atmosphere,

2 along with the dynamic processes that form PM2.5 in the

3 atmosphere.

4     Before that time, people had not been successful in

5 modeling both PM and ozone as one consistent atmosphere, and

6 that was really a distinguishing feature of the science in

7 the URM model and one of the hallmarks of the SAMI program.

8     URM was used at that time with the science available in

9 those days to produce a modeling system that could predict

10 ozone and fine particulate as they interacted with one

11 another over the space of the SAMI domain.

12 **Q.** Was the current status of the URM modeling today's

13 modeling science area?

14 **A.** Well, the developers of URM, particularly Dr. Ted

15 Russell at Georgia Tech, have moved on to other models,

16 especially CMAQ.  I think he uses CAMX occasionally, but

17 they've moved on and don't use URM anymore.

18     I'm not aware of anyone in this country or abroad who is

19 using URM in any regulatory or even in any research

20 application.  My understanding is the model is still used at

21 Georgia Tech for educational purposes as part of training for

22 atmospheric sciences, give the students the model and let

23 them run it, because it runs quickly on small databases and

24 it's a very useful learning tool.

25 **Q.** The SAMI modeling -- I believe you testified that one of

1  the things you do for the SAMI effort, or in conjunction, I

2  think you said, with TVA was to build three more modeling

3  episodes for SAMI.

4  **A.**  Yes.

5  **Q.**  What sort of modeling episodes are we talking about,

6  Dr. Tesche, in terms of the extent -- in terms of the time

7  represented by them?

8  **A.**  I don't remember the exact dates.  I can get that

9  quickly.  But they were three one-week long episodes, or

10  thereabouts.  The SAMI episodes were all about a week in

11  duration.

12  **Q.**  And why were they -- how many episodes did they end up

13  running?

14  **A.**  SAMI built nine and ended up using seven, I believe.

15  **Q.**  And these were just for one week --

16  **A.**  Well --

17  **Q.**  -- for each episode?

18  **A.**  Four days, seven days, eight days.  They were all of

19  slightly different duration, but all about a week to -- five

20  days to a week in duration, between the years 1991 to 1995.

21  **Q.**  And if you know, sir, why were these episodes limited to

22  the, roughly, week period of time?

23  **A.**  The computational hardware available to the modeling

24  community in those days was substantially limited compared

25  with what we enjoy now.  And SAMI wanted to run the models

1  over the entire annual cycle but could not.  The

2  horse-computing  power simply was none.  And so SAMI was

3  forced to follow a method developed by EPA a few years

4  earlier in the Radian acid rain program in which they modeled

5  a number of episodes and then tried to fabricate an annual

6  average on the basis of linking these individual episodes

7  together and weighting them climatologically according to

8  their frequency of occurrence throughout the annual cycle,

9  and in such a way composite what looks like an annual average

10  for PM10 based upon more detailed information from the five

11  to seven-day concept.

12  Q.   What has happened to computing power since SAMI's era?

13  A.   Well, the power of computers has just grown

14  astronomically.

15      What we longed to do in the old days was to run the

16  model for the whole year, and we can do that now in just a

17  few hours on a home-built computer.

18          MR. FINE:  With the Court's permission, Your Honor,

19  I need to approach Ms. Shea, my paralegal, to correct an

20  error that I made.  Lawyers make mistakes; paralegals don't,

21  of course.

22          THE COURT:  You may.

23          MR. FINE:  One of the difficulties, Your Honor, of

24  writing things late at night is transposing numbers.

25              I'd ask that Ms. Shea display a document that's

1    previously been introduced into evidence as Plaintiff's

2    Exhibit 135.  I believe that's up on the screen.

3    **BY MR. FINE:**

4    **Q.**    Do you have that in front of you, Dr. Tesche?

5    **A.**    Yes, sir.

6    **Q.**    And what is it that is displayed in Plaintiff's Exhibit

7    135?

8    **A.**    This map displays a nested CMAQ modeling domain

9    consisting of an inner 12-kilometer mesh, the blue lines, and

10   a parent 36-kilometer mesh.  When I say 12 or 36, I mean that

11   in the sense that the 12k domain consists of an array of a

12   large number of grid cells, each with a horizontal spacing of

13   12 kilometers on the side.  And the 36-kilometer domain is

14   composed of an array of  a large number of grid cells, each

15   with a spatial dimension of 36 kilometers on the side.

16   **Q.**    Is the 12-kilometer domain nested within the

17   36-kilometer domain?

18   **A.**    Yes.  It fits harmoniously by a three-to-one nesting

19   scale into the 36k domain.

20   **Q.**    Is this the unit used by the VISTAS modeling?

21   **A.**    Yes, sir.

22   **Q.**    Both the 12k and 36k domain?

23   **A.**    Yes, sir.

24   **Q.**    And how do -- Mr. Wheeler has explained some of this,

25   but just so that we can put your testimony in context, how do

1  you, as a modeler, use these domains?  How do you build them,

2  and what goes into using them in a computer modeling

3  exercise?

4  **A.**    Well, let me first add that what you're seeing here is

5  the ground-level footprint of the modeling domain, but what

6  you don't see is the layers of the grid cells aloft.

7      So there is a corresponding layering of grid cells in

8  the vertical dimension going from the ground up to, say, the

9  height of the clouds.  So there is various layers in the

10  model, together with this mixture of grid cells.

11      The first thing that one does in compositing a domain is

12  to really ask themselves what are -- you know, what's the air

13  quality issue I'm trying to address, and in the case of the

14  current TVA program, but especially VISTAS, which was the

15  author of this domain, the issues concerned both 8-hour ozone

16  and annual average fine particulate.  And those two chemical

17  species have similar but not exact behaviors in the

18  atmosphere in terms of lifetimes, origins of the pollutants

19  that form them, their rates of removal and so on.

20      So first you have to understand the air quality problem

21  you're dealing with and its spatial extent and the types of

22  sources that are relevant to be included directly in your

23  modeling.

