# United States District Court
# For The Western District of North Carolina
# Asheville Division

State of North Carolina ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                              1:06-cv-00020

Tennessee Valley Authority ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/01/10 Order.

Signed: October 5, 2010

Frank G. Johns, Clerk
United States District Court