24      And along those lines, while the focus of the VISTAS

25  modeling and our TVA modeling was on the southeastern United

1    States, we recognized that there is considerable transport

2    into the VISTAS domain from other states in the United

3    States.  That was one of the lessons learned in SAMI, and

4    VISTAS built upon that knowledge.  And so a 36k domain was

5    established that included the large emission rates in

6    northern Canada -- excuse me -- southern Canada and northern

7    Mexico.

8    **Q.**    Dr. Tesche, was there any effort made to understand

9    contributions from the areas that are outside the red box

10   that's outlined in Plaintiff's Exhibit 135?

11   **A.**    There was a very focused effort.

12   **Q.**    And could you describe what that effort was, in general

13   terms?

14   **A.**    At first blush, one might think that by modeling an area

15   the size of what you see depicted here might be sufficient to

16   characterize the concentrations of material flowing into the

17   red domain -- excuse me -- the blue domain.  Or even the red

18   domain.  After all, that covers a lot of area, and our focus

19   is really the VISTAS states, Tennessee and North Carolina.

20        But the fact is that intercontinental transport of

21   emissions is something that needs to be accounted for,

22   particularly when we're dealing with the lowering of air

23   quality standards.

24        What we have found is that transport from other

25   countries can cross this red boundary and have an effect on

1  air pollution concentrations in the interior blue domain.

2  Perhaps not a big effect, but we're using these models often

3  in a differential sense to look at the effects of different

4  control strategies in a future year, and that's precisely

5  what the Alpine/TVA team did in this proceeding.

6       And since you're looking at smaller quantities, it's far

7  more important to make sure you can model those correctly.

8  And if they're influenced by some amount of transport coming

9  in from an outside source that you're not accounting for,

10 like the huge power plants in Mexico that are virtually

11 uncontrolled right along the Texas border, you want to be

12 able to somehow incorporate them into your model.

13      The way that we have done that -- and this was a novel

14 step done by the VISTAS management -- was to commission

15 Harvard University's global modelers to run their global

16 chemistry models in a way to provide boundary conditions to

17 the red area.  So that we had a chemically consistent

18 hand-off from the larger continental or hemispherical scales

19 down to the regional scale in red, to the more local scale in

20 blue, to remove the uncertainties that SAMI was vexed with in

21 trying to prescribe boundary conditions for its domain, which

22 was about the size of this blue 12k box.

23 Q.   You mentioned some issues that SAMI had with boundary

24 conditions.  I don't want to get into that in any detail at

25 this point.  But did SAMI, itself, discover that there was

1  long-range transport material?

2  **A.**   I don't think they discovered that directly, but the

3  folks doing the SAMI work were knowledgeable modelers and

4  they understood the boundary conditions.  They just didn't

5  have the time and resources to do the kind of hemispheric

6  modeling the VISTAS did.  They tried to address it as best

7  they could, but they essentially defaulted to the practice

8  common in those days, which was to estimate boundary

9  conditions, say along the perimeter of this blue area, by

10  simply pulling measurements out of the EPA air quality

11  measurement base, interpolating them across the ground, and

12  then, assuming that those concentrations fully define the

13  load of pollution coming into the SAMI domain.

14      They had no aircraft data, no regional models to tell

15  them how the pollution varied aloft, and so they simply

16  linearly interpolated up to a clean atmosphere.

17      So I think they recognized that they were not treating

18  the boundary conditions in an ideal way and it was

19  introducing -- well, it was introducing uncertainty into

20  their modeling, but there wasn't a better alternative

21  available to them at that time.

22  **Q.**   Dr. Tesche, just one other aspect of this I'd like to

23  get into for a moment or two.  I think that you explained to

24  the Court that what we're looking at here is the

25  horizontal -- when we're talking about 12-kilometer or

1  36-kilometer grids, that's the horizontal measurements of the

2  grid; is that correct?

3  **A.**   That's correct.

4  **Q.**   And I think you alluded to the fact that there are

5  vertical slices to the atmosphere as well?

6  **A.**   Yes, sir.

7  **Q.**   In the VISTAS modeling, what were those vertical slices?

8  **A.**   The VISTAS modeling had 19 different layers, beginning

9  at the ground and going up to around 14,000 or 15,000 meters

10 in the atmosphere.

11 **Q.**   14, 15,000 meters in the atmosphere?

12 **A.**   Correct.

13 **Q.**   About the height that an airplane might fly?

14 **A.**   Well, part of it is landing pattern.  I think most of

15 the big jets, when you're going across the country, are

16 running at 32 or 35,000.  But, you know, 15,000 meters

17 certainly is sort of in the range when you're beginning to

18 come into a city.

19      It's kind of about the level of the base of the large

20 cumulus clouds that you see.  You know, when you come in

21 through the clouds and all of a sudden things get kind of

22 bumpy, you're sort of at the top of the model domain.  At

23 least the VISTAS domain.  SAMI was a little bit lower.  They

24 only had seven layers.

25 **Q.**   SAMI had seven and VISTAS had 19?

1   A.   Yes.

2   Q.   And with those vertical slices, are they of equal

3   height?

4   A.   No.  They're staggered in height to provide the greater

5   resolution near the ground, where things are -- where there

6   are greater sources of air pollution and you want to account

7   for their quick-count reactions and so on.  The cells get

8   thicker as you go aloft.

9        MR. FINE:  Thank you, Ms. Shea.

10  BY MR. FINE:

11  Q.   Dr. Tesche, I'd like to turn your attention, if I could,

12  sir, to the question of emissions inventories used in, I

13  guess, most of VISTAS modeling and then in the TVA/Alpine

14  Geophysics modeling in this case.

15       If I understood answers to some of my earlier questions,

16  your modeling effort here used the basic VISTAS inventory of

17  emissions?

18  A.   In virtually every instance except power plants in North

19  Carolina and TVA, we used the VISTAS inventory, yes.

20  Q.   We'll cover the modifications you made to that in a

21  moment, but in terms of what I'm going to call sort of the

22  basic information, it was drawn from the VISTAS inventory?

23  A.   That's correct, we did use the VISTAS inventories.

24  Q.   Could you explain to us how VISTAS went about building

25  the inventory?

A.   To begin, VISTAS understood the reality of inventory

development, that it's a time-consuming process and one that

is peppered with various versions of the inventory as new

data are introduced, as quality assurance reveals better ways

to do things or errors in the original compilations.

VISTAS had contractors that were working with the

states, state agencies and EPA whose job was to develop the

basic emissions data for permits and things of that nature.

These contractors had the task of assembling all of the

foundational emissions data for a whole variety of source

categories and put it into a form that could be transferred

to emissions modelers, such as our group, that could further

process that data and put into the air quality models.

So VISTAS had a team of inventory specialists who really

were adept at working with state agencies and knew the

processes and controls and the procedures for compiling the

basic emissions data, and they worked very hard over several

years to compile inventories.  And they compiled inventories

in different renditions as time went on.

And as the modeling -- emissions modeling contractor, we

also had several different versions of the inventory,

beginning -- I think we had a base A.  I can't recall.  But

there was a base C and then a D, and then an F, and then a G.

So there were different inventories along the way and

reflecting correction of errors.  One inventory didn't have

1   offshore shipping in it.  Ships are important, especially if

2   there are big transport lanes right along the coast of North

3   Carolina.  Some emissions in our earlier inventories had

4   double counted power plants.  Well, these kinds of things

5   were caught and removed in the subsequent inventories.

6        So when I say that we used VISTAS inventories, we did,

7   but we didn't remain static, we moved forward, with emergent

8   VISTAS inventories culminating in base G at the time we did

9   our final modeling.  So our effort was to take advantage of

10  the final round of corrections as best we could, reflected in

11  the VISTAS modeling improvement activities.

12  Q.   Dr. Tesche, based on your expert disclosure reports,

13  it's my understanding that you used VISTAS base F for the

14  modeling you did for model year 2002.

15  A.   That's correct.

16  Q.   But you moved to VISTAS base G for the modeling you

17  conducted for model year 2013?

18  A.   Yes.

19  Q.   I'm assuming that base G became available somewhere in

20  that process?

21  A.   Yes.  As soon as it became available, we adapted

22  directly to it, probably within -- well, we were -- we were

23  the developers of the base G inventory -- at least our group

24  was doing the processing of the base G inventory for VISTAS,

25  so there was no hiccup in terms of us moving the TVA/Alpine

1  work to VISTAS.  There was no delay in us moving to the

2  corrected emissions.

3  **Q.**   Once those were available?

4  **A.**   Yes.  We did clear this with VISTAS management to make

5  sure that they were agreeable that we would use the most

6  recent VISTAS data in this project, and they gave us their

7  approval.

8  **Q.**   Dr. Tesche, I don't want to spend too much time on this,

9  but could you please describe why did VISTAS go from base F

10  to base G?

11 **A.**   Well, there's two ways you can quality assure an

12 inventory.  One is by looking at the emissions process as

13 it's going on and producing the inventory, and looking at the

14 quality assurance reports coming out of the emission

15 processing model and see if it's barking at you in any way

16 and warning something is wrong, to go check this part of the

17 file.  Or looking at the output of the emissions and looking

18 at the spatial maps, the color plots of emissions, and

19 saying, "Does that look right?"

20      And skilled modelers can discern problems with an

21 inventory often with that kind of approach.  But subtle

22 problems, like a double counting of a power plant source, for

23 example, or mislocating a power plant across a boundary or

24 putting it out in the ocean, sometimes subtle things like

25 that don't come up until you actually run the emissions

1    through the air quality model and analyze it from an air

2    quality perspective.

3         So the joint use of air quality modeling and the

4    traditional quality assurance methods combine to provide a

5    pretty helpful tool in locating and ultimately correcting

6    emissions errors.

7         The third part of that, though, is that when you provide

8    these data sets to others and let new eyes, skilled new eyes

9    look at the modeling, do their own calculations, they can

10   find things amiss with the inventory that the first group

11   might not see.

12   Q.   Is that what happened in terms of base F, when you moved

13   from base F to base G?

14   A.   In many instances there were errors in the base G

15   inventory that were identified -- excuse me -- errors in the

16   base F inventory that were identified by the reviewing

17   groups, and this includes both EPA personnel, but, more

18   specifically, the men and women in the state agency, like

19   Division of Air Quality, North Carolina, the various states,

20   industries, who obviously had a stake in making sure that the

21   emissions were correct.  So there were a lot of people over

22   the space of about a year that were looking at these.

23        There were other parts of the emissions inventory with

24   respect to EGUs, but I think your intent was to probe that

25   later.

1  **Q.**   We've heard some testimony concerning a model called

2  IPM?

3  **A.**   Yes.

4  **Q.**   And it's been referred to as an EPA model.  To your

5  knowledge, is it an EPA model?

6  **A.**   That designation is incorrect.  IPM is not an EPA model.

7  IPM is a proprietary model owned by ICF Kaiser International.

8  It has been a proprietary model since the days of  OTAG, the

9  late '80s.  It's a model that, to my knowledge, no one has

10 ever peer reviewed on the outside; no one has been given an

11 opportunity to look into the code or test it independently,

12 as people have with all the other models.  And yet IPM, as a

13 tool, figures prominently in EPA's OTAG modeling, the NOx SIP

14 Call modeling, and CAIR, CAMR modeling, and even in the

15 VISTAS modeling that you've heard me talk about, as well as

16 the modeling by the other planning organizations around the

17 country.

18      So IPM plays a central role.  And it's a good tool for

19 what it does, but it's not the only possible tool that could

20 be used.

21 **Q.**   Let me focus, if I can, on the development of base G

22 inventories, or I should say in the review of base F.  I'm

23 assuming that, as you've testified, VISTAS used the IPM model

24 to develop its inventories?

25 **A.**   They did, yes.

1  **Q.**    And in the review of base F, were there some problems

2  discovered with the IPM information?

3  **A.**    There were, yes.  A number of changes were sought.

4  Improvements to the IPM output were sought by the VISTAS and

5  the Midwest Regional Planning Group, one of the four -- one

6  of the five sister RPOs involved in this.

7  **Q.**    And those were improvements incorporated into base G?

8  **A.**    There was a significant effort by the Midwest Planning

9  Organization and VISTAS to examine the output of the base

10 D -- excuse me -- the base F  IPM simulations and, working in

11 conjunction with the electric power industry, identify where

12 locally IPM was improperly assigning emission rates and

13 generation capacity.

14     The IPM model is simply one model of what the emissions

15 and power plants are going to look like across the country,

16 and in some cases locally, they were quite correct, quite

17 consistent with what owners thought their plants would be.

18 In other cases, in Texas, they were showing no generation at

19 all, which was news to the owner.  Their power plant had been

20 shut down.

21     In the VISTAS domain -- the VISTAS and the participating

22 states had a real interest in getting it right, in making

23 sure that the emission rates in the year 2018, and later in

24 2009, were as accurate as what the utilities were expecting

25 their generations to look like in emission rates.  And so IPM

1  was rerun and the output of IPM was modified by the states in

2  VISTAS to reflect better knowledge, to ground-proof it, in a

3  sense, to make it look more realistic in terms of what's

4  expected in 2009 and 2018 in the southeast U.S.

5      It's that level of improvement that was made in the base

6  G inventory that was never done in base F.

7  **Q.**  Couple points I'd like to follow up on, Dr. Tesche.

8      I think you referred to the effort to look at emission

9  rates and power plant controls in the future as part of the

10  effort to build the emissions inventory.

11  **A.**  Yes.

12  **Q.**  What is the practice in your profession in terms of

13  looking in future years in terms of emissions and control

14  scenarios?

15  **A.**  Well, step one is to look at what EPA says you should

16  do.  This is regulatory modeling that I'm referring to.  And

17  if we're going to do regulatory modeling, you want to

18  understand what are the ground rules EPA sets forth if you're

19  doing ozone and PM modeling for SIP.  And the databases that

20  we were developing in for VISTAS were intended just for that,

21  for SIP inventories for ozone regional heights.  So we looked

22  at the EPA guidance on how to develop future year inventories

23  to assess our quality of impact, and that guidance is very

24  clear that when you build a future year inventory, you

25  estimate to the very best ability that you have what the

1 emission rates are going to be in that future year.

2     So if your future year is 2040, you have to look into

3 your crystal ball and make your very best estimate of what

4 power plants or automobiles or dry cleaners are going to be

5 doing in that out year, and those are very uncertain in some

6 cases.  But the bottom line is you estimate to the best of

7 your ability what the actual nominal emission rates are going

8 to be in the future year.

9 **Q.**   And that would include factoring in pollution control

10 plans from state electric utilities?

11 **A.**   Precisely.

12 **Q.**   Dr. Tesche, based on your review of the reports provided

13 by Mr. Wheeler and Mr. Chinkin from STI, which VISTAS-based

14 inventory did they use in their modeling?

15 **A.**   They used base D.

16 **Q.**   Base D?

17 **A.**   Base D.

18 **Q.**   Not base F?

19 **A.**   I'm sorry.  Yes, they used base F.

20 **Q.**   But not base G?

21 **A.**   No, they did not use base G.  They used base F.

22 **Q.**   Sir, there's been some, both testimony and certainly

23 some fairly constant illusion, to the fact that the D.C.

24 Circuit Court of Appeals has recently vacated EPA's Clean Air

25 Interstate Rule.

1        Are you familiar with that development?

2   **A.**    Yes, sir.

3   **Q.**    And I'm assuming, sir, and please correct me if I'm

4   wrong, that the controls that were to comply with CAIR be one

5   of the sets of future controls that would be included in

6   VISTAS future year inventories?

7   **A.**    That's correct.

8   **Q.**    Sir, if you can, in your professional judgment, what is

9   the impact of the vacation of the CAIR rule on the modeling

10  in this case?

11  **A.**    At first glance, it might seem like a big deal, and in

12  many aspects it is very important.  Certainly it's important

13  around this country in terms of our air quality planning.

14  But my opinion is that, with respect to what TVA and Alpine

15  have attempted to do in this case, it has, really, a fairly

16  minor effect.  And I say that because what we're focusing on

17  in this case is the difference in impact in the year 2013

18  that derives from two different scenarios.  Controls.  Clean

19  Smokestacks Act controls on TVA and the North Carolina fleet,

20  versus Clean Smokestacks on North Carolina and the TVA plan

21  on the TVA fleet.

22        So we're looking at a difference between two specific

23  control scenarios, and that's the question we're trying to

24  model.  We're trying to provide insight as to what the air

25  quality impacts of that differential are.

1      Now, CAIR and the controls associated with it are very

2  important from the standpoint that they were foundational in

3  the construction of the emission estimates throughout the

4  entire United States, because those inventories were based

5  with the assumption that we were moving towards CAIR

6  controls.  But we're trying to focus on the difference

7  between two future power plant control scenarios, and so

8  whether the resultant level of emission controls in all the

9  other sources in all the other states are somewhat lower or

10  somewhat higher is not, in my opinion, going to measurably

11  change our modeled impact of this differential between two

12  power plant scenarios.  So in that context, our estimates of

13  the incremental improvement, let's say, of the smokestacks

14  controls on TVA are not really going to be affected

15  numerically by the fact that maybe there won't be CAIR level

16  controls in Nebraska or Ohio or other places like that.

17      I'm not saying that there is no effect.  Don't get me

18  wrong there.  But I believe that the difference between the

19  two future year power plant scenarios that we're examining

20  here, I don't believe they're going to be materially

21  influenced by different assumed CAIR levels.

22      The fact is, no one has introduced any other control

23  theories that would replace CAIR, and so we're really left

24  with what we have presently.  Who else can do it any better

25  than what we've done?

1   Q.   Sir, what is your understanding, if you have one, of the

2   impact of the CAIR vacation on the TVA plants reflected in

3   your model?

4   A.   I have not done the explicit calculations to answer that

5   question.  I have an opinion, but I've not done calculations

6   to answer it.

7   Q.   Thank you, sir.

8        Dr. Tesche, I believe that you alluded to the fact that

9   the VISTAS modeling were looking at two future years, I

10  believe 2009 and 2018?

11  A.   VISTAS began by looking at 2018 as the future year.

12  Q.   And why that year, if you know?

13  A.   Well, because 2018 figures very prominently in the

14  Regional Haze Rule as the first interim checkpoint for

15  demonstrating reasonable further progress towards 2060 final

16  goal in regional haze.

17  Q.   And why 2007?  Or how did 2009 come into the mix?

18  A.   It came in because the participating states in VISTAS

19  and states around the country, many of them were charged with

20  coming up with 8-hour ozone SIPS and fine particulate SIPS by

21  the end of year 2007, and they were relying very heavily on

22  the VISTAS data sets in the southeast states to provide the

23  foundation for conducting the states specific modeling.  And

24  as time grew short, there was a recognition that it would be

25  really helpful if the states had available to them newer or a

1  more recent future year, and 2009 was suggested as an

2  appropriate interim year to use for assisting the states in

3  their SIPS, which many of them do in 2007.

4       So VISTAS, in conjunction with a new organization called

5  ASIP, involving many of the same states and players, combined

6  efforts to generate a new 2009 emission inventory following

7  the same rigorous principles that were used to develop the

8  2018 inventory.

9  **Q.**   You mentioned ASIP.

10 **A.**   Yes.

11 **Q.**   If you could translate that acronym, if you could.

12 **A.**   I don't remember those, the details.  It's in our

13 report, but I don't remember.  Sorry.

14 **Q.**   That's all right.

15      You said it basically involved the same VISTAS states?

16 **A.**   Yes.

17 **Q.**   Including North Carolina?

18 **A.**   Yes.

19 **Q.**   And North Carolina was involved with the ASIP effort?

20 **A.**   Yes.

21 **Q.**   And how did the TVA/Alpine team use the 2009 and 2018

22 future year inventories from VISTAS?

23 **A.**   For VISTAS?

24 **Q.**   For the modeling in this case.

25 **A.**   Oh, okay.  We recognized that the 2009 and the 2018

1    VISTAS ASIP inventories were by far the most current and

2    peer-reviewed inventories available.  And so we used them

3    essentially as book ends to interpolate for all source

4    categories -- except power plants in North Carolina and

5    Tennessee -- to interpolate the emissions to the interim year

6    2013.  Such interpolation is a common practice in emission

7    modeling of future years when you must develop inventories

8    for some interim time frame and you don't have the time

9    necessarily to do the full-bore inventory development.

10        But the two book ends that we were interpolating between

11   were as rigorous and as solid as we could find that were

12   suitable for this purpose.

13   **Q.**   To come up with the 2013?

14   **A.**   Correct.

15   **Q.**   Dr. Tesche, you've mentioned several times that the

16   TVA/Alpine team did modify the VISTAS inventory information

17   on both North Carolina power plants and the TVA fossil fleet.

18   **A.**   Yes.

19   **Q.**   Is that correct?

20   **A.**   Yes.

21   **Q.**   And could you explain to us exactly what you and your

22   modeling team did in terms of modifying the VISTAS inventory?

23   **A.**   Well, again, the focus of our modeling was to look at

24   two scenarios.  The 2013 scenario, with both TVA and North

25   Carolina fleets, EGU fleets running at the Clean Smokestacks

1  level.  Second was North Carolina Clean Smokestacks and TVA

2  at their air quality compliance plan.  So the only thing we

3  modified in the inventories that we had produced by

4  interpolation were the power plant emissions hour by hour for

5  the North Carolina and Tennessee Valley fossil plants, the

6  eleven fossil plants.  And we did that manually by taking

7  numbers out of reports and inserting them in the electronic

8  files for the emissions model, and then using those files to

9  support the air quality modeling.

10  Q.    You referenced that you took them out of reports.  Could

11  you please describe to the Court what reports you're

12  referring to?

13  A.    Yes.  The emission estimates for TVA and for North

14  Carolina power plants, assuming the Clean Smokestacks level

15  of controls, were taken directly out of the expert report

16  written by Mr. Chinkin and Mr. Wheeler.

17  Q.    What about the source of information for the, what I'll

18  call the TVA plan scenario?

19  A.    For the TVA plan scenario, we remained faithful to the

20  EPA guidance that a future year inventory be based on best

21  projections of the emissions of those sources in the future

22  year.  Our future year was 2013.

23         Because the emission rates that Sonoma Tech and

24  Dr. Staudt had offered up did not reflect reasonable emission

25  rates in the year 2013, we used the rates that were estimated

1  by Mr. Scott as best estimates for the effects of the

2  controls that are poised to begin operation and are expected

3  to be in operation in 2013, and it is those numbers that we

4  used for the TVA fleet in the future plan.

5  **Q.**   Mr. Tesche, we touched on both the CMAQ and CAMX

6  modeling systems already in your testimony, but I'm wondering

7  if you could spend just a few moments describing for us --

8  describing CMAQ for us.  What sort of model is it we're

9  talking about here?

10 **A.**   Well, CMAQ is a sophisticated state-of-the-science

11 computer modeling system.  I emphasize the word "system"

12 because it's got a lot of individual modules that it needs.

13 But it's a modeling system that will simulate the chemical

14 interaction of a wide range of pollutants emitted into the

15 atmosphere from virtually any source you can think of.  It

16 treats the chemistry and the physics of the fate of those

17 materials, including deposition, over the scale of the maps

18 that we operate, which we saw earlier, for time periods,

19 averaging time periods that are as short as five to ten

20 minutes to as long as a year or more.

21      CMAQ algorithms are subject to peer review and

22 continuous update from scientists around the world.  CMAQ

23 enjoys a conference every year in which new updates are

24 presented and scientists give reports on what they've done

25 with the model and what they've found and recommendations for

1    improvement.

2    **Q.**    And I think you referred to the fact that the

3    Environmental Protection Agency has used CMAQ extensively?

4    **A.**    Well, they were the developer, so they have used it in

5    many of their applications.

6         They began using it, to my knowledge, in the early '90s,

7    and it was used for -- certainly for the CAIR rule, the Clean

8    Air Mercury Rule.  It was used in EPA's visibility modeling

9    for 2001, that base year.

10        So EPA has used it extensively, both as an applications

11   tool and as a research tool.  There is a very aggressive

12   research application of CMAQ, combining it with global

13   climate models, to look at even bigger scale impacts.

14   **Q.**    Has CMAQ also been used by state regulatory bodies.

15   **A.**    Yes.

16   **Q.**    Including North Carolina?

17   **A.**    Including North Carolina.

18   **Q.**    How intensive a user of computer power is that program?

19   **A.**    It's not as daunting as many people think.  Indeed, it

20   is a complex and a sophisticated model, but, you know, a

21   person with reasonable skills can build their own LINUX

22   computer and download the code freely from EPA, the

23   supporting software and databases, get tutorials on line, and

24   actually make CMAQ model runs in their basement if they want

25   to.

1      Certainly, that's not the scale of the VISTAS modeling,

2   by any means.  We used arrays of 40 or 50 computers because

3   we were processing many jobs in parallel.  But it's a -- it's

4   a -- it's not a terribly challenging computer program to run

5   for a person with skill in running complex models.

6   **Q.**   You've also touched on the modeling system CAMX.  And

7   again, sir, if you could favor us with an overview of what is

8   CAMX, what sort of model CAMX is.

9   **A.**   CAMX is quite similar to CMAQ, and as a result of that

10  similarity, CAMX and CMAQ produce results for ozone and

11  visibility and fine particulate that are, in my opinion,

12  largely equivalent.

13      But CAMX is more user friendly, written by consultants

14  who really were in the heat of it, trying to apply these

15  models in fast-paced studies.  So it has many more accessory

16  tools that help you probe air quality questions a little bit

17  more than CMAQ.  It does a few more things that CMAQ isn't

18  presently coded to do.  But I certainly wouldn't declare CAMX

19  to be a better model.  In fact, our practice is to use both

20  in a corroborative sense, and it's been a very useful

21  strategy.

22  **Q.**   Has CAMX been accepted by the regulatory community?

23  **A.**   Yes.

24  **Q.**   Including the Environmental Protection Agency?

25  **A.**   Yes.  Their guidance manual clearly identifies CAMX and

1  CMAQ as acceptable models to use.  They put the burden on the

2  states to justify whichever model they pick.

3  Q.    Has the EPA itself used CAMX modeling?

4  A.    Absolutely.  EPA used CAMX in the development of the --

5  or support for the NOx SIP Call; they used it in the CAIR

6  modeling; they used it in the Clean Air Visibility modeling,

7  in part, because of the nice attributes of these diagnostic

8  tools I just mentioned.

9  Q.    Before we turn to some of those diagnostic tools, what

10  sort of computing power are we talking about in CAMX?

11  A.    It's equivalent to VISTAS.

12  Q.    To VISTAS?

13  A.    Excuse me.  It's equivalent to CMAQ.

14  Q.    We're awash in a soup of acronyms, Dr. Tesche, and I

15  understand it could be a little easy to get your tongue tied

16  with them.

17  A.    The issue is not computer power.  The issue is storage

18  of the massive amounts of input and output data.  That's the

19  bottleneck nowadays.  So it's not computers; it's storage of

20  the information.  And that's why it's so important to be able

21  to display the information in a way that portrays the results

22  in meaningful and helpful manners.

23  Q.    Would you mind expanding on that, Dr. Tesche?  What do

24  you mean by that, sir?

25  A.    By the displays or the storage?

1  Q.   About first the storage and then the displays.

2  A.   Okay.  Output of the CMAQ or CAMX models can consist of

3  many terabytes of data.  We're looking at concentrations of

4  20 chemicals every ten minutes for every grid cell at the

5  ground and aloft for the space of a whole year, and that

6  amount of information can accumulate and become very large.

7  Together with the data that go into the model, those two

8  massive amounts of data have to be stored someplace where the

9  model can get to the input data quickly and spit out the

10  output data quickly.

11       The model is faced with the challenge of taking the

12  large output files and distilling that to information that is

13  relevant to decision makers.  So EPA and various

14  organizations have been active over the years in developing

15  software that will plot out the results, the main results of

16  the modeling, to statistical summaries so that we can better

17  understand, you know, the differences between things.  And

18  that's a very active part of the modeling process.

19  Q.   What about the display of the data by overview?

20  A.   That's part of the post-processing and part of the

21  challenge, to find ways to display a year's worth of data of

22  concentration sufficient that varies every hour and every

23  grid cell, at the ground and aloft, and display it in a

24  manner that's intelligible when you look at one's screen

25  here.

1    **Q.**    And intelligible to policy makers.

2    **A.**    To everyone that would look at it, but especially policy

3    makers, because they're the ones that need to use the

4    information to make their decisions.

5    **Q.**    Sir, I'd like to turn back to something you remarked on.

6    I think you called them the diagnostic tools that are

7    available with CAMX.

8    **A.**    Yes.

9    **Q.**    What were you referring to?

10   **A.**    CAMX has a suite of diagnostic or probing tools, if you

11   will, that are designed specifically to squeeze out a little

12   more information out of the model simulation than we would

13   normally get out of our standard post-processing programs.

14   **Q.**    Did you use some of those CAMX probing tools in the

15   modeling that you and your team performed for this case?

16   **A.**    Yeah, we sure did.

17   **Q.**    And could you describe those -- the probing tools that

18   you've used?

19   **A.**    Okay.  One probing tool is OSAT, Ozone Source

20   Apportionment Technology, and that probing tool, similar to

21   the one I'm going to describe in a moment, is designed to

22   provide more information about the impacts of individual

23   sources of air pollution, whether it be from a refinery or a

24   tree or a power plant or whatever, on a downwind ozone air

25   quality.

1      So if you have a dozen monitors in your urban area and

2 you want to understand which source of wind is causing my air

3 pollution -- is it NOx from a Tennessee power plant?  Is it a

4 hydrocarbon from some lagoon out in the boondocks?  What is

5 causing it?

6      OSAT, as a computational algorithm, sort of is a

7 hitchhiker on the main CAMX model simulation.  It kind of

8 goes along with that hour-by-hour, minute-by-minute air

9 quality simulation and extracts relevant information from the

10 chemical processing and the transfer processing and spits it

11 out to a separate file that the user can then aggregate and

12 develop estimates of source receptor impacts.

13      For example, you know, what is the impact in the -- at

14 the Aldean air quality monitor in Houston as the result of,

15 say, seven upwind individual refineries.  OSAT will allow us

16 to rank order the contribution of those seven refineries to

17 the ozone implement being predicted at the Aldean monitor.

18      So, in that sense, it's a very helpful tool that can be

19 used to guide emission control strategy development.  For

20 example, if we know that at that monitor we need to control

21 emissions, it would tell us that it might be better to

22 control emissions from this area with this set of refineries

23 over here as opposed to over there, because under the

24 conditions of the meteorology simulator, the OSAT tells us

25 that source sector area has a greater effect on ozone than

1  this area.

2      So in the case that we're dealing with, we operated the

3  OSAT model for the year 2002 conditions for the entire summer

4  of the ozone season, and we followed with OSAT the emissions

5  from the TVA and the North Carolina power plants and were

6  able to identify the contribution of each facility to ozone

7  downwind.

8      Now, that did not perturb the CAMX calculation.  It

9  doesn't affect the output of the air quality model, but it

10  supplies that additional diagnostic information that can be

11  very helpful at times.  Similarly, there's a PSAT source

12  apportionment tool that does essentially the same thing for

13  particulate matter.  We use that as well.

14  Q.   And the description for PSAT would be the similar as the

15  description for OSAT?

16  A.   Correct.

17  Q.   It's another hitchhiker on the basic CAMX frame?

18  A.   That's right.  Those two capabilities are largely the

19  reason EPA used CAMX in the CAIR and the CAMR visibility

20  rules, because they wanted to be able to look at individual

21  source regions.  In this case, it was states.  But we used it

22  in this case because we felt it was very important to have

23  the ability to differentiate between individual generation

24  stations.

25  Q.   Now, Dr. Tesche, your expert disclosure reports

1  indicate -- and I think this has already been clear in your

2  prior testimony -- that you and your team here used both CMAQ

3  and CAMX.

4  **A.**    Correct.

5  **Q.**    Why did you do so?

6  **A.**    Our experience in VISTAS and in other studies was that

7  the joint use of these air quality models could be a very

8  powerful capability to add value to the modeling.

9       Because I just mentioned that if we had run -- if we had

10  run just CMAQ, we would not have had the ability to run the

11  PSAT and OSAT calculations and learn the information we did

12  with CAMX.

13      We had an experience in VISTAS where we ran both CAMX

14  and CMAQ and discovered that when we did our very detailed

15  model evaluation, we found inconsistencies in the model's

16  predictions of aerosol associated with secondary organics,

17  and we scratched our head and couldn't understand why it was.

18  That generated an intensive research activity to look into

19  why the two models, given the same inputs, were producing

20  different outputs.

21      What we found was that there is a shortcoming in the

22  chemistry of the CMAQ model for secondary organic aerosol.

23  And that I wouldn't say delayed the VISTAS program, because

24  there was plenty for us to do, but it prompted a search and

25  applications effort to put in a new chemistry, or a

1   supplement to the chemistry at CMAQ, that would account for

2   emissions from the natural vegetation, the terpenes,

3   sesterpenes emissions, the kinds of emissions that some

4   associate with the blue haze in the Smoky Mountains.  Those

5   were put more explicitly into the mechanism of both models

6   and represented a science contribution.

7       So in using the two models in a corroborative sense, we

8   were able to find out or be alert to differences that were,

9   in this case, important that were resolved.

10       In the present application we used two models because we

11  wanted to have the support of different diagnostic tools to

12  help answer the range of questions we were addressing and to

13  provide corroboration that the impacts on air quality we were

14  getting with one model were generally consistent with what

15  the other model was showing.

16       Simple reliance on one air quality model means that the

17  decision maker has to assume that that's the right answer.

18  And this modeling is too complex to suggest that any one

19  model that you chose is the final answer.

20  **Q.**   Did the modeling results you obtained for this case from

21  CMAQ and CAMX, were they compatible with each other?

22  **A.**   They were, yes.  The predictions of future year and the

23  predictions in base cases were reevaluated, and both models

24  in the base case, shows that they were operating what I call

25  a functionally equivalent mode.  That is, there were

1  certainly differences, and probably differences with every

2  pollutant simulated, but they were not large or significant

3  differences.  Within the different formulations of the model,

4  the output, in our judgment, was quite consistent.

5  Q.    The next area I'd like to turn your attention to,

6  Dr. Tesche, is the question of modeling uncertainty.

7       Could you please describe for the Court the sources of

8  uncertainty in modeling results?

9  A.    There are two basic categories of uncertainty that

10  attend air quality model predictions.  One is sort of an

11  irreducible or an inherent uncertainty, and that derives from

12  the fact that the atmosphere is fundamentally turbulent,

13  random, chaotic, whatever word you want to use.  But it does

14  not lend itself to precise simulation.  There is a randomness

15  to the atmosphere and the chemistry in it that we simply

16  cannot predict with precision and are unlikely ever to be

17  able to do so in my -- in my opinion.  We have to live with

18  that.

19       So when we model a future year, there are going to be

20  some uncertainties just because the atmosphere is randomly

21  chaotic.  We have to live with that.  What we don't have to

22  live with are the uncertainties in the modeling that come

23  about because we have not done a good job in developing our

24  models or we've not spent the money needed to build the

25  databases that are needed to evaluate these models and to

1    correct their flaws where they're found, or where we have not

2    worked hard enough to prepare the inputs to these models in a

3    really thoughtful manner such that the model is given every

4    opportunity to function properly with the inputs.

5         So that's a model formulation area of uncertainty, a

6    model data input area of uncertainty, making sure you get the

7    input data formatted and analyzed properly for the model.

8         And there's a third area of uncertainty that derives

9    from the fact that these models are, at best, approximations

10   of the atmosphere.  They're grid models, and the spatial

11   resolution of each grid box is no better than 12 kilometers

12   on the side.  You get one prediction for a pollutant every

13   ten minutes in that grid box.

14        In contrast, when you have an ozone monitor or fine

15   particulate monitor out in the field, it's sampling

16   concentrations through a small tube, and so the volume of gas

17   that is sucked in by the monitor is quite different than the

18   air quality model is predicting over a spatial scale of 12

19   kilometers by 12 kilometers by, say, 150 meters high.  So

20   that incommensurate ability between the measurement and

21   prediction leads to a fundamental uncertainty in the model,

22   such that when we do model evaluation and we see a difference

23   between prediction and observation, we don't know who is the

24   bigger culprit.  The modeler will say it's a measurement

25   error; the experimentalist will say the model is involved.

1  The reality is it's somewhere in between.

2      But the fact is that the differences between the

3  prediction and the observation give us a signal of the

4  uncertainty in the modeling exercise.  And one of the core

5  unanswered questions in all air quality modeling is how can

6  we extrapolate that knowledge of the uncertainty in the model

7  prediction in the base case to a future year when we're

8  comparing two strategies.  And that is a grand challenge, and

9  that problem has not been solved, and the best we can do is

10  make our very best professional estimates as to what the

11  uncertainty is that attends those differential calculations

12  of future controls.

13  **Q.**   Dr. Tesche, on the terms -- before we head to some other

14  questions in this uncertainty area, what's the implications

15  for uncertainty in trying to project into the future years

16  for emission rates and emissions impacts?

17  **A.**   Can you repeat the question, please?

18  **Q.**   I'm sorry, sir.  That was a little scrambled, and I

19  apologize.

20      Dr. Tesche, what impact on uncertainty comes from trying

21  to predict future years' behavior?

22  **A.**   I think the challenge in estimating future year emission

23  inventories that serve as a foundation for our air quality

24  planning is huge.  It's very large.  It transcends the

25  uncertainties we have in modeling the current year.

1       Who could have imagined air quality planning in

2  Baton Rouge for 2007 after the hurricane went through and

3  wiped out a large number of petroleum refineries, some power

4  plants and a lot of the social infrastructure?  For the ozone

5  SIP in 2007 that we're currently working with, the Louisiana

6  Department of Environmental Quality, we've got a real problem

7  trying to come up with future emission inventories in light

8  of that unpredictable natural event.  Who is to say that

9  there won't be some other event outside our grasp that isn't

10 clear in our crystal ball?

11      So there is uncertainty in future year emission

12 information, and the best we can do, as the EPA has guided

13 us, is to use our very best judgment.  And I submit that we

14 really ought to be running alternative future year control

15 scenarios that reflect the range of uncertainty that attends

16 our future year emission estimates.

17 **Q.**   Dr. Tesche, again, I believe you've reviewed the expert

18 disclosure reports submitted by Mr. Wheeler and Chinkin and

19 their staff from STI.  Am I correct in that, sir?

20 **A.**   Yes, sir.

21 **Q.**   And I believe that Messrs. Wheeler and Chinkin discussed

22 their assessment of uncertainty in their modeling results,

23 comparing two future year proposed control cases.

24      Do you recall that, sir?

25 **A.**   Yes.

1  **Q.**   Could you give us your assessment of their views on that

2  uncertainty issue?

3  **A.**   I have read all of Mr. Wheeler's testimony in this

4  proceeding and a portion of Mr. Chinkin's testimony, and of

5  those portions I have read, I read their testimony on the

6  precision of the CMAQ model when it's used to look at the

7  differences between two power plant control runs, and they

8  attribute a level of reliability or precision to those

9  differential estimates that in my view are simply

10  astonishing.

11      I have never heard any other individual in the modeling

12  or science community assert that these models, when applied

13  in the fashion that Chinkin and Wheeler applied, could

14  produce anything anywhere near that level of precision.  A

15  simple thought experiment would help one see how ridiculous

16  that assignment of precision is.

17      They assert that the precision of a fine particulate

18  concentration deriving from the difference between two power

19  plant models is as fine as .01 micrograms.  .01.  Now, EPA,

20  in its CAIR study, says that the significance of PM is .1 --

21  or excuse me -- .2.  Set that aside for the moment.

22      If their level of precision is correct, that means that,

23  if we simulated the entire TVA fleet, that we can model the

24  impact of the fleet to within 100th of a microgram per cubic

25  meter.  Now, imagine, we add in the North Carolina fleet, and

1   the cars, and the factories and the refineries and area

2   sources.  Each time we do that in a differential manner,

3   they're asserting that the precision of this model, in

4   simulating an individual source category, is essentially

5   100th of a microgram.  If you add up all the sources in the

6   region, the composite air pollution all together, do you

7   still have a precision between two scenarios of .01?

8        The answer is no.  Obviously, when we evaluate these

9   models, whether it be CMAX or CMAQ, and look at the PM2.5

10  prediction against the measurement, we find that there are

11  errors on the order of 40 to 60 percent.  Sometimes less.

12  Maybe 20 percent or 25 percent.  And that's a robust number

13  across hundreds of monitoring stations around the U.S., and

14  for several years.

15       So to assert that these models possess a degree of

16  precision down to two decimal places is just simply

17  astounding.  I have never heard anyone in the science or

18  modeling or regulatory communities profess that level of

19  faith, as he calls it, in the ability of these models to

20  simulate changes between individual control scenarios.

21  **Q.**   Dr. Tesche, before we get into some of the details of

22  the information that you and your team have generated in the

23  modeling effort you've conducted here, there is one other

24  preliminary matter I'd like to cover with you, if you would

25  please bear with me.

1        I think, Dr. Tesche, you mentioned that the information

2   was outputted to these modeling runs and into the, I think

3   you called it the terabyte level?

4   A.   Yes.

5   Q.   Translating it, would it be accurate to say that we're

6   talking about a torrent of data?

7   A.   Well, it's -- if you're a laptop guy, yes, it's a

8   torrent of data, but if you're a numerical modeler, it's a

9   standard output, and you have large disk drives that you can

10  buy for $300 on your desk, and you can get 20 of them.  It's

11  a manageable amount of data, but it's large, and it requires

12  skill in managing that kind of information and backing it up

13  and treating it properly.

14  Q.   And the input information is voluminous?

15  A.   Yes.

16  Q.   Again, sir, I believe that in Mr. Chinkin and

17  Mr. Wheeler's supplemental report, they identified some

18  omissions in the TVA emissions that you modeled?

19  A.   Yes.  They found a mistake we made.

20        THE COURT:  Let's take our midmorning break at this

21  point and we'll get back to that.  15 minutes.

22        (Recess.)

23                  [END OF VOLUME 9A-1]

24

25

```
 1

 2    UNITED STATES DISTRICT COURT

 3    WESTERN DISTRICT OF NORTH CAROLINA

 4    CERTIFICATE OF REPORTER

 5

 6             I certify that the foregoing transcript is a

 7    true and correct transcript from the record of proceedings

 8    in the above-entitled matter.

 9             Dated this 25th day of July, 2008.

10

11                                    S/ Karen H. Miller

12                           _____

13                                    Karen H. Miller, RMR-CRR
                                      Official Court Reporter
14

15

16

17

18

19

20

21

22

23

24

25
```